***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In Re: MBMK Property Holdings, LLC

Debtor(s)

Case No: 22−13121−mdc

Chapter: 11

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

ZOOM HEARING RE: Motion for Turnover of Property for Order Compelling James Paul Of Alps Group, LLC and Agents to Comply with Bankruptcy Code § 543(b) Filed by MBMK Property Holdings, LLC Represented by ROBERT B. EYRE

on: 3/10/23

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 2/1/23

Timothy B. McGrath
Clerk of Court