# EXHIBIT "A"



## ESCROW RECEIPT FOR SELLER PROCEEDS

(Escrow) Horizon Real Estate Services LLC – BankUnited Account Number 9855592036

Date: August 31, 2023

Order Numbers: HRS-729, HRS-805, HRS-806 & HRS-807

Seller(s): MBMK Property Holdings LLC

Amount Received: $1,705,866.71

Acknowledged By: _____

Krystle Sears – Office Manager

(P) 610-891-6666 (F) 610-891-6682
closings@horizonabstract.com
333 West Baltimore Avenue, Media PA 19063