## SECTION 543(B)(2) ACCOUNTING REPORT
June 3rd, 2024

CASE NO. Bankruptcy No. 2:22-bk-13121 (MDC)

WILMINGTON TRUST, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
BENEFIT OF THE HOLDERS OF
COREVEST AMERICAN FINANCE 2018-
2 TRUST MORTGAGE PASS-THROUGH
CERTIFICATES,

                                Plaintiff,

        v.

MBMK PROPERTY HOLDINGS LLC

                                Defendant.

Property Location: (1) 245 Burmont Road, Upper Darby, PA 19082;
(2) 347 Avon Road, Upper Darby, PA 19082; (3) 355 Avon Road, Upper
Darby, PA 19082; (4) 37 Walnut Street, Clifton Heights, PA 19018; (5)
412 Long Lane, Upper Darby, PA 19082; (6) 4690 State Road, Drexel
Hill, PA 19026; (7) 8513 Lansdowne Avenue, Upper Darby PA 19082;
(8) 419 Glendale Avenue, Upper Darby, PA 19082; (9) 526 Timberlake
Road, Upper Darby, PA 19082; (10) 418 Timberlake Road, Upper
Darby, PA 19082; (11) 599 Timberlake Road, Upper Darby, PA 19082

Property Location: (12) 2131 Brighton Street, Philadelphia, PA 19149;
                        (13) 40 E. Rittenhouse Street, Philadelphia, PA 19144

For the period: April 1, 2022, through June 20th, 2023

Final Report of the Court Appointed Receiver

June 3, 2024

## TABLE OF CONTENTS                                                 SECTION

INTRODUCTION AND BACKGROUND.................................................................................1
PROPERTY DESCRIPTION................................................................................................2
POSSESSION AND CONTROL OF PROPERTY.........................................................................3
MANAGEMENT...........................................................................................................4
FINANCIALS...............................................................................................................5
EXHIBITS (IF APPLICABLE) .............................................................................................6

Final Report of the Court Appointed Receiver

June 3, 2024

## SECTION 1.    INTRODUCTION AND BACKGROUND

Pursuant to the Order of the Court of Common Pleas, Delaware County granted on March 18, 2022 ("the Receivership Order"), James Paul of the ALPS Property Management (ALPS Group), was appointed as Receiver of the property commonly known as: (1) 245 Burmont Road, Upper Darby, PA 19082; (2) 347 Avon Road, Upper Darby, PA 19082; (3) 355 Avon Road, Upper Darby, PA 19082; (4) 37 Walnut Street, Clifton Heights, PA 19018; (5) 412 Long Lane, Upper Darby, PA 19082; (6) 4690 State Road, Drexel Hill, PA 19026; (7) 8513 Lansdowne Avenue, Upper Darby PA 19082; (8) 419 Glendale Avenue, Upper Darby, PA 19082; (9) 526 Timberlake Road, Upper Darby, PA 19082; (10) 418 Timberlake Road, Upper Darby, PA 19082; (11) 599 Timberlake Road, Upper Darby, PA 19082.

Pursuant to the Order of the Court of Common Pleas, Philadelphia County granted on March 10, 2022 ("the Receivership Order"), James Paul of the ALPS Group, was appointed as Receiver of the property commonly known as (1) 2131 Brighton Street, Philadelphia, PA 19149 (2) 40 E. Rittenhouse Street, Philadelphia, PA 19144.

## SECTION 2.    PROPERTY DESCRIPTION

### Narrative

The subject properties are multi and single-family portfolios. Construction exterior is a combination of brick masonry, facial and typical shingle roof construction. Each residence has a variation of construction material.

## SECTION 3.    POSSESION AND CONTROL OF PROPERTY

### AS REPORTED IN THE INITIAL RECEIVER REPORT

*April 19, 2022* - A notice was posted to all properties regarding access to property. (Exhibit C)

## SECTION 4. MANAGEMENT

### Maintenance and Repairs

### AS REPORTED IN THE INITIAL RECEIVER REPORT

Final Report of the Court Appointed Receiver

June 3, 2024

ALPS Maintenance was on site April 25-27th as they documented and took data on the buildings and properties. They noted any site Health and Safety issues and as tenant's concerns. Each property was documented and below is a summary of the properties assessment and are subject to approval from the bank and funding from the bank or property income if available.

(1) **245 Burmont Road, Upper Darby, PA 19082 (Single Family)** – was not able to gain entry but documented the exterior issues.

Health and Safety

o Landscaping needs serviced to clean up and trim ($380)
o Pest control issue ($600)
o Padlocked on entry doors ($180)
o Roof leaking (Bid Allowance $2,500)
o Multiple code violations – reviewing with building inspector (Bid Allowance $1,240)

---

ANTICIPATED EXPENSES FOR REPAIRS SUBJECT TO BANK APPROVAL AND FUNDING FROM THE BANK OR PROPERTY INCOME IF AVAILABLE: **$4,900.00**

(2) **347 Avon Road, Upper Darby, PA 19082 (Multi 1-Unit)** – Work that was completed: a pipe under the kitchen sink cracked in the cabinet and behind the wall, a lot of water seeped into the ceiling below into the basement when the tenant did dishes w/o knowing it had been broken until water surfaced, pipes were replaced due to not being repairable, drywall/ceiling had to be repaired/replaced due to the water damages. The toilet was also wobbling/ not level, so it was able to rock back and forth and also leaked some water around the base when flushed. The plumber leveled out the toilet which resolved the issue.

Final Report of the Court Appointed Receiver

June 3, 2024



**FRONT ELEVATION**

- Health and Safety

    o  Tuckpointing needed (Bid Requested - Allowance $5,000)
    o  Roof leak into bedroom (Bid Requested – Allowance $15,000)
    o  Basement door and wall need replacement/repairs due to leaking from exterior ($20,00)
    o  Exterior deck framing is hazardous (Bid Requested – Allowance $5,000)
    o  Rat concerns present ($500)
    o  Bug treatment needed ($400)
    o  Note – 12 puppies in home (breeding dogs)

- Tenant's Unit

    o  Window issues (Bid Requested – Allowance $1,400)

---

**ANTICIPATED EXPENSES FOR REPAIRS SUBJECT TO BANK APPROVAL
AND FUNDING FROM THE BANK OR PROPERTY INCOME IF AVAILABLE:
$29,300.00**

(3) **355 Avon Road, Upper Darby, PA 19082 (Multi 1-Unit)** – Work that was completed: the water heater leaked due to the bottom pan and flooded the basement, so we dispatched the plumber and he had to replace the water heater plus remove all the water to prevent further damages. The tenant also had a fuse panel blow so the electrician had to get a main fuse and a regular fuse to replace. We also had to rewire part of the panel to restore electricity.

Final Report of the Court Appointed Receiver

June 3, 2024



**FRONT ELEVATION**

- Health and Safety

    - Tuckpointing issues (Bid Requested – Allowance $3,000)
    - Roof leaks in two parts of home (Bid Requested – Allowance $6,500)
    - Large gaps around tub and tile needs replacing ($1,000)
    - Electrical issues. Bulbs keep burning out ($550)
    - Aluminum facia blown off front of house. ($2,000)
    - Basement toilet running ($200)

- Tenant's Unit

    - Painting (Bid Requested – Allowance $2,500)
    - Landscaping issues (Bid Requested – Allowance $1,250)

---

**ANTICIPATED EXPENSES FOR REPAIRS SUBJECT TO BANK APPROVAL
AND FUNDING FROM THE BANK OR PROPERTY INCOME IF AVAILABLE:
$17,000.00**

**(4) 37 Walnut Street, Clifton Heights, PA 19018 (Multi 1- Unit)**

Final Report of the Court Appointed Receiver

June 3, 2024



**FRONT ELEVATION**

1. Health and Safety

   o  Roof leak on back porch (Bid Requested – Allowance $6,500)
   o  Plumbing leak on 2nd floor bath ($1,300)
   o  Insulation issue in kitchen- possibility pipe can freeze ($1,350)

---

**ANTICIPATED EXPENSES FOR REPAIRS SUBJECT TO BANK APPROVAL
AND FUNDING FROM THE BANK OR PROPERTY INCOME IF AVAILABLE:
$9,150.00**

(5) 412 Long Lane, Upper Darby, PA 19082 (Multi 2-Units)

Final Report of the Court Appointed Receiver
June 3, 2024



**FRONT ELEVATION**

Health and Safety- Unit 1

- o Laundry machines not working and very old – needs replacing ($1,650)
- o Needs bug and rodent treatment ($400)
- o Heat issues only getting heat in 1 bedroom (baseboard heating) newer gas boiler (Bid Requested – Allowance $5,000)

Health and Safety- Unit 2 (Tenant was not home at inspection – rescheduling)

- o Allowance (Preliminary until inspection) $6,000

**ANTICIPATED EXPENSES FOR REPAIRS SUBJECT TO BANK APPROVAL AND FUNDING FROM THE BANK OR PROPERTY INCOME IF AVAILABLE: $13,050.00**

Final Report of the Court Appointed Receiver

June 3, 2024

(6) **4690 State Road, Drexel Hill, PA 19026 (Multi 1-Unit)**



**FRONT ELEVATION**

- Health and Safety

    - Living room ceiling damage ($1250)
    - Mold on bathroom ceiling ($700)
    - Smoke detectors replacement ($150)
    - Steps on rear exterior deck warping (Bid Requested – Allowance $2,000)

**ANTICIPATED EXPENSES FOR REPAIRS SUBJECT TO BANK APPROVAL
AND FUNDING FROM THE BANK OR PROPERTY INCOME IF AVAILABLE:
$4,100.00**

Final Report of the Court Appointed Receiver
June 3, 2024

**(7) 8513 Lansdowne Avenue, Upper Darby PA 19082 (Multi 1-Unit)**



**FRONT ELEVATION**

- Health and Safety

  - Front steps dangerous and needs replacement ($ 1,450)
  - Front door broken ($825)
  - Washer and dryer not working – replacement ($1,600)
  - Smoke/CO detectors replacement ($225)

- Tenant's Unit

  - Ceiling fan in bedroom not working ($380)

    o   Back yard gate area overgrown ($450)

---

**ANTICIPATED EXPENSES FOR REPAIRS SUBJECT TO BANK APPROVAL
AND FUNDING FROM THE BANK OR PROPERTY INCOME IF AVAILABLE:
$4,930.00**

(8) 419 Glendale Avenue, Upper Darby, PA 19082 (Multi 1-Unit)



**FRONT ELEVATION**

- <u>Health and Safety</u>

Final Report of the Court Appointed Receiver

June 3, 2024

- o Living room ceiling damage – tub is leaking ($1,500)
- o Bedroom door off hinges ($150)
- o Pest and rodent issues- treatment needed ($400)

---

**ANTICIPATED EXPENSES FOR REPAIRS SUBJECT TO BANK APPROVAL
AND FUNDING FROM THE BANK OR PROPERTY INCOME IF AVAILABLE:
$2,050.00**

**(9)  526 Timberlake Road, Upper Darby, PA 19082  (Multi 1-Unit)**

Final Report of the Court Appointed Receiver

June 3, 2024



**FRONT ELEVATION**

- Health and Safety

    - Back door repairs-bad install work done prior ($450)
    - Pest treatment needed ($400)
    - Baseboards need cleaning ($285)

---

**ANTICIPATED EXPENSES FOR REPAIRS SUBJECT TO BANK APPROVAL AND FUNDING FROM THE BANK OR PROPERTY INCOME IF AVAILABLE: $1,135.00**

(10)      418 Timberlake Road, Upper Darby, PA 19082 -vacant

Final Report of the Court Appointed Receiver

June 3, 2024



**FRONT ELEVATION**

Health and Safety

- ○ Clean and sanitize entire house ($500)
- ○ Needs rodent and pest treatments ($550)

Tenant's Unit

- ○ Locks changed and key box installed on rear door ($425)
- ○ Needs painting and patching (Bid Requested – $3,000 Allowance)
- ○ Carpet needs replacement (Bid Requested - $2,200 Allowance)
- ○ Window blinds missing ($1,200)
- ○ Tiles in bathroom broken and need replacing ($1,100)
- ○ Caulking around tub ($250)
- ○ Cracked window in bedroom ($450)
- ○ Broken door in basement ($900)

---

**ANTICIPATED EXPENSES FOR REPAIRS SUBJECT TO BANK APPROVAL
AND FUNDING FROM THE BANK OR PROPERTY INCOME IF AVAILABLE:
$10,575.00**

Final Report of the Court Appointed Receiver

June 3, 2024

(11)    599 Timberlake Road, Upper Darby, PA 19082 (Multi 1-Unit)



**FRONT ELEVATION**

- Health and Safety

    o  Roof leak- possible replacement (Bid Requested - $11,000 Allowance)
    o  Front door needs replacement ($800)
    o  Pest and rodent treatments ($500)
    o  Rear deck repair (Bid Requested - $5,000 Allowance)
    o  Stove vent loose ($250)
    o  Upper exterior deck needs replacement. Soft areas and swaying. Needs staining. (Bid
       Requested - $5,000 Allowance)
    o  Missing covers on electric outlets in bedroom ($125)
    o  Squirrels entering bedroom wall/ hole in wall -remove and repair ($950)
    o  Overloaded basement electrical circuit ($350)
    o  Township has violations on property – Reviewing violations


- Tenant's Unit

    o  Front deck needs pressure wash and stain ($750)
    o  Needs new (4) locks ($750)
    o  Kitchen window doesn't lock and needs replacement ($325)

- o Living room ceiling damage and basement ceiling due to plumbing leak (jacuzzi tub) (Bid Requested - $2,000 Allowance)
- o Back door needs replacement ($925)
- o Master bed window doesn't close or lock- needs replacement ($325)
- o Kitchen cabinets need repairs ($950)
- o Basement door needs repair ($500)
- o Central air not work -repair or replacement (Bid Requested - $2,200 Allowance)
- o Missing globe on hallway light – replacement ($125)
- o Medicine cabinet needs replacement ($450)
- o Paint and patch needed (Bid Requested - $3,500 Allowance)
- o Illegal parking on grass (Notified)
- o Debris left from flooring replacement ($300)

---

**ANTICIPATED EXPENSES FOR REPAIRS SUBJECT TO BANK APPROVAL AND FUNDING FROM THE BANK OR PROPERTY INCOME IF AVAILABLE: $37,075.00**

**(12) 2131 Brighton Street, Philadelphia, PA 19149 (Multi- 1 unit)**



**FRONT ELEVATION**

Final Report of the Court Appointed Receiver

June 3, 2024

**AS REPORTED IN THE INITIAL RECEIVER REPORT**

Maintenance was on-site April 25-27th and took notes on the health and safety issues as well as the tenant's concerns. The items listed as repairs needed:

– work scheduled to be completed – new door/frame/ wall repair, new garbage disposal as hers is leaking/clogged, new window as the window is broken and leaking, new toilet due to it being damaged and leaking, front door repair, new sink cabinet due to the water leaks damaged and molding the cabinet. Scope of items to be repaired:

- Health and Safety
  - o Electric panel not labeled ($200)
  - o New locks as bad/ and old keys in property lockbox don't work ($400)
  - o Fridge doesn't stay cold ($1250)

- Tenant's Unit
  - o No light in the living room which is not wired ($750)
  - o Missing kickplate on the dishwasher ($160)
  - o Lights over kitchen island not working ($600)
  - o No A/C in the master bedroom (central air) no airflow ($700)
  - o Loose vent cover in the master bedroom ($50)
  - o Peeling paint in tub area - painted ceramic tile/tub ($600)
  - o Window springs broken doesn't stay open ($160 per window)
  - o Screens are torn and need replacement ($75 per screen)
  - o Dishwasher doesn't work – needs replacement ($1100)

---

**ANTICIPATED EXPENSES FOR REPAIRS SUBJECT TO BANK APPROVAL AND FUNDING FROM THE BANK OR PROPERTY INCOME IF AVAILABLE: $7,500.00**

Final Report of the Court Appointed Receiver

June 3, 2024

**(13) 40 E. Rittenhouse Street, Philadelphia, PA 19144 (Multi: 1 Unit)**



**FRONT ELEVATION**

Work already completed: water heater leaked and flooded basement on one side due to bad pan. The water heater was replaced, and water was removed and cleaned up to prevent further damage. Concrete also had to be leveled around the water heater as the old water heater was on a 35-degree slant. Line busted to hot water feed pipe routing to the washing machine and had to be replaced as well as the connection fitting. Cold water feed also needed repairs.

- Health and Safety
  - Smoke detectors old ones need replacement ($600)
  - Sag in kitchen floor in front of the fridge (Bid requested- Allowance $2000)
  - Knob on stove broken ($125)

June 3, 2024

- Tenant's Unit
  - o  Broken door ($400)
  - o  Broken door jambs ($325)

  - o  Electric outlets lose/hanging in bedroom #1 ($100)
  - o  Electric outlet broke- Bedroom #2 ($125)
  - o  Broken bulbs in the fixture and missing covers-3 ($290)

---

## ANTICIPATED EXPENSES FOR REPAIRS SUBJECT TO BANK APPROVAL AND FUNDING FROM THE BANK OR PROPERTY INCOME IF AVAILABLE: <u>$3965.00</u>

**AS REPORTED IN THE SECOND RECEIVER REPORT**

(1)  245 Burmont Road, Upper Darby, PA 19082 (Single Family) –
Bi-weekly cutting of grass ($140)
out of house, belongings and cleaning up of backyard junk ($2,000)

(2)  347 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit) –
Currently coordinating repairs

(3) 355 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit) -
Currently coordinating repairs

(4) 37 Walnut Street, Clifton Heights, PA 19018 (Multi 1 Unit) -
Currently coordinating repairs

(5) 412 Long Lane, Upper Darby, PA 19082 (Multi 2 Units) -
Currently coordinating repairs

(6) 4690 State Road, Drexel Hill, PA 19026 (Multi 1 Unit) -
Currently coordinating repairs

(7) 8513 Lansdowne Avenue, Upper Darby PA 19082 (Multi 1 Unit) -
Currently coordinating repairs

(8) 419 Glendale Avenue, Upper Darby, PA 19082 (Multi 1 Unit) -
Currently coordinating repairs

(9) 526 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) -
Currently coordinating repairs

(10) 418 Timberlake Road, Upper Darby, PA 19082 (Vacant) -
Currently coordinating repairs

**Final Report of the Court Appointed Receiver**

**June 3, 2024**

(11) 599 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) -
Currently coordinating repairs

(12) 2131 Brighton Street, Philadelphia, PA 19149 (Multi- 1 unit)-
No repairs to report for this property

**AS REPORTED IN THE THIRD RECEIVER REPORT**

(1) 245 Burmont Road, Upper Darby, PA 19082 (Single Family) –Grass service provided bi-weekly.

(2) 347 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit) – Property check was performed at this property.

(3) 355 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit) – Property check was performed at this property.

4) 37 Walnut Street, Clifton Heights, PA 19018 (Multi 1 Unit) – Purchase and delivered a new gas stove.

5) 412 Long Lane, Upper Darby, PA 19082 (Multi 2 Units) –Property check was performed at this property.

(6) 4690 State Road, Drexel Hill, PA 19026 (Multi 1 Unit) – Property check was performed at this property.

(7) 8513 Lansdowne Avenue, Upper Darby PA 19082 (Multi 1 Unit) - Property check was performed at this property.

(8) 419 Glendale Avenue, Upper Darby, PA 19082 (Multi 1 Unit) – Property check was performed at this property.

(9) 526 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) – Property check was performed at this property.

(10) 418 Timberlake Road, Upper Darby, PA 19082 (Vacant) -New entry door knob combo lock installed.

(11) 599 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) – Property check was performed at this property.

(12) 2131 Brighton Street, Philadelphia, PA 19149 (Multi- 1 unit)-
New Air Conditioning Unit installed

(13) 40 E. Rittenhouse Street, Philadelphia, PA 19144 (Multi: 1 Unit)-
Routine Property Checks Done

40 E. Rittenhouse Street, Philadelphia, PA 19144 (Multi: 1 Unit) -
5/28/2022 Repaired oven switch and replaced oven knob/shaft

**AS REPORTED IN THE FOURTH RECEIVER REPORT**

(1) 245 Burmont Road, Upper Darby, PA 19082 (Single Family) –
Nothing to report for maintenance

(2) 347 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit) -
Nothing to report for maintenance

(3) 355 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit) –
Nothing to report for maintenance

4) 37 Walnut Street, Clifton Heights, PA 19018 (Multi 1 Unit) –
Nothing to report for maintenance

5) 412 Long Lane, Upper Darby, PA 19082 (Multi 2 Units) –
Locks were changed at the property

(6) 4690 State Road, Drexel Hill, PA 19026 (Multi 1 Unit) –
Nothing to report for maintenance

(7) 8513 Lansdowne Avenue, Upper Darby PA 19082 (Multi 1 Unit) -
Nothing to report for maintenance

(8) 419 Glendale Avenue, Upper Darby, PA 19082 (Multi 1 Unit) –
Nothing to report for maintenance

(9) 526 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) –
Nothing to report for maintenance

(10) 418 Timberlake Road, Upper Darby, PA 19082 (Vacant) -
Nothing to report for maintenance

(11) 599 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) –
Fixed Deck and Patio

(12) 2131 Brighton Street, Philadelphia, PA 19149 (Multi- 1 unit)-
Nothing new to report for maintenance

(13) 40 E. Rittenhouse Street, Philadelphia, PA 19144 (Multi: 1 Unit)
Nothing new to report for maintenance

**AS REPORTED IN THE FIFTH RECEIVER REPORT**

(1) 245 Burmont Road, Upper Darby, PA 19082 (Single Family) – Nothing new to report for maintenance

(2) 347 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit) -
- We treated the building for pest and rodents
- We purchased a washer and delivery with set up to make operational.

(3) 355 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit) – Nothing new to report for maintenance

4) 37 Walnut Street, Clifton Heights, PA 19018 (Multi 1 Unit) –
- Repaired leaky roof and sealed areas to prevent water penetration.
- Maintenance repaired frozen pipes for unit.

5) 412 Long Lane, Upper Darby, PA 19082 (Multi 2 Units) – Nothing new to report for maintenance

(6) 4690 State Road, Drexel Hill, PA 19026 (Multi 1 Unit) –
- Maintenance conducted a Final Walk-through at property with pictures taken and lock change after tenant moved out.

(7) 8513 Lansdowne Avenue, Upper Darby PA 19082 (Multi 1 Unit) -Nothing new to report for maintenance

(8) 419 Glendale Avenue, Upper Darby, PA 19082 (Multi 1 Unit) –
- Maintenance repaired gas leak at building.
- Repairs were made on the boiler and water heater to get operational.
- Maintenance had to reseal chimney as leaking issues.

(9) 526 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) – Nothing new to report for maintenance

(10) 418 Timberlake Road, Upper Darby, PA 19082 (Vacant) -Nothing new to report for maintenance

(11) 599 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) –

Final Report of the Court Appointed Receiver

June 3, 2024

- Ordered and installed a new kitchen window as the old window was leaking.
- Purchased and installed new corner kitchen cabinet as the existing one was bad.

(12) 2131 Brighton Street, Philadelphia, PA 19149 (Multi- 1 unit)-

- Installed new garbage disposal for the previous not working and leaking.
- Installed new door in basement as previous was bad.
- Installed new window on second floor as previous was leaking.
- Installed new toilet as previous was bad.
- Installed a new sink cabinet to replace a bad one.
- Installed new panes in bathtub walls.
- Repaired bad bathtub floor.

(13) 40 E. Rittenhouse Street, Philadelphia, PA 19144 (Multi: 1 Unit)- Nothing new to report for Maintenance.

## Building Code Violations (If Applicable)

**CURRENT STATUS**
As noted in Maintenance and Repairs Section 5.

## Insurance

**AS PREVIOUSLY REPORTED IN THE INITIAL RECEIVER REPORT**
Insurance was Force Placed by Midland Bank

## Tenant Relations and Evictions-

**AS REPORTED IN THE INITIAL RECEIVER REPORT**
(1) 245 Burmont Road, Upper Darby, PA 19082 – Process server posted notice as property was padlocked on each attempt and no response.

(2) 347 Avon Road, Upper Darby, PA 19082 – Balance 4/30 $289.71
Received $1400 of $1500 April rent.

(3) 355 Avon Road, Upper Darby, PA 19082 - Balance 4/30 $3239 - Did not receive April rent

(4) 37 Walnut Street, Clifton Heights, PA 19018 – Balance 4/30 $7938 - Received $2940 4/27
Tenant has applied for rental assistance with Delco Era

(5) 412 Long Lane, Upper Darby, PA 19082 –
Unit 1 – Balance 4/30 ($30)

Final Report of the Court Appointed Receiver

June 3, 2024

Unit 2 - Balance 4/30 $0

(6) 4690 State Road, Drexel Hill, PA 19026 -Balance 4/30 $1470 - Did not receive April rent

(7) 8513 Lansdowne Avenue, Upper Darby PA 19082 – Balance 4/30 $1628.63
Did not receive April rent or utility payment.

(8) 419 Glendale Avenue, Upper Darby, PA 19082 – Balance 4/30 $0

(9) 526 Timberlake Road, Upper Darby, PA 19082 – Balance 4/30 $6770 – April rent received

(10) 418 Timberlake Road, Upper Darby, PA 19082 – Vacant

(11) 599 Timberlake Road, Upper Darby, PA 19082 – Balance 4/30 $950 – Did not receive April rent

(12) 2131 Brighton Street, Philadelphia, PA 19149 – Tenant is current as Balance on 4/30/22:  $0

(13) 40 E. Rittenhouse Street, Philadelphia, PA 19144 – Balance 4/30 $56.50 Received $1256 of $1300

**AS PREVIOUSLY REPORTED IN THE SECOND RECEIVER REPORT**

(1) 245 Burmont Road, Upper Darby, PA 19082 (Single Family) – Vacant

(2) 347 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit) – No balance as of 7/31/22 -has a credit of
$1,821.29 on account.

(3) 355 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit) – Balance 7/31/22 at $4,879.  Tenant is on an
installment plan.

(4) 37 Walnut Street, Clifton Heights, PA 19018 (Multi 1 Unit) – No Balance 7/31/22. Tenant has a credit
of $882 on the account.

(5) 412 Long Lane, Upper Darby, PA 19082 (Multi 2 Units) - Unit #1: Balance 7/31/22 $1,047.50.  Tenant
is looking into applying for rental assistance. Unit #2: Balance 7/31/22 $945.  Tenant vacated 6/4/22.
Unit #2: Vacant

(6) 4690 State Road, Drexel Hill, PA 19026 (Multi 1 Unit) – Balance 7/31/22 $6,321.  Tenant is
unresponsive.

(7) 8513 Lansdowne Avenue, Upper Darby PA 19082 (Multi 1 Unit) -Balance $2,991.63 7/31/22. Tenant
has applied for rental assistance.

Final Report of the Court Appointed Receiver

June 3, 2024

(8) 419 Glendale Avenue, Upper Darby, PA 19082 (Multi 1 Unit) – Balance 7/31/22 $0

(9) 526 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) – Balance 7/31/22 $7,470. Tenant is working on making bi-weekly payments to pay the balance down.

(10) 418 Timberlake Road, Upper Darby, PA 19082 -(Vacant)

(11) 599 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) – Balance 7/31/22 $3,800. Tenant applied for rental assistance.

12) 2131 Brighton Street, Philadelphia, PA 19149 – Tenant is current on rent and has a credit of $125 on account as of 7/31/22.

(13) 40 E. Rittenhouse Street, Philadelphia, PA 19144 -Tenant has a balance of $1,767.50 as of 7/31/22. The tenant made a partial payment of $400 on 7/5/22. Tenant plans on getting caught up by October.

## AS PREVIOUSLY REPORTED IN THE THIRD RECEIVER REPORT

(1) 245 Burmont Road, Upper Darby, PA 19082 (Single Family) – Vacant

(2) 347 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit) – No balance as of 8/31/22-has credit of $321.29 on the account.

(3) 355 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit) – Balance as of 8/31/22 at $3419. The tenant is on an installment plan.

4) 37 Walnut Street, Clifton Heights, PA 19018 (Multi 1 Unit) – Balance as of 8/31/22 at $632.00.

5) 412 Long Lane, Upper Darby, PA 19082 (Multi 2 Units) - Unit #1: Balance as of 8/31/22 at $1285.00. Unit #2: Vacant

(6) 4690 State Road, Drexel Hill, PA 19026 (Multi 1 Unit) – Balance 8/31/22 - $7,938.00. Tenant is unresponsive.

(7) 8513 Lansdowne Avenue, Upper Darby PA 19082 (Multi 1 Unit) -Balance 8/31/22 - $4,262,64. Tenant issued 10-day notice for rent. The tenant did not pay the balance. Contacting eviction attorneys.

(8) 419 Glendale Avenue, Upper Darby, PA 19082 (Multi 1 Unit) – Balance 8/31/22 $0

(9) 526 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) – Balance 8/31/22 $7,470. The tenant made the August payment only.

Final Report of the Court Appointed Receiver

June 3, 2024

(10) 418 Timberlake Road, Upper Darby, PA 19082 - Vacant

(11) 599 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) – Balance 8/31/22 – Credit of $2,850. The tenant received rental assistance.

(12) 2131 Brighton Street, Philadelphia, PA 19149 -Tenant is current on rent as of 8/31/22.

(13) 40 E. Rittenhouse Street, Philadelphia, PA 19144 -Tenant has a balance of $2,396.50 as of 8/31/22. The tenant continues to make partial payments.

## AS PREVIOUSLY REPORTED IN THE FOURTH RECEIVER REPORT

(1) 245 Burmont Road, Upper Darby, PA 19082 (Single Family)- Vacant

(2) 347 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit)- Balance as of 9/31/2022 at $1,328.71

(3) 355 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit)- Balance as of 9/31/22 at $3,038.00. The tenant is on an installment plan.

(4) 37 Walnut Street, Clifton Heights, PA 19018 (Multi 1 Unit)- Balance as of 9/31/22 at $1,846.00.

(5) 412 Long Lane, Upper Darby, PA 19082 (Multi 2 Units) - Unit 1:  Vacant  Unit2: Vacant

(6) 4690 State Road, Drexel Hill, PA 19026 (Multi 1 Unit) –Balance as of 9/31/22 at $9,555.00. Eviction pending.

(7) 8513 Lansdowne Avenue, Upper Darby PA 19082 (Multi 1 Unit)-Balance as of 9/31/22 at $5,533.63.  Eviction pending.

(8) 419 Glendale Avenue, Upper Darby, PA 19082 (Multi 1 Unit)-Balance as of 9/31/22 at $900

(9) 526 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) –Balance as of 9/31/22 at $7,470. Tenant indicates this balance is from the prior property manager and is incorrect.  Tenant to supply proof of payment.

(10)        418 Timberlake Road, Upper Darby, PA 19082-Vacant
599 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit)-No Balance as of 9/31/22. Tenant has a credit of $1,900.

**Final Report of the Court Appointed Receiver**

**June 3, 2024**

(11) 2131 Brighton Street, Philadelphia, PA 19149 -Tenant is current on rent as of 9/30/22. A water bill was charged to tenant's ledger, on 9/22/22, for $1,208.97

(12) 40 E. Rittenhouse Street, Philadelphia, PA 19144 -Tenant has a balance of $2,851.50 as of 9/30/22. The tenant continues to make partial payments.

**AS PREVIOUSLY REPORTED IN THE FIFTH RECEIVER REPORT**

(1) 245 Burmont Road, Upper Darby, PA 19082 (Single Family) –Vacant

(2) 347 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit) - Balance as of 6/25/23 at $5,211.71

(3) 355 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit) – Balance as of 6/25/23 at $16,091.23

4) 37 Walnut Street, Clifton Heights, PA 19018 (Multi 1 Unit) – Balance as of 6/25/23 at $13,001

5) 412 Long Lane, Upper Darby, PA 19082 (Multi 2 Units) – Unit 1 VacantUnit2: Vacant

(6) 4690 State Road, Drexel Hill, PA 19026 (Multi 1 Unit) –Vacant as of 3/31/23

(7) 8513 Lansdowne Avenue, Upper Darby PA 19082 (Multi 1 Unit) -Vacant

(8) 419 Glendale Avenue, Upper Darby, PA 19082 (Multi 1 Unit) – Balance as of 6/20/23 at $6,342

(9) 526 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) – Balance as of 6/20/23 at $11,132

(10) 418 Timberlake Road, Upper Darby, PA 19082 (Vacant) -Vacant

(11) 599 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) – Balance as of 6/20/23 at $3,325

2131 Brighton Street, Philadelphia, PA 19149 – As of 6/20/23 balance of $3,008.97 after new leasing agreement previously reported and $1208.97 unpaid utility reimbursement. The lease was renewed with an expiration of 2/29/2024 for safety & health.

40 E. Rittenhouse Street, Philadelphia, PA 19144 – As of 6/20/23 balance $6,932.65. As previously reported: Tenants vacated on 3/31/23. Left balance of $9,532.65. Security deposit on file for $2600.

**Leasing and Sales**

**CURRENT STATUS**
Nothing to Report

Final Report of the Court Appointed Receiver

June 3, 2024

## Utilities

### (1) 245 Burmont Road, Upper Darby, PA 19082

Gas:         Vacant
Water:       Vacant
Electric:    Vacant
Garbage:     Vacant

### (2) 347 Avon Road, Upper Darby, PA 19082

Gas:         Tenant responsibility
Water:       Tenant responsibility
Electric:    Tenant responsibility
Garbage:     Tenant responsibility

### (3) 355 Avon Road, Upper Darby, PA 19082

Gas:         Tenant responsibility
Water:       Tenant responsibility
Electric:    Tenant responsibility
Garbage:     Tenant responsibility

### (4) 37 Walnut Street, Clifton Heights, PA 19018

Gas:         Tenant responsibility
Water:       Tenant responsibility
Electric:    Tenant responsibility
Garbage:     Tenant responsibility

### (5) 412 Long Lane, Upper Darby, PA 19082

Gas:         Tenant responsibility
Water:       Tenant responsibility
Electric:    Tenant responsibility
Garbage:     Tenant responsibility

### (6) 4690 State Road, Drexel Hill, PA 19026

Gas:         Tenant responsibility
Water:       Tenant responsibility
Electric:    Tenant responsibility
Garbage:     Tenant responsibility

### (7) 8513 Lansdowne Avenue, Upper Darby PA 19082

Final Report of the Court Appointed Receiver

June 3, 2024

| | |
|---|---|
| Gas: | Tenant responsibility |
| Water: | Tenant responsibility |
| Electric: | Tenant responsibility |
| Garbage: | Tenant responsibility |

### (8) 419 Glendale Avenue, Upper Darby, PA 19082

| | |
|---|---|
| Gas: | Tenant responsibility |
| Water: | Tenant responsibility |
| Electric: | Tenant responsibility |
| Garbage: | Tenant responsibility |

### (9) 526 Timberlake Road, Upper Darby, PA 19082

| | |
|---|---|
| Gas: | Tenant responsibility |
| Water: | Tenant responsibility |
| Electric: | Tenant responsibility |
| Garbage: | Tenant responsibility |

### (10) 418 Timberlake Road, Upper Darby, PA 19082

| | |
|---|---|
| Gas: | Vacant |
| Water: | Vacant |
| Electric: | Vacant |
| Garbage: | Vacant |

### (11) 599 Timberlake Road, Upper Darby, PA 19082

| | |
|---|---|
| Gas: | Tenant responsibility |
| Water: | Tenant responsibility |
| Electric: | Tenant responsibility |
| Garbage: | Tenant responsibility |

### (12) 2131 Brighton Street, Philadelphia, PA 19149

| | |
|---|---|
| Gas: | Tenant's responsibility |
| Water: | Tenant's responsibility |
| Electric: | Tenant's responsibility |
| Garbage: | Tenant's responsibility |

### (13) 40 E. Rittenhouse Street, Philadelphia, PA 19144

| | |
|---|---|
| Gas: | Tenant's responsibility |
| Water: | Tenant's responsibility |
| Electric: | Tenant's responsibility |
| Garbage: | Tenant's responsibility |

## Real Estate Taxes

**AS PREVIOUSLY REPORTED IN THE INITIAL RECEIVER REPORT**

(1) 245 Burmont Road, Upper Darby, PA 19082 -
PIN #/PARID# 16120019300; Taxes have been paid and are current.

(2) 347 Avon Road, Upper Darby, PA 19082 -
PIN #/PARID#: 16040012600; Taxes have been paid are current.

(3) 355 Avon Road, Upper Darby, PA 19082 -
PIN #/PARID#: 16040013000; Taxes have been paid and are current.

(4) 37 Walnut Street, Clifton Heights, PA 19018 -
PIN #/ PARID#: 10000201600; Taxes have been paid and are current.

(5) 412 Long Lane, Upper Darby, PA 19082 -
PIN#/ PARID#: 16040118700; Taxes have been paid and are current.

(6) 4690 State Road, Drexel Hill, PA 19026 -
PIN #/PARID#: 16110171800; Taxes have been paid and are current.

(7) 8513 Lansdowne Avenue, Upper Darby PA 19082 -
PIN #/PARID#: 16080188800; Taxes have been paid and are current.

(8) 419 Glendale Avenue, Upper Darby, PA 19082 -
PIN #/PARID#: 16030044500; Taxes have been paid and are current.
(9) 526 Timberlake Road, Upper Darby, PA 19082 -
PIN #/PARID#: 16030176400; Taxes have been paid and are current.

(10) 418 Timberlake Road, Upper Darby, PA 19082 -
PIN #/PARID#: 16030173500; Taxes have been paid are current.

(11) 599 Timberlake Road, Upper Darby, PA 19082 -
PIN #/PARID#: 16030173100; Taxes have been paid are current.

(12) 2131 Brighton Street, Philadelphia, PA 19149
PIN #: OPA#542098800; Taxes are current.

(13) 40 E. Rittenhouse Street, Philadelphia, PA 19144
PIN #: OPA#: 591101400; Taxes are current.

**AS PREVIOUSLY REPORTED IN THE SECOND RECEIVER REPORT**

(1) 245 Burmont Road, Upper Darby, PA 19082 (Single Family) – Taxes are current.

(2) 347 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit) - Taxes are current.

(3) 355 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit) – Taxes are current.

4) 37 Walnut Street, Clifton Heights, PA 19018 (Multi 1 Unit) – Taxes are current.

5) 412 Long Lane, Upper Darby, PA 19082 (Multi 2 Units) – Taxes are current.

(6) 4690 State Road, Drexel Hill, PA 19026 (Multi 1 Unit) – Taxes are current.

(7) 8513 Lansdowne Avenue, Upper Darby PA 19082 (Multi 1 Unit) -Taxes are current.

(8) 419 Glendale Avenue, Upper Darby, PA 19082 (Multi 1 Unit) – Taxes are current.

(9) 526 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) – Taxes are current.

(10) 418 Timberlake Road, Upper Darby, PA 19082 (Vacant) -Taxes are current.

(11) 599 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) – Taxes are current.

(12) 2131 Brighton Street, Philadelphia, PA 19149
PIN #: OPA#542098800; Taxes are current.

(13) 40 E. Rittenhouse Street, Philadelphia, PA 19144
PIN #:  OPA#: 591101400; Taxes are current.

**AS PREVIOUSLY REPORTED IN THE THIRD RECEIVER REPORT**

(1) 245 Burmont Road, Upper Darby, PA 19082 (Single Family) – Taxes are current.
Water service charge bills have been requested.
School tax bills have been requested.

(2) 347 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit) - Taxes are current.
Water service charge bills have been requested.
School tax bills have been requested.

(3) 355 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit) – Taxes are current.
Water service charge bills have been requested.

Final Report of the Court Appointed Receiver

June 3, 2024

School tax bills have been requested.

(4) 37 Walnut Street, Clifton Heights, PA 19018 (Multi 1 Unit) – Taxes are current.
Water service charge bills have been requested.
School tax bills have been requested.

(5) 412 Long Lane, Upper Darby, PA 19082 (Multi 2 Units) – Taxes are current.
Water service charge bills have been requested.
School tax bills have been requested.

(6) 4690 State Road, Drexel Hill, PA 19026 (Multi 1 Unit) – Taxes are current.
Water service charge bills have been requested.
School tax bills have been requested.

(7) 8513 Lansdowne Avenue, Upper Darby PA 19082 (Multi 1 Unit) -Taxes are current.
Water service charge bills have been requested.
School tax bills have been requested.

(8) 419 Glendale Avenue, Upper Darby, PA 19082 (Multi 1 Unit) – Taxes are current.
Water service charge bills have been requested.
School tax bills have been requested.

(9) 526 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) – Taxes are current.
Water service charge bills have been requested.
School tax bills have been requested.

(10) 418 Timberlake Road, Upper Darby, PA 19082 (Vacant) -Taxes are current.
Water service charge bills have been requested.
School tax bills have been requested.

(11) 599 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) – Taxes are current.
Water service charge bills have been requested.
School tax bills have been requested.

(12) 2131 Brighton Street, Philadelphia, PA 19149
PIN #: OPA#542098800; Taxes are current.

(13) 40 E. Rittenhouse Street, Philadelphia, PA 19144
PIN #:  OPA#: 591101400; Taxes are current.

**AS PREVIOUSLY REPORTED IN THE FOURTH RECEIVER REPORT**

(1) 245 Burmont Road, Upper Darby, PA 19082 (Single Family) –Taxes are current.

(2) 347 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit) – Taxes are current.

(3) 355 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit) – Taxes are current.

4) 37 Walnut Street, Clifton Heights, PA 19018 (Multi 1 Unit) – Taxes are current.

5) 412 Long Lane, Upper Darby, PA 19082 (Multi 2 Units) –Taxes are current.

(6) 4690 State Road, Drexel Hill, PA 19026 (Multi 1 Unit) –Taxes are current.

(7) 8513 Lansdowne Avenue, Upper Darby PA 19082 (Multi 1 Unit) -Taxes are current.

(8) 419 Glendale Avenue, Upper Darby, PA 19082 (Multi 1 Unit) – Taxes are current.

(9) 526 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) – Taxes are current.

(10) 418 Timberlake Road, Upper Darby, PA 19082 (Vacant) -Taxes are current.

(11) 599 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) – Taxes are current.

(12) 2131 Brighton Street, Philadelphia, PA 19149
PIN #: OPA#542098800; Taxes are current.

(13) 40 E. Rittenhouse Street, Philadelphia, PA 19144
PIN #:  OPA#: 591101400; Taxes are current.

**AS REPORTED IN THE FIFTH RECEIVER REPORT**
(1) 245 Burmont Road, Upper Darby, PA 19082 (Single Family) – Taxes are current

(2) 347 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit) - Taxes are current

(3) 355 Avon Road, Upper Darby, PA 19082 (Multi 1 Unit) – Taxes are current

4) 37 Walnut Street, Clifton Heights, PA 19018 (Multi 1 Unit) – Taxes are current

5) 412 Long Lane, Upper Darby, PA 19082 (Multi 2 Units) – Taxes are current

(6) 4690 State Road, Drexel Hill, PA 19026 (Multi 1 Unit) – Taxes are current

(7) 8513 Lansdowne Avenue, Upper Darby PA 19082 (Multi 1 Unit) - Taxes are current

(8) 419 Glendale Avenue, Upper Darby, PA 19082 (Multi 1 Unit) – Taxes are current

(9) 526 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) – Taxes are current

(10) 418 Timberlake Road, Upper Darby, PA 19082 (Vacant) - Taxes are current

(11) 599 Timberlake Road, Upper Darby, PA 19082 (Multi 1 Unit) – Taxes are current

(12) 2131 Brighton Street, Philadelphia, PA 19149
PIN #: OPA#542098800; Taxes are current.

(13) 40 E. Rittenhouse Street, Philadelphia, PA 19144
PIN #:  OPA#: 591101400; Taxes are current.

## SECTION 5. FINANCIALS

### Operating Account
The Receiver has opened an account at Chase Bank for the holding of rental income and payment of any expenses.

### Financial Report
The financial reporting for the period 4/1/2023 through 6/20/2023 is included in the financial reporting included in this report. Invoices and bank statements are also included in the exhibit.

### Security Deposit History
**37 Walnut St**
Tenanted. $2,940 Security deposit included at turnover on 6/20/2023.

**2131 Brighton St.**
Tenanted. $2,700 Security deposit included at turnover on 6/20/2023.

**40 E. Rittenhouse**
Tenants behind on rent, made sporadic payments.  Tenants stated they were moving, wanted to set up payment plan or pay balance with tax return.  Would not give forwarding address, became unresponsive

Final Report of the Court Appointed Receiver

June 3, 2024

and vacated. Deposit withheld as of 4/1/2023 and applied to balance. Amount of security deposit, $2,600, returned on 6/20/2023.

**245 Burmont Rd.**
Vacant. No security deposit.

**418 Timberlake Rd.**
Vacant. No security deposit.

**4690 State Road**
Tenant vacated without notice. 4/5/23 inspection and locks changed.
Deposit withheld on 5/1/2023 and applied to balance. Amount of security deposit, $1,400, Included at turnover on 6/20/2023.

**8513 Landsdowne**
Eviction due to unpaid rent. Deposit withheld on 4/1/2023 and applied to rent. Amount of security deposit, $3,600, Included at turnover on 6/20/2023.

**347 Avon Rd.**
Tenanted. $3,000 Security deposit included at turnover on 6/20/2023.

**599 Timberlake**
Tenanted. No security deposit.

**526 Timberlake**
Tenanted. $2,200 Security deposit included at turnover on 6/20/2023.

**419 Glendale Ave**
Tenanted. $1,800 Security deposit included at turnover on 6/20/2023.

**355 Avon Rd.**
Tenanted. Stay in effect and could not pursue eviction. $3,000 Security deposit included at turnover on 6/20/2023.

**418 Timberlake Rd.**
Vacant. No security deposit.

**412 Long Lane -1**
Tenant vacated due to safety issues in the area (stolen mail, car egged) and a leak issue. Deposit withheld on 4/1/2023 and applied to rent. Security deposit amount, $2,625 included at turnover on 6/20/2023.

**412 Long Lane-2**
Tenant broke the lease and vacated without notice due to pest control issues. Deposit withheld on 4/1/2023 and applied to rent. Security deposit amount, $1,750, included at turnover on 6/20/2023

**Turnover**

**Final Report of the Court Appointed Receiver**

**June 3, 2024**

At the time of turnover, two draws were sent to the owner's representation for the case ending in 8284. These were for the amounts of $22,315.00, representing the security deposit recorded at the start of receivership; and $25,078.83 constituting the funds remaining after the security deposits. The total of these amounts is: $47,393.83.

As stated previously in this report, some of the deposits were applied to rental balances after tenancy ended. The amount of security deposits actually held was $12,940.00. This is reflected in the accounting records provided. The amount of funds held by the portfolio on 6/20/2023 was $34,453.83. Both numbers are presented in the accounting records. The total of these two amounts is $47,393.83.

For Case 00225, which involved the 2131 Brighton St. And 40 E. Rittenhouse properties, both security deposit amounts were returned, though one of these, 40 E. Rittenhouse, had been applied to the rental balance accumulated by the tenant.

In October of 2022 and March of 2023, the tenant at 2131 Brighton included two payments totaling $1,200 in payments toward "utility income" which were in fact utility reimbursements. This inflated the income amounts for those periods. Those amounts have been adjusted in this report. This required the properties and the receiver to carry the deficit of the properties with the anticipation the expenses and deficit would be funded by the bank.

During the review for this period of 4/1/2023-6/20/2023 two discrepancies were found for properties at 40 E. Rittenhouse and 2131 Brighton for the amounts of $1,056 and $806 respectively. The first discrepancy consisted of the rental payment entered into the ledger on 4/15/2022. The payment was not deposited into the property account but was accounted for in the income number for the period.

The second discrepancy was discovered upon further, more extensive review of past expenses for the Brighton address which were returned or voided.

Finally, the property at 599 Timberlake Rd, carried a negative balance of ($338.75) after adjustments. The total adjusted amount is **$1,523.25.**

Final Report of the Court Appointed Receiver

June 3, 2024

## CERTIFICATION

WHEREFORE, the Receiver respectfully submits the 534(b)(2) Accounting Report

James Paul, Receiver
ALPS Property Management (ALPS Group)
55 E. Monroe St., Suite 3800
Chicago, IL 60603

Final Report of the Court Appointed Receiver

June 3, 2024

## SECTION 5.  FINANCIALS & OTHER INFORMATION

1. PROPERTY STATEMENTS
2. BANK STATEMENTS
3. PROPERTY BILLS AND UTILITIES
4. WORK ORDERS
5. RECEIVER INVOICES
6. TENANT INFORMATION
7. MISC. TENANT REQUESTS DURING RECEIVERSHIP

PROPERTY STATEMENTS

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

MBMK Property Holdings
IL

# Rental Owner Statement

**ALPSGROUP**

Statement period  3/1/2022 - 3/31/2022
Statement date  4/30/2024

## Summary by property

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 8513 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning cash balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **+ Additions to cash** | | | | | | | | | | | | | | |
| Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Owner contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other additions | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 |
| **– Subtractions from cash** | | | | | | | | | | | | | | |
| Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Owner draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other subtractions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ending cash balance | $0.00 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| **– Adjustments** | | | | | | | | | | | | | | |
| Tenant security deposits and early payments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property reserve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Available for payment | $0.00 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 |

# Rental Owner Statement



**ALPSGROUP**

Statement period    3/1/2022 - 3/31/2022
Statement date    4/30/2024

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

## Income statement

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 8813 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

**Rental Owner Statement**

**ALPSGROUP**

Statement period  **3/1/2022 - 3/31/2022**
Statement date    **4/30/2024**

## Detail transactions

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning cash balance as of 3/1/2022** | | | | | | **$0.00** |
| **Additions to cash** | | | | | | |
| 3/31/2022 | Philadelphia - 2131 Brighton Street | Opening Balance Equity | | Opening balance | 20.00 | 20.00 |
| **Total from additions to cash** | | | | | **$20.00** | |
| **Subtractions from cash** | | | | | | |
| **Total from subtractions from cash** | | | | | **$0.00** | |
| **Ending cash balance as of 3/31/2022** | | | | | | **$20.00** |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

MBMK Property Holdings
IL

**Rental Owner Statement**

**ALPSGROUP**

| | |
|---|---|
| Statement period | 4/1/2022 - 4/30/2022 |
| Statement date | 4/30/2024 |

## Summary by property

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 416 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 853 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning cash balance** | $0.00 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| **+ Additions to cash** | | | | | | | | | | | | | | |
| Income | 0.00 | 0.00 | 1,325.00 | 1,256.00 | 0.00 | 1,400.00 | 0.00 | 1,780.00 | 0.00 | 900.00 | 1,100.00 | 0.00 | 0.00 | 7,761.00 |
| Owner contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other additions | 2,940.00 | 1,400.00 | 2,700.00 | 2,600.00 | 0.00 | 3,000.00 | 3,000.00 | 3,500.00 | 0.00 | 1,800.00 | 2,200.00 | 0.00 | 3,600.00 | 26,740.00 |
| **– Subtractions from cash** | | | | | | | | | | | | | | |
| Expenses | 27.27 | 27.27 | 1,352.55 | 75.00 | 27.27 | 27.27 | 27.27 | 27.27 | 27.27 | 27.27 | 27.28 | 27.28 | 27.28 | 1,727.55 |
| Owner draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other subtractions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Ending cash balance** | $2,912.73 | $1,372.73 | $2,692.45 | $3,781.00 | ($27.27) | $4,372.73 | $2,972.73 | $5,252.73 | ($27.27) | $2,672.73 | $3,272.72 | ($27.28) | $3,572.72 | $32,793.45 |
| **— Adjustments** | | | | | | | | | | | | | | |
| Tenant security deposits and early payments | 2,940.00 | 1,400.00 | 2,700.00 | 2,600.00 | 0.00 | 3,000.00 | 3,000.00 | 3,500.00 | 0.00 | 1,800.00 | 2,200.00 | 0.00 | 3,600.00 | 26,740.00 |
| Property reserve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Available for payment** | ($27.27) | ($27.27) | ($7.55) | $1,181.00 | ($27.27) | $1,372.73 | ($27.27) | $1,752.73 | ($27.27) | $872.73 | $1,072.72 | ($27.28) | ($27.28) | $6,053.45 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

Statement period  **4/1/2022 - 4/30/2022**
Statement date  **4/30/2024**

## Income statement

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Derby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 8513 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | |
| Rent Income | 0.00 | 0.00 | 1,325.00 | 1,256.00 | 0.00 | 1,400.00 | 0.00 | 1,780.00 | 0.00 | 900.00 | 1,100.00 | 0.00 | 0.00 | 7,761.00 |
| **Total Income** | **$0.00** | **$0.00** | **$1,325.00** | **$1,256.00** | **$0.00** | **$1,400.00** | **$0.00** | **$1,780.00** | **$0.00** | **$900.00** | **$1,100.00** | **$0.00** | **$0.00** | **$7,761.00** |
| **Expense** | | | | | | | | | | | | | | |
| Insurance | 27.27 | 27.27 | 75.00 | 75.00 | 27.27 | 27.27 | 27.27 | 27.27 | 27.27 | 27.27 | 27.28 | 27.28 | 27.28 | 450.00 |
| Legal and Professional Fees | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| Utilities | 0.00 | 0.00 | 1,177.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,177.55 |
| **Total expenses** | **$27.27** | **$27.27** | **$1,352.55** | **$75.00** | **$27.27** | **$27.27** | **$27.27** | **$27.27** | **$27.27** | **$27.27** | **$27.28** | **$27.28** | **$27.28** | **$1,727.55** |
| **Net Income** | **($27.27)** | **($27.27)** | **($27.55)** | **$1,181.00** | **($27.27)** | **$1,372.73** | **($27.27)** | **$1,752.73** | **($27.27)** | **$872.73** | **$1,072.72** | **($27.28)** | **($27.28)** | **$6,033.45** |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

Statement period  **4/1/2022 - 4/30/2022**
Statement date  **4/30/2024**

## Detail transactions

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning cash balance as of 4/1/2022** | | | | | | **$20.00** |
| **Additions to cash** | | | | | | |
| 4/4/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Bakestier | April Partial Payment | 1,000.00 | 1,020.00 |
| 4/4/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Bakestier | April Rent remainder | 325.00 | 1,345.00 |
| 4/4/2022 | Upper Darby - 412 Long Lane | Rent Income | Unit 2 - Rachel Ruane | April rent | 875.00 | 2,220.00 |
| 4/5/2022 | Upper Darby - 412 Long Lane | Rent Income | Unit 1 - Britney Danforth | April rent | 905.00 | 3,125.00 |
| 4/6/2022 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | April Rent | 1,400.00 | 4,525.00 |
| 4/7/2022 | Philadelphia - 40 E. Ritenhouse Street | Rent Income | Unit 1 - Michael Warfield | Payment | 200.00 | 4,725.00 |
| 4/8/2022 | Upper Darby - 419 Glendale Avenue | Rent Income | Unit 1 - Paul Roodchil | Payment | 900.00 | 5,625.00 |
| 4/11/2022 | Upper Darby - 526 Timberlake Road | Rent Income | Unit 1 - Krystal Fairy | April Pmt | 1,000.00 | 6,625.00 |
| 4/11/2022 | Upper Darby - 526 Timberlake Road | Rent Income | Unit 1 - Krystal Fairy | April Pmt | 100.00 | 6,725.00 |
| 4/15/2022 | Philadelphia - 40 E. Ritenhouse Street | Rent Income | Unit 1 - Michael Warfield | April Pmt | 1,056.00 | 7,781.00 |
| 4/27/2022 | Philadelphia - 2131 Brighton Street | Security Deposit Liability | Unit 1 - Danielle Bakestier | Sec Dep from previous PM | 2,700.00 | 10,481.00 |
| 4/27/2022 | Philadelphia - 40 E. Ritenhouse Street | Security Deposit Liability | Unit 1 - Michael Warfield | Sec Dep from previous PM | 2,600.00 | 13,081.00 |
| 4/27/2022 | Clifton Heights - 37 Walnut Street | Security Deposit Liability | Unit 1 - Carla Dupriest | Payment | 2,940.00 | 16,021.00 |
| 4/27/2022 | Upper Darby - 347 Avon Road | Security Deposit Liability | Unit 1 - Alexis Nazario | Sec Dep from previous PM | 3,000.00 | 19,021.00 |
| 4/27/2022 | Upper Darby - 355 Avon Road | Security Deposit Liability | Unit 1 - Shante Madison | Sec Dep from previous PM | 3,000.00 | 22,021.00 |
| 4/27/2022 | Upper Darby - 412 Long Lane | Security Deposit Liability | Unit 1 - Britney Danforth | Sec Dep from previous PM-Sec $875 plus Last month's rent $875 | 1,750.00 | 23,771.00 |
| 4/27/2022 | Upper Darby - 412 Long Lane | Security Deposit Liability | Unit 2 - Rachel Ruane | Sec Dep from previous PM | 1,750.00 | 25,521.00 |
| 4/27/2022 | Drexel Hill - 4690 State Road | Security Deposit Liability | Unit 1 - Antonia Perez | Sec Deposit from previous PM | 1,400.00 | 26,921.00 |
| 4/27/2022 | Upper Darby - 8533 Lansdowne Avenue | Security Deposit Liability | Unit 1 - Courtney Cannady | Sec Dep from previous PM | 3,600.00 | 30,521.00 |
| 4/27/2022 | Upper Darby - 419 Glendale Avenue | Security Deposit Liability | Unit 1 - Paul Roodchil | Sec Dep from previous PM | 1,800.00 | 32,321.00 |
| 4/27/2022 | Upper Darby - 526 Timberlake Road | Security Deposit Liability | Unit 1 - Krystal Fairy | Sec Dep from Previous PM | 2,200.00 | 34,521.00 |
| **Total from additions to cash** | | | | | | **$34,501.00** |
| **Subtractions from cash** | | | | | | |
| 4/18/2022 | Philadelphia - 2131 Brighton Street | Legal and Professional Fees | | | 100.00 | 34,421.00 |



Rental Owner Statement

**ALPSGROUP**

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

Statement period    4/1/2022 - 4/30/2022
Statement date    4/30/2024

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 4/19/2022 | Philadelphia - 2131 Brighton Street | Insurance | Rosenthal Bros., Inc. | Management company funded payment | 75.00 | 34,346.00 |
| 4/19/2022 | Philadelphia - 40 E. Rittenhouse Street | Insurance | Rosenthal Bros., Inc. | Management company funded payment | 75.00 | 34,271.00 |
| 4/19/2022 | Clifton Heights - 37 Walnut Street | Insurance | Rosenthal Bros., Inc. | Management company funded payment | 27.27 | 34,243.73 |
| 4/19/2022 | Upper Darby - 245 Burmont Road | Insurance | Rosenthal Bros., Inc. | Management company funded payment | 27.27 | 34,216.46 |
| 4/19/2022 | Upper Darby - 347 Avon Road | Insurance | Rosenthal Bros., Inc. | Management company funded payment | 27.27 | 34,189.19 |
| 4/19/2022 | Upper Darby - 355 Avon Road | Insurance | Rosenthal Bros., Inc. | Management company funded payment | 27.27 | 34,161.92 |
| 4/19/2022 | Upper Darby - 412 Long Lane | Insurance | Rosenthal Bros., Inc. | Management company funded payment | 27.27 | 34,134.65 |
| 4/19/2022 | Drexel Hill - 4690 State Road | Insurance | Rosenthal Bros., Inc. | Management company funded payment | 27.27 | 34,107.38 |
| 4/19/2022 | Upper Darby - 8513 Lansdowne Avenue | Insurance | Rosenthal Bros., Inc. | Management company funded payment | 27.28 | 34,080.10 |
| 4/19/2022 | Upper Darby - 419 Glendale Avenue | Insurance | Rosenthal Bros., Inc. | Management company funded payment | 27.27 | 34,052.83 |
| 4/19/2022 | Upper Darby - 526 Timberlake Road | Insurance | Rosenthal Bros., Inc. | Management company funded payment | 27.28 | 34,025.55 |
| 4/19/2022 | Upper Darby - 599 Timberlake Road | Insurance | Rosenthal Bros., Inc. | Management company funded payment | 27.28 | 33,998.27 |
| 4/19/2022 | Upper Darby - 418 Timberlake Road | Insurance | Rosenthal Bros., Inc. | Management company funded payment | 27.27 | 33,971.00 |
| 4/26/2022 | Philadelphia - 2131 Brighton Street | Utilities | | | 1,177.55 | 32,793.45 |
| **Total from subtractions from cash** | | | | | **$1,727.55** | |
| **Ending cash balance as of 4/30/2022** | | | | | | **$32,793.45** |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

Rental Owner Statement

**ALPSGROUP**

Statement period  5/1/2022 - 5/31/2022
Statement date  4/30/2024

MBMK Property Holdings
IL

## Summary by property

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 559 Timberlake Road | Upper Darby - 8913 Landsdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning cash balance | $2,912.73 | $1,372.73 | $2,692.45 | $3,781.00 | ($27.27) | $4,372.73 | $2,972.73 | $5,252.73 | ($27.27) | $2,672.73 | $3,272.72 | ($27.28) | $3,572.72 | $32,793.45 |
| + Additions to cash | | | | | | | | | | | | | | |
| Income | 0.00 | 0.00 | 1,975.00 | 1,299.00 | 0.00 | 0.00 | 980.00 | 1,780.00 | 0.00 | 900.00 | 1,000.00 | 0.00 | 900.00 | 8,834.00 |
| Owner contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,424.62 | 17,226.76 | 1,515.60 | 2,078.57 | 1,886.37 | 390.96 | 2,440.94 | 5,144.63 | 41,408.45 |
| Other additions | 0.00 | 0.00 | 15,148.38 | 1,144.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 650.00 | 0.00 | 16,943.25 |
| — Subtractions from cash | | | | | | | | | | | | | | |
| Expenses | 10,395.50 | 506.25 | 9,285.70 | 512.50 | 0.00 | 746.33 | 506.25 | 1,012.50 | 506.25 | 600.48 | 506.25 | 506.25 | 614.68 | 26,205.19 |
| Owner draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other subtractions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ending cash balance | ($7,482.77) | $866.48 | $10,530.13 | $5,712.37 | ($27.27) | $15,051.02 | $20,673.24 | $7,535.83 | $1,545.05 | $4,158.62 | $4,157.43 | $2,557.41 | $9,002.67 | $73,773.96 |
| — Adjustments | | | | | | | | | | | | | | |
| Tenant security deposits and early payments | 2,940.00 | 1,400.00 | 2,700.00 | 2,600.00 | 0.00 | 3,000.00 | 3,000.00 | 3,500.00 | 0.00 | 1,800.00 | 2,200.00 | 650.00 | 3,600.00 | 27,390.00 |
| Property reserve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Available for payment | ($10,422.77) | ($533.52) | $7,830.13 | $3,112.37 | ($533.52) | $12,051.02 | $17,673.24 | $4,035.83 | $1,545.05 | $2,358.62 | $1,957.43 | $1,907.41 | $5,402.67 | $46,383.96 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

MBMK Property Holdings - Generated 04/30/2024 12:51:19

# Rental Owner Statement

**ALPSGROUP**

Statement period 5/1/2022 - 5/31/2022
Statement date 4/30/2024

## Income statement

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4550 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 8653 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | |
| Rent Income | 0.00 | 0.00 | 1,975.00 | 1,299.00 | 0.00 | 0.00 | 980.00 | 1,780.00 | 0.00 | 900.00 | 1,000.00 | 0.00 | 900.00 | 8,834.00 |
| **Total Income** | **$0.00** | **$0.00** | **$1,975.00** | **$1,299.00** | **$0.00** | **$0.00** | **$980.00** | **$1,780.00** | **$0.00** | **$900.00** | **$1,000.00** | **$0.00** | **$900.00** | **$8,834.00** |
| **Expense** | | | | | | | | | | | | | | |
| Accounting | 110.00 | 0.00 | 110.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 220.00 |
| Administration | 233.75 | 0.00 | 55.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 288.75 |
| Construction Services | 2,497.50 | 0.00 | 1215.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,712.50 |
| Copy Charges | 37.50 | 0.00 | 38.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 76.00 |
| Management Fees | 506.25 | 506.25 | 512.50 | 512.50 | 506.25 | 506.25 | 506.25 | 1012.50 | 506.25 | 506.25 | 506.25 | 506.25 | 506.25 | 7,100.00 |
| Other Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.25 | 0.00 | 0.00 | 0.00 | 2.25 | 0.00 | 0.00 | 2.25 | 6.75 |
| Postage and Delivery | 135.50 | 0.00 | 167.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 302.70 |
| Received Fees | 6,875.00 | 0.00 | 7,187.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,062.50 |
| Utilities - Water/Sewer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 237.83 | 0.00 | 0.00 | 0.00 | 91.98 | 0.00 | 0.00 | 106.18 | 435.99 |
| **Total expenses** | **$10,395.50** | **$506.25** | **$9,285.70** | **$512.50** | **$506.25** | **$746.33** | **$506.25** | **$1,012.50** | **$506.25** | **$600.48** | **$506.25** | **$506.25** | **$614.68** | **$26,205.19** |
| **Net Income** | **($10,395.50)** | **($506.25)** | **($7,310.70)** | **$786.50** | **($506.25)** | **($746.33)** | **$473.75** | **$767.50** | **($506.25)** | **$299.52** | **$493.75** | **($506.25)** | **$285.32** | **($17,371.19)** |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

Statement period **5/1/2022 - 5/31/2022**
Statement date    **4/30/2024**

## Detail transactions

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning cash balance as of 5/1/2022** | | | | | | **$32,793.45** |
| **Additions to cash** | | | | | | |
| 5/2/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Balestier | May rent Partial | 650.00 | 33,443.45 |
| 5/4/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Balestier | May rent remainder | 675.00 | 34,118.45 |
| 5/6/2022 | Philadelphia - 2131 Brighton Street | Owner Contribution | | Deposit of funds from previous account | 15,148.38 | 49,266.83 |
| 5/6/2022 | Philadelphia - 40 E. Rittenhouse Street | Owner Contribution | | Deposit of funds from previous account | 1,144.87 | 50,411.70 |
| 5/6/2022 | Upper Darby - 347 Avon Road | Equity Owner Contribution | | Deposit of funds from previous account | 11,424.62 | 61,836.32 |
| 5/6/2022 | Upper Darby - 355 Avon Road | Equity Owner Contribution | | Deposit of funds from previous account | 17,226.76 | 79,063.08 |
| 5/6/2022 | Upper Darby - 412 Long Lane | Rent Income | Unit 2 - Rachel Ruane | by Rachel Ruane | 875.00 | 79,938.08 |
| 5/6/2022 | Upper Darby - 412 Long Lane | Equity Owner Contribution | | Deposit of funds from previous account | 1,515.60 | 81,453.68 |
| 5/6/2022 | Upper Darby - 8553 Lansdowne Avenue | Equity Owner Contribution | | Deposit of funds from previous account | 5,144.63 | 86,598.31 |
| 5/6/2022 | Upper Darby - 419 Glendale Avenue | Rent Income | Unit 1 - Paul Rootchil | May rent | 900.00 | 87,498.31 |
| 5/6/2022 | Upper Darby - 419 Glendale Avenue | Equity Owner Contribution | | Deposit of funds from previous account | 1,186.37 | 88,684.68 |
| 5/6/2022 | Upper Darby - 526 Timberlake Road | Rent Income | Unit 1 - Krystal Fairy | by Krystal Fairy | 500.00 | 89,184.68 |
| 5/6/2022 | Upper Darby - 526 Timberlake Road | Equity Owner Contribution | | Deposit of funds from previous account | 390.96 | 89,575.64 |
| 5/6/2022 | Upper Darby - 599 Timberlake Road | Equity Owner Contribution | | Deposit of funds from previous account | 2,440.94 | 92,016.58 |
| 5/6/2022 | Upper Darby - 418 Timberlake Road | Equity Owner Contribution | | Deposit of funds from previous account | 2,078.57 | 94,095.15 |
| 5/11/2022 | Upper Darby - 8553 Lansdowne Avenue | Rent Income | Unit 1 - Courtney Cennsdy | by Courtney Cennsdy | 900.00 | 94,995.15 |
| 5/16/2022 | Philadelphia - 40 E. Rittenhouse Street | Rent Income | Unit 1 - Michael Warfield | Partial rent May on account | 650.00 | 95,645.15 |
| 5/20/2022 | Upper Darby - 526 Timberlake Road | Rent Income | Unit 1 - Krystal Fairy | by Krystal Fairy | 500.00 | 96,145.15 |
| 5/28/2022 | Philadelphia - 40 E. Rittenhouse Street | Rent Income | Unit 1 - Michael Warfield | June 2022 partial Rent payment | 649.00 | 96,794.15 |
| 5/28/2022 | Upper Darby - 355 Avon Road | Rent Income | Unit 1 - Shante Madison | by Shante Madison | 280.00 | 97,074.15 |
| 5/31/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Balestier | June 2022 payment | 650.00 | 97,724.15 |
| 5/31/2022 | Upper Darby - 355 Avon Road | Rent Income | Unit 1 - Shante Madison | by Shante Madison | 700.00 | 98,424.15 |
| 5/31/2022 | Upper Darby - 412 Long Lane | Rent Income | Unit 1 - Britney Danforth | May 2022 Rent Payment | 905.00 | 99,329.15 |
| 5/31/2022 | Upper Darby - 599 Timberlake Road | Clearing | | Deposited into incorrect account | 650.00 | 99,979.15 |
| **Total from additions to cash** | | | | | | **$67,185.70** |
| **Subtractions from cash** | | | | | | |

MBMK Property Holdings - Generated 04/30/2024 12:51:19

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

| | | |
|---|---|---|
| Statement period | 5/1/2022 - 5/31/2022 | |
| Statement date | 4/30/2024 | |

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 5/20/2022 | Upper Darby - 347 Avon Road | Utilities - Water/Sewer | Aqua PA | Account # 002373796 0235920 | 237.83 | 99,741.32 |
| 5/20/2022 | Upper Darby - 347 Avon Road | Other Expenses | Aqua PA | Online Payment Convenience Fee | 2.25 | 99,739.07 |
| 5/20/2022 | Upper Darby - 8513 Lansdowne Avenue | Utilities - Water/Sewer | Aqua PA | Account # 002373796 0245330 | 106.18 | 99,632.89 |
| 5/20/2022 | Upper Darby - 8513 Lansdowne Avenue | Other Expenses | Aqua PA | Water Payment Convenience Fee | 2.25 | 99,630.64 |
| 5/20/2022 | Upper Darby - 419 Glendale Avenue | Utilities - Water/Sewer | Aqua PA | Account # 002373796 0770472 | 91.98 | 99,538.66 |
| 5/20/2022 | Upper Darby - 419 Glendale Avenue | Other Expenses | Aqua PA | Online Payment Convenience Fee | 2.25 | 99,536.41 |
| 5/26/2022 | Philadelphia - 2131 Brighton Street | Management Fees | ALPS Property Management | Management Fee 3/1/2022 - 4/30/2022 (Flat fee: $200.00 * 1 unit x 2 months + Setup Fee) | 512.50 | 99,023.91 |
| 5/26/2022 | Philadelphia - 40 E. Ritenhouse Street | Management Fees | ALPS Property Management | Management Fee 3/1/2022 - 4/30/2022 (Flat fee: $200.00 * 1 unit x 2 months + Setup Fee) | 512.50 | 98,511.41 |
| 5/26/2022 | Clifton Heights - 37 Walnut Street | Management Fees | ALPS Property Management | Management Fee 3/1/2022 - 4/30/2022 (Flat fee: $200.00 * 1 unit x 2 months + Setup Fee) | 506.25 | 98,005.16 |
| 5/26/2022 | Upper Darby - 245 Burmont Road | Management Fees | ALPS Property Management | Management Fee 3/1/2022 - 4/30/2022 (Flat fee: $200.00 * 1 unit x 2 months + Setup Fee) | 506.25 | 97,498.91 |
| 5/26/2022 | Upper Darby - 347 Avon Road | Management Fees | ALPS Property Management | Management Fee 3/1/2022 - 4/30/2022 (Flat fee: $200.00 * 1 unit x 2 months + Setup Fee) | 506.25 | 96,992.66 |
| 5/26/2022 | Upper Darby - 355 Avon Road | Management Fees | ALPS Property Management | Management Fee 3/1/2022 - 4/30/2022 (Flat fee: $200.00 * 1 unit x 2 months + Setup Fee) | 506.25 | 96,486.41 |
| 5/26/2022 | Upper Darby - 412 Long Lane | Management Fees | ALPS Property Management | Management Fee 3/1/2022 - 4/30/2022 (Flat fee: $200.00 * 1 unit x 2 months + Setup Fee) | 1,012.50 | 95,473.91 |
| 5/26/2022 | Drexel Hill - 4690 State Road | Management Fees | ALPS Property Management | Management Fee 3/1/2022 - 4/30/2022 (Flat fee: $200.00 * 1 unit x 2 months + Setup Fee) | 506.25 | 94,967.66 |
| 5/26/2022 | Upper Darby - 8513 Lansdowne Avenue | Management Fees | ALPS Property Management | Management Fee 3/1/2022 - 4/30/2022 (Flat fee: $200.00 * 1 unit x 2 months + Setup Fee) | 506.25 | 94,461.41 |
| 5/26/2022 | Upper Darby - 419 Glendale Avenue | Management Fees | ALPS Property Management | Management Fee 3/1/2022 - 4/30/2022 (Flat fee: $200.00 * 1 unit x 2 months + Setup Fee) | 506.25 | 93,955.16 |
| 5/26/2022 | Upper Darby - 526 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 3/1/2022 - 4/30/2022 (Flat fee: $200.00 * 1 unit x 2 months + Setup Fee) | 506.25 | 93,448.91 |
| 5/26/2022 | Upper Darby - 599 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 3/1/2022 - 4/30/2022 (Flat fee: $200.00 * 1 unit x 2 months + Setup Fee) | 506.25 | 92,942.66 |
| 5/26/2022 | Upper Darby - 418 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 3/1/2022 - 4/30/2022 (Flat fee: $200.00 * 1 unit x 2 months + Setup Fee) | 506.25 | 92,436.41 |

MBMK Property Holdings - Generated 04/30/2024 12:51:19

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

Rental Owner Statement

ALPSGROUP

Statement period    5/1/2022 - 5/31/2022
Statement date    4/30/2024

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 5/27/2022 | Philadelphia - 2131 Brighton Street | Receiver Fees | ALPS Property Management | March Receiver Invoice | 4,437.50 | 87,998.91 |
| 5/27/2022 | Philadelphia - 2131 Brighton Street | Administration | ALPS Property Management | March Receiver Invoice | 27.50 | 87,971.41 |
| 5/27/2022 | Philadelphia - 2131 Brighton Street | Postage and Delivery | ALPS Property Management | March Receiver Invoice | 167.20 | 87,804.21 |
| 5/27/2022 | Philadelphia - 2131 Brighton Street | Copy Charges | ALPS Property Management | March Receiver Invoice | 34.50 | 87,769.71 |
| 5/27/2022 | Philadelphia - 2131 Brighton Street | Accounting | ALPS Property Management | March Receiver Invoice | 110.00 | 87,659.71 |
| 5/27/2022 | Philadelphia - 2131 Brighton Street | Receiver Fees | ALPS Property Management | April Receiver Invoice | 2,750.00 | 84,909.71 |
| 5/27/2022 | Philadelphia - 2131 Brighton Street | Copy Charges | ALPS Property Management | April Receiver Invoice | 4.00 | 84,905.71 |
| 5/27/2022 | Philadelphia - 2131 Brighton Street | Construction Services | ALPS Property Management | April Receiver Invoice | 1,215.00 | 83,690.71 |
| 5/27/2022 | Philadelphia - 2131 Brighton Street | Administration | ALPS Property Management | April Receiver Invoice | 27.50 | 83,663.21 |
| 5/27/2022 | Clifton Heights - 37 Walnut Street | Receiver Fees | ALPS Property Management | March Receiver Invoice | 2,062.50 | 81,600.71 |
| 5/27/2022 | Clifton Heights - 37 Walnut Street | Copy Charges | ALPS Property Management | March Receiver Invoice | 32.00 | 81,568.71 |
| 5/27/2022 | Clifton Heights - 37 Walnut Street | Administration | ALPS Property Management | March Receiver Invoice | 82.50 | 81,486.21 |
| 5/27/2022 | Clifton Heights - 37 Walnut Street | Postage and Delivery | ALPS Property Management | March Receiver Invoice | 135.50 | 81,350.71 |
| 5/27/2022 | Clifton Heights - 37 Walnut Street | Accounting | ALPS Property Management | March Receiver Invoice | 110.00 | 81,240.71 |
| 5/27/2022 | Clifton Heights - 37 Walnut Street | Receiver Fees | ALPS Property Management | April Receiver Invoice | 4,812.50 | 76,428.21 |
| 5/27/2022 | Clifton Heights - 37 Walnut Street | Administration | ALPS Property Management | April Receiver Invoice | 151.25 | 76,276.96 |
| 5/27/2022 | Clifton Heights - 37 Walnut Street | Construction Services | ALPS Property Management | April Receiver Invoice | 2,497.50 | 73,779.46 |
| 5/27/2022 | Clifton Heights - 37 Walnut Street | Copy Charges | ALPS Property Management | April Receiver Invoice | 5.50 | 73,773.96 |
| **Total from subtractions from cash** | | | | | **$26,205.19** | |
| **Ending cash balance as of 5/31/2022** | | | | | | **$73,773.96** |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

MBMK Property Holdings
IL

# Rental Owner Statement

**ALPSGROUP**

Statement period   6/1/2022 - 6/30/2022
Statement date   4/30/2024

## Summary by property

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 231 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 528 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 8813 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning cash balance | ($7,482.77) | $866.48 | $10,530.13 | $5,712.37 | ($533.52) | $15,051.02 | $20,673.24 | $7,535.83 | $1,545.05 | $4,158.62 | $4,157.43 | $2,557.41 | $9,002.67 | $73,773.96 |
| + Additions to cash | | | | | | | | | | | | | | |
| Income | 13,230.00 | 0.00 | 2,125.00 | 750.00 | 0.00 | 6,611.00 | 1,000.00 | 905.00 | 0.00 | 960.00 | 500.00 | 0.00 | 1,400.00 | 27,421.00 |
| Owner contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other additions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 503.00 | 0.00 | 0.00 | 503.00 |
| — Subtractions from cash | | | | | | | | | | | | | | |
| Expenses | 200.00 | 200.00 | 0.00 | 0.00 | 200.00 | 537.24 | 200.00 | 400.00 | 200.00 | 339.43 | 200.00 | 200.00 | 363.30 | 3,039.97 |
| Owner draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other subtractions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 503.00 | 0.00 | 0.00 | 503.00 |
| Ending cash balance | $5,547.23 | $666.48 | $12,655.13 | $6,462.37 | ($733.52) | $21,124.78 | $21,473.24 | $8,040.83 | $1,345.05 | $4,719.19 | $4,457.43 | $2,357.41 | $10,039.37 | $98,154.99 |
| — Adjustments | | | | | | | | | | | | | | |
| Tenant security deposits and early payments | 2,940.00 | 1,400.00 | 2,700.00 | 2,600.00 | 0.00 | 3,000.00 | 3,000.00 | 3,500.00 | 0.00 | 1,800.00 | 2,200.00 | 650.00 | 3,600.00 | 27,390.00 |
| Property reserve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Available for payment | $2,607.23 | ($733.52) | $9,955.13 | $3,862.37 | ($733.52) | $18,124.78 | $18,473.24 | $4,540.83 | $1,345.05 | $2,919.19 | $2,257.43 | $1,707.41 | $6,439.37 | $70,764.99 |

MBMK Property Holdings - Generated 04/30/2024 12:51:20

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

Statement period  6/1/2022 - 6/30/2022

Statement date  4/30/2024

## Income statement

| | Clifton Heights -37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby -245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby -418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby 526 Timberlake Road | Upper Darby 599 Timberlake Road | Upper Darby 8613 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | |
| Rent Income | 13,230.00 | 0.00 | 2,125.00 | 750.00 | 0.00 | 6,611.00 | 1,000.00 | 905.00 | 0.00 | 900.00 | 500.00 | 0.00 | 1,400.00 | 27,421.00 |
| **Total Income** | **$13,230.00** | **$0.00** | **$2,125.00** | **$750.00** | **$0.00** | **$6,611.00** | **$1,000.00** | **$905.00** | **$0.00** | **$900.00** | **$500.00** | **$0.00** | **$1,400.00** | **$27,421.00** |
| **Expense** | | | | | | | | | | | | | | |
| Management Fees | 200.00 | 200.00 | 0.00 | 0.00 | 200.00 | 200.00 | 200.00 | 400.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 2,400.00 |
| Utilities - Water/Sewer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 337.24 | 0.00 | 0.00 | 0.00 | 139.43 | 0.00 | 0.00 | 163.30 | 639.97 |
| **Total expenses** | **$200.00** | **$200.00** | **$0.00** | **$0.00** | **$200.00** | **$537.24** | **$200.00** | **$400.00** | **$200.00** | **$339.43** | **$200.00** | **$200.00** | **$363.30** | **$3,039.97** |
| **Net Income** | **$13,030.00** | **($200.00)** | **$2,125.00** | **$750.00** | **($200.00)** | **$6,073.76** | **$800.00** | **$505.00** | **($200.00)** | **$560.57** | **$300.00** | **($200.00)** | **$1,036.70** | **$24,381.03** |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

| | |
|---|---|
| Statement period | 6/1/2022 - 6/30/2022 |
| Statement date | 4/30/2024 |

## Detail transactions

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning cash balance as of 6/1/2022** | | | | | | $73,773.96 |
| **Additions to cash** | | | | | | |
| 6/6/2022 | Upper Darby - 526 Timberlake Road | Clearing | | Payment | 503.00 | 74,276.96 |
| 6/22/2022 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | DELCO ERA Rental Assistance | 6,611.00 | 80,887.96 |
| 6/3/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Bakestser | June 2022 Rent Payment | 675.00 | 81,562.96 |
| 6/4/2022 | Upper Darby - 8153 Lansdowne Avenue | Rent Income | Unit 1 - Courtney Cannady | by Courtney Cannady | 700.00 | 82,262.96 |
| 6/9/2022 | Upper Darby - 8153 Lansdowne Avenue | Rent Income | Unit 1 - Courtney Cannady | by Courtney Cannady | 700.00 | 82,962.96 |
| 6/14/2022 | Clifton Heights - 37 Walnut Street | Rent Income | Unit 1 - Carla Dupriest | DELCO ERA for 12/21, 1/22, 2/22, 3/22,4/22,5/22,6/22,7/22,8/22 | 13,230.00 | 96,192.96 |
| 6/15/2022 | Upper Darby - 355 Avon Road | Rent Income | Unit 1 - Shante Madison | by Shante Madison | 1,000.00 | 97,192.96 |
| 6/17/2022 | Upper Darby - 526 Timberlake Road | Rent Income | Unit 1 - Krystal Fahy | by Krystal Fahy | 500.00 | 97,692.96 |
| 6/24/2022 | Upper Darby - 419 Glendale Avenue | Rent Income | Unit 1 - Paul Roodchil | by Paul Roodchil | 900.00 | 98,592.96 |
| 6/25/2022 | Philadelphia - 40 E. Rittenhouse Street | Rent Income | Unit 1 - Michael Warfield | Partial July Rent | 700.00 | 99,292.96 |
| 6/25/2022 | Philadelphia - 40 E. Rittenhouse Street | Rent Income | Unit 1 - Michael Warfield | Partial July rent | 50.00 | 99,342.96 |
| 6/28/2022 | Upper Darby - 412 Long Lane | Rent Income | Unit 1 - Britney Danforth | June 2022 Rent Paymnet | 905.00 | 100,247.96 |
| 6/29/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Bakestser | July 2022 Partial Rent Payment | 750.00 | 100,997.96 |
| 6/30/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Bakestser | July 2022 Rent Payment | 700.00 | 101,697.96 |
| **Total from additions to cash** | | | | | **$27,924.00** | |
| **Subtractions from cash** | | | | | | |
| 6/2/2022 | Upper Darby - 526 Timberlake Road | Clearing | | Payment returned | 503.00 | 101,194.96 |
| 6/3/2022 | Clifton Heights - 37 Walnut Street | Management Fees | ALPS Property Management | Management Fee 5/1/2022 - 5/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 100,994.96 |
| 6/3/2022 | Upper Darby - 345 Burmont Road | Management Fees | ALPS Property Management | Management Fee 5/1/2022 - 5/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 100,794.96 |
| 6/13/2022 | Upper Darby - 347 Avon Road | Management Fees | ALPS Property Management | Management Fee 5/1/2022 - 5/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 100,594.96 |
| 6/13/2022 | Upper Darby - 355 Avon Road | Management Fees | ALPS Property Management | Management Fee 5/1/2022 - 5/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 100,394.96 |

MBMK Property Holdings - Generated 04/30/2024 12:51:20

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

## Rental Owner Statement

**⋗ ALPSGROUP**

Statement period  **6/1/2022 - 6/30/2022**
Statement date   **4/30/2024**

| Date | Property | Account | Name | Memo | Amount | Balance |
|------|----------|---------|------|------|--------|---------|
| 6/3/2022 | Upper Darby - 412 Long Lane | Management Fees | ALPS Property Management | Management Fee 5/1/2022 - 5/31/2022 (Flat fee: $200.00 * 2 units) | 400.00 | 99,994.96 |
| 6/3/2022 | Drexel Hill - 4690 State Road | Management Fees | ALPS Property Management | Management Fee 5/1/2022 - 5/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 99,794.96 |
| 6/3/2022 | Upper Darby - 8513 Lansdowne Avenue | Management Fees | ALPS Property Management | Management Fee 5/1/2022 - 5/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 99,594.96 |
| 6/3/2022 | Upper Darby - 419 Glendale Avenue | Management Fees | ALPS Property Management | Management Fee 5/1/2022 - 5/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 99,394.96 |
| 6/3/2022 | Upper Darby - 526 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 5/1/2022 - 5/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 99,194.96 |
| 6/3/2022 | Upper Darby - 599 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 5/1/2022 - 5/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 98,994.96 |
| 6/3/2022 | Upper Darby - 418 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 5/1/2022 - 5/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 98,794.96 |
| 6/22/2022 | Upper Darby - 347 Avon Road | Utilities - Water/Sewer | AQUA | | 337.24 | 98,457.72 |
| 6/22/2022 | Upper Darby - 8513 Lansdowne Avenue | Utilities - Water/Sewer | AQUA | | 163.30 | 98,294.42 |
| 6/22/2022 | Upper Darby - 419 Glendale Avenue | Utilities - Water/Sewer | AQUA | | 139.43 | 98,154.99 |

**Total from subtractions from cash** **$3,542.97**

**Ending cash balance as of 6/30/2022** **$98,154.99**

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423



Rental Owner Statement

**ALPSGROUP**

Statement period    7/1/2022 - 7/31/2022
Statement date    4/30/2024

MBMK Property Holdings
IL

## Summary by property

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 1281 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glenside Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 8513 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning cash balance | $5,547.23 | $666.48 | $12,655.13 | $6,462.37 | ($733.52) | $21,124.78 | $21,473.24 | $8,040.83 | $1,345.05 | $4,719.19 | $4,457.43 | $2,357.41 | $10,039.37 | $98,154.99 |
| **+ Additions to cash** | | | | | | | | | | | | | | |
| Income | 0.00 | 0.00 | 0.00 | 400.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 0.00 | 900.00 | 1,100.00 | 0.00 | 150.00 | 3,550.00 |
| Owner contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other additions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **− Subtractions from cash** | | | | | | | | | | | | | | |
| Expenses | 7,703.75 | 200.00 | 5,605.00 | 495.00 | 200.00 | 200.00 | 200.00 | 3,438.60 | 528.78 | 200.00 | 200.00 | 200.00 | 200.00 | 19,371.13 |
| Owner draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other subtractions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ending cash balance | ($2,156.52) | $466.48 | $7,050.13 | $6,367.37 | ($933.52) | $20,924.78 | $22,273.24 | $4,602.23 | $816.27 | $5,419.19 | $5,357.43 | $2,157.41 | $9,989.37 | $82,333.86 |
| **− Adjustments** | | | | | | | | | | | | | | |
| Tenant security deposits and early payments | 2,940.00 | 1,400.00 | 2,700.00 | 2,600.00 | 0.00 | 3,000.00 | 3,000.00 | 3,500.00 | 0.00 | 1,800.00 | 2,200.00 | 650.00 | 3,600.00 | 27,390.00 |
| Property reserve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Available for payment | ($5,096.52) | ($933.52) | $4,350.13 | $3,767.37 | ($933.52) | $17,924.78 | $19,273.24 | $1,102.23 | $816.27 | $3,619.19 | $3,157.43 | $1,507.41 | $6,389.37 | $54,943.86 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

Statement period 7/1/2022 - 7/31/2022
Statement date 4/30/2024

## Income statement

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 356 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 8513 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | |
| Rent Income | 0.00 | 0.00 | 0.00 | 400.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 0.00 | 900.00 | 1,100.00 | 0.00 | 150.00 | 3,550.00 |
| **Total Income** | $0.00 | $0.00 | $0.00 | $400.00 | $0.00 | $0.00 | $1,000.00 | $0.00 | $0.00 | $900.00 | $1,100.00 | $0.00 | $150.00 | $3,550.00 |
| **Expense** | | | | | | | | | | | | | | |
| Administration | 41.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 41.25 |
| Bank Fees | 0.00 | 0.00 | 0.00 | 95.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Management Fees | 200.00 | 200.00 | 400.00 | 400.00 | 200.00 | 200.00 | 200.00 | 400.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 3,200.00 |
| Receiver Fees | 7,462.50 | 0.00 | 5,205.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,687.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,355.00 |
| Repair & Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 351.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 351.10 |
| Utilities | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 328.78 | 0.00 | 0.00 | 0.00 | 0.00 | 328.78 |
| **Total expenses** | $7,703.75 | $200.00 | $5,605.00 | $495.00 | $200.00 | $200.00 | $200.00 | $3,438.60 | $528.78 | $200.00 | $200.00 | $200.00 | $200.00 | $19,371.13 |
| **Net Income** | ($7,703.75) | ($200.00) | ($5,605.00) | $495.00 | ($200.00) | ($200.00) | $800.00 | ($3,438.60) | ($528.78) | $700.00 | $900.00 | ($200.00) | ($50.00) | ($15,821.13) |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

**Rental Owner Statement**

**ALPSGROUP**

| | Statement period | 7/1/2022 - 7/31/2022 |
|---|---|---|
| | Statement date | 4/30/2024 |

## Detail transactions

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning cash balance as of 7/1/2022** | | | | | | **$98,154.99** |
| **Additions to cash** | | | | | | |
| 7/5/2022 | Philadelphia - 40 E. Rittenhouse Street | Rent Income | Unit 1 - Michael Warfield | Partial July 2022 Rent Payment | 400.00 | 98,554.99 |
| 7/8/2022 | Upper Darby - 8513 Lansdowne Avenue | Rent Income | Unit 1 - Courtney Cannedy | by Courtney Cannedy | 150.00 | 98,704.99 |
| 7/14/2022 | Upper Darby - 526 Timberlake Road | Rent Income | Unit 1 - Krystal Fairy | by Krystal Fairy | 1,100.00 | 99,804.99 |
| 7/15/2022 | Upper Darby - 419 Glendale Avenue | Rent Income | Unit 1 - Paul Rootchll | by Paul Rootchll | 900.00 | 100,704.99 |
| 7/18/2022 | Upper Darby - 355 Avon Road | Rent Income | Unit 1 - Shanie Madison | by Shanie Madison | 1,000.00 | 101,704.99 |
| **Total from additions to cash** | | | | | **$3,550.00** | |
| **Subtractions from cash** | | | | | | |
| 7/5/2022 | Philadelphia - 2131 Brighton Street | Management Fees | ALPS Property Management | Management Fee 5/1/2022 - 6/30/2022 (Flat fee: $200.00 * 1 unit) | 400.00 | 101,304.99 |
| 7/5/2022 | Philadelphia - 40 E. Rittenhouse Street | Management Fees | ALPS Property Management | Management Fee 5/1/2022 - 6/30/2022 (Flat fee: $200.00 * 1 unit) | 400.00 | 100,904.99 |
| 7/5/2022 | Clifton Heights - 37 Walnut Street | Management Fees | ALPS Property Management | Management Fee 6/1/2022 - 6/30/2022 (Flat fee: $200.00 * 1 unit) | 400.00 | 100,704.99 |
| 7/5/2022 | Clifton Heights - 37 Walnut Street | Receiver Fees | ALPS Property Management | 125932 - Receiver Invoice | 7,462.50 | 93,242.49 |
| 7/5/2022 | Clifton Heights - 37 Walnut Street | Administration | ALPS Property Management | 125932 - Receiver Invoice | 41.75 | 93,201.24 |
| 7/5/2022 | Upper Darby - 245 Burmont Road | Management Fees | ALPS Property Management | Management Fee 6/1/2022 - 6/30/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 93,001.24 |
| 7/5/2022 | Upper Darby - 347 Avon Road | Management Fees | ALPS Property Management | Management Fee 6/1/2022 - 6/30/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 92,801.24 |
| 7/5/2022 | Upper Darby - 355 Avon Road | Management Fees | ALPS Property Management | Management Fee 6/1/2022 - 6/30/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 92,601.24 |
| 7/5/2022 | Upper Darby - 412 Long Lane | Management Fees | ALPS Property Management | Management Fee 6/1/2022 - 6/30/2022 (Flat fee: $200.00 * 2 units) | 400.00 | 92,201.24 |
| 7/5/2022 | Drexel Hill - 4690 State Road | Management Fees | ALPS Property Management | Management Fee 6/1/2022 - 6/30/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 92,001.24 |
| 7/5/2022 | Upper Darby - 8853 Lansdowne Avenue | Management Fees | ALPS Property Management | Management Fee 6/1/2022 - 6/30/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 91,801.24 |
| 7/5/2022 | Upper Darby - 419 Glendale Avenue | Management Fees | ALPS Property Management | Management Fee 6/1/2022 - 6/30/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 91,601.24 |

MBMk Property Holdings - Generated 04/30/2024 12:51:22

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement



**ALPSGROUP**

Statement period    7/1/2022 - 7/31/2022
Statement date    4/30/2024

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 7/5/2022 | Upper Darby - 526 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 6/1/2022 - 6/30/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 91,401.24 |
| 7/5/2022 | Upper Darby - 599 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 6/1/2022 - 6/30/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 91,201.24 |
| 7/5/2022 | Upper Darby - 418 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 6/1/2022 - 6/30/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 91,001.24 |
| 7/15/2022 | Philadelphia - 2131 Brighton Street | Receiver Fees | ALPS Property Management | Multiple bills - Receiver Fees for May and June | 3,702.50 | 87,298.74 |
| 7/15/2022 | Philadelphia - 2131 Brighton Street | Receiver Fees | ALPS Property Management | Multiple bills - Receiver Fees for May and June | 1,502.50 | 85,796.24 |
| 7/15/2022 | Upper Darby - 412 Long Lane | Receiver Fees | ALPS Property Management | 136137 - June Receiver Fees | 2,687.50 | 83,108.74 |
| 7/15/2022 | Upper Darby - 412 Long Lane | Repair & Maintenance | ALPS Property Management | extermination for Upper Darby PA | 351.10 | 82,757.64 |
| 7/27/2022 | Upper Darby - 418 Timberlake Road | Utilities | ALPS Property Management | Electric/gas service | 328.78 | 82,428.86 |
| 7/31/2022 | Philadelphia - 40 E. Ritzenhouse Street | Bank Fees | | July Bank Fees | 95.00 | 82,333.86 |

| Total from subtractions from cash | | | | | $19,371.13 | |
|---|---|---|---|---|---|---|

| Ending cash balance as of 7/31/2022 | | | | | | $82,333.86 |
|---|---|---|---|---|---|---|

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

**Rental Owner Statement**

**ALPSGROUP**

MBMK Property Holdings
IL

Statement period  8/1/2022 - 8/31/2022
Statement date  4/30/2024

## Summary by property

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 853 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning cash balance | ($2,156.52) | $466.48 | $7,050.13 | $6,367.37 | ($933.52) | $20,924.78 | $22,273.24 | $4,602.23 | $816.27 | $5,419.19 | $5,357.43 | $2,157.41 | $9,989.37 | $82,333.86 |
| + Additions to cash | | | | | | | | | | | | | | |
| Income | 0.00 | 0.00 | 1,425.00 | 801.00 | 0.00 | 0.00 | 3,000.00 | 0.00 | 0.00 | 900.00 | 1,100.00 | 7,600.00 | 0.00 | 14,826.00 |
| Owner contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other additions | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 | 0.00 | 0.00 | 875.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,015.00 |
| − Subtractions from cash | | | | | | | | | | | | | | |
| Expenses | 1,708.54 | 200.00 | 6,889.00 | 915.00 | 1,940.00 | 288.33 | 200.00 | 400.00 | 950.00 | 251.25 | 200.00 | 200.00 | 264.32 | 14,406.44 |
| Owner draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other subtractions | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 | 0.00 | 0.00 | 875.00 | 0.00 | 0.00 | 0.00 | 650.00 | 0.00 | 1,665.00 |
| Ending cash balance | ($3,865.06) | $266.48 | $1,586.13 | $6,253.37 | ($2,873.52) | $20,636.45 | $25,073.24 | $4,202.23 | ($133.73) | $6,067.94 | $6,257.43 | $8,907.41 | $9,725.05 | $82,103.42 |
| − Adjustments | | | | | | | | | | | | | | |
| Tenant security deposits and early payments | 2,940.00 | 1,400.00 | 2,700.00 | 2,600.00 | 0.00 | 3,000.00 | 3,000.00 | 4,375.00 | 0.00 | 1,800.00 | 2,200.00 | 0.00 | 3,600.00 | 27,615.00 |
| Property reserve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Available for payment | ($6,805.06) | ($1,133.52) | ($1,113.87) | $3,653.37 | ($2,873.52) | $17,636.45 | $22,073.24 | ($172.77) | ($133.73) | $4,267.94 | $4,057.43 | $8,907.41 | $6,125.05 | $54,488.42 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

Statement period 8/1/2022 - 8/31/2022

Statement date 4/30/2024

## Income statement

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 853 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | |
| Rent Income | 0.00 | 0.00 | 1,425.00 | 801.00 | 0.00 | 0.00 | 3,000.00 | 0.00 | 900.00 | 900.00 | 1,100.00 | 7,600.00 | 0.00 | 14,826.00 |
| **Total Income** | $0.00 | $0.00 | $1,425.00 | $801.00 | $0.00 | $0.00 | $3,000.00 | $0.00 | $900.00 | $900.00 | $1,100.00 | $7,600.00 | $0.00 | $14,826.00 |
| **Expense** | | | | | | | | | | | | | | |
| Bank Fees | 0.00 | 0.00 | 95.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Leasing | 350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| Management Fees | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 400.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 2,800.00 |
| Receiver Fees | 100.00 | 0.00 | 0.00 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,350.00 |
| Repair & Maintenance | 1,058.54 | 0.00 | 6,594.00 | 215.00 | 1,740.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,607.54 |
| Utilities - Water/Sewer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 88.33 | 0.00 | 0.00 | 0.00 | 51.25 | 0.00 | 0.00 | 64.32 | 203.90 |
| **Total expenses** | $1,708.54 | $200.00 | $6,889.00 | $915.00 | $1,940.00 | $288.33 | $200.00 | $400.00 | $950.00 | $251.25 | $200.00 | $200.00 | $264.32 | $14,406.44 |
| **Net Income** | ($1,708.54) | ($200.00) | ($5,464.00) | ($114.00) | ($1,940.00) | ($288.33) | $2,800.00 | ($400.00) | ($950.00) | $648.75 | $900.00 | $7,400.00 | ($264.32) | $419.56 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

Statement period    8/1/2022 - 8/31/2022
Statement date      4/30/2024

## Detail transactions

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning cash balance as of 8/1/2022** | | | | | | **$82,333.86** |
| **Additions to cash** | | | | | | |
| 8/1/2022 | Upper Darby - 355 Avon Road | Rent Income | Unit 1 - Shante Madison | by Shante Madison | 425.00 | 82,758.86 |
| 8/2/2022 | Upper Darby - 355 Avon Road | Rent Income | Unit 1 - Shante Madison | by Shante Madison | 450.00 | 83,208.86 |
| 8/3/2022 | Upper Darby - 355 Avon Road | Rent Income | Unit 1 - Shante Madison | by Shante Madison | 125.00 | 83,333.86 |
| 8/4/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Daniele Balestier | Rent Payment | 550.00 | 83,883.86 |
| 8/4/2022 | Upper Darby - 245 Burmont Road | Clearing | | Incorrect account return | 140.00 | 84,023.86 |
| 8/5/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Daniele Balestier | August 2022 Rent Payment | 875.00 | 84,898.86 |
| 8/8/2022 | Philadelphia - 40 E. Rittenhouse Street | Rent Income | Unit 1 - Michael Warfield | Rent Partial Payment 2022 | 801.00 | 85,699.86 |
| 8/12/2022 | Upper Darby - 526 Timberlake Road | Rent Income | Unit 1 - Krystal Fairy | by Krystal Fairy | 1,100.00 | 86,799.86 |
| 8/15/2022 | Upper Darby - 355 Avon Road | Rent Income | Unit 1 - Shante Madison | by Shante Madison | 1,000.00 | 87,799.86 |
| 8/22/2022 | Upper Darby - 412 Long Lane | Security Deposit Liability | Unit 1 | Credit Last Month Rent was part of Security Deposit | 875.00 | 88,674.86 |
| 8/24/2022 | Upper Darby - 599 Timberlake Road | Rent Income | Unit 1 - Nakeshia Noble | Rental Assistance Payment | 2,850.00 | 91,524.86 |
| 8/24/2022 | Upper Darby - 599 Timberlake Road | Rent Income | Unit 1 - Natesha Noble | Rental Assistance Payment | 4,750.00 | 96,274.86 |
| 8/26/2022 | Upper Darby - 419 Glendale Avenue | Rent Income | Unit 1 - Paul Rootchi | by Paul Rootchi | 900.00 | 97,174.86 |
| 8/30/2022 | Upper Darby - 355 Avon Road | Rent Income | Unit 1 - Shante Madison | by Shante Madison | 1,000.00 | 98,174.86 |
| **Total from additions to cash** | | | | | | **$15,841.00** |
| **Subtractions from cash** | | | | | | |
| 8/2/2022 | Philadelphia - 2131 Brighton Street | Management Fees | ALPS Property Management | Management Fee 7/1/2022 - 7/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 97,974.86 |
| 8/2/2022 | Philadelphia - 40 E. Rittenhouse Street | Management Fees | ALPS Property Management | Management Fee 7/1/2022 - 7/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 97,774.86 |
| 8/4/2022 | Clifton Heights - 37 Walnut Street | Management Fees | ALPS Property Management | Management Fee 7/1/2022 - 7/1/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 97,574.86 |
| 8/4/2022 | Upper Darby - 245 Burmont Road | Repair & Maintenance | ALPS Property Management | 126596 - Repairs for reimbursement | 1,600.00 | 95,974.86 |
| 8/4/2022 | Upper Darby - 245 Burmont Road | Repair & Maintenance | ALPS Property Management | July lawn care | 140.00 | 95,834.86 |
| 8/4/2022 | Upper Darby - 245 Burmont Road | Management Fees | ALPS Property Management | Management Fee 7/1/2022 - 7/1/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 95,634.86 |
| 8/4/2022 | Upper Darby - 245 Burmont Road | Clearing | | Incorrect account | 140.00 | 95,494.86 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

Statement period    8/11/2022 - 8/31/2022
Statement date    4/30/2024

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 8/4/2022 | Upper Darby - 347 Avon Road | Management Fees | ALPS Property Management | Management Fee 7/1/2022 - 7/1/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 95,294.86 |
| 8/4/2022 | Upper Darby - 355 Avon Road | Management Fees | ALPS Property Management | Management Fee 7/1/2022 - 7/1/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 95,094.86 |
| 8/4/2022 | Upper Darby - 412 Long Lane | Management Fees | ALPS Property Management | Management Fee 7/1/2022 - 7/1/2022 (Flat fee: $200.00 * 2 units) | 400.00 | 94,694.86 |
| 8/4/2022 | Drexel Hill - 4690 State Road | Management Fees | ALPS Property Management | Management Fee 7/1/2022 - 7/1/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 94,494.86 |
| 8/4/2022 | Upper Darby - 8953 Lansdowne Avenue | Management Fees | ALPS Property Management | Management Fee 7/1/2022 - 7/1/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 94,294.86 |
| 8/4/2022 | Upper Darby - 419 Glendale Avenue | Management Fees | ALPS Property Management | Management Fee 7/1/2022 - 7/1/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 94,094.86 |
| 8/4/2022 | Upper Darby - 526 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 7/1/2022 - 7/1/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 93,894.86 |
| 8/4/2022 | Upper Darby - 599 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 7/1/2022 - 7/1/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 93,694.86 |
| 8/4/2022 | Upper Darby - 418 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 7/1/2022 - 7/1/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 93,494.86 |
| 8/12/2022 | Upper Darby - 347 Avon Road | Utilities - Water/Sewer | | AQUA | 88.33 | 93,406.53 |
| 8/12/2022 | Upper Darby - 8953 Lansdowne Avenue | Utilities - Water/Sewer | | AQUA | 64.32 | 93,342.21 |
| 8/12/2022 | Upper Darby - 419 Glendale Avenue | Utilities - Water/Sewer | | AQUA | 51.25 | 93,290.96 |
| 8/15/2022 | Philadelphia - 40 E. Ritenhouse Street | Repair & Maintenance | ALPS Property Management | Inv. 126198 | 215.00 | 93,075.96 |
| 8/17/2022 | Clifton Heights - 37 Walnut Street | Leasing | ALPS Property Management | One Page Addendum Lease Renewal | 350.00 | 92,725.96 |
| 8/18/2022 | Upper Darby - 599 Timberlake Road | Clearing | ALPS Property Management | Transferring to correct account | 650.00 | 92,075.96 |
| 8/22/2022 | Philadelphia - 40 E. Ritenhouse Street | Receiver Fees | ALPS Property Management | 126429 - July Receivership Invoice | 500.00 | 91,575.96 |
| 8/22/2022 | Clifton Heights - 37 Walnut Street | Receiver Fees | ALPS Property Management | 125932 - Receiver Invoice | 100.00 | 91,475.96 |
| 8/22/2022 | Upper Darby - 412 Long Lane | Retained Earnings | Unit 1 | Credit Last Month Rent was part of Security Deposit | 875.00 | 90,600.96 |
| 8/22/2022 | Upper Darby - 418 Timberlake Road | Receiver Fees | ALPS Property Management | 126430 - July Receiver Invoice | 750.00 | 89,850.96 |
| 8/26/2022 | Philadelphia - 2131 Brighton Street | Repair & Maintenance | ALPS Property Management | Supply and install a new 3 ton a coil and condenser, Supply and install new quick disconnect whip and pad. Supply and install new condensation pump, Supply and install new t4 pro thermostat. Flush and reconnect line sets. Pressure test sys | 6,594.00 | 83,256.96 |

# Rental Owner Statement

**ALPSGROUP**

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

Statement period   **8/1/2022 - 8/31/2022**
Statement date     **4/30/2024**

| Date | Property | Account | Name | Memo | Amount | Balance |
|------|----------|---------|------|------|--------|---------|
| 8/31/2022 | Philadelphia - 2131 Brighton Street | Bank Fees | Chase Bank | Monthly bank account fee | 95.00 | 83,161.96 |
| 8/31/2022 | Clifton Heights - 37 Walnut Street | Repair & Maintenance | ALPS Property Management | Purchase and install a new gas stove, with necessary parts for installation. Haul away old stove | 1,058.54 | 82,103.42 |
| **Total from subtractions from cash** | | | | | **$16,071.44** | |
| **Ending cash balance as of 8/31/2022** | | | | | | **$82,103.42** |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423



# Rental Owner Statement

Statement period   9/1/2022 - 9/30/2022
Statement date   4/30/2024

MBMK Property Holdings
IL

## Summary by property

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 231 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 8513 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning cash balance** | ($53,865.06) | $266.48 | $1,586.13 | $6,253.37 | ($2,873.52) | $20,636.45 | $25,073.24 | $4,202.23 | ($133.73) | $6,067.94 | $6,257.43 | $8,907.41 | $9,725.05 | $82,103.42 |
| **+ Additions to cash** | | | | | | | | | | | | | | |
| Income | 300.00 | 0.00 | 1,000.00 | 975.00 | 0.00 | 0.00 | 1,967.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 0.00 | 0.00 | 5,442.00 |
| Owner contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other additions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **− Subtractions from cash** | | | | | | | | | | | | | | |
| Expenses | 200.00 | 300.00 | 295.00 | 4,769.50 | 652.97 | 2,465.00 | 550.00 | 8,730.50 | 465.00 | 200.00 | 200.00 | 3,115.00 | 200.00 | 22,142.97 |
| Owner draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other subtractions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Ending cash balance** | ($53,765.06) | ($333.52) | $2,391.13 | $2,458.87 | ($3,526.49) | $18,171.45 | $26,490.24 | ($4,528.27) | ($598.73) | $5,867.94 | $7,157.43 | $5,792.41 | $9,525.05 | $65,402.45 |
| **− Adjustments** | | | | | | | | | | | | | | |
| Tenant security deposits and early payments | 2,940.00 | 1,400.00 | 2,700.00 | 2,600.00 | 0.00 | 3,000.00 | 3,000.00 | 4,375.00 | 0.00 | 1,800.00 | 2,200.00 | 0.00 | 3,600.00 | 27,615.00 |
| Property reserve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Available for payment** | ($56,705.06) | ($1,433.52) | ($308.87) | ($141.13) | ($3,526.49) | $15,171.45 | $23,490.24 | ($8,903.27) | ($598.73) | $4,067.94 | $4,957.43 | $5,792.41 | $5,925.05 | $37,787.45 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

Statement period  9/1/2022 - 9/30/2022
Statement date  4/30/2024

## Income statement

| | Clifton Heights - 371 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 8513 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | |
| Rent Income | 300.00 | 0.00 | 1,100.00 | 975.00 | 0.00 | 0.00 | 1,967.00 | 0.00 | 0.00 | 0.00 | 1,100.00 | 0.00 | 0.00 | 5,442.00 |
| **Total Income** | **$300.00** | **$0.00** | **$1,100.00** | **$975.00** | **$0.00** | **$0.00** | **$1,967.00** | **$0.00** | **$0.00** | **$0.00** | **$1,500.00** | **$0.00** | **$0.00** | **$5,442.00** |
| **Expense** | | | | | | | | | | | | | | |
| Accounting | 0.00 | 0.00 | 0.00 | 285.00 | 0.00 | 0.00 | 0.00 | 285.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 570.00 |
| Administration | 0.00 | 100.00 | 0.00 | 97.00 | 0.00 | 0.00 | 0.00 | 210.00 | 0.00 | 0.00 | 135.00 | 0.00 | 0.00 | 542.00 |
| Bank Fees | 0.00 | 0.00 | 95.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Leasing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| Management Fees | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 400.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 2,800.00 |
| Receiver Fees | 0.00 | 0.00 | 0.00 | 4,187.50 | 0.00 | 0.00 | 0.00 | 7,570.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,758.00 |
| Repair & Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 265.00 | 2,265.00 | 0.00 | 265.00 | 265.00 | 0.00 | 2,780.00 | 0.00 | 0.00 | 5,840.00 |
| Utilities | 0.00 | 0.00 | 0.00 | 0.00 | 187.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 187.97 |
| **Total expenses** | **$200.00** | **$300.00** | **$295.00** | **$4,769.50** | **$652.97** | **$2,465.00** | **$550.00** | **$8,730.50** | **$465.00** | **$200.00** | **$3,115.00** | **$200.00** | **$200.00** | **$22,142.97** |
| **Net Income** | **$100.00** | **($300.00)** | **$805.00** | **($3,794.50)** | **($652.97)** | **($2,465.00)** | **$1,417.00** | **($8,730.50)** | **($465.00)** | **($200.00)** | **($2,015.00)** | **($200.00)** | **($200.00)** | **($16,700.97)** |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

## Rental Owner Statement

**ALPSGROUP**

| | |
|---|---|
| Statement period | 9/11/2022 - 9/30/2022 |
| Statement date | 4/30/2024 |

### Detail transactions

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning cash balance as of 9/1/2022** | | | | | | **$82,103.42** |
| **Additions to cash** | | | | | | |
| 9/1/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Balestier | September 2022 Rent Payment | 450.00 | 82,553.42 |
| 9/2/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Balestier | September 2022 Rent Payment | 650.00 | 83,203.42 |
| 9/7/2022 | Philadelphia - 40 E. Rittenhouse Street | Rent Income | Unit 1 - Michael Warfield | Rent on Account Payment | 475.00 | 83,678.42 |
| 9/9/2022 | Upper Darby - 526 Timberlake Road | Rent Income | Unit 1 - Krystal Fairy | by Krystal Fairy | 1,100.00 | 84,778.42 |
| 9/6/2022 | Upper Darby - 355 Avon Road | Rent Income | Unit 1 - Shante Madison | by Shante Madison | 450.00 | 85,228.42 |
| 9/6/2022 | Upper Darby - 355 Avon Road | Rent Income | Unit 1 - Shante Madison | by Shante Madison | 450.00 | 85,678.42 |
| 9/6/2022 | Upper Darby - 355 Avon Road | Rent Income | Unit 1 - Shante Madison | by Shante Madison | 67.00 | 85,745.42 |
| 9/21/2022 | Philadelphia - 40 E. Rittenhouse Street | Rent Income | Unit 1 - Michael Warfield | Rent Payment on Account | 500.00 | 86,245.42 |
| 9/30/2022 | Clifton Heights - 37 Walnut Street | Rent Income | Unit 1 - Carla Dupriest | by Carla Dupriest | 300.00 | 86,545.42 |
| 9/30/2022 | Upper Darby - 355 Avon Road | Rent Income | Unit - Shante Madison | by Shante Madison | 1,000.00 | 87,545.42 |
| **Total from additions to cash** | | | | | **$5,442.00** | |
| **Subtractions from cash** | | | | | | |
| 9/9/2022 | Upper Darby - 245 Burmont Road | Utilities | Aqua PA | Three water payments made online | 187.97 | 87,357.45 |
| 9/12/2022 | Philadelphia - 2131 Brighton Street | Management Fees | ALPS Property Management | Management Fee 8/1/2022 - 8/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 87,557.45 |
| 9/12/2022 | Philadelphia - 40 E. Rittenhouse Street | Management Fees | ALPS Property Management | Management Fee 8/1/2022 - 8/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 86,957.45 |
| 9/13/2022 | Clifton Heights - 37 Walnut Street | Management Fees | ALPS Property Management | Management Fee 8/1/2022 - 8/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 86,757.45 |
| 9/13/2022 | Upper Darby - 245 Burmont Road | Repair & Maintenance | ALPS Property Management | Lock change | 265.00 | 86,492.45 |
| 9/13/2022 | Upper Darby - 245 Burmont Road | Management Fees | ALPS Property Management | Management Fee 8/1/2022 - 8/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 86,292.45 |
| 9/13/2022 | Upper Darby - 347 Avon Road | Repair & Maintenance | ALPS Property Management | Install new door, steel door white, repair wood frame, repair top siding water leak and top | 2,265.00 | 84,027.45 |
| 9/13/2022 | Upper Darby - 347 Avon Road | Management Fees | ALPS Property Management | Management Fee 8/1/2022 - 8/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 83,827.45 |
| 9/13/2022 | Upper Darby - 355 Avon Road | Leasing | ALPS Property Management | One Page Addendum Lease Renewal | 350.00 | 83,477.45 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

## ALPSGROUP

Statement period    9/1/2022 - 9/30/2022
Statement date    4/30/2024

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 9/13/2022 | Upper Darby - 355 Avon Road | Management Fees | ALPS Property Management | Management Fee 8/1/2022 - 8/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 83,277.45 |
| 9/13/2022 | Upper Darby - 412 Long Lane | Repair & Maintenance | ALPS Property Management | Lock change | 265.00 | 83,012.45 |
| 9/13/2022 | Upper Darby - 412 Long Lane | Management Fees | ALPS Property Management | Management Fee 8/1/2022 - 8/31/2022 (Flat fee: $200.00 * 2 units) | 400.00 | 82,612.45 |
| 9/13/2022 | Drexel Hill - 4690 State Road | Administration | ALPS Property Management | 5 day notice sent Fed Ex | 100.00 | 82,512.45 |
| 9/13/2022 | Drexel Hill - 4690 State Road | Management Fees | ALPS Property Management | Management Fee 8/1/2022 - 8/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 82,312.45 |
| 9/13/2022 | Upper Darby - 8513 Lansdowne Avenue | Management Fees | ALPS Property Management | Management Fee 8/1/2022 - 8/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 82,112.45 |
| 9/13/2022 | Upper Darby - 419 Glendale Avenue | Management Fees | ALPS Property Management | Management Fee 8/1/2022 - 8/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 81,912.45 |
| 9/13/2022 | Upper Darby - 526 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 8/1/2022 - 8/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 81,712.45 |
| 9/13/2022 | Upper Darby - 599 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 8/1/2022 - 8/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 81,512.45 |
| 9/13/2022 | Upper Darby - 418 Timberlake Road | Repair & Maintenance | ALPS Property Management | Repairs | 265.00 | 81,247.45 |
| 9/13/2022 | Upper Darby - 418 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 8/1/2022 - 8/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 81,047.45 |
| 9/19/2022 | Philadelphia - 40 E. Rittenhouse Street | Receiver Fees | ALPS Property Management | Inv. 126700 | 4,187.50 | 76,859.95 |
| 9/19/2022 | Philadelphia - 40 E. Rittenhouse Street | Accounting | ALPS Property Management | Inv. 126700 | 285.00 | 76,574.95 |
| 9/19/2022 | Philadelphia - 40 E. Rittenhouse Street | Administration | ALPS Property Management | Inv. 126700 | 97.00 | 76,477.95 |
| 9/19/2022 | Upper Darby - 412 Long Lane | Receiver Fees | ALPS Property Management | Inv. 126702 | 7,570.50 | 68,907.45 |
| 9/19/2022 | Upper Darby - 412 Long Lane | Administration | ALPS Property Management | Inv. 126702 | 210.00 | 68,697.45 |
| 9/19/2022 | Upper Darby - 412 Long Lane | Accounting | ALPS Property Management | Inv. 126702 | 285.00 | 68,412.45 |
| 9/26/2022 | Upper Darby - 599 Timberlake Road | Repair & Maintenance | ALPS Property Management | Repair deck on first and second floor | 2,780.00 | 65,632.45 |
| 9/26/2022 | Upper Darby - 599 Timberlake Road | Administration | ALPS Property Management | Spoke to tenant about rental assistance and contacted rental assistance agency | 45.00 | 65,587.45 |
| 9/25/2022 | Upper Darby - 599 Timberlake Road | Administration | ALPS Property Management | Completion of rental assistance application | 90.00 | 65,497.45 |
| 9/30/2022 | Philadelphia - 2131 Brighton Street | Bank Fees | Chase Bank | Monthly Bank Fees | 95.00 | 65,402.45 |

**Total from subtractions from cash** | | | | | **$22,142.97** | |

# Rental Owner Statement

**ALPSGROUP**

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

Statement period    **9/1/2022 - 9/30/2022**
Statement date    **4/30/2024**

| Date | Property | Account | Name | Memo | Amount | Balance |
|------|----------|---------|------|------|--------|---------|

**Ending cash balance as of 9/30/2022** — **$65,402.45**

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

Rental Owner Statement

**ALPSGROUP**

Statement period  10/1/2022 - 10/31/2022

Statement date  4/30/2024

MBMK Property Holdings,
IL

## Summary by property

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 213 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlane Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 525 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 8513 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning cash balance | ($3,765.06) | ($333.52) | $2,391.13 | $2,458.87 | ($3,526.49) | $18,171.45 | $26,490.24 | ($4,528.27) | ($598.73) | $5,867.94 | $7,157.43 | $5,792.41 | $9,525.05 | $65,402.45 |
| + Additions to cash | | | | | | | | | | | | | | |
| Income | 500.00 | 0.00 | 2,675.00 | 436.00 | 0.00 | 3,000.00 | 1,330.00 | 0.00 | 0.00 | 900.00 | 1,100.00 | 0.00 | 0.00 | 9,941.00 |
| Owner contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other additions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| − Subtractions from cash | | | | | | | | | | | | | | |
| Expenses | 7,016.41 | 200.00 | 1,503.97 | 200.00 | 200.00 | 5,242.84 | 200.00 | 575.00 | 200.00 | 316.40 | 200.00 | 200.00 | 364.13 | 16,418.75 |
| Owner draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other subtractions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ending cash balance | ($10,281.47) | ($233.52) | $3,562.16 | $2,694.87 | ($3,726.49) | $15,928.61 | $27,620.24 | ($5,103.27) | ($798.73) | $6,451.54 | $8,057.43 | $5,592.41 | $9,160.92 | $58,924.70 |
| − Adjustments | | | | | | | | | | | | | | |
| Tenant security deposits and early payments | 2,940.00 | 1,400.00 | 2,700.00 | 2,600.00 | 0.00 | 3,000.00 | 3,000.00 | 4,375.00 | 0.00 | 1,800.00 | 2,200.00 | 0.00 | 3,650.00 | 27,615.00 |
| Property reserve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Available for payment | ($13,221.47) | ($1,633.52) | $862.16 | $94.87 | ($3,726.49) | $12,928.61 | $24,620.24 | ($9,478.27) | ($798.73) | $4,651.54 | $5,857.43 | $5,592.41 | $5,560.92 | $31,309.70 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

Rental Owner Statement

**ALPSGROUP**

Statement period  10/1/2022 - 10/31/2022
Statement date  4/30/2024

## Income statement

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 8513 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | |
| Rent Income | 500.00 | 0.00 | 2,675.00 | 436.00 | 0.00 | 3,000.00 | 1,330.00 | 0.00 | 0.00 | 900.00 | 1,100.00 | 0.00 | 0.00 | 9,941.00 |
| **Total Income** | $500.00 | $0.00 | $2,675.00 | $436.00 | $0.00 | $3,000.00 | $1,330.00 | $0.00 | $0.00 | $900.00 | $1,100.00 | $0.00 | $0.00 | $9,941.00 |
| **Expense** | | | | | | | | | | | | | | |
| Bank Fees | 0.00 | 0.00 | 95.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Copy Charges | 12.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.50 |
| Legal and Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43.10 | 43.10 |
| Management Fees | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 400.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 2,800.00 |
| Receiver Fees | 6,550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,550.00 |
| Reimbursement | 0.00 | 0.00 | 1,208.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,208.97 |
| Repair & Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,860.00 | 0.00 | 175.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,035.00 |
| Utilities | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities - Water/Sewer | 253.91 | 0.00 | 0.00 | 0.00 | 0.00 | 182.84 | 0.00 | 0.00 | 0.00 | 116.40 | 0.00 | 0.00 | 121.03 | 674.18 |
| **Total expenses** | $7,016.41 | $200.00 | $1,503.97 | $200.00 | $200.00 | $5,242.84 | $200.00 | $575.00 | $200.00 | $316.40 | $200.00 | $200.00 | $364.13 | $16,418.75 |
| **Net Income** | ($6,516.41) | ($200.00) | $1,171.03 | $236.00 | ($200.00) | ($2,242.84) | $1,130.00 | ($575.00) | ($200.00) | $583.60 | $900.00 | ($200.00) | ($364.13) | ($6,477.75) |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

## ALPSGROUP

| | |
|---|---|
| Statement period | 10/1/2022 - 10/31/2022 |
| Statement date | 4/30/2024 |

## Detail transactions

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning cash balance as of 10/1/2022** | | | | | | **$65,402.45** |
| **Additions to cash** | | | | | | |
| 10/3/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Balestier | Rent on Account Payment | 900.00 | 66,302.45 |
| 10/4/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Balestier | October 2022 Partial Rent Payment | 450.00 | 66,752.45 |
| 10/7/2022 | Upper Darby - 526 Timberlake Road | Rent Income | Unit 1 - Krystal Fairy | by Krystal Fairy | 1,100.00 | 67,852.45 |
| 10/8/2022 | Upper Darby - 419 Glendale Avenue | Rent Income | Unit 1 - Paul Roodchit | by Paul Roodchit | 900.00 | 68,752.45 |
| 10/13/2022 | Clifton Heights - 37 Walnut Street | Rent Income | Unit 1 - Carla Dupriest | by Carla Dupriest | 330.00 | 69,082.45 |
| 10/13/2022 | Clifton Heights - 37 Walnut Street | Rent Income | Unit 1 - Carla Dupriest | by Carla Dupriest | 170.00 | 69,252.45 |
| 10/16/2022 | Upper Darby - 355 Avon Road | Rent Income | Unit 1 - Shante Madison | by Shante Madison | 640.00 | 69,892.45 |
| 10/20/2022 | Philadelphia - 40 E. Ritenhouse Street | Rent Income | Unit 1 - Michael Warfield | Rent on Account Payment | 436.00 | 70,328.45 |
| 10/27/2022 | Upper Darby - 355 Avon Road | Rent Income | Unit 1 - Shante Madison | by Shante Madison | 690.00 | 71,018.45 |
| 10/29/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Balestier | Rent Payment | 1,000.00 | 72,018.45 |
| 10/30/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Balestier | Rent on Account Payment | 325.00 | 72,343.45 |
| 10/31/2022 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 1,000.00 | 73,343.45 |
| 10/31/2022 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 2,000.00 | 75,343.45 |
| **Total from additions to cash** | | | | | **$9,941.00** | |
| **Subtractions from cash** | | | | | | |
| 10/10/2022 | Upper Darby - 347 Avon Road | Utilities - Water/Sewer | | AQUA | 97.60 | 75,245.85 |
| 10/10/2022 | Upper Darby - 8953 Lansdowne Avenue | Utilities - Water/Sewer | | AQUA | 62.06 | 75,183.79 |
| 10/10/2022 | Upper Darby - 419 Glendale Avenue | Utilities - Water/Sewer | | AQUA | 52.79 | 75,131.00 |
| 10/12/2022 | Clifton Heights - 37 Walnut Street | Utilities - Water/Sewer | Aqua PA | AQUA | 148.59 | 74,982.41 |
| 10/13/2022 | Upper Darby - 347 Avon Road | Repair & Maintenance | ALPS Property Management | Replace window, New Rubber Roof, Dry wall repair 2nd floor room | 4,860.00 | 70,122.41 |
| 10/17/2022 | Philadelphia - 2131 Brighton Street | Reimbursement | ALPS Property Management | Reimbursement for ALPS paying City Water Bill | 1,208.97 | 68,913.44 |
| 10/17/2022 | Philadelphia - 2131 Brighton Street | Management Fees | ALPS Property Management | Management Fee 9/1/2022 - 9/30/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 68,713.44 |
| 10/17/2022 | Philadelphia - 40 E. Ritenhouse Street | Management Fees | ALPS Property Management | Management Fee 9/1/2022 - 9/30/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 68,513.44 |

MBMK Property Holdings - Generated 04/30/2024 12:51:24

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

Rental Owner Statement

**ALPSGROUP**

Statement period  **10/1/2022 - 10/31/2022**
Statement date  **4/30/2024**

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 10/17/2022 | Clifton Heights - 37 Walnut Street | Management Fees | ALPS Property Management | Management Fee 9/1/2022 - 9/30/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 68,313.44 |
| 10/17/2022 | Upper Darby - 245 Burmont Road | Management Fees | ALPS Property Management | Management Fee 9/1/2022 - 9/30/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 68,113.44 |
| 10/17/2022 | Upper Darby - 347 Avon Road | Management Fees | ALPS Property Management | Management Fee 9/1/2022 - 9/30/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 67,913.44 |
| 10/17/2022 | Upper Darby - 355 Avon Road | Management Fees | ALPS Property Management | Management Fee 9/1/2022 - 9/30/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 67,713.44 |
| 10/17/2022 | Upper Darby - 412 Long Lane | Repair & Maintenance | ALPS Property Management | New lock set with deadbolt | 175.00 | 67,538.44 |
| 10/17/2022 | Upper Darby - 412 Long Lane | Management Fees | ALPS Property Management | Management Fee 9/1/2022 - 9/30/2022 (Flat fee: $200.00 * 2 units) | 400.00 | 67,138.44 |
| 10/17/2022 | Drexel Hill - 4690 State Road | Management Fees | ALPS Property Management | Management Fee 9/1/2022 - 9/30/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 66,938.44 |
| 10/17/2022 | Upper Darby - 8513 Lansdowne Avenue | Legal and Professional Fees | ALPS Property Management | Paid invoice for order of possession | 43.10 | 66,895.34 |
| 10/17/2022 | Upper Darby - 8513 Lansdowne Avenue | Management Fees | ALPS Property Management | Management Fee 9/1/2022 - 9/30/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 66,695.34 |
| 10/17/2022 | Upper Darby - 419 Glendale Avenue | Management Fees | ALPS Property Management | Management Fee 9/1/2022 - 9/30/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 66,495.34 |
| 10/17/2022 | Upper Darby - 526 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 9/1/2022 - 9/30/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 66,295.34 |
| 10/17/2022 | Upper Darby - 599 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 9/1/2022 - 9/30/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 66,095.34 |
| 10/17/2022 | Upper Darby - 418 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 9/1/2022 - 9/30/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 65,895.34 |
| 10/27/2022 | Clifton Heights - 37 Walnut Street | Receiver Fees | ALPS Property Management | 127245 - Receivership Invoice | 6,550.00 | 59,345.34 |
| 10/27/2022 | Clifton Heights - 37 Walnut Street | Copy Charges | ALPS Property Management | 127245 - Receivership Invoice | 12.50 | 59,332.84 |
| 10/27/2022 | Upper Darby - 245 Burmont Road | Utilities | ALPS Property Management | Utility Reimbursement | 0.00 | 59,332.84 |
| 10/27/2022 | Upper Darby - 347 Avon Road | Utilities | ALPS Property Management | Utility Reimbursement | 0.00 | 59,332.84 |
| 10/27/2022 | Upper Darby - 347 Avon Road | Utilities - Water/Sewer | ALPS Property Management | AQUA | 85.24 | 59,247.60 |
| 10/27/2022 | Upper Darby - 355 Avon Road | Utilities | ALPS Property Management | Utility Reimbursement | 0.00 | 59,247.60 |
| 10/27/2022 | Drexel Hill - 4690 State Road | Utilities | ALPS Property Management | Utility Reimbursement | 0.00 | 59,247.60 |
| 10/27/2022 | Upper Darby - 8513 Lansdowne Avenue | Utilities | ALPS Property Management | Utility reimbursement | 0.00 | 59,247.60 |
| 10/27/2022 | Upper Darby - 8513 Lansdowne Avenue | Utilities - Water/Sewer | ALPS Property Management | AQUA | 58.97 | 59,188.63 |



Rental Owner Statement

**ALPSGROUP**

| | Statement period | **10/1/2022 - 10/31/2022** |
|---|---|---|
| | Statement date | **4/30/2024** |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 10/27/2022 | Upper Darby - 419 Glendale Avenue | Utilities | ALPS Property Management | Utility Reimbursement | 0.00 | 59,188.63 |
| 10/27/2022 | Upper Darby - 419 Glendale Avenue | Utilities - Water/Sewer | AQUA | AQUA | 63.61 | 59,125.02 |
| 10/27/2022 | Upper Darby - 526 Timberlake Road | Utilities | ALPS Property Management | Utilities Reimbursement | 0.00 | 59,125.02 |
| 10/27/2022 | Upper Darby - 599 Timberlake Road | Utilities | ALPS Property Management | Utility Reimbursement | 0.00 | 59,125.02 |
| 10/27/2022 | Upper Darby - 418 Timberlake Road | Utilities | ALPS Property Management | Utility Reimbursement | 0.00 | 59,125.02 |
| 10/28/2022 | Clifton Heights - 37 Walnut Street | Utilities - Water/Sewer | Aqua PA | | 105.32 | 59,019.70 |
| 10/31/2022 | Philadelphia - 2131 Brighton Street | Bank Fees | Chase Bank | Bank Fees | 95.00 | 58,924.70 |
| **Total from subtractions from cash** | | | | | | **$16,418.75** |
| **Ending cash balance as of 10/31/2022** | | | | | | **$58,924.70** |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

Statement period: 11/1/2022 - 11/30/2022
Statement date: 4/30/2024

MBMK Property Holdings
IL

## Summary by property

| | Clifton Heights - 37 Walnut Street | Clifton Drexel Hill - 4690 State Road | Philadelphia - 2031 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 E. Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 365 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 8853 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning cash balance | ($10,281.47) | ($233.52) | $3,562.16 | $2,694.87 | ($3,726.49) | $15,928.61 | $27,620.24 | ($5,103.27) | ($5,798.73) | $6,451.54 | $8,057.43 | $5,592.41 | $9,160.92 | $58,924.70 |
| **+ Additions to cash** | | | | | | | | | | | | | | |
| Income | 800.00 | 12,024.85 | 800.00 | 2,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 | 550.00 | 950.00 | 0.00 | 18,024.85 |
| Owner contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other additions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **— Subtractions from cash** | | | | | | | | | | | | | | |
| Expenses | 200.00 | 200.00 | 95.00 | 3,502.50 | 340.00 | 695.00 | 200.00 | 400.00 | 200.00 | 200.00 | 2,560.00 | 2,510.00 | 2,880.00 | 13,992.50 |
| Owner draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other subtractions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Ending cash balance** | ($9,681.47) | $11,591.33 | $4,267.16 | $1,182.37 | ($4,066.49) | $15,233.61 | $27,420.24 | ($5,503.27) | ($998.73) | $7,151.54 | $6,047.43 | $6,032.41 | $6,280.92 | $62,957.05 |
| **— Adjustments** | | | | | | | | | | | | | | |
| Tenant security deposits and early payments | 2,940.00 | 1,400.00 | 2,000.00 | 2,600.00 | 0.00 | 3,000.00 | 3,000.00 | 4,375.00 | 0.00 | 1,800.00 | 2,200.00 | 0.00 | 3,600.00 | 27,615.00 |
| Property reserve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Available for payment** | ($12,621.47) | $10,191.33 | $1,567.16 | ($1,417.63) | ($4,066.49) | $12,233.61 | $24,420.24 | ($9,878.27) | ($998.73) | $5,351.54 | $3,847.43 | $4,032.41 | $2,680.92 | $35,342.05 |

MBMK Property Holdings - Generated 04/30/2024 12:51:22

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

Statement period  11/1/2022 - 11/30/2022
Statement date  4/30/2024

## Income statement

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 853 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | |
| Late Fee Income - Owner | 0.00 | 264.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 264.00 |
| Rent Income | 800.00 | 11,760.85 | 800.00 | 2,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 | 550.00 | 950.00 | 0.00 | 17,760.85 |
| **Total income** | **$800.00** | **$12,024.85** | **$800.00** | **$2,000.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$900.00** | **$550.00** | **$950.00** | **$0.00** | **$18,024.85** |
| **Expense** | | | | | | | | | | | | | | |
| Bank Fees | 0.00 | 0.00 | 95.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Management Fees | 200.00 | 200.00 | 0.00 | 200.00 | 200.00 | 200.00 | 200.00 | 400.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 2,400.00 |
| Receiver Fees | 0.00 | 0.00 | 0.00 | 2,537.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,537.50 |
| Repair & Maintenance | 0.00 | 0.00 | 0.00 | 975.00 | 140.00 | 495.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,360.00 | 2,310.00 | 2,680.00 | 8,960.00 |
| **Total expenses** | **$200.00** | **$200.00** | **$95.00** | **$3,512.50** | **$340.00** | **$695.00** | **$200.00** | **$400.00** | **$200.00** | **$200.00** | **$2,560.00** | **$2,510.00** | **$2,880.00** | **$13,992.50** |
| **Net Income** | **$600.00** | **$11,824.85** | **$705.00** | **($1,512.50)** | **($340.00)** | **($695.00)** | **($200.00)** | **($400.00)** | **($200.00)** | **$700.00** | **($2,010.00)** | **($1,560.00)** | **($2,880.00)** | **$4,032.35** |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

Statement period  **11/1/2022 - 11/30/2022**

Statement date  **4/30/2024**

## Detail transactions

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning cash balance as of 11/1/2022** | | | | | | **$58,924.70** |
| **Additions to cash** | | | | | | |
| 11/2/2022 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | REVERSED - (R29) Corporate receiver has notified RDFI that Corp entry is not authorized. by Alexis Nazario | (2,000.00) | 56,924.70 |
| 11/4/2022 | Clifton Heights - 37 Walnut Street | Rent Income | Unit 1 - Carla Dupriest | by Carla Dupriest | 300.00 | 57,224.70 |
| 11/4/2022 | Drexel Hill - 4890 State Road | Late Fee Income - Owner | Unit 1 - Antonia Perez | Rent on Account Payment | 264.00 | 57,488.70 |
| 11/4/2022 | Drexel Hill - 4890 State Road | Rent Income | Unit 1 - Antonia Perez | Rent on Account Payment | 11,760.85 | 69,249.55 |
| 11/6/2022 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 1,000.00 | 70,249.55 |
| 11/6/2022 | Upper Darby - 599 Timberlake Road | Rent Income | Unit 1 - Natashia Noble | by Natashia Noble | 950.00 | 71,199.55 |
| 11/10/2022 | Clifton Heights - 37 Walnut Street | Rent Income | Unit 1 - Carla Dupriest | by Carla Dupriest | 120.00 | 71,319.55 |
| 11/10/2022 | Clifton Heights - 37 Walnut Street | Rent Income | Unit 1 - Carla Dupriest | by Carla Dupriest | 380.00 | 71,699.55 |
| 11/14/2022 | Philadelphia - 40 E. Rittenhouse Street | Rent Income | Unit 1 - Michael Warfield | Rent on Account Payment | 2,000.00 | 73,699.55 |
| 11/16/2022 | Upper Darby - 419 Glendale Avenue | Rent Income | Unit 1 - Paul Roodchil | by Paul Roodchil | 900.00 | 74,599.55 |
| 11/17/2022 | Upper Darby - S26 Timberlake Road | Rent Income | Unit 1 - Krystal Fairy | by Krystal Fairy | 1,100.00 | 75,699.55 |
| 11/18/2022 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 1,000.00 | 76,699.55 |
| 11/21/2022 | Upper Darby - S26 Timberlake Road | Rent Income | Unit 1 - Krystal Fairy | by Krystal Fairy | 550.00 | 77,249.55 |
| 11/21/2022 | Upper Darby - S26 Timberlake Road | Rent Income | Unit 1 - Krystal Fairy | REVERSED - (R01) Balance is not sufficient to cover value of transaction. by Krystal Fairy | (1,100.00) | 76,149.55 |
| 11/30/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Balestier | Rent on Account Payment | 800.00 | 76,949.55 |
| **Total from additions to cash** | | | | | | **$18,024.85** |
| **Subtractions from cash** | | | | | | |
| 11/9/2022 | Philadelphia - 40 E. Rittenhouse Street | Receiver Fees | ALPS Property Management | low 126701 | 2,537.50 | 74,412.05 |
| 11/9/2022 | Clifton Heights - 37 Walnut Street | Management Fees | ALPS Property Management | Management Fee 10/1/2022 - 10/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 74,212.05 |
| 11/9/2022 | Upper Darby - 245 Burmont Road | Repair & Maintenance | ALPS Property Management | Grass service times 2 | 140.00 | 74,072.05 |
| 11/9/2022 | Upper Darby - 245 Burmont Road | Management Fees | ALPS Property Management | Management Fee 10/1/2022 - 10/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 73,872.05 |
| 11/9/2022 | Upper Darby - 347 Avon Road | Repair & Maintenance | ALPS Property Management | Purchase washer and deliver | 495.00 | 73,377.05 |

MBMK Property Holdings - Generated 04/30/2024 12:51:22

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

Rental Owner Statement

**ALPSGROUP**

Statement period   11/1/2022 - 11/30/2022
Statement date     4/30/2024

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 11/9/2022 | Upper Darby - 347 Avon Road | Management Fees | ALPS Property Management | Management Fee 10/1/2022 - 10/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 73,177.05 |
| 11/9/2022 | Upper Darby - 355 Avon Road | Management Fees | ALPS Property Management | Management Fee 10/1/2022 - 10/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 72,977.05 |
| 11/9/2022 | Upper Darby - 412 Long Lane | Management Fees | ALPS Property Management | Management Fee 10/1/2022 - 10/31/2022 (Flat fee: $200.00 * 2 units) | 400.00 | 72,577.05 |
| 11/9/2022 | Drexel Hill - 4690 State Road | Management Fees | ALPS Property Management | Management Fee 10/1/2022 - 10/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 72,377.05 |
| 11/9/2022 | Upper Darby - 8953 Lansdowne Avenue | Repair & Maintenance | ALPS Property Management | Install new entry door lock and lock box | 250.00 | 72,127.05 |
| 11/9/2022 | Upper Darby - 8953 Lansdowne Avenue | Repair & Maintenance | ALPS Property Management | Trash removal from the property | 2,430.00 | 69,697.05 |
| 11/9/2022 | Upper Darby - 8953 Lansdowne Avenue | Management Fees | ALPS Property Management | Management Fee 10/1/2022 - 10/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 69,497.05 |
| 11/9/2022 | Upper Darby - 419 Glendale Avenue | Management Fees | ALPS Property Management | Management Fee 10/1/2022 - 10/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 69,297.05 |
| 11/9/2022 | Upper Darby - 526 Timberlake Road | Repair & Maintenance | ALPS Property Management | Fix clogged sink and S Trap | 210.00 | 69,087.05 |
| 11/9/2022 | Upper Darby - 526 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 10/1/2022 - 10/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 68,887.05 |
| 11/9/2022 | Upper Darby - 599 Timberlake Road | Repair & Maintenance | ALPS Property Management | Repair leak in kitchen and shower | 360.00 | 68,527.05 |
| 11/9/2022 | Upper Darby - 599 Timberlake Road | Repair & Maintenance | ALPS Property Management | Replace door and basement door | 1,950.00 | 66,577.05 |
| 11/9/2022 | Upper Darby - 599 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 10/1/2022 - 10/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 66,377.05 |
| 11/9/2022 | Upper Darby - 418 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 10/1/2022 - 10/31/2022 (Flat fee: $200.00 * 1 unit) | 200.00 | 66,177.05 |
| 11/14/2022 | Upper Darby - 526 Timberlake Road | Repair & Maintenance | ALPS Property Management | Purchase and install new metal door | 2,150.00 | 64,027.05 |
| 11/28/2022 | Philadelphia - 40 E Ritterhouse Street | Repair & Maintenance | ALPS Property Management | Roofing repair, 3-Floor, Drywall Repair | 975.00 | 63,052.05 |
| 11/30/2022 | Philadelphia - 2131 Brighton Street | Bank Fees | Chase Bank | Bank fees | 95.00 | 62,957.05 |
| **Total from subtractions from cash** | | | | | **$13,992.50** | |

| Ending cash balance as of 11/30/2022 | | | | | | $62,957.05 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

Statement period   12/1/2022 - 12/31/2022
Statement date     4/30/2024

MBMK Property Holdings
IL

## Summary by property

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4590 State Road | Philadelphia 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 8813 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning cash balance | ($9,681.47) | $11,591.33 | $4,267.16 | $1,182.37 | ($4,066.49) | $15,233.61 | $27,420.24 | ($5,503.27) | ($998.73) | $7,151.54 | $6,047.43 | $4,032.41 | $6,280.92 | $62,957.05 |
| + Additions to cash | | | | | | | | | | | | | | |
| Income | 0.00 | 0.00 | 525.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 950.00 | 0.00 | 3,275.00 |
| Owner contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other additions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| − Subtractions from cash | | | | | | | | | | | | | | |
| Expenses | 5,179.82 | 200.00 | 2,022.00 | 3,025.00 | 6,637.50 | 442.37 | 200.00 | 400.00 | 200.00 | 186.94 | 200.00 | 400.00 | 117.66 | 19,211.29 |
| Owner draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 0.00 | 400.00 | 600.00 |
| Other subtractions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ending cash balance | ($14,861.29) | $11,391.33 | $2,770.16 | ($1,842.63) | ($10,703.99) | $15,791.24 | $27,220.24 | ($5,903.27) | ($1,198.73) | $6,964.60 | $6,647.43 | $4,582.41 | $6,163.26 | $47,020.76 |
| − Adjustments | | | | | | | | | | | | | | |
| Tenant security deposits and early payments | 2,940.00 | 1,400.00 | 2,700.00 | 2,600.00 | 0.00 | 3,000.00 | 3,000.00 | 4,375.00 | 0.00 | 1,800.00 | 2,200.00 | 0.00 | 3,600.00 | 27,615.00 |
| Property reserve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Available for payment | ($17,801.29) | $9,991.33 | $70.16 | ($4,442.63) | ($10,703.99) | $12,791.24 | $24,220.24 | ($10,278.27) | ($1,198.73) | $5,164.60 | $4,447.43 | $4,582.41 | $2,563.26 | $19,405.76 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

## ALPSGROUP

Statement period **12/1/2022 - 12/31/2022**
Statement date **4/30/2024**

## Income Statement

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4650 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 8513 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | |
| Rent Income | 0.00 | 0.00 | 525.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 950.00 | 0.00 | 3,275.00 |
| **Total Income** | **$0.00** | **$0.00** | **$525.00** | **$0.00** | **$0.00** | **$1,000.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$800.00** | **$950.00** | **$0.00** | **$3,275.00** |
| **Expense** | | | | | | | | | | | | | | |
| Accounting | 190.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 190.00 |
| Bank Fees | 0.00 | 0.00 | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.00 |
| Management Fees | 200.00 | 200.00 | 400.00 | 400.00 | 200.00 | 200.00 | 200.00 | 400.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 3,200.00 |
| Other Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (2.25) | 0.00 | 0.00 | 0.00 | (2.25) | 0.00 | 0.00 | (2.25) | (6.75) |
| Receiver Fees | 3,812.50 | 0.00 | 27.00 | 2,625.00 | 6,437.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,902.00 |
| Repair & Maintenance | 855.00 | 0.00 | 1,500.00 | 0.00 | 0.00 | 365.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 2,920.00 |
| Utilities - Water/Sewer | 122.32 | 0.00 | 0.00 | 0.00 | 0.00 | (120.38) | 0.00 | 0.00 | 0.00 | (10.8) | 0.00 | 0.00 | (80.09) | (88.96) |
| **Total expenses** | **$5,179.82** | **$200.00** | **$2,022.00** | **$3,025.00** | **$6,637.50** | **$442.37** | **$200.00** | **$400.00** | **$200.00** | **$186.94** | **$200.00** | **$400.00** | **$117.66** | **$19,211.29** |
| **Net Income** | **($5,179.82)** | **($200.00)** | **($1,497.00)** | **($3,025.00)** | **($6,637.50)** | **$557.63** | **($200.00)** | **($400.00)** | **($200.00)** | **($186.94)** | **$600.00** | **$550.00** | **($117.66)** | **($15,936.29)** |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

| Statement period | 12/1/2022 - 12/31/2022 |
|---|---|
| Statement date | 4/30/2024 |

## Detail transactions

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning cash balance as of 12/1/2022** | | | | | | **$62,957.05** |
| **Additions to cash** | | | | | | |
| 12/1/2022 | Upper Darby - 526 Timberlake Road | Rent Income | Unit 1 - Krystal Fairy | by Krystal Fairy | 1,000.00 | 63,957.05 |
| 12/2/2022 | Upper Darby - 526 Timberlake Road | Rent Income | Unit 1 - Krystal Fairy | by Krystal Fairy | 800.00 | 64,757.05 |
| 12/5/2022 | Upper Darby - 526 Timberlake Road | Rent Income | Unit 1 - Krystal Fairy | REVERSED - (R01) Balance is not sufficient to cover value of transaction - by Krystal Fairy | (1,000.00) | 63,757.05 |
| 12/6/2022 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 1,000.00 | 64,757.05 |
| 12/8/2022 | Upper Darby - 599 Timberlake Road | Rent Income | Unit 1 - Natashia Noble | by Natashia Noble | 950.00 | 65,707.05 |
| 12/9/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Derielle Balester | Zelle Pmt | 525.00 | 66,232.05 |
| **Total from additions to cash** | | | | | | **$3,275.00** |
| **Subtractions from cash** | | | | | | |
| 12/8/2022 | Philadelphia - 2131 Brighton Street | Management Fees | ALPS Property Management | Management Fee 10/1/2022 - 11/30/2022 (Flat fee: $200.00 *1 unit) | 400.00 | 65,832.05 |
| 12/8/2022 | Philadelphia - 40  E. Rittenhouse Street | Management Fees | ALPS Property Management | Management Fee 10/1/2022 - 11/30/2022 (Flat fee: $200.00 *1 unit) | 400.00 | 65,432.05 |
| 12/8/2022 | Clifton Heights - 37 Walnut Street | Management Fees | ALPS Property Management | Management Fee 10/1/2022 - 11/30/2022 (Flat fee: $200.00 *1 unit) | 200.00 | 65,232.05 |
| 12/8/2022 | Upper Darby - 245 Burmont Road | Management Fees | ALPS Property Management | Management Fee 11/1/2022 - 11/30/2022 (Flat fee: $200.00 *1 unit) | 200.00 | 65,032.05 |
| 12/8/2022 | Upper Darby - 347 Avon Road | Repair & Maintenance | ALPS Property Management | Exterminator for rat issue | 365.00 | 64,667.05 |
| 12/8/2022 | Upper Darby - 347 Avon Road | Management Fees | ALPS Property Management | Management Fee 11/1/2022 - 11/30/2022 (Flat fee: $200.00 *1 unit) | 200.00 | 64,467.05 |
| 12/8/2022 | Upper Darby - 355 Avon Road | Management Fees | ALPS Property Management | Management Fee 11/1/2022 - 11/30/2022 (Flat fee: $200.00 *1 unit) | 200.00 | 64,267.05 |
| 12/8/2022 | Upper Darby - 412 Long Lane | Management Fees | ALPS Property Management | Management Fee 11/1/2022 - 11/30/2022 (Flat fee: $200.00 * 2 units) | 400.00 | 63,867.05 |
| 12/8/2022 | Drexel Hill - 4690 State Road | Management Fees | ALPS Property Management | Management Fee 11/1/2022 - 11/30/2022 (Flat fee: $200.00 *1 unit) | 200.00 | 63,667.05 |
| 12/8/2022 | Upper Darby - 8513 Lansdowne Avenue | Management Fees | ALPS Property Management | Management Fee 11/1/2022 - 11/30/2022 (Flat fee: $200.00 *1 unit) | 200.00 | 63,467.05 |
| 12/8/2022 | Upper Darby - 419 Glendale Avenue | Management Fees | ALPS Property Management | Management Fee 11/1/2022 - 11/30/2022 (Flat fee: $200.00 *1 unit) | 200.00 | 63,267.05 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

MBMK Property Holdings - Generated 04/30/2024 12:51:23

# Rental Owner Statement

 ALPSGROUP

Statement period   12/1/2022 - 12/31/2022
Statement date   4/30/2024

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 12/8/2022 | Upper Darby - 526 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 11/1/2022 - 11/30/2022 (Flat fee: $200.00 *1 unit) | 200.00 | 63,067.05 |
| 12/8/2022 | Upper Darby - 599 Timberlake Road | Repair & Maintenance | ALPS Property Management | Repair metal door in basement | 200.00 | 62,867.05 |
| 12/8/2022 | Upper Darby - 599 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 11/1/2022 - 11/30/2022 (Flat fee: $200.00 *1 unit) | 200.00 | 62,667.05 |
| 12/8/2022 | Upper Darby - 418 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 11/1/2022 - 11/30/2022 (Flat fee: $200.00 *1 unit) | 200.00 | 62,467.05 |
| 12/2/2022 | Upper Darby - 347 Avon Road | Utilities - Water/Sewer | | AQUA | 117.45 | 62,349.60 |
| 12/2/2022 | Upper Darby - 8513 Lansdowne Avenue | Utilities - Water/Sewer | | AQUA | 26.09 | 62,323.51 |
| 12/2/2022 | Upper Darby - 419 Glendale Avenue | Utilities - Water/Sewer | | AQUA | 81.17 | 62,242.34 |
| 12/5/2022 | Philadelphia - 2191 Brighton Street | Receiver Fees | ALPS Property Management | $27 overpayment on ALPS invoice #127716 | 27.00 | 63,215.34 |
| 12/5/2022 | Philadelphia - 40 E. Ritenhouse Street | Receiver Fees | ALPS Property Management | 127716 | 2,625.00 | 58,590.34 |
| 12/4/2022 | Clifton Heights - 37 Walnut Street | Utilities - Water/Sewer | Aqua PA | Aqua PA | 122.32 | 59,468.02 |
| 12/4/2022 | Upper Darby - 245 Burmont Road | Receiver Fees | ALPS Property Management | October receiver invoice | 6,437.50 | 53,030.52 |
| 12/6/2022 | Philadelphia - 2191 Brighton Street | Repair & Maintenance | ALPS Property Management | Repairs at house | 1,500.00 | 51,530.52 |
| 12/23/2022 | Clifton Heights - 37 Walnut Street | Repair & Maintenance | ALPS Property Management | Roof repair to fix leaking light in laundry room | 855.00 | 50,675.52 |
| 12/23/2022 | Clifton Heights - 37 Walnut Street | Receiver Fees | ALPS Property Management | November Receiver Fees | 3,812.50 | 46,863.02 |
| 12/22/2022 | Philadelphia - 2131 Brighton Street | Accounting | ALPS Property Management | November Accounting Fees | 190.00 | 46,673.02 |
| 12/23/2022 | Upper Darby - 347 Avon Road | Bank Fees | Chase Bank | Bank fees | 95.00 | 46,578.02 |
| 12/31/2022 | Upper Darby - 347 Avon Road | Utilities - Water/Sewer | | Clearing Aqua IL from statement | (237.83) | 46,815.85 |
| 12/31/2022 | Upper Darby - 8513 Lansdowne Avenue | Other Expenses | | Fee | (2.25) | 46,818.10 |
| 12/31/2022 | Upper Darby - 8513 Lansdowne Avenue | Utilities - Water/Sewer | | Clearing out Aqua PA | (106.18) | 46,924.28 |
| 12/31/2022 | Upper Darby - 419 Glendale Avenue | Other Expenses | | Clearing out Aqua PA | (2.25) | 46,926.53 |
| 12/31/2022 | Upper Darby - 419 Glendale Avenue | Utilities - Water/Sewer | | Clearing out Aqua PA | (91.98) | 47,018.51 |
| 12/31/2022 | Upper Darby - 419 Glendale Avenue | Other Expenses | | Clearing out Aqua PA | (2.25) | 47,020.76 |

Total from subtractions from cash                                                             $19,211.29

Ending cash balance as of 12/31/2022                                                          $47,020.76

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPS GROUP**

| | |
|---|---|
| Statement period | 1/1/2023 - 1/31/2023 |
| Statement date | 4/30/2024 |

MBMK Property Holdings
IL

## Summary by property

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glenside Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 8513 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning cash balance | ($14,861.29) | $11,391.33 | $2,770.16 | ($1,842.63) | ($10,703.99) | $15,791.24 | $27,220.24 | ($5,903.27) | ($1,198.73) | $6,964.60 | $6,647.43 | $4,582.41 | $6,163.26 | $47,020.76 |
| + Additions to cash | | | | | | | | | | | | | | |
| Income | 0.00 | 2,940.00 | 1,325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 | 0.00 | 0.00 | 0.00 | 5,165.00 |
| Owner contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other additions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| − Subtractions from cash | | | | | | | | | | | | | | |
| Expenses | 485.00 | 777.50 | 95.00 | 200.00 | 777.50 | 892.09 | 777.50 | 400.00 | 777.50 | 3,926.19 | 777.50 | 1,647.50 | 798.01 | 12,331.29 |
| Owner draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other subtractions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ending cash balance | ($15,346.29) | $13,553.83 | $4,000.16 | ($2,042.63) | ($11,481.49) | $14,899.15 | $26,442.74 | ($6,303.27) | ($1,976.23) | $3,938.41 | $5,869.93 | $2,934.91 | $5,365.26 | $39,854.47 |
| − Adjustments | | | | | | | | | | | | | | |
| Tenant security deposits and early payments | 2,940.00 | 1,400.00 | 2,700.00 | 2,600.00 | 0.00 | 3,000.00 | 3,000.00 | 4,375.00 | 0.00 | 1,800.00 | 2,200.00 | 0.00 | 3,600.00 | 27,615.00 |
| Property reserve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Available for payment | ($18,286.29) | $12,153.83 | $1,300.16 | ($4,642.63) | ($11,481.49) | $11,899.15 | $23,442.74 | ($10,678.27) | ($1,976.23) | $2,138.41 | $3,669.93 | $2,934.91 | $1,765.25 | $12,239.47 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

Statement period 1/1/2023 - 1/31/2023
Statement date 4/30/2024

## Income statement

| | Clifton Heights -37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 8813 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | |
| Late Fee Income - Owner | 0.00 | 0.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.85 |
| Rent Income | 0.00 | 2,939.15 | 1,325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 | 0.00 | 0.00 | 0.00 | 5,164.15 |
| **Total** Income | $0.00 | $2,940.00 | $1,325.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $900.00 | $0.00 | $0.00 | $0.00 | $5,165.00 |
| **Expense** | | | | | | | | | | | | | | |
| Bank Fees | 0.00 | 0.00 | (105.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (105.00) |
| Management Fees | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 400.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 2,800.00 |
| Repair & Maintenance | 285.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,065.00 | 0.00 | 870.00 | 0.00 | 4,220.00 |
| Utilities | 0.00 | 577.50 | 0.00 | 0.00 | 577.50 | 577.50 | 577.50 | 0.00 | 577.50 | 577.50 | 577.50 | 577.50 | 577.50 | 5,197.50 |
| Utilities - Water/Sewer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 114.59 | 0.00 | 0.00 | 0.00 | 83.69 | 0.00 | 0.00 | 20.51 | 218.79 |
| **Total** expenses | $485.00 | $777.50 | $95.00 | $200.00 | $777.50 | $892.09 | $777.50 | $400.00 | $777.50 | $3,926.19 | $777.50 | $1,647.50 | $798.01 | $12,331.29 |
| **Net Income** | ($485.00) | $2,162.50 | $1,230.00 | ($200.00) | ($777.50) | ($892.09) | ($777.50) | ($400.00) | ($777.50) | ($3,026.19) | ($777.50) | ($1,647.50) | ($798.01) | ($7,166.29) |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

Rental Owner Statement

**✗** ALPSGROUP

| | Statement period | **1/1/2023 - 1/31/2023** |
|---|---|---|
| | Statement date | **4/30/2024** |

## Detail transactions

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning cash balance as of 1/1/2023** | | | | | | **$47,020.76** |
| **Additions to cash** | | | | | | |
| 1/7/2023 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Balester | Payment | 1325.00 | 48,345.76 |
| 1/31/2023 | Upper Darby - 419 Glendale Avenue | Rent Income | Unit 1 - Paul Roodchil | by Paul Roodchil | 900.00 | 49,245.76 |
| 1/4/2023 | Upper Darby - 526 Timberlake Road | Rent Income | Unit 1 - Krystal Fairy | by Krystal Fairy | 500.00 | 49,745.76 |
| 1/17/2023 | Drexel Hill - 4690 State Road | Rent Income | Unit 1 - Antonia Perez | Rent on Account payment | 2,939.15 | 52,684.91 |
| 1/17/2023 | Drexel Hill - 4690 State Road | Late Fee Income - Owner | Unit 1 - Antonia Perez | Rent on Account payment | 0.85 | 52,685.76 |
| 1/18/2023 | Upper Darby - 526 Timberlake Road | Rent Income | Unit 1 - Krystal Fairy | REVERSED - (R0) Balance is not sufficient to cover value of transaction. - by Krystal Fairy | (500.00) | 52,185.76 |
| **Total from additions to cash** | | | | | | **$5,165.00** |
| **Subtractions from cash** | | | | | | |
| 1/2/2023 | Philadelphia - 2131 Brighton Street | Bank Fees | | Service Fee Reversal | 95.00 | 52,090.76 |
| 1/6/2023 | Clifton Heights - 37 Walnut Street | Repair & Maintenance | ALPS Property Management | Handling froze pipes | 285.00 | 51,805.76 |
| 1/6/2023 | Upper Darby - 419 Glendale Avenue | Repair & Maintenance | ALPS Property Management | Repair gas leak | 980.00 | 50,825.76 |
| 1/6/2023 | Upper Darby - 419 Glendale Avenue | Repair & Maintenance | ALPS Property Management | Boiler and water heater repairs | 1390.00 | 49,435.76 |
| 1/6/2023 | Upper Darby - 419 Glendale Avenue | Repair & Maintenance | ALPS Property Management | Reseal chimney | 695.00 | 48,740.76 |
| 1/9/2023 | Philadelphia - 2131 Brighton Street | Bank Fees | | Service Fee Reversal | (95.00) | 48,835.76 |
| 1/9/2023 | Philadelphia - 2131 Brighton Street | Bank Fees | | Service Fee Reversal | (95.00) | 48,930.76 |
| 1/9/2023 | Philadelphia - 2131 Brighton Street | Bank Fees | | Service Fee Reversal | (10.00) | 48,940.76 |
| 1/9/2023 | Upper Darby - 245 Burmont Road | Utilities | ALPS Property Management | Utility Reimbursement | 577.50 | 48,363.26 |
| 1/9/2023 | Upper Darby - 347 Avon Road | Utilities | ALPS Property Management | Utility Reimbursement | 577.50 | 47,785.76 |
| 1/9/2023 | Upper Darby - 355 Avon Road | Utilities | ALPS Property Management | Utility Reimbursement | 577.50 | 47,208.26 |
| 1/9/2023 | Drexel Hill - 4690 State Road | Utilities | ALPS Property Management | Utility Reimbursement | 577.50 | 46,630.76 |
| 1/9/2023 | Upper Darby - 8511 Lansdowne Avenue | Utilities | ALPS Property Management | Utility reimbursement | 577.50 | 46,053.26 |
| 1/9/2023 | Upper Darby - 419 Glendale Avenue | Utilities | ALPS Property Management | Utility Reimbursement | 577.50 | 45,475.76 |
| 1/9/2023 | Upper Darby - 526 Timberlake Road | Utilities | ALPS Property Management | Utilities Reimbursement | 577.50 | 44,898.26 |
| 1/9/2023 | Upper Darby - 599 Timberlake Road | Utilities | ALPS Property Management | Utility Reimbursement | 577.50 | 44,320.76 |
| 1/9/2023 | Upper Darby - 418 Timberlake Road | Utilities | ALPS Property Management | Utility Reimbursement | 577.50 | 43,743.26 |
| 1/17/2023 | Upper Darby - 347 Avon Road | Utilities - Water/Sewer | AQUA | AQUA | 114.59 | 43,628.67 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

Rental Owner Statement

**ALPSGROUP**

| | | | | | |
|---|---|---|---|---|---|
| | | | | Statement period | **1/1/2023 - 1/31/2023** |
| | | | | Statement date | **4/30/2024** |

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 1/1/2023 | Upper Darby - 8513 Lansdowne Avenue | Utilities - Water/Sewer | Aqua | | 20.51 | 43,608.16 |
| 1/1/2023 | Upper Darby - 419 Glendale Avenue | Utilities - Water/Sewer | AQUA | | 83.69 | 43,524.47 |
| 1/1/2023 | Philadelphia - 2131 Brighton Street | Management Fees | ALPS Property Management | Management Fee 12/1/2022 - 12/31/2022 Flat fee: $200.00 * 1 unit) | 200.00 | 43,324.47 |
| 1/1/2023 | Philadelphia - 40 E. Rittenhouse Street | Management Fees | ALPS Property Management | Management Fee 12/1/2022 - 12/31/2022 Flat fee: $200.00 * 1 unit) | 200.00 | 43,124.47 |
| 1/1/2023 | Clifton Heights - 37 Walnut Street | Management Fees | ALPS Property Management | Management Fee 12/1/2022 - 12/31/2022 Flat fee: $200.00 * 1 unit) | 200.00 | 42,924.47 |
| 1/1/2023 | Upper Darby - 245 Burmont Road | Management Fees | ALPS Property Management | Management Fee 12/1/2022 - 12/31/2022 Flat fee: $200.00 * 1 unit) | 200.00 | 42,724.47 |
| 1/1/2023 | Upper Darby - 347 Avon Road | Management Fees | ALPS Property Management | Management Fee 12/1/2022 - 12/31/2022 Flat fee: $200.00 * 1 unit) | 200.00 | 42,524.47 |
| 1/1/2023 | Upper Darby - 355 Avon Road | Management Fees | ALPS Property Management | Management Fee 12/1/2022 - 12/31/2022 Flat fee: $200.00 * 1 unit) | 200.00 | 42,324.47 |
| 1/1/2023 | Upper Darby - 412 Long Lane | Management Fees | ALPS Property Management | Management Fee 12/1/2022 - 12/31/2022 Flat fee: $200.00 * 2 units) | 400.00 | 41,924.47 |
| 1/1/2023 | Drexel Hill - 4690 State Road | Management Fees | ALPS Property Management | Management Fee 12/1/2022 - 12/31/2022 Flat fee: $200.00 * 1 unit) | 200.00 | 41,724.47 |
| 1/1/2023 | Upper Darby - 8513 Lansdowne Avenue | Management Fees | ALPS Property Management | Management Fee 12/1/2022 - 12/31/2022 Flat fee: $200.00 * 1 unit) | 200.00 | 41,524.47 |
| 1/1/2023 | Upper Darby - 419 Glendale Avenue | Management Fees | ALPS Property Management | Management Fee 12/1/2022 - 12/31/2022 Flat fee: $200.00 * 1 unit) | 200.00 | 41,324.47 |
| 1/1/2023 | Upper Darby - 526 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 12/1/2022 - 12/31/2022 Flat fee: $200.00 * 1 unit) | 200.00 | 41,124.47 |
| 1/1/2023 | Upper Darby - 599 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 12/1/2022 - 12/31/2022 Flat fee: $200.00 * 1 unit) | 200.00 | 40,924.47 |
| 1/1/2023 | Upper Darby - 498 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 12/1/2022 - 12/31/2022 Flat fee: $200.00 * 1 unit) | 200.00 | 40,724.47 |
| 1/27/2023 | Upper Darby - 599 Timberlake Road | Repair & Maintenance | ALPS Property Management | Order and install a new kitchen window | 870.00 | 39,854.47 |
| 1/30/2023 | Philadelphia - 40 E. Rittenhouse Street | Utilities - Water/Sewer | ALPS Property Management | Philadelphia Water Bill | 0.00 | 39,854.47 |
| **Total from subtractions from cash** | | | | | | **$12,331.29** |
| **Ending cash balance as of 1/31/2023** | | | | | | **$39,854.47** |

MBMK Property Holdings - Generated 04/30/2024 12:57:01

Page 4

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

Statement period 2/1/2023 - 2/28/2023
Statement date 4/30/2024

MBMK Property Holdings
IL

## Summary by property

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Ritenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 569 Timberlake Road | Upper Darby - 853 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning cash balance | ($15,346.29) | $13,553.83 | $4,000.16 | ($2,042.63) | ($11,481.49) | $14,899.15 | $26,442.74 | ($6,303.27) | ($1,976.23) | $3,938.41 | $5,869.93 | $2,934.91 | $5,365.25 | $39,854.47 |
| + Additions to cash | | | | | | | | | | | | | | |
| Income | 0.00 | 1,470.00 | 1,000.00 | 0.00 | 0.00 | 4,120.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,200.00 | 0.00 | 0.00 | 8,790.00 |
| Owner contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other additions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| − Subtractions from cash | | | | | | | | | | | | | | |
| Expenses | 0.00 | 0.00 | 1,850.00 | 0.00 | 0.00 | 224.31 | 0.00 | 0.00 | 2,134.67 | 107.02 | 0.00 | 0.00 | 29.65 | 4,345.65 |
| Owner draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other subtractions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ending cash balance | ($15,346.29) | $15,023.83 | $3,150.16 | ($2,042.63) | ($11,481.49) | $18,794.84 | $26,442.74 | ($6,303.27) | ($4,110.90) | $3,831.39 | $8,069.93 | $2,934.91 | $5,335.60 | $44,298.82 |
| − Adjustments | | | | | | | | | | | | | | |
| Tenant security deposits and early payments | 2,940.00 | 1,400.00 | 2,700.00 | 2,600.00 | 0.00 | 3,000.00 | 3,000.00 | 4,375.00 | 0.00 | 1,800.00 | 2,200.00 | 0.00 | 3,600.00 | 27,615.00 |
| Property reserve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Available for payment | ($18,286.29) | $13,623.83 | $450.16 | ($4,642.63) | ($11,481.49) | $15,794.84 | $23,442.74 | ($10,678.27) | ($4,110.90) | $2,031.39 | $5,869.93 | $2,934.91 | $1,735.60 | $16,683.82 |

Page 1

MBMK Property Holdings - Generated 04/30/2024 12:57:01

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

Statement period   2/1/2023 - 2/28/2023
Statement date   4/30/2024

## Income statement

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Ritenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 395 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 8513 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | |
| Rent Income | 0.00 | 1,470.00 | 1,000.00 | 0.00 | 0.00 | 4,120.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,200.00 | 0.00 | 0.00 | 8,790.00 |
| **Total Income** | $0.00 | $1,470.00 | $1,000.00 | $0.00 | $0.00 | $4,120.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,200.00 | $0.00 | $0.00 | $8,790.00 |
| **Expense** | | | | | | | | | | | | | | |
| Bank Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Leasing | 0.00 | 0.00 | 350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| Other Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,039.67 | 0.00 | 0.00 | 0.00 | 0.00 | 2,039.67 |
| Repair & Maintenance | 0.00 | 0.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 |
| Utilities - Water/Sewer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 224.31 | 0.00 | 0.00 | 0.00 | 107.02 | 0.00 | 0.00 | 29.65 | 360.98 |
| **Total expenses** | $0.00 | $0.00 | $1,850.00 | $0.00 | $0.00 | $224.31 | $0.00 | $0.00 | $2,134.67 | $107.02 | $0.00 | $0.00 | $29.65 | $4,345.65 |
| **Net Income** | $0.00 | $1,470.00 | ($850.00) | $0.00 | $0.00 | $3,895.69 | $0.00 | $0.00 | ($2,134.67) | ($107.02) | $2,200.00 | $0.00 | ($29.65) | $4,444.35 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

| | | |
|---|---|---|
| Statement period | **2/1/2023 - 2/28/2023** |
| Statement date | **4/30/2024** |

## Detail transactions

### Beginning cash balance as of 2/1/2023 — **$39,854.47**

#### Additions to cash

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 2/2/2023 | Upper Darby - 526 Timberlake Road | Rent Income | Unit 1 - Krystal Fairy | by Krystal Fairy | 2,200.00 | 42,054.47 |
| 2/2/2023 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Batelder | Pmt toward balance - Balance appears $25 less because of credit from October 3rd and 4th payments totaling $1350. | 1,000.00 | 43,054.47 |
| 2/2/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 40.00 | 43,094.47 |
| 2/3/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 100.00 | 43,194.47 |
| 2/3/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 100.00 | 43,294.47 |
| 2/3/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 40.00 | 43,334.47 |
| 2/4/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 100.00 | 43,434.47 |
| 2/4/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 40.00 | 43,474.47 |
| 2/4/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 40.00 | 43,514.47 |
| 2/4/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 50.00 | 43,564.47 |
| 2/4/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 50.00 | 43,614.47 |
| 2/4/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 60.00 | 43,674.47 |
| 2/4/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 100.00 | 43,774.47 |
| 2/4/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 50.00 | 43,824.47 |
| 2/4/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 50.00 | 43,874.47 |
| 2/4/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 100.00 | 43,974.47 |
| 2/4/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 100.00 | 44,074.47 |
| 2/4/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 50.00 | 44,124.47 |
| 2/4/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 50.00 | 44,174.47 |
| 2/4/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 100.00 | 44,274.47 |
| 2/4/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 200.00 | 44,474.47 |
| 2/6/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 200.00 | 44,674.47 |
| 2/6/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 300.00 | 44,974.47 |
| 2/10/2023 | Drexel Hill - 4690 State Road | Rent Income | Unit 1 - Antonia Perez | Rent on Account Payment | 1,470.00 | 46,444.47 |
| 2/17/2023 | Upper Darby - 419 Glendale Avenue | Rent Income | Unit 1 - Paul Roodzchil | by Paul Roodzchil | 1,000.00 | 47,444.47 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

## ALPSGROUP

| | Statement period | 2/11/2023 - 2/28/2023 |
|---|---|---|
| | Statement date | 4/30/2024 |

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 2/23/2023 | Upper Darby - 419 Glendale Avenue | Rent Income | Unit 1 - Paul Roodchil | REVERSED - (R01) Balance is not sufficient to cover value of transaction - by Paul Roodchil | (1,000.00) | 46,444.47 |
| 2/24/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | by Alexis Nazario | 2,200.00 | 48,644.47 |
| **Total from additions to cash** | | | | | **$8,790.00** | |
| **Subtractions from cash** | | | | | | |
| 2/1/2023 | Upper Darby - 498 Timberlake Road | Bank Fees | Chase Bank | Monthly Bank Fees | 95.00 | 48,549.47 |
| 2/10/2023 | Upper Darby - 347 Avon Road | Utilities - Water/Sewer | Aqua PA | | 114.59 | 48,434.88 |
| 2/10/2023 | Upper Darby - 8513 Lansdowne Avenue | Utilities - Water/Sewer | Aqua PA | | 29.65 | 48,405.23 |
| 2/10/2023 | Upper Darby - 419 Glendale Avenue | Utilities - Water/Sewer | Aqua PA | | 55.88 | 48,349.35 |
| 2/23/2023 | Philadelphia - 2131 Brighton Street | Leasing | ALPS Property Management | Lease Renewal | 350.00 | 47,999.35 |
| 2/23/2023 | Philadelphia - 2131 Brighton Street | Repair & Maintenance | ALPS Property Management | Repairs at house | 1,500.00 | 46,499.35 |
| 2/24/2023 | Upper Darby - 347 Avon Road | Utilities - Water/Sewer | Aqua PA | Account # 002373796 0235920 | 109.72 | 46,389.63 |
| 2/24/2023 | Upper Darby - 419 Glendale Avenue | Utilities - Water/Sewer | Aqua PA | Account # 062373796 0170472 | 51.14 | 46,338.49 |
| 2/28/2023 | Upper Darby - 498 Timberlake Road | Other Expenses | | Exclusions from bank statement | 2,039.67 | 44,298.82 |
| **Total from subtractions from cash** | | | | | **$4,345.65** | |
| **Ending cash balance as of 2/28/2023** | | | | | | **$44,298.82** |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

Rental Owner Statement

**ALPSGROUP**

Statement period    **10/1/2022 - 3/31/2023**
Statement date      **4/19/2023**

altarDomus
225 West Washington Street
9th Floor
Chicago, IL 60606

## Summary by property

| | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | All properties |
|---|---|---|---|
| Beginning cash balance | $2,391.13 | $2,458.87 | $4,850.00 |
| **+ Additions to cash** | | | |
| Income | 7,825.00 | 2,436.00 | 10,261.00 |
| Owner contributions | 0.00 | 0.00 | 0.00 |
| Other additions | 0.00 | 0.00 | 0.00 |
| **— Subtractions from cash** | | | |
| Expenses | 6,465.97 | 7,137.50 | 13,603.47 |
| Owner draws | 0.00 | 0.00 | 0.00 |
| Other subtractions | 0.00 | 0.00 | 0.00 |
| **Ending cash balance** | $3,750.16 | ($2,242.63) | $1,507.53 |
| **— Adjustments** | | | |
| Tenant security deposits and early payments | 2,700.00 | 2,600.00 | 5,300.00 |
| Property reserve | 0.00 | 0.00 | 0.00 |

altarDomus - Generated 04/19/2023 14:20:00

# Rental Owner Statement

## ALPSGROUP

Statement period **10/1/2022 - 3/31/2023**

Statement date **4/19/2023**

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | All properties |
|---|---|---|---|
| Available for payment | $1,050.16 | ($4,842.63) | ($3,792.47) |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

Rental Owner Statement

**ALPSGROUP**

| | | |
|---|---|---|
| Statement period | 10/1/2022 - 3/31/2023 |
| Statement date | 4/19/2023 |

## Income statement

| | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | All properties |
|---|---|---|---|
| **Income** | | | |
| Rent Income | 6,625.00 | 2,436.00 | 9,061.00 |
| Utility Income | 1,200.00 | 0.00 | 1,200.00 |
| **Total** Income | **$7,825.00** | **$2,436.00** | **$10,261.00** |
| **Expense** | | | |
| Bank Fees | 180.00 | 0.00 | 180.00 |
| Leasing | 350.00 | 0.00 | 350.00 |
| Management Fees | 1,000.00 | 1,000.00 | 2,000.00 |
| Receiver Fees | 27.00 | 5,162.50 | 5,189.50 |
| Reimbursement | 1,208.97 | 0.00 | 1,208.97 |
| Repair & Maintenance | 3,700.00 | 975.00 | 4,675.00 |
| Utilities - Water/Sewer | 0.00 | 0.00 | 0.00 |
| **Total** expenses | **$6,465.97** | **$7,137.50** | **$13,603.47** |
| **Net income** | **$1,359.03** | **($4,701.50)** | **($3,342.47)** |

altarDomus - Generated 04/19/2023 14:20:00

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

## ALPSGROUP

Statement period **10/1/2022 - 3/31/2023**
Statement date **4/19/2023**

## Detail transactions

| Date | Property | Account | Name | Memo | Additions to cash | Subtractions from cash | Balance |
|---|---|---|---|---|---|---|---|
| **Beginning cash balance as of 10/1/2022** | | | | | | | **$4,850.00** |
| 10/3/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Balestier | Rent on Account Payment | 900.00 | 0.00 | 5,750.00 |
| 10/4/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Balestier | October 2022 Partial Rent Payment | 450.00 | 0.00 | 6,200.00 |
| 10/17/2022 | Philadelphia - 2131 Brighton Street | Reimbursement | ALPS Property Management | Reimbursement for ALPS paying City Water Bill | 0.00 | 1,208.97 | 4,991.03 |
| 10/17/2022 | Philadelphia - 2131 Brighton Street | Management Fees | ALPS Property Management | Management Fee 9/1/2022 - 9/30/2022 (Flat fee: $200.00 * 1 unit) | 0.00 | 200.00 | 4,791.03 |
| 10/17/2022 | Philadelphia - 40 E. Rittenhouse Street | Management Fees | ALPS Property Management | Management Fee 9/1/2022 - 9/30/2022 (Flat fee: $200.00 * 1 unit) | 0.00 | 200.00 | 4,591.03 |
| 10/20/2022 | Philadelphia - 40 E. Rittenhouse Street | Rent Income | Unit 1 - Michael Warfield | Rent on Account Payment | 436.00 | 0.00 | 5,027.03 |
| 10/29/2022 | Philadelphia - 2131 Brighton Street | Utility Income | Unit 1 - Danielle Balestier | Utility Payment | 1,000.00 | 0.00 | 6,027.03 |
| 10/30/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Balestier | Rent on Account Payment | 325.00 | 0.00 | 6,352.03 |
| 10/31/2022 | Philadelphia - 2131 Brighton Street | Bank Fees | Chase Bank | Bank Fees | 0.00 | 95.00 | 6,257.03 |
| 11/9/2022 | Philadelphia - 40 E. Rittenhouse Street | Receiver Fees | ALPS Property Management | Inv. 126701 | 0.00 | 2,537.50 | 3,719.53 |

altarDomus - Generated 04/19/2023 14:20:00

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

## ALPSGROUP

Statement period **10/1/2022 - 3/31/2023**
Statement date **4/19/2023**

| Date | Property | Account | Name | Memo | Additions to cash | Subtractions from cash | Balance |
|---|---|---|---|---|---|---|---|
| 11/14/2022 | Philadelphia - 40 E. Rittenhouse Street | Rent Income | Unit 1 - Michael Warfield | Rent on Account Payment | 2,000.00 | 0.00 | 5,719.53 |
| 11/28/2022 | Philadelphia - 40 E. Rittenhouse Street | Repair & Maintenance | ALPS Property Management | Roofing repair, 3-Floor, Drywall Repair | 0.00 | 975.00 | 4,744.53 |
| 11/30/2022 | Philadelphia - 2131 Brighton Street | Bank Fees | Chase Bank | Bank fees | 0.00 | 95.00 | 4,649.53 |
| 11/30/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Balestier | Rent on Account Payment | 800.00 | 0.00 | 5,449.53 |
| 12/8/2022 | Philadelphia - 2131 Brighton Street | Management Fees | ALPS Property Management | Management Fee 10/1/2022 - 11/30/2022 (Flat fee: $200.00 *1 unit) | 0.00 | 400.00 | 5,049.53 |
| 12/8/2022 | Philadelphia - 40 E. Rittenhouse Street | Management Fees | ALPS Property Management | Management Fee 10/1/2022 - 11/30/2022 (Flat fee: $200.00 *1 unit) | 0.00 | 400.00 | 4,649.53 |
| 12/9/2022 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Balestier | Zelle Pmt | 525.00 | 0.00 | 5,174.53 |
| 12/13/2022 | Philadelphia - 2131 Brighton Street | Receiver Fees | ALPS Property Management | $27 overpayment on ALPS invoice #127716 | 0.00 | 27.00 | 5,147.53 |
| 12/13/2022 | Philadelphia - 40 E. Rittenhouse Street | Receiver Fees | ALPS Property Management | 127716 | 0.00 | 2,625.00 | 2,522.53 |
| 12/16/2022 | Philadelphia - 2131 Brighton Street | Repair & Maintenance | ALPS Property Management | Repairs at house | 0.00 | 1,500.00 | 1,022.53 |
| 12/31/2022 | Philadelphia - 2131 Brighton Street | Bank Fees | Chase Bank | Bank fees | 0.00 | 95.00 | 927.53 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

## ALPSGROUP

Statement period  **10/1/2022 - 3/31/2023**
Statement date  **4/19/2023**

| Date | Property | Account | Name | Memo | Additions to cash | Subtractions from cash | Balance |
|---|---|---|---|---|---|---|---|
| 1/3/2023 | Philadelphia - 2131 Brighton Street | Bank Fees | | Service Fee Reversal | 0.00 | 95.00 | 832.53 |
| 1/7/2023 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Balestier | Payment | 1,325.00 | 0.00 | 2,157.53 |
| 1/9/2023 | Philadelphia - 2131 Brighton Street | Bank Fees | | Service Fee Reversal | 0.00 | 0.00 | 2,252.53 |
| 1/9/2023 | Philadelphia - 2131 Brighton Street | Bank Fees | | Service Fee Reversal | 0.00 | 0.00 | 2,347.53 |
| 1/9/2023 | Philadelphia - 2131 Brighton Street | Bank Fees | | Service Fee Reversal | 0.00 | (95.00) | 2,347.53 |
| 1/9/2023 | Philadelphia - 2131 Brighton Street | Bank Fees | | Service Fee Reversal | 0.00 | (10.00) | 2,357.53 |
| 1/13/2023 | Philadelphia - 2131 Brighton Street | Management Fees | ALPS Property Management | Management Fee 12/1/2022 - 12/31/2022 (Flat fee: $200.00 *1 unit) | 0.00 | 200.00 | 2,157.53 |
| 1/13/2023 | Philadelphia - 40 E. Rittenhouse Street | Management Fees | ALPS Property Management | Management Fee 12/1/2022 - 12/31/2022 (Flat fee: $200.00 *1 unit) | 0.00 | 200.00 | 1,957.53 |
| 1/30/2023 | Philadelphia - 40 E. Rittenhouse Street | Utilities - Water/Sewer | ALPS Property Management | Philadelphia Water Bill | 0.00 | 0.00 | 1,957.53 |
| 2/3/2023 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Balestier | Pmt toward balance | 1,000.00 | 0.00 | 2,957.53 |
| 2/23/2023 | Philadelphia - 2131 Brighton Street | Leasing | ALPS Property Management | Lease Renewal | 0.00 | 350.00 | 2,607.53 |
| 2/23/2023 | Philadelphia - 2131 Brighton Street | Repair & Maintenance | ALPS Property Management | Repairs at house | 0.00 | 1,500.00 | 1,107.53 |

altarDomus - Generated 04/19/2023 14:20:00

# Rental Owner Statement

 ALPSGROUP

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | | | | Statement period | **10/1/2022 - 3/31/2023** |
| | | | | | Statement date | **4/19/2023** |

| Date | Property | Account | Name | Memo | Additions to cash | Subtractions from cash | Balance |
|---|---|---|---|---|---|---|---|
| 3/6/2023 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Balestier | March 2023 Rent Payment | 1,300.00 | 0.00 | 2,407.53 |
| 3/6/2023 | Philadelphia - 2131 Brighton Street | Utility Income | Unit 1 - Danielle Balestier | March 2023 Rent Payment | 200.00 | 0.00 | 2,607.53 |
| 3/17/2023 | Philadelphia - 2131 Brighton Street | Management Fees | ALPS Property Management | Management Fee 1/1/2023 - 1/31/2023 (Flat fee: $200.00 * 1 unit) | 0.00 | 200.00 | 2,407.53 |
| 3/17/2023 | Philadelphia - 2131 Brighton Street | Repair & Maintenance | ALPS Property Management | Repairs at house | 0.00 | 700.00 | 1,707.53 |
| 3/17/2023 | Philadelphia - 40 E. Rittenhouse Street | Management Fees | ALPS Property Management | Management Fee 1/1/2023 - 1/31/2023 (Flat fee: $200.00 * 1 unit) | 0.00 | 200.00 | 1,507.53 |
| **Totals** | | | | | **$10,261.00** | **$13,603.47** | |

Ending cash balance as of 3/31/2023          $1,507.53

MBMK Property Holdings
IL

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

Statement period 3/1/2023 - 3/31/2023
Statement date 4/30/2024

## Summary by property

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 246 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 8553 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning cash balance | ($15,346.29) | $15,023.83 | $3,150.16 | ($2,042.63) | ($11,481.49) | $18,794.84 | $26,442.74 | ($6,303.27) | ($4,110.90) | $3,831.39 | $8,069.93 | $2,934.91 | $5,335.60 | $44,298.82 |
| + Additions to cash | | | | | | | | | | | | | | |
| Income | 300.00 | 0.00 | 1,500.00 | 400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,100.00 | 1,425.00 | 0.00 | 4,325.00 |
| Owner contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other additions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| – Subtractions from cash | | | | | | | | | | | | | | |
| Expenses | 400.00 | 400.00 | 1,500.00 | 400.00 | 400.00 | 400.00 | 400.00 | 800.00 | 495.00 | 400.00 | 400.00 | 1,025.00 | 466.55 | 7,086.55 |
| Owner draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other subtractions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ending cash balance | ($15,446.29) | $14,623.83 | $3,550.16 | ($2,442.63) | ($11,881.49) | $18,394.84 | $26,042.74 | ($7,103.27) | ($4,605.90) | $3,431.39 | $8,769.93 | $3,334.91 | $4,869.05 | $41,537.27 |
| – Adjustments | | | | | | | | | | | | | | |
| Tenant security deposits and early payments | 2,940.00 | 1,400.00 | 2,700.00 | 2,600.00 | 0.00 | 3,000.00 | 3,000.00 | 4,375.00 | 0.00 | 1,800.00 | 2,200.00 | 0.00 | 3,600.00 | 27,615.00 |
| Property reserve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Available for payment | ($18,386.29) | $13,223.83 | $850.16 | ($5,042.63) | ($11,881.49) | $15,394.84 | $23,042.74 | ($11,478.27) | ($4,605.90) | $1,631.39 | $6,569.93 | $3,334.91 | $1,269.05 | $13,922.27 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

Statement period 3/1/2023 - 3/31/2023
Statement date 4/30/2024

## Income statement

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 4853 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | |
| Rent Income | 300.00 | 0.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,100.00 | 1,425.00 | 0.00 | 4,325.00 |
| **Total Income** | **$300.00** | **$0.00** | **$1,500.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,100.00** | **$1,425.00** | **$0.00** | **$4,325.00** |
| **Expense** | | | | | | | | | | | | | | |
| Basic Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Management Fees | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 800.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 5,600.00 |
| Repair & Maintenance | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 625.00 | 0.00 | 1,325.00 |
| Utilities - Water/Sewer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 66.55 | 66.55 |
| **Total expenses** | **$400.00** | **$400.00** | **$1,100.00** | **$400.00** | **$400.00** | **$400.00** | **$400.00** | **$800.00** | **$495.00** | **$400.00** | **$400.00** | **$1,025.00** | **$466.55** | **$7,086.55** |
| **Net Income** | **($100.00)** | **($400.00)** | **$400.00** | **($400.00)** | **($400.00)** | **($400.00)** | **($400.00)** | **($800.00)** | **($495.00)** | **($400.00)** | **$700.00** | **$400.00** | **($466.55)** | **($2,761.55)** |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

| | |
|---|---|
| Statement period | 3/1/2023 - 3/31/2023 |
| Statement date | 4/30/2024 |

## Detail transactions

**Beginning cash balance as of 3/1/2023**  $44,298.82

### Additions to cash

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 3/3/2023 | Upper Darby - 599 Timberlake Road | Rent Income | Unit 1 - Natesha Noble | by Natesha Noble | 950.00 | 45,248.82 |
| 3/6/2023 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Balestier | March 2023 Rent Payment | 1500.00 | 46,748.82 |
| 3/10/2023 | Upper Darby - 526 Timberlake Road | Rent Income | Unit 1 - Krystal Fairy | by Krystal Fairy | 1100.00 | 47,848.82 |
| 3/17/2023 | Clifton Heights - 37 Walnut Street | Rent Income | Unit 1 - Carla Dupriest | by Carla Dupriest | 300.00 | 48,148.82 |
| 3/17/2023 | Upper Darby - 599 Timberlake Road | Rent Income | Unit 1 - Natesha Noble | by Natesha Noble | 425.00 | 48,573.82 |
| 3/17/2023 | Upper Darby - 599 Timberlake Road | Rent Income | Unit 1 - Natesha Noble | by Natesha Noble | 50.00 | 48,623.82 |
| 3/24/2023 | Upper Darby - 419 Glendale Avenue | Rent Income | Unit 1 - Paul Roodchil | by Paul Roodchil | 1,500.00 | 50,123.82 |
| 3/29/2023 | Upper Darby - 419 Glendale Avenue | Rent Income | Unit 1 - Paul Roodchil | REVERSED - (601) Balance is not sufficient to cover value of transaction - by Paul Roodchil | (1,500.00) | 48,623.82 |

**Total from additions to cash**  $4,325.00

### Subtractions from cash

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 3/2/2023 | Upper Darby - 418 Timberlake Road | Bank Fees | Chase Bank | March bank fees | 95.00 | 48,528.82 |
| 3/2/2023 | Upper Darby - 8953 Lansdowne Avenue | Utilities - Water/Sewer | Aqua PA | Account # 00237379602145330 | 66.55 | 48,462.27 |
| 3/17/2023 | Philadelphia - 2131 Brighton Street | Management Fees | ALPS Property Management | Management Fee 1/1/2023 - 1/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 48,262.27 |
| 3/17/2023 | Philadelphia - 2131 Brighton Street | Repair & Maintenance | ALPS Property Management | Repairs at house | 700.00 | 47,562.27 |
| 3/17/2023 | Philadelphia - 2131 Brighton Street | Management Fees | ALPS Property Management | Management Fee 2/1/2023 - 2/28/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 47,362.27 |
| 3/17/2023 | Philadelphia - 40 E. Rittenhouse Street | Management Fees | ALPS Property Management | Management Fee 1/1/2023 - 1/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 47,162.27 |
| 3/17/2023 | Philadelphia - 40 E. Rittenhouse Street | Management Fees | ALPS Property Management | Management Fee 2/1/2023 - 2/28/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 46,962.27 |
| 3/17/2023 | Clifton Heights - 37 Walnut Street | Management Fees | ALPS Property Management | Management Fee 1/1/2023 - 1/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 46,762.27 |
| 3/17/2023 | Clifton Heights - 37 Walnut Street | Management Fees | ALPS Property Management | Management Fee 1/1/2023 - 2/28/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 46,562.27 |
| 3/17/2023 | Upper Darby - 245 Burmont Road | Management Fees | ALPS Property Management | Management Fee 2/1/2023 - 2/28/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 46,362.27 |
| 3/17/2023 | Upper Darby - 245 Burmont Road | Management Fees | ALPS Property Management | Management Fee 2/1/2023 - 2/28/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 46,162.27 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

## Rental Owner Statement

**ALPSGROUP**

Statement period    3/1/2023 - 3/31/2023
Statement date    4/30/2024

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 3/1/2023 | Upper Darby - 347 Avon Road | Management Fees | ALPS Property Management | Management Fee 1/2/2023 - 1/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 45,962.27 |
| 3/1/2023 | Upper Darby - 347 Avon Road | Management Fees | ALPS Property Management | Management Fee 2/1/2023 - 2/28/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 45,762.27 |
| 3/1/2023 | Upper Darby - 355 Avon Road | Management Fees | ALPS Property Management | Management Fee 1/2/2023 - 1/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 45,562.27 |
| 3/1/2023 | Upper Darby - 355 Avon Road | Management Fees | ALPS Property Management | Management Fee 2/1/2023 - 2/28/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 45,362.27 |
| 3/1/2023 | Upper Darby - 412 Long Lane | Management Fees | ALPS Property Management | Management Fee 1/2/2023 - 1/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 45,162.27 |
| 3/1/2023 | Upper Darby - 412 Long Lane | Management Fees | ALPS Property Management | Management Fee 2/1/2023 - 2/28/2023 (Flat fee: $200.00 * 2 units) | 400.00 | 44,962.27 |
| 3/1/2023 | Drexel Hill - 4690 State Road | Management Fees | ALPS Property Management | Management Fee 1/2/2023 - 1/31/2023 (Flat fee: $200.00 * 2 units) | 400.00 | 44,562.27 |
| 3/1/2023 | Drexel Hill - 4690 State Road | Management Fees | ALPS Property Management | Management Fee 2/1/2023 - 2/28/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 44,362.27 |
| 3/1/2023 | Drexel Hill - 4690 State Road | Management Fees | ALPS Property Management | Management Fee 1/2/2023 - 1/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 44,162.27 |
| 3/1/2023 | Upper Darby - 8513 Lansdowne Avenue | Management Fees | ALPS Property Management | Management Fee 2/1/2023 - 2/28/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 43,962.27 |
| 3/1/2023 | Upper Darby - 8513 Lansdowne Avenue | Management Fees | ALPS Property Management | Management Fee 1/2/2023 - 1/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 43,762.27 |
| 3/1/2023 | Upper Darby - 419 Glendale Avenue | Management Fees | ALPS Property Management | Management Fee 2/1/2023 - 2/28/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 43,562.27 |
| 3/1/2023 | Upper Darby - 419 Glendale Avenue | Management Fees | ALPS Property Management | Management Fee 1/2/2023 - 1/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 43,362.27 |
| 3/1/2023 | Upper Darby - 526 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 2/1/2023 - 2/28/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 43,162.27 |
| 3/1/2023 | Upper Darby - 526 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 1/2/2023 - 1/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 42,962.27 |
| 3/1/2023 | Upper Darby - 599 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 1/2/2023 - 1/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 42,762.27 |
| 3/1/2023 | Upper Darby - 599 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 2/1/2023 - 2/28/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 42,562.27 |
| 3/1/2023 | Upper Darby - 418 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 1/2/2023 - 1/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 42,362.27 |

MBMK Property Holdings - Generated 04/30/2024 12:57:00

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

Rental Owner Statement

XJ ALPSGROUP

Statement period  **3/1/2023 - 3/31/2023**
Statement date    **4/30/2024**

| Date | Property | Account | Name | Memo | Amount | Balance |
|------|----------|---------|------|------|--------|---------|
| 3/1/2023 | Upper Darby - 418 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 2/1/2023 - 2/28/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 42,162.27 |
| 3/22/2023 | Upper Darby - 599 Timberlake Road | Repair & Maintenance | ALPS Property Management | Purchase and install new corner kitchen cabinet | 625.00 | 41,537.27 |
| **Total from subtractions from cash** | | | | | **$7,086.55** | |
| **Ending cash balance as of 3/31/2023** | | | | | | **$41,537.27** |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

MBMK Property Holdings
IL

# Rental Owner Statement

**ALPSGROUP**

Statement period 4/11/2023 - 4/30/2023
Statement date 4/30/2024

## Summary by property

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 2931 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burnont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 9813 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning cash balance | ($15,446.29) | $14,623.83 | $3,550.16 | ($2,442.63) | ($11,881.49) | $18,394.84 | $26,042.74 | ($7,103.27) | ($4,605.90) | $3,431.39 | $8,769.93 | $3,334.91 | $4,869.05 | $41,537.27 |
| + Additions to cash | | | | | | | | | | | | | | |
| Income | 700.00 | 0.00 | 1,500.00 | 2,600.00 | 0.00 | 400.00 | 971.77 | 4,375.00 | 0.00 | 1,000.00 | 500.00 | 0.00 | 3,600.00 | 15,646.77 |
| Owner contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other additions | 0.00 | 0.00 | 0.00 | 2,350.16 | 0.00 | 0.00 | 0.00 | 7,103.27 | 4,778.52 | 0.00 | 0.00 | 0.00 | 0.00 | 14,231.95 |
| − Subtractions from cash | | | | | | | | | | | | | | |
| Expenses | 0.00 | 480.00 | 0.00 | 0.00 | 95.00 | 89.67 | 0.00 | 0.00 | 172.62 | 86.59 | 0.00 | 0.00 | 48.05 | 971.93 |
| Owner draws | (17,686.29) | 11,976.49 | 2,350.16 | 0.00 | (11,976.49) | 7,103.27 | 0.00 | 0.00 | 0.00 | 0.00 | 4,778.52 | 0.00 | 0.00 | (3,454.34) |
| Other subtractions | 0.00 | 0.00 | 0.00 | 2,600.00 | 0.00 | 0.00 | 17,686.29 | 4,375.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,600.00 | 28,261.29 |
| Ending cash balance | $2,940.00 | $2,167.34 | $2,700.00 | ($92.47) | $0.00 | $11,601.90 | $9,328.22 | $0.00 | $0.00 | $4,344.80 | $4,491.41 | $3,334.91 | $4,821.00 | $45,637.11 |
| − Adjustments | | | | | | | | | | | | | | |
| Tenant security deposits and early payments | 2,940.00 | 1,400.00 | 2,700.00 | 0.00 | 0.00 | 3,000.00 | 3,000.00 | 0.00 | 0.00 | 1,800.00 | 2,200.00 | 0.00 | 0.00 | 17,040.00 |
| Property reserve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Available for payment | $0.00 | $767.34 | $0.00 | ($92.47) | $0.00 | $8,601.90 | $6,328.22 | $0.00 | $0.00 | $2,544.80 | $2,291.41 | $3,334.91 | $4,821.00 | $28,597.11 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

## ALPSGROUP

Statement period  4/11/2023 - 4/30/2023
Statement date  4/30/2024

## Income statement

| | Clinton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 8513 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | |
| Rent income | 700.00 | 0.00 | 1,500.00 | 2,600.00 | 0.00 | 400.00 | 971.77 | 4,375.00 | 0.00 | 1,000.00 | 500.00 | 0.00 | 3,600.00 | 15,646.77 |
| **Total income** | **$700.00** | **$0.00** | **$1,500.00** | **$2,600.00** | **$0.00** | **$400.00** | **$971.77** | **$4,375.00** | **$0.00** | **$1,000.00** | **$500.00** | **$0.00** | **$3,600.00** | **$15,646.77** |
| **Expense** | | | | | | | | | | | | | | |
| Bank Fees | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Repair & Maintenance | 0.00 | 480.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| Utilities - Water/Sewer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 89.67 | 0.00 | 0.00 | 172.62 | 86.59 | 0.00 | 0.00 | 48.05 | 396.93 |
| **Total expenses** | **$0.00** | **$480.00** | **$0.00** | **$0.00** | **$95.00** | **$89.67** | **$0.00** | **$0.00** | **$172.62** | **$86.59** | **$0.00** | **$0.00** | **$48.05** | **$971.93** |
| **Net Income** | **$700.00** | **($480.00)** | **$1,500.00** | **$2,600.00** | **($95.00)** | **$310.33** | **$971.77** | **$4,375.00** | **($172.62)** | **$913.41** | **$500.00** | **$0.00** | **$3,551.95** | **$14,674.84** |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

| | |
|---|---|
| Statement period | 4/11/2023 - 4/30/2023 |
| Statement date | 4/30/2024 |

## Detail transactions

**Beginning cash balance as of 4/1/2023** — **$41,537.27**

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **Additions to cash** | | | | | | |
| 4/1/2023 | Philadelphia - 40 E. Rittenhouse Street | Owner Contribution | MBMK Property Holdings | Balancing accounts | 2,350.16 | 43,887.43 |
| 4/1/2023 | Philadelphia - 40 E. Rittenhouse Street | Rent Income | Unit 1 | Deposit applied to balances | 2,600.00 | 46,487.43 |
| 4/1/2023 | Upper Darby - 412 Long Lane | Owner Contribution | MBMK Property Holdings | Balancing account | 7,103.27 | 53,590.70 |
| 4/1/2023 | Upper Darby - 412 Long Lane | Rent Income | Unit 2 | Deposit applied to balances | 1,750.00 | 55,340.70 |
| 4/1/2023 | Upper Darby - 412 Long Lane | Rent Income | Unit 1 | Deposit applied to balances | 2,625.00 | 57,965.70 |
| 4/1/2023 | Upper Darby - 8513 Lansdowne Avenue | Rent Income | Unit 1 | Deposit applied to balances | 3,600.00 | 61,565.70 |
| 4/1/2023 | Upper Darby - 418 Timberlake Road | Owner Contribution | MBMK Property Holdings | Balancing account | 4,778.52 | 66,344.22 |
| 4/4/2023 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Balester | April Pmt | 1,500.00 | 67,844.22 |
| 4/7/2023 | Clifton Heights - 37 Walnut Street | Rent Income | Unit 1 - Carla Dupriest | by Carla Dupriest | 200.00 | 68,044.22 |
| 4/7/2023 | Upper Darby - 419 Glendale Avenue | Rent Income | Unit 1 - Paul Roodtchll | by Paul Roodtchll | 1,500.00 | 69,544.22 |
| 4/10/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | Rent on Account | 400.00 | 69,944.22 |
| 4/12/2023 | Upper Darby - 419 Glendale Avenue | Rent Income | Unit 1 - Paul Roodtchll | REVERSED - (ROI) Balance is not sufficient to cover value of transaction:, by Paul Roodtchll | (1,500.00) | 68,444.22 |
| 4/13/2023 | Upper Darby - 355 Avon Road | Rent Income | Unit 1 - Shante Madison | by Shante Madison | 1,000.00 | 69,444.22 |
| 4/14/2023 | Clifton Heights - 37 Walnut Street | Rent Income | Unit 1 - Carla Dupriest | by Carla Dupriest | 400.00 | 69,844.22 |
| 4/14/2023 | Clifton Heights - 37 Walnut Street | Rent Income | Unit 1 - Carla Dupriest | by Carla Dupriest | 100.00 | 69,944.22 |
| 4/17/2023 | Upper Darby - 355 Avon Road | Rent Income | Unit 1 - Shante Madison | by Shante Madison | 843.00 | 70,787.22 |
| 4/17/2023 | Upper Darby - 355 Avon Road | Rent Income | Unit 1 - Shante Madison | by Shante Madison | 128.77 | 70,915.99 |
| 4/18/2023 | Upper Darby - 355 Avon Road | Rent Income | Unit 1 - Shante Madison | REVERSED - (ROI) Balance is not sufficient to cover value of transaction:, by Shante Madison | (1,000.00) | 69,915.99 |
| 4/21/2023 | Upper Darby - 419 Glendale Avenue | Rent Income | Unit 1 - Paul Roodtchll | by Paul Roodtchll | 1,000.00 | 70,915.99 |
| 4/21/2023 | Upper Darby - 526 Timberlake Road | Rent Income | Unit 1 - Krystal Fairy | by Krystal Fairy | 500.00 | 71,415.99 |
| **Total from additions to cash** | | | | | | **$29,878.72** |
| **Subtractions from cash** | | | | | | |
| 4/1/2023 | Philadelphia - 2131 Brighton Street | Owner Draw | MBMK Property Holdings | Balancing accounts | 2,350.16 | 69,065.83 |
| 4/1/2023 | Philadelphia - 40 E. Rittenhouse Street | Security Deposit Liability | Unit 1 | Deposit applied to balances | 2,600.00 | 66,465.83 |
| 4/1/2023 | Clifton Heights - 37 Walnut Street | Owner Draw | MBMK Property Holdings | Balancing account | (17,686.29) | 84,152.12 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

## ALPSGROUP

| | Statement period | 4/1/2023 - 4/30/2023 |
| --- | --- | --- |
| | Statement date | 4/30/2024 |

| Date | Property | Account | Name | Memo | Amount | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 4/1/2023 | Upper Darby - 245 Burmont Road | Bank Fees | Chase Bank | Bank fees | 95.00 | 84,057.12 |
| 4/1/2023 | Upper Darby - 245 Burmont Road | Owner Draw | MBMK Property Holdings | Balancing account | (11,976.49) | 96,033.61 |
| 4/1/2023 | Upper Darby - 347 Avon Road | Owner Draw | MBMK Property Holdings | Balancing account | 7,103.27 | 88,930.34 |
| 4/1/2023 | Upper Darby - 355 Avon Road | Owner Contribution | MBMK Property Holdings | Balancing account | 17,686.29 | 71,244.05 |
| 4/1/2023 | Upper Darby - 412 Long Lane | Security Deposit Liability | Unit 2 | Deposit applied to balances | 1,750.00 | 69,494.05 |
| 4/1/2023 | Upper Darby - 412 Long Lane | Security Deposit Liability | Unit 1 | Deposit applied to balances | 2,625.00 | 66,869.05 |
| 4/1/2023 | Drexel Hill - 4690 State Road | Owner Draw | MBMK Property Holdings | Balancing account | 11,976.49 | 54,892.56 |
| 4/1/2023 | Upper Darby - 8851 Lansdowne Avenue | Security Deposit Liability | Unit 1 | Deposit applied to balances | 3,600.00 | 51,292.56 |
| 4/1/2023 | Upper Darby - 526 Timberlake Road | Owner Draw | MBMK Property Holdings | Balancing account | 4,778.52 | 46,514.04 |
| 4/6/2023 | Upper Darby - 347 Avon Road | Utilities - Water/Sewer | Aqua PA | Account # 0023737960239920 | 89.67 | 46,424.37 |
| 4/6/2023 | Drexel Hill - 4690 State Road | Repair & Maintenance | ALPS Property Management | Final walkthrough with pictures and lock change. | 480.00 | 45,944.37 |
| 4/6/2023 | Upper Darby - 8851 Lansdowne Avenue | Utilities - Water/Sewer | Aqua PA | Account # 0023737786 0245330 | 48.05 | 45,896.32 |
| 4/6/2023 | Upper Darby - 419 Glendale Avenue | Utilities - Water/Sewer | Aqua PA | Account # 00237374601T0472 | 86.59 | 45,809.73 |
| 4/30/2023 | Upper Darby - 418 Timberlake Road | Utilities - Water/Sewer | Aqua PA | Three water payments | 172.62 | 45,637.11 |

| Total from subtractions from cash | | | | | | $25,778.88 |
| --- | --- | --- | --- | --- | --- | --- |

| Ending cash balance as of 4/30/2023 | | | | | | $45,637.11 |
| --- | --- | --- | --- | --- | --- | --- |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

Statement period **5/12/2023 - 5/31/2023**
Statement date **4/30/2024**

MBMK Property Holdings
IL

## Summary by property

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4650 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 853 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning cash balance | $2,940.00 | $2,167.34 | $2,700.00 | ($592.47) | $0.00 | $11,601.90 | $9,328.22 | $0.00 | $0.00 | $4,344.80 | $4,491.41 | $3,334.91 | $4,821.00 | $45,637.11 |
| + Additions to cash | | | | | | | | | | | | | | |
| Income | 1,200.00 | 1,400.00 | 1,500.00 | 0.00 | 0.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,600.00 |
| Owner contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other additions | 0.00 | 0.00 | 0.00 | 450.00 | 1,260.00 | 0.00 | 0.00 | 1,040.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,750.00 |
| − Subtractions from cash | | | | | | | | | | | | | | |
| Expenses | 400.00 | 726.64 | 1,050.00 | 666.23 | 1,260.00 | 400.00 | 400.00 | 0.00 | 7,265.00 | 3,780.00 | 400.00 | 1,320.00 | 965.00 | 19,471.87 |
| Owner draws | 0.00 | 0.00 | 450.00 | 0.00 | 0.00 | 1,260.00 | 1,040.00 | 1,040.00 | (7,265.00) | (1,235.20) | 0.00 | 0.00 | 0.00 | (5,750.20) |
| Other subtractions | 0.00 | 1,400.00 | 0.00 | 0.00 | 0.00 | 3,632.50 | 3,632.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,235.20 | 9,900.20 |
| Ending cash balance | $3,740.00 | $1,441.70 | $2,700.00 | ($308.70) | $0.00 | $7,809.40 | $4,255.72 | $0.00 | $0.00 | $1,800.00 | $4,091.41 | $2,214.91 | $2,620.80 | $30,365.24 |
| − Adjustments | | | | | | | | | | | | | | |
| Tenant security deposits and early payments | 2,940.00 | 0.00 | 2,700.00 | 0.00 | 0.00 | 3,000.00 | 3,000.00 | 0.00 | 0.00 | 1,800.00 | 2,200.00 | 0.00 | 0.00 | 15,640.00 |
| Property reserve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Available for payment | $800.00 | $1,441.70 | $0.00 | $0.00 | $0.00 | $4,809.40 | $1,255.72 | $0.00 | $0.00 | $0.00 | $1,891.41 | $2,214.91 | $2,620.80 | $14,725.24 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

Statement period **5/1/2023 - 5/31/2023**

Statement date **4/30/2024**

## Income statement

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 853 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | |
| Rent Income | 1,200.00 | 1,400.00 | 1,500.00 | 0.00 | 0.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,600.00 |
| **Total Income** | **$1,200.00** | **$1,400.00** | **$1,500.00** | **$0.00** | **$0.00** | **$1,500.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$5,600.00** |
| **Expense** | | | | | | | | | | | | | | |
| Bank Fees | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Management Fees | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 800.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 5,600.00 |
| Receiver Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,625.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,625.00 |
| Repair & Maintenance | 0.00 | 240.00 | 650.00 | 240.00 | 765.00 | 0.00 | 0.00 | 240.00 | 240.00 | 3,380.00 | 0.00 | 720.00 | 565.00 | 7,040.00 |
| Utilities | 0.00 | 85.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 85.64 |
| Utilities - Electric | 0.00 | 0.00 | 0.00 | 26.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26.23 |
| **Total expenses** | **$400.00** | **$725.64** | **$1,050.00** | **$666.23** | **$1,260.00** | **$400.00** | **$400.00** | **$1,040.00** | **$7,265.00** | **$3,780.00** | **$400.00** | **$1,120.00** | **$965.00** | **$19,471.87** |
| **Net Income** | **$800.00** | **$674.36** | **$450.00** | **($666.23)** | **($1,260.00)** | **$1,100.00** | **($400.00)** | **($1,040.00)** | **($7,265.00)** | **($3,780.00)** | **($400.00)** | **($1,120.00)** | **($965.00)** | **($13,871.87)** |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

**Rental Owner Statement**

ALPSGROUP

| | Statement period | **5/1/2023 - 5/31/2023** |
|---|---|---|
| | Statement date | **4/30/2024** |

## Detail transactions

### Beginning cash balance as of 5/1/2023

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| | | | | | | **$45,637.11** |

#### Additions to cash

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 5/1/2023 | Philadelphia - 40 E. Rittenhouse Street | Owner Contribution | MBMK Property Holdings | Balancing accounts | 450.00 | 46,087.11 |
| 4/7/2023 | Upper Darby - 245 Burmont Road | Owner Contribution | MBMK Property Holdings | Balancing account | 1,260.00 | 47,347.11 |
| 5/1/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | Rent Payment | 1,000.00 | 48,347.11 |
| 5/1/2023 | Upper Darby - 412 Long Lane | Owner Contribution | MBMK Property Holdings | Balancing account | 1,040.00 | 49,387.11 |
| 5/1/2023 | Drexel Hill - 4690 State Road | Rent Income | Unit 1 | Deposit applied to balances | 1,400.00 | 50,787.11 |
| 5/4/2023 | Philadelphia - 2131 Brighton Street | Rent Income | Unit 1 - Danielle Balestier | May 2023 | 1,500.00 | 52,287.11 |
| 5/4/2023 | Clifton Heights - 37 Walnut Street | Rent Income | Unit 1 - Carla Dupriest | by Carla Dupriest | 1,200.00 | 53,487.11 |
| 5/8/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | Rent Payment | 500.00 | 53,987.11 |
| 5/22/2023 | Upper Darby - 526 Timberlake Road | Rent Income | Unit 1 - Krystal Fairy | by Krystal Fairy | 529.00 | 54,516.11 |
| 5/24/2023 | Upper Darby - 526 Timberlake Road | Rent Income | Unit 1 - Krystal Fairy | REVERSED - (R01) Balance is not sufficient to cover value of transaction.. by Krystal Fairy | (529.00) | 53,987.11 |
| 5/26/2023 | Upper Darby - 419 Glendale Avenue | Rent Income | Unit 1 - Paul Roodchii | by Paul Roodchii | 1,500.00 | 55,487.11 |
| 5/31/2022 | Upper Darby - 419 Glendale Avenue | Rent Income | Unit 1 - Paul Roodchii | REVERSED - (R01) Balance is not sufficient to cover value of transaction.. by Paul Roodchii | (1,500.00) | 53,987.11 |

**Total from additions to cash** | | | | | **$8,350.00** |

#### Subtractions from cash

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 5/1/2023 | Philadelphia - 2131 Brighton Street | Owner Draw | MBMK Property Holdings | Balancing accounts | 450.00 | 53,537.11 |
| 5/1/2023 | Upper Darby - 245 Burmont Road | Bank Fees | Chase Bank | Bank Fees | 95.00 | 53,442.11 |
| 5/1/2023 | Upper Darby - 347 Avon Road | Owner Draw | MBMK Property Holdings | Balancing account | 1,260.00 | 52,182.11 |
| 5/1/2023 | Upper Darby - 347 Avon Road | Owner Contribution | MBMK Property Holdings | Balancing account | 3,632.50 | 48,549.61 |
| 5/1/2023 | Upper Darby - 355 Avon Road | Owner Draw | MBMK Property Holdings | Balancing account | 1,040.00 | 47,509.61 |
| 5/1/2023 | Upper Darby - 355 Avon Road | Owner Contribution | MBMK Property Holdings | Balancing account | 3,632.50 | 43,877.11 |
| 5/1/2023 | Drexel Hill - 4690 State Road | Security Deposit Liability | Unit 1 | Deposit applied to balances | 1,400.00 | 42,477.11 |
| 5/1/2023 | Upper Darby - 8513 Lansdowne Avenue | Owner Contribution | MBMK Property Holdings | Balancing account | 1,235.20 | 41,241.91 |
| 5/1/2023 | Upper Darby - 419 Glendale Avenue | Owner Draw | MBMK Property Holdings | Balancing account | (1,235.20) | 42,477.11 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

| | Statement period | 5/1/2023 - 5/31/2023 |
| --- | --- | --- |
| | Statement date | 4/30/2024 |

| Date | Property | Account | Name | Memo | Amount | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 5/1/2023 | Upper Darby - 418 Timberlake Road | Owner Draw | MBMK Property Holdings | Balancing account | (7,265.00) | 49,742.11 |
| 5/2/2023 | Philadelphia - 2131 Brighton Street | Management Fees | ALPS Property Management | Management Fee 3/1/2023 - 3/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 49,542.11 |
| 5/2/2023 | Philadelphia - 40 E. Rittenhouse Street | Management Fees | ALPS Property Management | Management Fee 3/1/2023 - 3/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 49,342.11 |
| 5/2/2023 | Clifton Heights - 37 Walnut Street | Management Fees | ALPS Property Management | Management Fee 3/1/2023 - 3/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 49,142.11 |
| 5/2/2023 | Upper Darby - 245 Burmont Road | Management Fees | ALPS Property Management | Management Fee 3/1/2023 - 3/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 48,942.11 |
| 5/2/2023 | Upper Darby - 347 Avon Road | Management Fees | ALPS Property Management | Management Fee 3/1/2023 - 3/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 48,742.11 |
| 5/2/2023 | Upper Darby - 355 Avon Road | Management Fees | ALPS Property Management | Management Fee 3/1/2023 - 3/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 48,542.11 |
| 5/2/2023 | Upper Darby - 412 Long Lane | Management Fees | ALPS Property Management | Management Fee 3/1/2023 - 3/31/2023 (Flat fee: $200.00 * 2 units) | 400.00 | 48,142.11 |
| 5/2/2023 | Drexel Hill - 4650 State Road | Management Fees | ALPS Property Management | Management Fee 3/1/2023 - 3/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 47,942.11 |
| 5/2/2023 | Upper Darby - 8553 Lansdowne Avenue | Management Fees | ALPS Property Management | Management Fee 3/1/2023 - 3/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 47,742.11 |
| 5/2/2023 | Upper Darby - 419 Glendale Avenue | Management Fees | ALPS Property Management | Management Fee 3/1/2023 - 3/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 47,542.11 |
| 5/2/2023 | Upper Darby - 526 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 3/1/2023 - 3/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 47,342.11 |
| 5/2/2023 | Upper Darby - 599 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 3/1/2023 - 3/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 47,142.11 |
| 5/2/2023 | Upper Darby - 418 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 3/1/2023 - 3/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 46,942.11 |
| 5/9/2023 | Philadelphia - 40 E. Rittenhouse Street | Utilities - Electric | PECO | PECO | 26.23 | 46,915.88 |
| 5/12/2023 | Philadelphia - 2131 Brighton Street | Repair & Maintenance | ALPS Property Management | Hire plumber to take care of leak | 650.00 | 46,265.88 |
| 5/12/2023 | Philadelphia - 40 E. Rittenhouse Street | Repair & Maintenance | ALPS Property Management | Grass service | 120.00 | 46,145.88 |
| 5/1/2023 | Philadelphia - 40 E. Rittenhouse Street | Repair & Maintenance | ALPS Property Management | Grass service | 120.00 | 46,025.88 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

Statement period **5/11/2023 - 5/31/2023**
Statement date **4/30/2023**

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 5/12/2023 | Philadelphia - 2131 Brighton Street | Management Fees | ALPS Property Management | Management Fee: 4/1/2023 - 4/30/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 45,825.88 |
| 5/12/2023 | Philadelphia - 40 E Rittenhouse Street | Management Fees | ALPS Property Management | Management Fee: 4/1/2023 - 4/30/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 45,625.88 |
| 5/12/2023 | Clifton Heights - 37 Walnut Street | Management Fees | ALPS Property Management | Management Fee: 4/1/2023 - 4/30/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 45,425.88 |
| 5/12/2023 | Upper Darby - 245 Burmont Road | Management Fees | ALPS Property Management | Management Fee: 4/1/2023 - 4/30/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 45,225.88 |
| 5/12/2023 | Upper Darby - 347 Avon Road | Management Fees | ALPS Property Management | Management Fee: 4/1/2023 - 4/30/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 45,025.88 |
| 5/12/2023 | Upper Darby - 355 Avon Road | Management Fees | ALPS Property Management | Management Fee: 4/1/2023 - 4/30/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 44,825.88 |
| 5/12/2023 | Drexel Hill - 4690 State Road | Management Fees | ALPS Property Management | Management Fee: 4/1/2023 - 4/30/2023 (Flat fee: $200.00 * 2 units) | 400.00 | 44,425.88 |
| 5/12/2023 | Upper Darby - 412 Long Lane | Management Fees | ALPS Property Management | Management Fee: 4/1/2023 - 4/30/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 44,225.88 |
| 5/12/2023 | Upper Darby - 8573 Lansdowne Avenue | Management Fees | ALPS Property Management | Management Fee: 4/1/2023 - 4/30/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 44,025.88 |
| 5/12/2023 | Upper Darby - 419 Glendale Avenue | Management Fees | ALPS Property Management | Management Fee: 4/1/2023 - 4/30/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 43,825.88 |
| 5/12/2023 | Upper Darby - 526 Timberlake Road | Management Fees | ALPS Property Management | Management Fee: 4/1/2023 - 4/30/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 43,625.88 |
| 5/12/2023 | Upper Darby - 599 Timberlake Road | Management Fees | ALPS Property Management | Management Fee: 4/1/2023 - 4/30/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 43,425.88 |
| 5/12/2023 | Upper Darby - 418 Timberlake Road | Management Fees | ALPS Property Management | Management Fee: 4/1/2023 - 4/30/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 43,225.88 |
| 5/18/2023 | Upper Darby - 419 Glendale Avenue | Repair & Maintenance | ALPS Property Management | Water and sewer line repairs to unit | 3,380.00 | 39,845.88 |
| 5/22/2023 | Upper Darby - 245 Burmont Road | Repair & Maintenance | ALPS Property Management | Grass service | 120.00 | 39,725.88 |
| 5/22/2023 | Upper Darby - 245 Burmont Road | Repair & Maintenance | ALPS Property Management | Grass service | 120.00 | 39,605.88 |
| 5/22/2023 | Upper Darby - 245 Burmont Road | Repair & Maintenance | ALPS Property Management | Clean up trash left in back and front yar | 525.00 | 39,080.88 |
| 5/22/2023 | Upper Darby - 412 Long Lane | Repair & Maintenance | ALPS Property Management | Grass service | 120.00 | 38,960.88 |
| 5/22/2023 | Upper Darby - 412 Long Lane | Repair & Maintenance | ALPS Property Management | Grass service | 120.00 | 38,840.88 |

MBMK Property Holdings - Generated 04/30/2024 12:57:04

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

Rental Owner Statement

**ALPSGROUP**

Statement period   **5/1/2023 - 5/31/2023**
Statement date   **4/30/2024**

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 5/22/2023 | Drexel Hill - 4690 State Road | Repair & Maintenance | ALPS Property Management | Grass Service | 120.00 | 38,720.88 |
| 5/22/2023 | Drexel Hill - 4690 State Road | Repair & Maintenance | ALPS Property Management | Grass service | 120.00 | 38,600.88 |
| 5/22/2023 | Upper Darby - 8593 Lansdowne Avenue | Repair & Maintenance | ALPS Property Management | Grass service | 120.00 | 38,480.88 |
| 5/22/2023 | Upper Darby - 8593 Lansdowne Avenue | Repair & Maintenance | ALPS Property Management | Grass service | 120.00 | 38,360.88 |
| 5/22/2023 | Upper Darby - 8593 Lansdowne Avenue | Repair & Maintenance | ALPS Property Management | Lock change | 325.00 | 38,035.88 |
| 5/22/2023 | Upper Darby - 599 Timberlake Road | Repair & Maintenance | ALPS Property Management | Electrical repairs | 720.00 | 37,315.88 |
| 5/22/2023 | Upper Darby - 418 Timberlake Road | Repair & Maintenance | ALPS Property Management | Grass service | 120.00 | 37,195.88 |
| 5/22/2023 | Upper Darby - 418 Timberlake Road | Repair & Maintenance | ALPS Property Management | Grass service | 120.00 | 37,075.88 |
| 5/25/2023 | Upper Darby - 418 Timberlake Road | Receiver Fees | ALPS Property Management | Receiver invoice | 6,625.00 | 30,450.88 |
| 5/26/2023 | Drexel Hill - 4690 State Road | Utilities | PECO | Account # 95896-64049 | 83.89 | 30,366.99 |
| 5/26/2023 | Drexel Hill - 4690 State Road | Utilities | PECO | Convenience fee | 1.75 | 30,365.24 |
| **Total from subtractions from cash** | | | | | **$23,621.87** | |
| **Ending cash balance as of 5/31/2023** | | | | | | **$30,365.24** |

Page 6

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

MBMK Property Holdings
IL

# Rental Owner Statement

**ALPSGROUP**

Statement period 6/1/2023 - 6/30/2023
Statement date 4/30/2024

## Summary by property

| | Office Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 2131 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 355 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 526 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 8513 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning cash balance** | $3,740.00 | $1,441.70 | $2,700.00 | ($308.70) | $0.00 | $7,809.40 | $4,235.72 | $0.00 | $1,800.00 | $4,091.41 | $2,214.91 | $2,620.80 | $0.00 | $30,365.24 |
| **+ Additions to cash** | | | | | | | | | | | | | | |
| Income | 0.00 | 0.00 | 0.00 | 1,056.00 | 0.00 | 950.00 | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 | 0.00 | 0.00 | 2,506.00 |
| Owner contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 544.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 544.28 |
| Other additions | 940.00 | 0.00 | 0.00 | 1,508.70 | 0.00 | 0.00 | 0.00 | 1,975.00 | 0.00 | 169.64 | 0.00 | 0.00 | 0.00 | 4,593.34 |
| **− Subtractions from cash** | | | | | | | | | | | | | | |
| Expenses | (1,200.00) | (1,200.00) | (2,314.70) | (1,410.00) | (1,105.00) | (1,145.78) | (1,200.00) | (2,400.00) | (4,690.00) | (1,130.36) | (1,200.00) | (1,200.00) | (1,160.00) | (21,345.84) |
| Owner draws | 2,940.00 | 2,641.70 | 1,508.70 | 2,600.00 | 1,905.00 | 6,905.18 | 3,000.00 | 4,375.00 | 4,690.00 | 1,800.00 | 3,091.41 | 3,753.66 | 3,780.80 | 42,191.45 |
| Other subtractions | 2,940.00 | 0.00 | 2,700.00 | 1,056.00 | 0.00 | 3,000.00 | 3,000.00 | 0.00 | 1,800.00 | 0.00 | 2,200.00 | 0.00 | 0.00 | 16,696.00 |
| **Ending cash balance** | $0.00 | $0.00 | $806.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($338.75) | $0.00 | $467.25 |
| **− Adjustments** | | | | | | | | | | | | | | |
| Tenant security deposits and early payments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,056.00) | (1,056.00) |
| Property reserve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Available for payment** | $0.00 | $0.00 | $806.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($338.75) | $1,056.00 | $1,523.25 |

MBMK Property Holdings - Generated 04/30/2024 12:57:04

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement

**ALPSGROUP**

Statement period  6/1/2023 - 6/30/2023
Statement date  4/30/2024

## Income statement

| | Clifton Heights - 37 Walnut Street | Drexel Hill - 4690 State Road | Philadelphia - 2351 Brighton Street | Philadelphia - 40 E. Rittenhouse Street | Upper Darby - 245 Burmont Road | Upper Darby - 347 Avon Road | Upper Darby - 385 Avon Road | Upper Darby - 412 Long Lane | Upper Darby - 418 Timberlake Road | Upper Darby - 419 Glendale Avenue | Upper Darby - 508 Timberlake Road | Upper Darby - 599 Timberlake Road | Upper Darby - 8533 Lansdowne Avenue | All properties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | |
| Rent Income | 0.00 | 0.00 | 0.00 | 1,056.00 | 0.00 | 950.00 | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 | 0.00 | 0.00 | 2,506.00 |
| Total Income | $0.00 | $0.00 | $0.00 | $1,056.00 | $0.00 | $950.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $2,506.00 |
| **Expense** | | | | | | | | | | | | | | |
| Bank Fees | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Legal and Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,135.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,135.00 |
| Management Fees | (1,200.00) | (1,200.00) | (1,400.20) | (1,400.00) | (1,200.00) | (1,200.00) | (1,200.00) | (2,400.00) | (1,200.00) | (1,200.00) | (1,200.00) | (1,200.00) | (1,200.00) | (17,200.20) |
| Receiver Fees | 0.00 | 0.00 | (914.50) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,625.00) | 0.00 | 0.00 | 0.00 | 0.00 | (7,539.50) |
| Repair & Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities - Water/Sewer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54.22 | 0.00 | 0.00 | 0.00 | 69.64 | 0.00 | 0.00 | 40.00 | 163.86 |
| Total expenses | ($1,200.00) | ($1,200.00) | ($2,314.70) | ($1,400.00) | ($1,105.00) | ($1,145.78) | ($1,200.00) | ($2,400.00) | ($4,690.00) | ($1,130.36) | ($1,200.00) | ($1,200.00) | ($1,160.00) | ($21,345.84) |
| **Net Income** | ($1,200.00) | ($1,200.00) | ($2,314.70) | $2,456.00 | $1,105.00 | $2,095.78 | $1,200.00 | $2,400.00 | $4,690.00 | $1,630.36 | $1,200.00 | $1,200.00 | $1,160.00 | $23,851.84 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rental Owner Statement


ALPSGROUP

Statement period    6/1/2023 - 6/30/2023
Statement date    4/30/2024

## Detail transactions

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning cash balance as of 6/1/2023** | | | | | | **$30,365.24** |
| **Additions to cash** | | | | | | |
| 6/1/2023 | Philadelphia - 40 E. Rittenhouse Street | Rent Income | | Rental income from April 2022 entered into ledger, but not transferred to rental account. | 1,056.00 | 31,421.24 |
| 6/1/2023 | Clifton Heights - 37 Walnut Street | Owner Contribution | MBMK Property Holdings | Balancing account | 940.00 | 32,361.24 |
| 6/1/2023 | Upper Darby - 355 Avon Road | Equity Owner Contribution | MBMK Property Holdings | Balancing account | 544.28 | 32,905.52 |
| 6/1/2023 | Upper Darby - 412 Long Lane | Owner Contribution | MBMK Property Holdings | Balancing account | 1,975.00 | 34,880.52 |
| 6/1/2023 | Upper Darby - 419 Glendale Avenue | Owner Contribution | MBMK Property Holdings | Balancing account | 169.64 | 35,050.16 |
| 6/4/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | Rent on Account Payment | 500.00 | 35,550.16 |
| 6/8/2023 | Upper Darby - 347 Avon Road | Rent Income | Unit 1 - Alexis Nazario | Rent on Account Payment | 450.00 | 36,000.16 |
| 6/20/2023 | Upper Darby - 419 Glendale Avenue | Rent Income | Unit 1 - Paul Roodchii | by Paul Roodchii | 500.00 | 36,500.16 |
| 6/20/2023 | Philadelphia - 40 E. Rittenhouse Street | Owner Contribution | MBMK Property Holdings | Balancing accounts | 1,508.70 | 38,008.86 |
| **Total from additions to cash** | | | | | | **$7,643.62** |
| **Subtractions from cash** | | | | | | |
| 6/1/2023 | Philadelphia - 40 E. Rittenhouse Street | Received Rent Undeposited | | Rental income from April 2022 entered into ledger, but not transferred to rental account. | 1,056.00 | 36,952.86 |
| 6/1/2023 | Upper Darby - 245 Burmont Road | Bank Fees | | June Bank Fees | 95.00 | 36,857.86 |
| 6/1/2023 | Upper Darby - 347 Avon Road | Owner Draw | MBMK Property Holdings | Balancing account | 544.28 | 36,313.58 |
| 6/1/2023 | Drexel Hill - 4690 State Road | Owner Draw | MBMK Property Holdings | Balancing account | 940.00 | 35,373.58 |
| 6/1/2023 | Drexel Hill - 4690 State Road | Owner Draw | MBMK Property Holdings | Balancing account | 2,144.64 | 33,228.94 |
| 6/1/2023 | Upper Darby - 418 Timberlake Road | Owner Draw | MBMK Property Holdings | Balancing account | 0.00 | 33,228.94 |
| 6/2/2023 | Upper Darby - 245 Burmont Road | Repair & Maintenance | ALPS Property Management | Bi-weekly grass cutting | 0.00 | 33,228.94 |
| 6/2/2023 | Drexel Hill - 4690 State Road | Repair & Maintenance | ALPS Property Management | Bi-weekly grass cutting | 0.00 | 33,228.94 |
| 6/2/2023 | Upper Darby - 8593 Lansdowne Avenue | Repair & Maintenance | ALPS Property Management | Bi-weekly grass cutting | 0.00 | 33,228.94 |
| 6/2/2023 | Upper Darby - 418 Timberlake Road | Legal and Professional Fees | ALPS Property Management | Reimbursement of Attorny Payment | 3,135.00 | 30,093.94 |
| 6/2/2023 | Upper Darby - 418 Timberlake Road | Repair & Maintenance | ALPS Property Management | Bi-weekly grass cutting | 0.00 | 30,093.94 |
| 6/2/2023 | Clifton Heights - 37 Walnut Street | Management Fees | ALPS Property Management | Management Fee 5/1/2023 - 5/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 29,893.94 |
| 6/7/2023 | Upper Darby - 245 Burmont Road | Management Fees | ALPS Property Management | Management Fee 5/1/2023 - 5/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 29,693.94 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

Rental Owner Statement

 ALPSGROUP

Statement period    6/1/2023 - 6/30/2023
Statement date    4/30/2024

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 6/7/2023 | Upper Darby - 347 Avon Road | Management Fees | ALPS Property Management | Management Fee 5/2/2023 - 5/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 29,493.94 |
| 6/7/2023 | Upper Darby - 355 Avon Road | Management Fees | ALPS Property Management | Management Fee 5/2/2023 - 5/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 29,293.94 |
| 6/7/2023 | Upper Darby - 412 Long Lane | Management Fees | ALPS Property Management | Management Fee 5/2/2023 - 5/31/2023 (Flat fee: $200.00 * 1 unit) | 400.00 | 28,893.94 |
| 6/7/2023 | Drexel Hill - 4690 State Road | Management Fees | ALPS Property Management | Management Fee 5/2/2023 - 5/31/2023 (Flat fee: $200.00 * 2 units) | 200.00 | 28,693.94 |
| 6/7/2023 | Upper Darby - 8853 Lansdowne Avenue | Management Fees | ALPS Property Management | Management Fee 5/2/2023 - 5/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 28,493.94 |
| 6/7/2023 | Upper Darby - 419 Glendale Avenue | Management Fees | ALPS Property Management | Management Fee 5/2/2023 - 5/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 28,293.94 |
| 6/7/2023 | Upper Darby - 526 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 5/2/2023 - 5/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 28,093.94 |
| 6/7/2023 | Upper Darby - 599 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 5/2/2023 - 5/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 27,893.94 |
| 6/7/2023 | Upper Darby - 418 Timberlake Road | Management Fees | ALPS Property Management | Management Fee 5/2/2023 - 5/31/2023 (Flat fee: $200.00 * 1 unit) | 200.00 | 27,693.94 |
| 6/9/2023 | Upper Darby - 347 Avon Road | Utilities - Water/Sewer | Aqua PA | | 54.22 | 27,639.72 |
| 6/9/2023 | Upper Darby - 8853 Lansdowne Avenue | Utilities - Water/Sewer | Aqua PA | | 40.00 | 27,599.72 |
| 6/9/2023 | Upper Darby - 419 Glendale Avenue | Utilities - Water/Sewer | Aqua PA | | 69.64 | 27,530.08 |
| 6/12/2023 | Upper Darby - 355 Avon Road | Receiver Fees | ALPS Property Management | Receiver Invoice | 4,937.50 | 22,592.58 |
| 6/12/2023 | Upper Darby - 418 Timberlake Road | Receiver Fees | ALPS Property Management | Inv. 6860 Receiver Invoice | 5,125.00 | 17,467.58 |
| 6/16/2023 | Upper Darby - 40 E. Rittenhouse Street | Repair & Maintenance | ALPS Property Management | Bi-weekly grass cutting | 0.00 | 17,467.58 |
| 6/19/2023 | Philadelphia - 2131 Brighton Street | Management Fees | | | (1,400.00) | 18,867.58 |
| 6/19/2023 | Philadelphia - 2131 Brighton Street | Receiver Fees | | | (914.50) | 19,782.08 |
| 6/19/2023 | Philadelphia - 2131 Brighton Street | Management Fees | | | (0.20) | 19,782.28 |
| 6/19/2023 | Philadelphia - 40 E. Rittenhouse Street | Management Fees | | | (1,400.00) | 21,182.28 |
| 6/19/2023 | Clifton Heights - 37 Walnut Street | Security Deposit Liability | MBMK Property Holdings | Security Deposit | 2,940.00 | 18,242.28 |
| 6/19/2023 | Clifton Heights - 37 Walnut Street | Management Fees | | | (1,400.00) | 19,642.28 |
| 6/19/2023 | Upper Darby - 245 Burmont Road | Management Fees | | | (1,400.00) | 21,042.28 |
| 6/19/2023 | Upper Darby - 347 Avon Road | Security Deposit Liability | MBMK Property Holdings | Security Deposit | 3,000.00 | 18,042.28 |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423



Rental Owner Statement

| Statement period | 6/1/2023 - 6/30/2023 |
| Statement date | 4/30/2024 |

| Date | Property | Account | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| 6/19/2023 | Upper Darby - 347 Avon Road | Management Fees | | | (1,400.00) | 19,442.28 |
| 6/19/2023 | Upper Darby - 355 Avon Road | Security Deposit Liability | MBMK Property Holdings | Security Deposit | 3,000.00 | 16,442.28 |
| 6/19/2023 | Upper Darby - 355 Avon Road | Receiver Fees | | | (4,337.50) | 21,378.78 |
| 6/19/2023 | Upper Darby - 355 Avon Road | Management Fees | | | (1,400.00) | 22,779.78 |
| 6/19/2023 | Upper Darby - 412 Long Lane | Management Fees | | | (2,800.00) | 25,578.78 |
| 6/19/2023 | Drexel Hill - 4690 State Road | Management Fees | | | (1,400.00) | 26,979.78 |
| 6/19/2023 | Upper Darby - 8853 Lansdowne Avenue | Management Fees | | | (1,400.00) | 28,379.78 |
| 6/19/2023 | Upper Darby - 419 Glendale Avenue | Security Deposit Liability | MBMK Property Holdings | Security Deposit | 1,800.00 | 26,579.78 |
| 6/19/2023 | Upper Darby - 419 Glendale Avenue | Management Fees | | | (1,400.00) | 27,979.78 |
| 6/19/2023 | Upper Darby - 526 Timberlake Road | Security Deposit Liability | MBMK Property Holdings | Security Deposit | 2,200.00 | 25,779.78 |
| 6/19/2023 | Upper Darby - 526 Timberlake Road | Management Fees | | | (1,400.00) | 27,179.78 |
| 6/19/2023 | Upper Darby - 599 Timberlake Road | Management Fees | | | (1,400.00) | 28,579.78 |
| 6/19/2023 | Upper Darby - 418 Timberlake Road | Receiver Fees | | | (5,325.00) | 33,704.78 |
| 6/19/2023 | Upper Darby - 418 Timberlake Road | Management Fees | | | (1,400.00) | 35,104.78 |
| 6/19/2023 | Upper Darby - 418 Timberlake Road | Receiver Fees | | | (6,625.00) | 41,729.78 |
| 6/20/2023 | Philadelphia - 2131 Brighton Street | Owner Draw | MBMK Property Holdings | Balancing accounts | 1,508.70 | 40,221.08 |
| 6/20/2023 | Philadelphia - 2131 Brighton Street | Security Deposit Liability | | Returning Security Deposit | 2,700.00 | 37,521.08 |
| 6/20/2023 | Philadelphia - 40 E. Ritenhouse Street | Owner Draw | | Returning balance of former sec. dep. | 2,600.00 | 34,921.08 |
| 6/20/2023 | Clifton Heights - 37 Walnut Street | Owner Draw | MBMK Property Holdings | Owner Draw | 2,940.00 | 31,981.08 |
| 6/20/2023 | Upper Darby - 245 Burmont Road | Owner Draw | MBMK Property Holdings | Owner Draw | 1,105.00 | 30,876.08 |
| 6/20/2023 | Upper Darby - 347 Avon Road | Owner Draw | MBMK Property Holdings | Owner Draw | 6,360.90 | 24,515.18 |
| 6/20/2023 | Upper Darby - 355 Avon Road | Owner Draw | MBMK Property Holdings | Owner Draw | 3,000.00 | 21,515.18 |
| 6/20/2023 | Upper Darby - 412 Long Lane | Owner Draw | MBMK Property Holdings | Owner Draw | 4,375.00 | 17,140.18 |
| 6/20/2023 | Drexel Hill - 4690 State Road | Owner Draw | MBMK Property Holdings | Owner Draw | 1,701.70 | 15,438.48 |
| 6/20/2023 | Upper Darby - 8853 Lansdowne Avenue | Owner Draw | MBMK Property Holdings | Owner Draw | 3,780.80 | 11,657.68 |
| 6/20/2023 | Upper Darby - 419 Glendale Avenue | Owner Draw | MBMK Property Holdings | Owner Draw | 1,800.00 | 9,857.68 |
| 6/20/2023 | Upper Darby - 526 Timberlake Road | Owner Draw | MBMK Property Holdings | Owner Draw | 3,091.41 | 6,766.27 |
| 6/20/2023 | Upper Darby - 599 Timberlake Road | Owner Draw | MBMK Property Holdings | Owner Draw | 3,753.66 | 3,012.61 |
| 6/20/2023 | Upper Darby - 418 Timberlake Road | Owner Draw | MBMK Property Holdings | Owner Draw | 2,545.36 | 467.25 |

Rental Owner Statement

**ALPSGROUP**

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

Statement period   **6/1/2023 - 6/30/2023**
Statement date      **4/30/2024**

| Date | Property | Account | Name | Memo | Amount | Balance |
|------|----------|---------|------|------|--------|---------|
| Total from subtractions from cash | | | | | $37,541.61 | |
| Ending cash balance as of 6/30/2023 | | | | | | $467.25 |

BANK STATEMENTS



**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218-2051

March 23, 2022 through March 31, 2022

Account Number:   **000000828315579**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | **1-800-242-7383** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |

00037728 DRE 021 144 09122 NNNNNNNNNNN T 1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704



## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Ending Balance | 0 | $0.00 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



March 23, 2022 through March 31, 2022

Account Number:    000000828315579

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

  JPMorgan Chase Bank, N.A. Member FDIC



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 23, 2022 through March 31, 2022

Account Number:    **000000828312196**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00037725 DRE 021 144 09122 NNNNNNNNNNN T 1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704



## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| Deposits and Additions | 1 | 20.00 |
| **Ending Balance** | **1** | **$20.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/31 | Online Transfer From Chk ...9807 Transaction#: 14002298348 | $20.00 |
| **Total Deposits and Additions** | | **$20.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 03/31 | $20.00 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Subtotal Other Service Charges** | | | | | **$0.00** |



March 23, 2022 through March 31, 2022

Account Number:   **000000828312196**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



**CHASE** ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 01, 2022 through April 29, 2022

Account Number: **000000828315579**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00032527 DRE 021 144 12022 NNNNNNNNNNN T  1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704



## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 4 | 4,080.00 |
| Ending Balance | 4 | $4,080.00 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account — please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/22 | Online Transfer From Chk ...3230 Transaction#: 14174436733 | $1,400.00 |
| 04/22 | Online Transfer From Chk ...3230 Transaction#: 14174418837 | 905.00 |
| 04/22 | Online Transfer From Chk ...3230 Transaction#: 14174446653 | 900.00 |
| 04/22 | Online Transfer From Chk ...3230 Transaction#: 14174404182 | 875.00 |
| **Total Deposits and Additions** | | **$4,080.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 04/22 | $4,080.00 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



April 01, 2022 through April 29, 2022

Account Number:    000000828315579

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 01, 2022 through April 29, 2022

Account Number:  **000000828312196**

00032525 DRE 021 144 12022 NNNNNNNNNNN T 1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$20.00** |
| Deposits and Additions | 3 | 1,525.00 |
| Other Withdrawals | 1 | -1,177.55 |
| Fees | 1 | -100.00 |
| **Ending Balance** | 5 | **$267.45** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/05 | Online Transfer From Chk ...3230 Transaction#: 14045141690 | $1,000.00 |
| 04/05 | Online Transfer From Chk ...3230 Transaction#: 14045134483 | 325.00 |
| 04/07 | Online Transfer From Chk ...3230 Transaction#: 14060497821 | 200.00 |
| **Total Deposits and Additions** | | **$1,525.00** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/26 | Coal-11Apr22-1238 | $1,177.55 |
| **Total Other Withdrawals** | | **$1,177.55** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/18 | Legal Processing Fee | $100.00 |
| **Total Fees** | | **$100.00** |



CHASE

April 01, 2022 through April 29, 2022

Account Number: 000000828312196

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 04/05 | $1,345.00 |
| 04/07 | 1,545.00 |
| 04/18 | 1,445.00 |
| 04/26 | 267.45 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Subtotal Other Service Charges** | | | | | $0.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

00031888 DRE 021 144 15222 NNNNNNNNNNNN T 1 000000000 64 0000

ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

April 30, 2022 through May 31, 2022

Account Number:   000000828315579

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



---

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $4,080.00 |
| Deposits and Additions | 16 | 68,408.26 |
| Electronic Withdrawals | 2 | -15,964.25 |
| Ending Balance | 18 | $56,524.01 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/03 | Online Transfer From Chk ...9963 Transaction#: 14256821672 | $3,600.00 |
| 05/03 | Online Transfer From Chk ...9963 Transaction#: 14256805335 | 3,000.00 |
| 05/03 | Online Transfer From Chk ...9963 Transaction#: 14256809931 | 3,000.00 |
| 05/03 | Online Transfer From Chk ...9963 Transaction#: 14256851948 | 2,940.00 |
| 05/03 | Online Transfer From Chk ...9963 Transaction#: 14256844481 | 2,200.00 |
| 05/03 | Online Transfer From Chk ...9963 Transaction#: 14256815895 | 1,800.00 |
| 05/03 | Online Transfer From Chk ...9963 Transaction#: 14256830867 | 1,750.00 |
| 05/03 | Online Transfer From Chk ...9963 Transaction#: 14256834878 | 1,750.00 |
| 05/03 | Online Transfer From Chk ...9963 Transaction#: 14256839807 | 1,400.00 |
| 05/06 | Online Transfer From Chk ...9963 Transaction#: 14286313028 | 41,408.45 |
| 05/06 | Online Transfer From Chk ...3230 Transaction#: 14283989090 | 900.00 |
| 05/31 | Orig CO Name:Buildium Wells F    Orig ID:7201463633 Desc Date:220527 CO Entry Descr:296440   Sec:CCD   Trace#:091000113391279 Eed:220531   Ind ID:A0509823F3 Ind Name:Alps Property Manageme Trn: 1511391279Tc | 1,884.00 |
| 05/31 | Orig CO Name:Buildium Wells F    Orig ID:7201463633 Desc Date:220527 CO Entry Descr:296440   Sec:CCD   Trace#:091000113391278 Eed:220531   Ind ID:CR0512A2Bd0 Ind Name:Alps Property Manageme Trn: 1511391278Tc | 929.55 |



April 30, 2022 through May 31, 2022
Account Number:    000000828315579

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/31 | Online Transfer From Chk ...3230 Transaction#: 14464656616 | 905.00 |
| 05/31 | Online Transfer From Chk ...3230 Transaction#: 14464583479 | 650.00 |
| 05/31 | Orig CO Name:Buildium       Orig ID:Wfmsbudma3 Desc Date:220529 CO Entry Descr:296440   Sec:CCD   Trace#:091000011543867 Eed:220531  Ind ID:Cc-0529-01657 Ind Name:Alps Property Manageme Trn: 1511543867Tc | 291.26 |

**Total Deposits and Additions**                                              **$68,408.26**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/26 | 05/26 Online Transfer To Chk ...9807 Transaction#: 14430353587 | $6,075.00 |
| 05/27 | 05/27 Online Transfer To Chk ...9807 Transaction#: 14440040036 | 9,889.25 |

**Total Electronic Withdrawals**                                             **$15,964.25**

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/03 | $25,520.00 |
| 05/06 | 67,828.45 |
| 05/26 | 61,753.45 |
| 05/27 | 51,864.20 |
| 05/31 | 56,524.01 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| Total Service Charges | $0.00 |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Other Service Charges: | | | | | |
| Electronic Credits | | | | | |
| Electronic Credits | 3 | Unlimited | 0 | $0.40 | $0.00 |
| Subtotal Other Service Charges | | | | | $0.00 |

ACCOUNT 000000828315579

| | | |
|---|---|---|
| Other Service Charges: | | |
| Electronic Credits | | |
| Electronic Credits | 3 | |

 CHASE

April 30, 2022 through May 31, 2022

Account Number:    000000828315579



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



April 30, 2022 through May 31, 2022
Account Number:    000000828315579

This Page Intentionally Left Blank



**CHASE** ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 30, 2022 through May 31, 2022
Account Number: **000000828312196**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00031886 DRE 021 144 15222 NNNNNNNNNNNN T 1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704



## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $267.45 |
| Deposits and Additions | 7 | 24,217.25 |
| Electronic Withdrawals | 2 | -9,798.20 |
| **Ending Balance** | **9** | **$14,686.50** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account
Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02 | Online Transfer From Chk ...3230 Transaction#: 14248319621 | $650.00 |
| 05/03 | Online Transfer From Chk ...9963 Transaction#: 14256793498 | 2,700.00 |
| 05/03 | Online Transfer From Chk ...9963 Transaction#: 14256798919 | 2,600.00 |
| 05/04 | Online Transfer From Chk ...3230 Transaction#: 14264880370 | 675.00 |
| 05/06 | Online Transfer From Chk ...9963 Transaction#: 14286341085 | 16,293.25 |
| 05/16 | Online Transfer From Chk ...3230 Transaction#: 14356590128 | 650.00 |
| 05/31 | Online Transfer From Chk ...3230 Transaction#: 14464694853 | 649.00 |
| **Total Deposits and Additions** | | **$24,217.25** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/26 | 05/26 Online Transfer To Chk ...9807 Transaction#: 14430400296 | $1,025.00 |
| 05/27 | 05/27 Online Transfer To Chk ...9807 Transaction#: 14440057536 | 8,773.20 |
| **Total Electronic Withdrawals** | | **$9,798.20** |

 **CHASE**

April 30, 2022 through May 31, 2022

Account Number: **000000828312196**

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 05/02 | $917.45 |
| 05/03 | 6,217.45 |
| 05/04 | 6,892.45 |
| 05/06 | 23,185.70 |
| 05/16 | 23,835.70 |
| 05/26 | 22,810.70 |
| 05/27 | 14,037.50 |
| 05/31 | 14,686.50 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Subtotal Other Service Charges** | | | | | $0.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

00406451 DRE 021 210 18222 NNNNNNNNNNNN  1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

June 01, 2022 through June 30, 2022
Account Number:  000000828315579

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $56,524.01 |
| Deposits and Additions | 12 | 29,004.00 |
| Electronic Withdrawals | 5 | -3,542.97 |
| Ending Balance | 17 | $81,985.04 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | Orig CO Name:Buildium Wells F    Orig ID:7201463633 Desc Date:220531 CO Entry Descr:296440   Sec:CCD   Trace#:091000010995315 Eed:220601   Ind ID:A052388158 Ind Name:Alps Property Manageme Trn: 1520995315Tc | $503.00 |
| 06/02 | Orig CO Name:Buildium    Orig ID:Wfmsbudrna3 Desc Date:220601 CO Entry Descr:296440   Sec:CCD   Trace#:091000013472561 Eed:220602   Ind ID:Cc-0601-779E2 | 723.65 |
| 06/06 | Orig CO Name:Buildium    Orig ID:Wfmsbudrna3 Desc Date:220605 CO Entry Descr:296440   Sec:CCD   Trace#:091000019106363 Eed:220606   Ind ID:Cc-0605-Bd920 | 723.65 |
| 06/08 | Remote Online Deposit    109 | 6,611.00 |
| 06/08 | Remote Online Deposit    109 | 1,100.00 |
| 06/09 | Online Transfer From Chk ...3015 Transaction#: 14540570074 | 2,019.00 |
| 06/13 | Orig CO Name:Buildium    Orig ID:Wfmsbudrna3 Desc Date:220610 CO Entry Descr:296440   Sec:CCD   Trace#:091000017545598 Eed:220613   Ind ID:Cc-0610-07559 Ind Name:Alps Property Manageme Trn: 1647545598Tc | 723.65 |
| 06/15 | Remote Online Deposit    109 | 13,230.00 |
| 06/17 | Orig CO Name:Buildium    Orig ID:Wfmsbudrna3 Desc Date:220616 CO Entry Descr:296440   Sec:CCD   Trace#:091000012005411 Eed:220617   Ind ID:Cc-0616-19470 Ind Name:Alps Property Manageme Trn: 1682005411Tc | 1,032.50 |



CHASE

June 01, 2022 through June 30, 2022

Account Number:    000000828315579

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/22 | Orig CO Name:Buildium    Orig ID:7201463633 Desc Date:220621 CO Entry Descr:296440    Sec:CCD Trace#:091000011817518 Eed:220622  Ind ID:ACH-0621-D1C7A    Ind Name:Alps Property Manageme Trn: 1731817518Tc | 503.00 |
| 06/27 | Orig CO Name:Buildium    Orig ID:Wlmsbudma3 Desc Date:220625 CO Entry Descr:296440    Sec:CCD Trace#:091000016328984 Eed:220627  Ind ID:Cc-0625-26D17    Ind Name:Alps Property Manageme Trn: 1786328984Tc | 929.55 |
| 06/29 | Online Transfer From Chk ...3230 Transaction#: 14685222511 | 905.00 |
| | **Total Deposits and Additions** | **$29,004.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/02 | Orig CO Name:Buildium Wells F    Orig ID:3201463633 Desc Date:220601 CO Entry Descr:296440    Sec:CCD Trace#:091000013928940 Eed:220602  Ind ID:A052388158 Ind Name:Alps Property Manageme Trn: 1533928940Tc | $503.00 |
| 06/13 | 06/13 Online Transfer to Chk ...9807 Transaction#: 14569466807 | 2,400.00 |
| 06/23 | Orig CO Name:Aqua    Orig ID:1232297407 Desc Date:220622 CO Entry Descr:Online Pmtsec:Web    Trace#:104000010578421 Eed:220623  Ind ID:Aq0Dvei8 Ind Name:Alps No 2020 008284 | 337.24 |
| 06/23 | Orig CO Name:Aqua    Orig ID:1232297407 Desc Date:220622 CO Entry Descr:Online Pmtsec:Web    Trace#:104000010578422 Eed:220623  Ind ID:Aq0Dvc9Q Ind Name:Alps No 2020 008284 | 163.30 |
| 06/23 | Orig CO Name:Aqua    Orig ID:1232297407 Desc Date:220622 CO Entry Descr:Online Pmtsec:Web    Trace#:104000010578423 Eed:220623  Ind ID:Aq0Dv91R Ind Name:Alps No 2020 008284 | 139.43 |
| | **Total Electronic Withdrawals** | **$3,542.97** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 06/01 | $57,027.01 | 06/09 | 67,701.31 | 06/22 | 80,790.46 |
| 06/02 | 57,247.66 | 06/13 | 66,024.96 | 06/23 | 80,150.49 |
| 06/06 | 57,971.31 | 06/15 | 79,254.96 | 06/27 | 81,080.04 |
| 06/08 | 65,682.31 | 06/17 | 80,287.46 | 06/29 | 81,985.04 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

As an added benefit of your Chase Private Client Checking account, the monthly service fee was waived on your Chase Platinum Business Checking account because you maintained an average ledger balance of $50,000.00 or more in deposits and investments.



June 01, 2022 through June 30, 2022
Account Number:    000000828315579

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Monthly Service Fee | | | | $95.00 | $0.00 |
| Monthly Service Fee Waived | 0 | | | | |
| Other Service Charges: | | | | | |
| Electronic Credits | | | | | |
| Electronic Items Deposited | 4 | Unlimited | 0 | $0.40 | $0.00 |
| Electronic Credits | 7 | Unlimited | 0 | $0.40 | $0.00 |
| Credits | | | | | |
| Non-Electronic Transactions | 4 | 500 | 0 | $0.40 | $0.00 |
| Subtotal Other Service Charges | | | | | $0.00 |

### ACCOUNT 000000828315579

| Other Service Charges: | |
|---|---|
| Electronic Credits | |
| Electronic Items Deposited | 4 |
| Electronic Credits | 7 |
| Credits | |
| Non-Electronic Transactions | 4 |



IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:  Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  •  Your name and account number
  •  The dollar amount of the suspected error
  •  A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



June 01, 2022 through June 30, 2022

Account Number:    000000828315579

This Page Intentionally Left Blank



**CHASE ○**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2022 through June 30, 2022

Account Number:    **000000828312196**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00406443 DRE 021 210 18222 NNNNNNNNNNN  1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

---

## CHECKING SUMMARY      Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $14,686.50 |
| Deposits and Additions | 5 | 2,875.00 |
| Ending Balance | 5 | $17,561.50 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | Online Transfer From Chk ...3230 Transaction#: 14496039440 | $675.00 |
| 06/27 | Online Transfer From Chk ...3230 Transaction#: 14671291831 | 700.00 |
| 06/27 | Online Transfer From Chk ...3230 Transaction#: 14671286243 | 50.00 |
| 06/29 | Online Transfer From Chk ...3230 Transaction#: 14685205602 | 750.00 |
| 06/30 | Online Transfer From Chk ...3230 Transaction#: 14694793329 | 700.00 |
| **Total Deposits and Additions** | | **$2,875.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/03 | $15,361.50 |
| 06/27 | 16,111.50 |
| 06/29 | 16,861.50 |
| 06/30 | 17,561.50 |



June 01, 2022 through June 30, 2022

Account Number:    000000828312196

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| Total Service Charges | $95.00  Will be assessed on 7/1/22 |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Monthly Service Fee | | | | | $95.00 |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| Subtotal Other Service Charges (Will be assessed on 7/1/22) | | | | | |

ACCOUNT 000000828312196

| | | | | | |
|---|---|---|---|---|---|
| Monthly Service Fee | | | | | |
| Monthly Service Fee | 1 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



JPMorgan Chase Bank, N.A. Member FDIC



**CHASE** 🟢
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 01, 2022 through July 29, 2022
Account Number:  **000000828315579**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00407749 DRE 021 210 21122 NNNNNNNNNNN  1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704



---

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $81,985.04 |
| Deposits and Additions | 4 | 2,871.38 |
| Electronic Withdrawals | 4 | -12,920.03 |
| Ending Balance | 8 | $71,936.39 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/11 | Orig CO Name:Buildium Descr:296440   Sec:CCD ID:Cc-0709-F7B26 | Orig ID:Wfmsbudma3 Desc Date:220709 CO Entry Trace#:091000019740541 Eed:220711   Ind Ind Name:Alps Property Manageme Trn: 1929740541Tc | $157.43 |
| 07/18 | Orig CO Name:Buildium Descr:296440   Sec:CCD ID:Cc-0716-E21C1 | Orig ID:Wfmsbudma3 Desc Date:220716 CO Entry Trace#:091000013844952 Eed:220718   Ind Ind Name:Alps Property Manageme Trn: 1993844952Tc | 929.55 |
| 07/18 | Orig CO Name:Buildium Descr:296440   Sec:CCD ID:ACH-0715-1Cc7C | Orig ID:7201463633 Desc Date:220715 CO Entry Trace#:091000013422955 Eed:220718   Ind Ind Name:Alps Property Manageme Trn: 1993422955Tc | 751.90 |
| 07/20 | Orig CO Name:Buildium Descr:296440   Sec:CCD Ind Name:Alps Property Manageme Trn: 2017621412Tc | Orig ID:Wfmsbudma3 Desc Date:220719 CO Entry Trace#:091000017621412 Eed:220720   Ind ID:Cc-0719-Cf2A2 | 1,032.50 |

**Total Deposits and Additions**  .  **$2,871.38**



July 01, 2022 through July 29, 2022
Account Number:    000000828315579

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/05 | 07/05 Online Transfer To Chk ...9807 Transaction#: 14734923491 | $7,503.75 |
| 07/05 | 07/05 Online Transfer To Chk ...9807 Transaction#: 14734928614 | 2,400.00 |
| 07/15 | 07/15 Online Transfer To Chk ...9807 Transaction#: 14818705204 | 2,687.50 |
| 07/27 | 07/27 Online Transfer To Chk ...8789 Transaction#: 14904734452 | 328.78 |

Total Electronic Withdrawals                            $12,920.03

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 07/05 | $72,081.29 |
| 07/11 | 72,238.72 |
| 07/15 | 69,551.22 |
| 07/18 | 71,232.67 |
| 07/20 | 72,265.17 |
| 07/27 | 71,936.39 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| Total Service Charges | $0.00 |

As an added benefit of your Chase Private Client Checking account, the monthly service fee was waived on your
Chase Platinum Business Checking account because you maintained an average ledger balance of $50,000.00 or
more in deposits and investments.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| Monthly Service Fee | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| Other Service Charges: | | | | | |
| Electronic Credits | | | | | |
| Electronic Credits | 4 | Unlimited | 0 | $0.40 | $0.00 |
| Subtotal Other Service Charges | | | | | $0.00 |

ACCOUNT 000000828315579

| | | |
|---|---|---|
| Other Service Charges: | | |
| Electronic Credits | | |
| Electronic Credits | 4 | |



July 01, 2022 through July 29, 2022

Account Number:    000000828315579



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



July 01, 2022 through July 29, 2022
Account Number:    000000828315579

This Page Intentionally Left Blank



CHASE ☐

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 01, 2022 through July 29, 2022

Account Number:    000000828312196

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00407741 DRE 021 210 21122 NNNNNNNNNNN  1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704



## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $17,561.50 |
| Deposits and Additions | 1 | 400.00 |
| Electronic Withdrawals | 2 | -6,005.00 |
| Fees | 1 | -95.00 |
| Ending Balance | 4 | $11,861.50 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account
Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/05 | Online Transfer From Chk ...3230 Transaction#: 14736189538 | $400.00 |
| **Total Deposits and Additions** | | **$400.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/05 | 07/05 Online Transfer To Chk ...9807 Transaction#: 14734937224 | $800.00 |
| 07/15 | 07/15 Online Transfer To Chk ...9807 Transaction#: 14818647391 | 5,205.00 |
| **Total Electronic Withdrawals** | | **$6,005.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | Service Charges For The Month of June | $95.00 |
| **Total Fees** | | **$95.00** |


CHASE

July 01, 2022 through July 29, 2022
Account Number: 000000828312196

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/01 | $17,466.50 |
| 07/05 | 17,066.50 |
| 07/15 | 11,861.50 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| Total Service Charges | $95.00  Will be assessed on 8/1/22 |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Monthly Service Fee | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| Subtotal Other Service Charges (Will be assessed on 8/1/22) | | | | | $95.00 |

ACCOUNT 000000828312196

| | | | | | |
|---|---|---|---|---|---|
| Monthly Service Fee | | | | | |
| Monthly Service Fee | 1 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC


JPMorgan Chase Bank, N.A. Member FDIC



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 30, 2022 through August 31, 2022
Account Number:  000000828315579

00402610 DRE 021 210 24422 NNNNNNNNNNN  1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $71,936.39 |
| Deposits and Additions | 7 | 11,703.56 |
| Electronic Withdrawals | 12 | -9,271.44 |
| Ending Balance | 19 | $74,368.51 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account
Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/03 | Orig CO Name:Buildium Descr:296440  Sec:CCD ID:Cc-0802-16B45 | Orig ID:Wfmsbudma3 Desc Date:220802 CO Entry Trace#:091000019019961 Eed:220803  Ind Ind Name:Alps Property Manageme Trn: 2159019961Tc | $440.54 |
| 08/04 | Orig CO Name:Buildium Descr:296440  Sec:CCD ID:Cc-0803-C7E8E | Orig ID:Wfmsbudma3 Desc Date:220803 CO Entry Trace#:091000016898781 Eed:220804  Ind Ind Name:Alps Property Manageme Trn: 2166898781Tc | 466.28 |
| 08/05 | Orig CO Name:Buildium Descr:296440  Sec:CCD ID:Cc-0804-3D9Ce | Orig ID:Wfmsbudma3 Desc Date:220804 CO Entry Trace#:091000017391677 Eed:220805  Ind Ind Name:Alps Property Manageme Trn: 2177391677Tc | 131.69 |
| 08/15 | Orig CO Name:Buildium Descr:296440  Sec:CCD ID:Cc-0814-8C7C8 | Orig ID:Wfmsbudma3 Desc Date:220814 CO Entry Trace#:091000012625556 Eed:220815  Ind Ind Name:Alps Property Manageme Trn: 2272625556Tc | 1,032.50 |
| 08/17 | Orig CO Name:Buildium Descr:296440  Sec:CCD ID:ACH-0816-0551F | Orig ID:7201463633 Desc Date:220816 CO Entry Trace#:091000015703991 Eed:220817  Ind Ind Name:Alps Property Manageme Trn: 2295703991Tc | 1,103.00 |
| 08/25 | Remote Online Deposit         109 | | 7,600.00 |
| 08/29 | Orig CO Name:Buildium Descr:296440  Sec:CCD ID:Cc-0827-84Ee0 | Orig ID:Wfmsbudma3 Desc Date:220827 CO Entry Trace#:091000013666034 Eed:220829  Ind Ind Name:Alps Property Manageme Trn: 2413666034Tc | 929.55 |
| **Total Deposits and Additions** | | | **$11,703.56** |



July 30, 2022 through August 31, 2022
Account Number:   000000828315579

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | | $1,600.00 |
| 08/04 | 08/04 Online Transfer To Chk ...8789 Transaction#: 14973918340 | 140.00 |
| 08/04 | 08/04 Online Transfer To Chk ...3015 Transaction#: 14974263982 | 2,400.00 |
| 08/04 | 08/04 Online Transfer To Chk ...8789 Transaction#: 14974455223 | 88.33 |
| 08/15 | Orig CO Name:Aqua     Orig ID:1232297407 Desc Date:220812 CO Entry Descr:Online Pmtsec:Web   Trace#:104000010271042 Eed:220815   Ind ID:Aq0Ecmts Ind Name:Alps No 2020 | |
| 08/15 | Orig CO Name:Aqua     Orig ID:1232297407 Desc Date:220812 CO Entry Descr:Online Pmtsec:Web   Trace#:104000010271041 Eed:220815   Ind ID:Aq0Ecg4Z Ind Name:Alps No 2020 | 64.32 |
| 08/15 | Orig CO Name:Aqua     Orig ID:1232297407 Desc Date:220812 CO Entry Descr:Online Pmtsec:Web   Trace#:104000010271043 Eed:220815   Ind ID:Aq0Ecn46 Ind Name:Alps No 2020 | 51.25 |
| | | 350.00 |
| 08/17 | 08/17 Online Transfer To Chk ...8789 Transaction#: 15071965277 | 650.00 |
| 08/18 | 08/18 Online Transfer To Chk ...2196 Transaction#: 15079765760 | 2,019.00 |
| 08/18 | 08/18 Online Transfer To Chk ...3015 Transaction#: 15079936592 | 100.00 |
| 08/22 | 08/22 Online Transfer To Chk ...8789 Transaction#: 15111004986 | 750.00 |
| 08/22 | 08/22 Online Transfer To Chk ...8789 Transaction#: 15111457018 | 1,058.54 |
| 08/31 | 08/31 Online Transfer To Chk ...8789 Transaction#: 15178959798 | $9,271.44 |

**Total Electronic Withdrawals**

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 08/03 | $72,376.93 |
| 08/04 | 68,703.21 |
| 08/05 | 68,834.90 |
| 08/15 | 69,663.50 |
| 08/17 | 70,416.50 |
| 08/18 | 67,747.50 |
| 08/22 | 66,897.50 |
| 08/25 | 74,497.50 |
| 08/29 | 75,427.05 |
| 08/31 | 74,368.51 |

## SERVICE CHARGE SUMMARY

| | |
|------|--------|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | $0.00 |

As an added benefit of your Chase Private Client Checking account, the monthly service fee was waived on your Chase Platinum Business Checking account because you maintained an average ledger balance of $50,000.00 or more in deposits and investments.



July 30, 2022 through August 31, 2022

Account Number:  **000000828315579**



## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Monthly Service Fee | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| Other Service Charges: | | | | | |
| Electronic Credits | 2 | Unlimited | 0 | $0.40 | $0.00 |
| Electronic Items Deposited | 6 | Unlimited | 0 | $0.40 | $0.00 |
| Electronic Credits | | | | | |
| Credits | 3 | 500 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | | | | | $0.00 |
| Subtotal Other Service Charges | | | | | |

ACCOUNT 000000828315579

| | | | | | |
|---|---|---|---|---|---|
| Other Service Charges: | | | | | |
| Electronic Credits | 2 | | | | |
| Electronic Items Deposited | 6 | | | | |
| Electronic Credits | | | | | |
| Credits | 3 | | | | |
| Non-Electronic Transactions | | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



July 30, 2022 through August 31, 2022

Account Number:    000000828315579

This Page Intentionally Left Blank



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 30, 2022 through August 31, 2022
Account Number: **000000828312196**



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00402602 DRE 021 210 24422 NNNNNNNNNNN  1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $11,861.50 |
| Deposits and Additions | 4 | 2,876.00 |
| Electronic Withdrawals | 4 | -7,709.00 |
| Fees | 1 | -95.00 |
| Ending Balance | 9 | $6,933.50 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/04 | Online Transfer From Chk ...3230 Transaction#: 14973757333 | $550.00 |
| 08/08 | Online Transfer From Chk ...3230 Transaction#: 15002476293 | 875.00 |
| 08/08 | Online Transfer From Chk ...3230 Transaction#: 15002444890 | 801.00 |
| 08/18 | Online Transfer From Chk ...5579 Transaction#: 15079765760 | 650.00 |
| **Total Deposits and Additions** | | **$2,876.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | 08/03 Online Transfer To Chk ...8789 Transaction#: 14966234598 | $400.00 |
| 08/09 | 08/09 Online Transfer To Chk ...8789 Transaction#: 15012393530 | 215.00 |
| 08/22 | 08/22 Online Transfer To Chk ...8789 Transaction#: 15111070840 | 500.00 |
| 08/26 | 08/26 Online Transfer To Chk ...8789 Transaction#: 15143019568 | 6,594.00 |
| **Total Electronic Withdrawals** | | **$7,709.00** |



July 30, 2022 through August 31, 2022

Account Number:    **000000828312196**

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/01 | Service Charges For The Month of July | $95.00 |
| **Total Fees** | | **$95.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 08/01 | $11,766.50 |
| 08/03 | 11,366.50 |
| 08/04 | 11,916.50 |
| 08/08 | 13,592.50 |
| 08/09 | 13,377.50 |
| 08/18 | 14,027.50 |
| 08/22 | 13,527.50 |
| 08/26 | 6,933.50 |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Monthly Service Fee | $95.00 | |
| Other Service Charges | $0.00 | |
| **Total Service Charges** | **$95.00** | Will be assessed on 9/1/22 |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| Subtotal Other Service Charges (Will be assessed on 9/1/22) | | | | | $95.00 |

ACCOUNT 000000828312196

| **Monthly Service Fee** | |
|---|---|
| Monthly Service Fee | 1 |



July 30, 2022 through August 31, 2022

Account Number: **00000828312196**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



July 30, 2022 through August 31, 2022

Account Number:    000000828312196

This Page Intentionally Left Blank



**CHASE** ◻

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 01, 2022 through September 30, 2022

Account Number: **000000828312196**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00399006 DRE 021 210 27422 NNNNNNNNNNN  1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704



---

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $6,933.50 |
| Deposits and Additions | 4 | 2,075.00 |
| Electronic Withdrawals | 2 | -4,969.50 |
| Fees | 1 | -95.00 |
| Ending Balance | 7 | $3,944.00 |

Your Chase Platinum Business Checking account provides:
• No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
• 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
• $25,000 in cash deposits per statement cycle
• Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account
Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | Online Transfer From Chk ...3230 Transaction#: 15188792033 | $450.00 |
| 09/02 | Online Transfer From Chk ...3230 Transaction#: 15204330546 | 650.00 |
| 09/07 | Online Transfer From Chk ...3230 Transaction#: 15239492363 | 475.00 |
| 09/21 | Online Transfer From Chk ...3230 Transaction#: 15346489768 | 500.00 |
| **Total Deposits and Additions** | | **$2,075.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/13 | 09/13 Online Transfer To Chk ...8789 Transaction#: 15286167166 | $400.00 |
| 09/19 | 09/19 Online Transfer To Chk ...8789 Transaction#: 15334551158 | 4,569.50 |
| **Total Electronic Withdrawals** | | **$4,969.50** |



September 01, 2022 through September 30, 2022
Account Number:    **000000828312196**

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/01 | Service Charges For The Month of August | $95.00 |
| **Total Fees** | | **$95.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 09/01 | $7,288.50 |
| 09/02 | 7,938.50 |
| 09/07 | 8,413.50 |
| 09/13 | 8,013.50 |
| 09/19 | 3,444.00 |
| 09/21 | 3,944.00 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00**  Will be assessed on 10/3/22 |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Subtotal Other Service Charges (Will be assessed on 10/3/22)** | | | | | $95.00 |

ACCOUNT 000000828312196

| | | | | | |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 01, 2022 through September 30, 2022

Account Number: **000000828315579**

00399014 DRE 021 210 27422 NNNNNNNNNNN  1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY   Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $74,368.51 |
| Deposits and Additions | 3 | 3,140.04 |
| Electronic Withdrawals | 7 | -17,078.47 |
| Ending Balance | 10 | $60,430.08 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account
Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/01 | Orig CO Name:Buildium Descr:296440 Sec:CCD ID:Co-0831-A0242 | Orig ID:Wfmsbudma3 Desc Date:220831 CO Entry Trace#:091000012334401 Eed:220901 Ind Ind Name:Alps Property Manageme Tm: 2442334401Tc | $1,032.50 |
| 09/13 | Orig CO Name:Buildium Descr:296440 Sec:CCD ID:ACH-0912-Ef982 | Orig ID:7201463633 Desc Date:220912 CO Entry Trace#:091000019496071 Eed:220913 Ind Ind Name:Alps Property Manageme Tm: 2569496071Tc | 1,103.00 |
| 09/19 | Orig CO Name:Buildium Descr:296440 Sec:CCD ID:Co-0917-1A3Dd | Orig ID:Wfmsbudma3 Desc Date:220917 CO Entry Trace#:091000014201715 Eed:220919 Ind Ind Name:Alps Property Manageme Tm: 2624201715Tc | 1,004.54 |
| **Total Deposits and Additions** | | | **$3,140.04** |



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/09 | Orig CO Name:Aqua Descr:Online Pmtsec:Web Ind Name:Alps No 2020 | Orig ID:1232297407 Desc Date:220908 CO Entry Trace#:104000010891833 Eed:220909 Ind ID:Aq0Ekmc9 | $92.96 |
| 09/09 | Orig CO Name:Aqua Descr:Online Pmtsec:Web Ind Name:Alps No 2020 | Orig ID:1232297407 Desc Date:220908 CO Entry Trace#:104000010891832 Eed:220909 Ind ID:Aq0Ejmfd | 49.70 |
| 09/09 | Orig CO Name:Aqua Descr:Online Pmtsec:Web Ind Name:Alps No 2020 | Orig ID:1232297407 Desc Date:220908 CO Entry Trace#:104000010891834 Eed:220909 Ind ID:Aq0Ejkg7 | 45.31 |
| 09/13 | 09/13 Online Transfer To Chk ...8789 Transaction#: 15286229804 | 3,510.00 |
| 09/13 | 09/13 Online Transfer To Chk ...8789 Transaction#: 15286257235 | 2,400.00 |
| 09/19 | 09/19 Online Transfer To Chk ...8789 Transaction#: 15334708570 | 8,065.50 |
| 09/26 | 09/26 Online Transfer To Chk ...8789 Transaction#: 15390564756 | 2,915.00 |

**Total Electronic Withdrawals** $17,078.47

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/01 | $75,401.01 |
| 09/09 | 75,213.04 |
| 09/13 | 70,406.04 |
| 09/19 | 63,345.08 |
| 09/26 | 60,430.08 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

As an added benefit of your Chase Private Client Checking account, the monthly service fee was waived on your Chase Platinum Business Checking account because you maintained an average ledger balance of $50,000.00 or more in deposits and investments.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 3 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 3 | 500 | 0 | $0.40 | $0.00 |
| **Subtotal Other Service Charges** | | | | | $0.00 |

ACCOUNT 000000828315579

| | | | | | |
|---|---|---|---|---|---|
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 3 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 3 | | | | |



September 01, 2022 through September 30, 2022

Account Number:  **000000828315579**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



September 01, 2022 through September 30, 2022

Account Number:    000000828315579

This Page Intentionally Left Blank



**CHASE** 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2022 through October 31, 2022

Account Number:  000000828315579

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00397475 DRE 021 210 30522 NNNNNNNNNN  1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704



## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $60,430.08 |
| Deposits and Additions | 6 | 5,246.35 |
| Electronic Withdrawals | 14 | -15,242.66 |
| Ending Balance | 20 | $50,433.77 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/03 | Orig CO Name:Buildium  Descr:296440  Sec:CCD  ID:Cc-1001-943F9 | Orig ID:Wfmsbudma3 Desc Date:221001 CO Entry Trace#:091000017476844 Eed:221003  Ind Ind Name:Alps Property Manageme Trn: 2767476844Tc | $1,344.35 |
| 10/12 | Orig CO Name:Buildium  Descr:296440  Sec:CCD  ID:ACH-1011-E2Fe6 | Orig ID:7201463633 Desc Date:221011 CO Entry Trace#:091000015756321 Eed:221012  Ind Ind Name:Alps Property Manageme Trn: 2855756321Tc | 1,103.00 |
| 10/13 | Orig CO Name:Buildium  Descr:296440  Sec:CCD  ID:ACH-1012-5B74E | Orig ID:7201463633 Desc Date:221012 CO Entry Trace#:091000017536916 Eed:221013  Ind Ind Name:Alps Property Manageme Trn: 2867536916Tc | 903.00 |
| 10/17 | Orig CO Name:Buildium  Descr:296440  Sec:CCD  ID:Cc-1014-E06A7 | Orig ID:Wfmsbudma3 Desc Date:221014 CO Entry Trace#:091000012373519 Eed:221017  Ind Ind Name:Alps Property Manageme Trn: 2902373519Tc | 520.76 |
| 10/18 | Orig CO Name:Buildium  Descr:296440  Sec:CCD  ID:Cc-1017-8E1A7 | Orig ID:Wfmsbudma3 Desc Date:221017 CO Entry Trace#:091000013957912 Eed:221018  Ind Ind Name:Alps Property Manageme Trn: 2913957912Tc | 661.88 |
| 10/31 | Orig CO Name:Buildium  Descr:296440  Sec:CCD  ID:Cc-1028-F7584 | Orig ID:Wfmsbudma3 Desc Date:221028 CO Entry Trace#:091000018746369 Eed:221031  Ind Ind Name:Alps Property Manageme Trn: 3048746369Tc | 713.36 |
| **Total Deposits and Additions** | | | **$5,246.35** |



October 01, 2022 through October 31, 2022

Account Number: **000000828315579**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/11 | Orig CO Name:Aqua   Orig ID:1232297407 Desc Date:221010 CO Entry   Descr:Online Pmtsec:Web  Trace#:104000018146968 Eed:221011  Ind ID:Aq0Eu9Gl   Ind Name:Alps No 2020 008284 | $148.59 |
| 10/11 | Orig CO Name:Aqua   Orig ID:1232297407 Desc Date:221010 CO Entry   Descr:Online Pmtsec:Web  Trace#:104000018146966 Eed:221011  Ind ID:Aq0Eu5Tt   Ind Name:Alps No 2020 008284 | 97.60 |
| 10/11 | Orig CO Name:Aqua   Orig ID:1232297407 Desc Date:221010 CO Entry   Descr:Online Pmtsec:Web  Trace#:104000018146969 Eed:221011  Ind ID:Aq0Eu2Vp   Ind Name:Alps No 2020 008284 | 62.06 |
| 10/11 | Orig CO Name:Aqua   Orig ID:1232297407 Desc Date:221010 CO Entry   Descr:Online Pmtsec:Web  Trace#:104000018146967 Eed:221011  Ind ID:Aq0Euc4D   Ind Name:Alps No 2020 008284 | 52.79 |
| 10/13 | 10/13 Online Transfer To Chk ...8789 Transaction#: 15532811392 | 4,860.00 |
| 10/17 | 10/17 Online Transfer To Chk ...8789 Transaction#: 15565870931 | 175.00 |
| 10/17 | 10/17 Online Transfer To Chk ...8789 Transaction#: 15565874635 | 43.10 |
| 10/18 | 10/18 Online Transfer To Chk ...8789 Transaction#: 15571292085 | 2,400.00 |
| 10/27 | 10/27 Online Transfer To Chk ...8789 Transaction#: 15640826276 | 527.88 |
| 10/27 | 10/27 Online Transfer To Chk ...8789 Transaction#: 15640850322 | 6,562.50 |
| 10/28 | Orig CO Name:Aqua   Orig ID:1232297407 Desc Date:221027 CO Entry   Descr:Online Pmtsec:Web  Trace#:104000018182067 Eed:221028  Ind ID:Aq0Ez9Iu   Ind Name:Alps No 2020              Water   Utility Trn: 3018182067Tc | 105.32 |
| 10/28 | Orig CO Name:Aqua   Orig ID:1232297407 Desc Date:221027 CO Entry   Descr:Online Pmtsec:Web  Trace#:104000018182068 Eed:221028  Ind ID:Aq0Ez5Xd   Ind Name:Alps No 2020              Water   Utility Trn: 3018182068Tc | 85.24 |
| 10/28 | Orig CO Name:Aqua   Orig ID:1232297407 Desc Date:221027 CO Entry   Descr:Online Pmtsec:Web  Trace#:104000018182065 Eed:221028  Ind ID:Aq0Ezcz7   Ind Name:Alps No 2020              Water   Utility Trn: 3018182065Tc | 63.61 |
| 10/28 | Orig CO Name:Aqua   Orig ID:1232297407 Desc Date:221027 CO Entry   Descr:Online Pmtsec:Web  Trace#:104000018182066 Eed:221028  Ind ID:Aq0Ez6Rz   Ind Name:Alps No 2020              Water   Utility Trn: 3018182066Tc | 58.97 |

**Total Electronic Withdrawals**                                              **$15,242.66**

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/03 | $61,774.43 |
| 10/11 | 61,413.39 |
| 10/12 | 62,516.39 |
| 10/13 | 58,559.39 |
| 10/17 | 58,862.05 |
| 10/18 | 57,123.93 |
| 10/27 | 50,033.55 |
| 10/28 | 49,720.41 |
| 10/31 | 50,433.77 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



October 01, 2022 through October 31, 2022

Account Number:    000000828315579

## SERVICE CHARGE SUMMARY (continued)

As an added benefit of your Chase Private Client Checking account, the monthly service fee was waived on your Chase Platinum Business Checking account because you maintained an average ledger balance of $50,000.00 or more in deposits and investments.

## SERVICE CHARGE DETAIL



| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Monthly Service Fee | 0 | | | $95.00 | $0.00 |
| Monthly Service Fee Waived | | | | | |
| Other Service Charges: | | | | | |
| Electronic Credits | 6 | Unlimited | 0 | $0.40 | $0.00 |
| Electronic Credits | | | | | |
| Credits | 8 | 500 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | | | | | |
| Subtotal Other Service Charges | | | | | $0.00 |

ACCOUNT 000000828315579

| | | | | | |
|---|---|---|---|---|---|
| Other Service Charges: | | | | | |
| Electronic Credits | 6 | | | | |
| Electronic Credits | | | | | |
| Credits | 8 | | | | |
| Non-Electronic Transactions | | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS :** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC



October 01, 2022 through October 31, 2022
Account Number:    000000828315579

This Page Intentionally Left Blank



CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2022 through October 31, 2022

Account Number: **000000828312196**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00397467 DRE 021 210 30522 NNNNNNNNNNN  1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704



## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $3,944.00 |
| Deposits and Additions | 5 | 3,111.00 |
| Electronic Withdrawals | 2 | -1,608.97 |
| Fees | 1 | -95.00 |
| Ending Balance | 8 | $5,351.03 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | Online Transfer From Chk ...3230 Transaction#: 15451060075 | $900.00 |
| 10/04 | Online Transfer From Chk ...3230 Transaction#: 15460677733 | 450.00 |
| 10/20 | Online Transfer From Chk ...3230 Transaction#: 15585560226 | 436.00 |
| 10/31 | Online Transfer From Chk ...3230 Transaction#: 15671086007 | 1,000.00 |
| 10/31 | Online Transfer From Chk ...3230 Transaction#: 15671069413 | 325.00 |
| **Total Deposits and Additions** | | **$3,111.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/17 | 10/17 Online Transfer To Chk ...8789 Transaction#: 15565878285 | $1,208.97 |
| 10/18 | 10/18 Online Transfer To Chk ...8789 Transaction#: 15571299541 | 400.00 |
| **Total Electronic Withdrawals** | | **$1,608.97** |


CHASE

October 01, 2022 through October 31, 2022
Account Number:    000000828312196

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/03 | Service Charges For The Month of September | $95.00 |
| **Total Fees** | | **$95.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 10/03 | $4,749.00 |
| 10/04 | 5,199.00 |
| 10/17 | 3,990.03 |
| 10/18 | 3,590.03 |
| 10/20 | 4,026.03 |
| 10/31 | 5,351.03 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00**  Will be assessed on 11/1/22 |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|-------------|--------|---------|---------|------------|-------|
| Monthly Service Fee | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| Subtotal Other Service Charges (Will be assessed on 11/1/22) | | | | | $95.00 |

ACCOUNT 000000828312196

| | | | | | |
|---|---|---|---|---|---|
| Monthly Service Fee | | | | | |
| Monthly Service Fee | 1 | | | | |



October 01, 2022 through October 31, 2022

Account Number:  **000000828312196**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



October 01, 2022 through October 31, 2022

Account Number:     000000828312196

This Page Intentionally Left Blank



**CHASE** ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2022 through November 30, 2022

Account Number:  **000000828315579**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00393956 DRE 021 210 33522 NNNNNNNNNNN  1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704



## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $50,433.77 |
| Deposits and Additions | 8 | 20,378.45 |
| Electronic Withdrawals | 9 | -12,488.00 |
| Ending Balance | 17 | $58,324.22 |

Your Chase Platinum Business Checking account provides:
• No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
• 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
• $25,000 in cash deposits per statement cycle
• Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/02 | Orig CO Name:Buildium Descr:296440  Sec:CCD ID:ACH-1101-B35A1 | Orig ID:7201463633 Desc Date:221101 CO Entry Trace#:091000015792780 Eed:221102  Ind Ind Name:Alps Property Manageme Trn: 3065792780Tc | $3,006.00 |
| 11/07 | Orig CO Name:Buildium Descr:296440  Sec:CCD ID:Cc-1105-02B1E | Orig ID:Wfmsbudma3 Desc Date:221105 CO Entry Trace#:091000016459155 Eed:221107  Ind Ind Name:Alps Property Manageme Trn: 3116459155Tc | 311.85 |
| 11/08 | Remote Online Deposit    127 | | 12,024.85 |
| 11/09 | Orig CO Name:Buildium Descr:296440  Sec:CCD ID:ACH-1108-31A14 | Orig ID:7201463633 Desc Date:221108 CO Entry Trace#:091000016081222 Eed:221109  Ind Ind Name:Alps Property Manageme Trn: 3136081222Tc | 1,956.00 |
| 11/14 | Orig CO Name:Buildium Descr:296440  Sec:CCD ID:Cc-1111-Ac61B | Orig ID:Wfmsbudma3 Desc Date:221111 CO Entry Trace#:091000014264350 Eed:221114  Ind Ind Name:Alps Property Manageme Trn: 3184264350Tc | 520.75 |



November 01, 2022 through November 30, 2022

Account Number: **000000828315579**

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 11/18 | Orig CO Name:Buildium Descr:296440 Sec:CCD ID:ACH-1117-A2C4F | Orig ID:7201463633 Desc Date:221117 CO Entry Trace#:091000014466455 Eed:221118 Ind Ind Name:Alps Property Manageme Trn: 3224466455Tc | 903.00 |
| 11/21 | Orig CO Name:Buildium Descr:296440 Sec:CCD ID:ACH-1118-D4265 | Orig ID:7201463633 Desc Date:221118 CO Entry Trace#:091000012556645 Eed:221121 Ind Ind Name:Alps Property Manageme Trn: 3252556645Tc | 1,103.00 |
| 11/23 | Orig CO Name:Buildium Descr:296440 Sec:CCD ID:ACH-1122-455Be | Orig ID:7201463633 Desc Date:221122 CO Entry Trace#:091000015039196 Eed:221123 Ind Ind Name:Alps Property Manageme Trn: 3275039196Tc | 553.00 |

**Total Deposits and Additions** **$20,378.45**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 11/03 | Orig CO Name:Buildium Descr:296440 Sec:CCD Ind Name:Alps Property Manageme Trn: 3079667789Tc | Orig ID:3201463633 Desc Date:221102 CO Entry Trace#:091000019667789 Eed:221103 Ind ID:ACH-1102-97A6C | $2,003.00 |
| 11/09 | 11/09 Online Transfer To Chk ...8789 Transaction#: 15752636512 | | 2,310.00 |
| 11/09 | 11/09 Online Transfer To Chk ...8789 Transaction#: 15752674621 | | 2,680.00 |
| 11/09 | 11/09 Online Transfer To Chk ...8789 Transaction#: 15752713210 | | 210.00 |
| 11/09 | 11/09 Online Transfer To Chk ...8789 Transaction#: 15752787882 | | 140.00 |
| 11/09 | 11/09 Online Transfer To Chk ...8789 Transaction#: 15752824454 | | 495.00 |
| 11/09 | 11/09 Online Transfer To Chk ...8789 Transaction#: 15753636617 | | 2,400.00 |
| 11/14 | 11/14 Online Transfer To Chk ...8789 Transaction#: 15791916131 | | 2,150.00 |
| 11/22 | Orig CO Name:Buildium Descr:296440 Sec:CCD Ind Name:Alps Property Manageme Trn: 3269183327Tc | Orig ID:3201463633 Desc Date:221121 CO Entry Trace#:091000019183327 Eed:221122 Ind ID:ACH-1121-0558A | 100.00 |

**Total Electronic Withdrawals** **$12,488.00**

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 11/02 | $53,439.77 |
| 11/03 | 51,436.77 |
| 11/07 | 51,748.62 |
| 11/08 | 63,773.47 |
| 11/09 | 57,494.47 |
| 11/14 | 55,865.22 |
| 11/18 | 56,768.22 |
| 11/21 | 57,871.22 |
| 11/22 | 57,771.22 |
| 11/23 | 58,324.22 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

As an added benefit of your Chase Private Client Checking account, the monthly service fee was waived on your Chase Platinum Business Checking account because you maintained an average ledger balance of $50,000.00 or more in deposits and investments.



November 01, 2022 through November 30, 2022

Account Number:    000000828315579

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Monthly Service Fee | 0 | | | $95.00 | $0.00 |
| Monthly Service Fee Waived | | | | | |
| Other Service Charges: | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 1 | Unlimited | 0 | $0.40 | $0.00 |
| Electronic Credits | 7 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | 500 | 0 | $0.40 | $0.00 |
| **Subtotal Other Service Charges** | | | | | $0.00 |

ACCOUNT 000000828315579

| Other Service Charges: | | | | | |
|---|---|---|---|---|---|
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 1 | | | | |
| Electronic Credits | 7 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | | | | |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



November 01, 2022 through November 30, 2022

Account Number:    000000828315579

This Page Intentionally Left Blank



**CHASE** ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2022 through November 30, 2022

Account Number:     **000000828312196**



00393948 DRE 021 210 33522 NNNNNNNNNNN  1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704   –

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $5,351.03 |
| Deposits and Additions | 2 | 2,800.00 |
| Electronic Withdrawals | 2 | -3,512.50 |
| Fees | 1 | -95.00 |
| Ending Balance | 5 | $4,543.53 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/14 | Online Transfer From Chk ...3230 Transaction#: 15789267472 | $2,000.00 |
| 11/30 | Online Transfer From Chk ...3230 Transaction#: 15912102168 | 800.00 |
| **Total Deposits and Additions** | | **$2,800.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/09 | 11/09 Online Transfer To Chk ...8789 Transaction#: 15753702669 | $2,537.50 |
| 11/28 | 11/28 Online Transfer To Chk ...8789 Transaction#: 15896329794 | 975.00 |
| **Total Electronic Withdrawals** | | **$3,512.50** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | Service Charges For The Month of October | $95.00 |
| **Total Fees** | | **$95.00** |



November 01, 2022 through November 30, 2022
Account Number:      **000000828312196**

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/01 | $5,256.03 |
| 11/09 | 2,718.53 |
| 11/14 | 4,718.53 |
| 11/28 | 3,743.53 |
| 11/30 | 4,543.53 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00**   Will be assessed on 12/1/22 |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| Subtotal Other Service Charges (Will be assessed on 12/1/22) | | | | | $95.00 |

ACCOUNT 000000828312196

| | | | | | |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2022 through December 30, 2022

Account Number:  **000000828315579**

00385129 DRE 021 210 36522 NNNNNNNNNNN  1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## We're changing how we charge fees for ACH Payment Services

On March 1, 2023 we'll remove the $25 monthly subscription fee, and you'll only pay when you use the service.

Here's how the fees will change:

**Today: Monthly subscription cost + transaction fees**
- $25 per month monthly subscription cost
- First 25 payments each month at no additional cost
- After that, each payment costs an additional $0.15 each

**Starting March 1: Transaction fees only**
- First 10 payments each month: $2.50 each
- After that, each payment costs an additional $0.15 each

If you have questions, please call the number on this statement. We appreciate your business.

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $58,324.22 |
| Deposits and Additions | 4 | 3,813.63 |
| Electronic Withdrawals | 11 | -15,610.03 |
| Ending Balance | 15 | $46,527.82 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.



December 01, 2022 through December 30, 2022

Account Number: **000000828315579**

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 12/05 | Orig CO Name:Buildium Descr:296440 Sec:CCD ID:ACH-1202-Eb44A | Orig ID:7201463633 Desc Date:221202 CO Entry Trace#:091000014071801 Eed:221205 Ind Ind Name:Alps Property Manageme Trn: 3394071801Tc | $1,003.00 |
| 12/05 | Orig CO Name:Buildium Descr:296440 Sec:CCD ID:Cc-1203-A7E9D | Orig ID:Wfmsbudma3 Desc Date:221203 CO Entry Trace#:091000014839613 Eed:221205 Ind Ind Name:Alps Property Manageme Trn: 3394839613Tc | 826.60 |
| 12/08 | Orig CO Name:Buildium Descr:296440 Sec:CCD ID:ACH-1207-90E0B | Orig ID:7201463633 Desc Date:221207 CO Entry Trace#:091000013621543 Eed:221208 Ind Ind Name:Alps Property Manageme Trn: 3423621543Tc | 1,003.00 |
| 12/12 | Orig CO Name:Buildium Descr:296440 Sec:CCD ID:Cc-1209-F5E92 | Orig ID:Wfmsbudma3 Desc Date:221209 CO Entry Trace#:091000015325010 Eed:221212 Ind Ind Name:Alps Property Manageme Trn: 3465325010Tc | 981.03 |

**Total Deposits and Additions** **$3,813.63**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 12/06 | Orig CO Name:Buildium Descr:296440 Sec:CCD Ind Name:Alps Property Manageme Trn: 3402195283Tc | Orig ID:3201463633 Desc Date:221205 CO Entry Trace#:091000012195283 Eed:221206 Ind ID:ACH-1205-A552C | $1,003.00 |
| 12/09 | 12/09 Online Transfer To Chk ...8789 Transaction#: 15992307479 | | 2,400.00 |
| 12/09 | 12/09 Online Transfer To Chk ...8789 Transaction#: 15996285429 | | 200.00 |
| 12/09 | 12/09 Online Transfer To Chk ...8789 Transaction#: 15996295652 | | 365.00 |
| 12/14 | Orig CO Name:Aqua Descr:Online Pmtsec:Web Ind Name:Alps No 2020 Utility Trn: 3488292852Tc | Orig ID:1232297407 Desc Date:221213 CO Entry Trace#:104000018292852 Eed:221214 Ind ID:Aq0Fevs7 Water | 122.32 |
| 12/14 | Orig CO Name:Aqua Descr:Online Pmtsec:Web Ind Name:Alps No 2020 Utility Trn: 3488292850Tc | Orig ID:1232297407 Desc Date:221213 CO Entry Trace#:104000018292850 Eed:221214 Ind ID:Aq0Ffbh9 Water | 117.45 |
| 12/14 | Orig CO Name:Aqua Descr:Online Pmtsec:Web Ind Name:Alps No 2020 Utility Trn: 3488292851Tc | Orig ID:1232297407 Desc Date:221213 CO Entry Trace#:104000018292851 Eed:221214 Ind ID:Aq0Fetf6 Water | 81.17 |
| 12/14 | Orig CO Name:Aqua Descr:Online Pmtsec:Web Ind Name:Alps No 2020 Utility Trn: 3488292849Tc | Orig ID:1232297407 Desc Date:221213 CO Entry Trace#:104000018292849 Eed:221214 Ind ID:Aq0Ff44M Water | 26.09 |
| 12/14 | 12/14 Online Transfer To Chk ...8789 Transaction#: 16034733270 | | 6,437.50 |
| 12/23 | 12/23 Online Transfer To Chk ...8789 Transaction#: 16111584639 | | 4,002.50 |
| 12/23 | 12/23 Online Transfer To Chk ...8789 Transaction#: 16111785202 | | 855.00 |

**Total Electronic Withdrawals** **$15,610.03**

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 12/05 | $60,153.82 |
| 12/06 | 59,150.82 |
| 12/08 | 60,153.82 |
| 12/09 | 57,188.82 |
| 12/12 | 58,169.85 |
| 12/14 | 51,385.32 |
| 12/23 | 46,527.82 |



December 01, 2022 through December 30, 2022

Account Number:   000000828315579



## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | $0.00 |

As an added benefit of your Chase Private Client Checking account, the monthly service fee was waived on your Chase Platinum Business Checking account because you maintained an average ledger balance of $50,000.00 or more in deposits and investments.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 4 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 5 | 500 | 0 | $0.40 | $0.00 |
| **Subtotal Other Service Charges** | | | | | $0.00 |

ACCOUNT 000000828315579

| | |
|---|---|
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Credits | 4 |
| **Credits** | |
| Non-Electronic Transactions | 5 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC



December 01, 2022 through December 30, 2022

Account Number:    000000828315579

This Page Intentionally Left Blank



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2022 through December 30, 2022
Account Number:    **000000828312196**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00385121 DRE 021 210 36522 NNNNNNNNNNN 1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

## We're changing how we charge fees for ACH Payment Services

On March 1, 2023 we'll remove the $25 monthly subscription fee, and you'll only pay when you use the service.

Here's how the fees will change:

**Today: Monthly subscription cost + transaction fees**
- $25 per month monthly subscription cost
- First 25 payments each month at no additional cost
- After that, each payment costs an additional $0.15 each

**Starting March 1: Transaction fees only**
- First 10 payments each month:  $2.50 each
- After that, each payment costs an additional $0.15 each

If you have questions, please call the number on this statement. We appreciate your business.

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $4,543.53 |
| Deposits and Additions | 1 | 525.00 |
| Electronic Withdrawals | 3 | -4,952.00 |
| Fees | 1 | -95.00 |
| Ending Balance | 5 | $21.53 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| | | AMOUNT |
|---|---|---|
| DATE | DESCRIPTION | $525.00 |
| 12/09 | Online Transfer From Chk ...3230 Transaction#: 15995445160 | |
| **Total Deposits and Additions** | | **$525.00** |



December 01, 2022 through December 30, 2022

Account Number:   000000828312196

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/09 | 12/09 Online Transfer To Chk ...8789 Transaction#: 15992280470 | $800.00 |
| 12/13 | 12/13 Online Transfer To Chk ...8789 Transaction#: 16027120849 | 2,652.00 |
| 12/16 | 12/16 Online Transfer To Chk ...8789 Transaction#: 16054900984 | 1,500.00 |
| | Total Electronic Withdrawals | $4,952.00 |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01 | Service Charges For The Month of November | $95.00 |
| | Total Fees | $95.00 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/01 | $4,448.53 |
| 12/09 | 4,173.53 |
| 12/13 | 1,521.53 |
| 12/16 | 21.53 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| Total Service Charges | $95.00   Will be assessed on 1/3/23 |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Monthly Service Fee | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| Subtotal Other Service Charges (Will be assessed on 1/3/23) | | | | | $95.00 |

ACCOUNT 000000828312196

| Monthly Service Fee | | | | | |
|---|---|---|---|---|---|
| Monthly Service Fee | 1 | | | | |



December 01, 2022 through December 30, 2022

Account Number: **000000828312196**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC



December 01, 2022 through December 30, 2022

Account Number:    000000828312196

This Page Intentionally Left Blank


**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 31, 2022 through January 31, 2023
Account Number: **000000828315579**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00381083 DRE 021 210 03223 NNNNNNNNNNN  1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

## We're changing how we charge fees for ACH Payment Services

On March 1, 2023 we'll remove the $25 monthly subscription fee, and you'll only pay when you use the service.

Here's how the fees will change:

**Today: Monthly subscription cost + transaction fees**
- $25 per month monthly subscription cost
- First 25 payments each month at no additional cost
- After that, each payment costs an additional $0.15 each

**Starting March 1: Transaction fees only**
- First 10 payments each month:  $2.50 each
- After that, each payment costs an additional $0.15 each

If you have questions, please call the number on this statement. We appreciate your business.

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $46,527.82 |
| Deposits and Additions | 2 | 3,843.00 |
| Electronic Withdrawals | 8 | -12,170.88 |
| Ending Balance | 10 | $38,199.94 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit) per statement cycle
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.



December 31, 2022 through January 31, 2023

Account Number: 000000828315579

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/18 | Orig CO Name:Buildium    Orig ID:7201463633 Desc Date:230117 CO Entry<br>Descr:296440   Sec:CCD    Trace#:091000014560040 Eed:230118  Ind<br>ID:ACH-0117-Fa172    Ind Name:Alps Property Manageme Trn: 0184560040Tc | $903.00 |
| 01/19 | Remote Online Deposit         127 | 2,940.00 |
| **Total Deposits and Additions** | | **$3,843.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/06 | 01/06 Online Transfer To Chk ...8789 Transaction#: 16226542547 | $3,350.00 |
| 01/09 | 01/09 Online Transfer To Chk ...8789 Transaction#: 16247660758 | 5,197.50 |
| 01/09 | 01/09 Online Transfer To Chk ...8789 Transaction#: 16249002716 | 134.59 |
| 01/11 | Orig CO Name:Aqua         Orig ID:1232297407 Desc Date:230110 CO Entry<br>Descr:Online Pmtsec:Web    Trace#:104000017744205 Eed:230111  Ind ID:Aq0Fpamr      Water<br>Ind Name:Alps No 2020<br>Utility Trn: 0117744205Tc | 114.59 |
| 01/11 | Orig CO Name:Aqua         Orig ID:1232297407 Desc Date:230110 CO Entry<br>Descr:Online Pmtsec:Web    Trace#:104000017744204 Eed:230111  Ind ID:Aq0Fpcpj      Water<br>Ind Name:Alps No 2022<br>Utility Trn: 0117744204Tc | 83.69 |
| 01/11 | Orig CO Name:Aqua         Orig ID:1232297407 Desc Date:230110 CO Entry<br>Descr:Online Pmtsec:Web    Trace#:104000017744203 Eed:230111  Ind ID:Aq0Foyck      Water<br>Ind Name:Alps No 2020<br>Utility Trn: 0117744203Tc | 20.51 |
| 01/13 | 01/13 Online Transfer To Chk ...8789 Transaction#: 16284464053 | 2,400.00 |
| 01/27 | 01/27 Online Transfer To Chk ...8789 Transaction#: 16389896285 | 870.00 |
| **Total Electronic Withdrawals** | | **$12,170.88** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 01/06 | $43,177.82 |
| 01/09 | 37,845.73 |
| 01/11 | 37,626.94 |
| 01/13 | 35,226.94 |
| 01/18 | 36,129.94 |
| 01/19 | 39,069.94 |
| 01/27 | 38,199.94 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00**  Will be assessed on 2/1/23 |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.



December 31, 2022 through January 31, 2023

Account Number:     000000828315579



## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Monthly Service Fee | 1 | | | | $95.00 |
| Monthly Service Fee | | | | $95.00 | |
| Other Service Charges: | | | | | |
| Electronic Credits | 1 | | 0 | $0.40 | $0.00 |
| Electronic Items Deposited | 1 | Unlimited | 0 | $0.40 | $0.00 |
| Electronic Credits | | Unlimited | | | |
| Credits | 3 | | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | | 500 | | | $95.00 |
| Subtotal Other Service Charges (Will be assessed on 2/1/23) | | | | | |

### ACCOUNT 000000828315579

| | | | | | |
|---|---|---|---|---|---|
| Monthly Service Fee | 1 | | | | |
| Monthly Service Fee | | | | | |
| Other Service Charges: | | | | | |
| Electronic Credits | 1 | | | | |
| Electronic Items Deposited | 1 | | | | |
| Electronic Credits | | | | | |
| Credits | 3 | | | | |
| Non-Electronic Transactions | | | | | |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC



December 31, 2022 through January 31, 2023

Account Number:    000000828315579

This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 31, 2022 through January 31, 2023

Account Number:    **000000828312196**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00381076 DRE 021 210 03223 NNNNNNNNNNN  1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

## We're changing how we charge fees for ACH Payment Services

On March 1, 2023 we'll remove the $25 monthly subscription fee, and you'll only pay when you use the service.

Here's how the fees will change:

**Today: Monthly subscription cost + transaction fees**
- $25 per month monthly subscription cost
- First 25 payments each month at no additional cost
- After that, each payment costs an additional $0.15 each

**Starting March 1: Transaction fees only**
- First 10 payments each month: $2.50 each
- After that, each payment costs an additional $0.15 each

If you have questions, please call the number on this statement. We appreciate your business.

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $21.53 |
| Deposits and Additions | 5 | 1,625.00 |
| Electronic Withdrawals | 1 | -400.00 |
| Fees | 1 | -95.00 |
| Ending Balance | 7 | $1,151.53 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

 CHASE

December 31, 2022 through January 31, 2023
Account Number:      000000828312196

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/04 | Online Transfer From Chk ...8789 Transaction#: 16207389304 | $100.00 |
| 01/09 | Service Fee Reversal | 95.00 |
| 01/09 | Service Fee Reversal | 95.00 |
| 01/09 | Service Fee Reversal | 10.00 |
| 01/09 | Online Transfer From Chk ...3230 Transaction#: 16251857431 | 1,325.00 |
| **Total Deposits and Additions** | | **$1,625.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/13 | 01/13 Online Transfer To Chk ...8789 Transaction#: 16284447807 | $400.00 |
| **Total Electronic Withdrawals** | | **$400.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/03 | Service Charges For The Month of December | $95.00 |
| **Total Fees** | | **$95.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 01/03 | -$73.47 |
| 01/04 | 26.53 |
| 01/09 | 1,551.53 |
| 01/13 | 1,151.53 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| Monthly Service Fee | | | | $95.00 | $0.00 |
| Monthly Service Fee Waived | 0 | | | | $0.00 |
| **Subtotal Other Service Charges** | | | | | |



December 31, 2022 through January 31, 2023

Account Number:    **000000828312196**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



December 31, 2022 through January 31, 2023

Account Number:    000000828312196

This Page Intentionally Left Blank



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2023 through February 28, 2023

Account Number: **000000828315579**



00081093 DRE 021 210 06023 NNNNNNNNNNN  1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## We're changing how we charge fees for ACH Payment Services

On March 1, 2023 we'll remove the $25 ACH Payments Monthly Fee, and you'll only pay when you use the services.

Here's how the fees will change:

**Starting March 1:**
No monthly fee for ACH Payment Services

**For standard ACH Payments - Transaction fees will change to:**
First 10 payments each month: $2.50 each
After that, each payment costs $0.15 each

Transaction fees for Real Time Payments and Same Day ACH will not change.

If you have questions, please call the number on this statement. We appreciate your business.

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $38,199.94 |
| Deposits and Additions | 7 | 8,918.67 |
| Electronic Withdrawals | 27 | -3,403.65 |
| Fees | 1 | -95.00 |
| Ending Balance | 35 | $43,619.96 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account -- please refer to your Deposit Account Agreement for more information.

**CHASE ⬡**

February 01, 2023 through February 28, 2023

Account Number:    000000828315579

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/03 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:230202 CO Entry
Descr:296440   Sec:CCD   Trace#:091000018717176 Eed:230203  Ind
ID:ACH-0202-Ee730          Ind Name:Alps Property Manageme Trn: 0348717176Tc | $2,203.00 |
| 02/06 | Orig CO Name:Buildium          Orig ID:Wfmsbudma3 Desc Date:230205 CO Entry
Descr:296440   Sec:CCD   Trace#:091000019061889 Eed:230206  Ind
ID:Cc-0205-E7E9A          Ind Name:Alps Property Manageme Trn: 0379061889Tc | 1,218.66 |
| 02/06 | Orig CO Name:Buildium          Orig ID:Wfmsbudma3 Desc Date:230204 CO Entry
Descr:296440   Sec:CCD   Trace#:091000019268520 Eed:230206  Ind ID:Cc-0204-25474
Ind Name:Alps Property Manageme Trn: 0379268520Tc | 300.26 |
| 02/08 | Orig CO Name:Buildium          Orig ID:Wfmsbudma3 Desc Date:230207 CO Entry
Descr:296440   Sec:CCD   Trace#:091000017448761 Eed:230208  Ind
ID:Cc-0207-71F89          Ind Name:Alps Property Manageme Trn: 0397448761Tc | 520.75 |
| 02/15 | Remote Online Deposit          127 | 1,470.00 |
| 02/22 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:230221 CO Entry
Descr:296440   Sec:CCD   Trace#:091000010689213 Eed:230222  Ind
ID:ACH-0221-13Ff8          Ind Name:Alps Property Manageme Trn: 0530689213Tc | 1,003.00 |
| 02/28 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:230227 CO Entry
Descr:296440   Sec:CCD   Trace#:091000018909285 Eed:230228  Ind
ID:ACH-0227-77A73          Ind Name:Alps Property Manageme Trn: 0598909285Tc | 2,203.00 |

**Total Deposits and Additions** $8,918.67

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/13 | Orig CO Name:Aqua          Orig ID:1232297407 Desc Date:230211 CO Entry
Descr:Online Pmtsec:Web   Trace#:104000014385078 Eed:230213  Ind ID:Aq0Fzgda
Ind Name:Alps No 2020                                                    Water
Utility Trn: 0444385078Tc | $114.59 |
| 02/13 | Orig CO Name:Aqua          Orig ID:1232297407 Desc Date:230211 CO Entry
Descr:Online Pmtsec:Web   Trace#:104000014385079 Eed:230213  Ind ID:Aq0Fziww
Ind Name:Alps No 2020                                                    Water
Utility Trn: 0444385079Tc | 55.88 |
| 02/13 | Orig CO Name:Aqua          Orig ID:1232297407 Desc Date:230211 CO Entry
Descr:Online Pmtsec:Web   Trace#:104000014385080 Eed:230213  Ind ID:Aq0Fzhc6
Ind Name:Alps No 2020                                                    Water
Utility Trn: 0444385080Tc | 29.65 |
| 02/14 | Orig CO Name:Buildium Wells F    Orig ID:Wfmsbudma1 Desc Date:230213 CO Entry
Descr:296440   Sec:CCD   Trace#:091000019899825 Eed:230214  Ind ID:Cb230406108201
Ind Name:Alps Property Manageme Trn: 0459899825Tc | 105.95 |
| 02/14 | Orig CO Name:Buildium Wells F    Orig ID:Wfmsbudma1 Desc Date:230213 CO Entry
Descr:296440   Sec:CCD   Trace#:091000019899827 Eed:230214  Ind ID:Cb230396274001
Ind Name:Alps Property Manageme Trn: 0459899827Tc | 105.95 |
| 02/14 | Orig CO Name:Buildium Wells F    Orig ID:Wfmsbudma1 Desc Date:230214 CO Entry
Descr:Cb23039627Sec:CCD   Trace#:091000019899830 Eed:230214  Ind ID:296440
Ind Name:Alps Property Manageme Trn: 0459899830Tc | 105.95 |
| 02/14 | Orig CO Name:Buildium Wells F    Orig ID:Wfmsbudma1 Desc Date:230213 CO Entry
Descr:296440   Sec:CCD   Trace#:091000019899826 Eed:230214  Ind ID:230406140101
Ind Name:Alps Property Manageme Trn: 0459899826Tc | 54.48 |
| 02/14 | Orig CO Name:Buildium Wells F    Orig ID:Wfmsbudma1 Desc Date:230213 CO Entry
Descr:296440   Sec:CCD   Trace#:091000019899828 Eed:230214  Ind ID:Cb230406140001
Ind Name:Alps Property Manageme Trn: 0459899828Tc | 54.48 |
| 02/14 | Orig CO Name:Buildium Wells F    Orig ID:Wfmsbudma1 Desc Date:230213 CO Entry
Descr:296440   Sec:CCD   Trace#:091000019899823 Eed:230214  Ind ID:Cb230406154301
Ind Name:Alps Property Manageme Trn: 0459899823Tc | 44.18 |
| 02/14 | Orig CO Name:Buildium Wells F    Orig ID:Wfmsbudma1 Desc Date:230213 CO Entry
Descr:296440   Sec:CCD   Trace#:091000019899824 Eed:230214  Ind ID:Cb230396274101
Ind Name:Alps Property Manageme Trn: 0459899824Tc | 44.18 |

CHASE ◻

February 01, 2023 through February 28, 2023

Account Number:      000000828315579

## ELECTRONIC WITHDRAWALS  *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/15 | Orig CO Name:Buildium Wells F      Orig ID:Wfmsbudma1 Desc Date:230214 CO Entry<br>Descr:296440    Sec:CCD    Trace#:091000015634446 Eed:230215   Ind ID:Cb230406140201<br>Ind Name:Alps Property Manageme Trn: 0465634446Tc | 105.95 |
| 02/15 | Orig CO Name:Buildium Wells F      Orig ID:Wfmsbudma1 Desc Date:230214 CO Entry<br>Descr:296440    Sec:CCD    Trace#:0910000015634448 Eed:230215   Ind ID:Cb230406140301<br>Ind Name:Alps Property Manageme Trn: 0465634448Tc | 105.95 |
| 02/15 | Orig CO Name:Buildium Wells F      Orig ID:Wfmsbudma1 Desc Date:230214 CO Entry<br>Descr:296440    Sec:CCD    Trace#:0910000015634449 Eed:230215   Ind ID:Cb230423813201<br>Ind Name:Alps Property Manageme Trn: 0465634449Tc | 54.48 |
| 02/15 | Orig CO Name:Buildium Wells F      Orig ID:Wfmsbudma1 Desc Date:230214 CO Entry<br>Descr:296440    Sec:CCD    Trace#:091000015634447 Eed:230215   Ind ID:Cb230414926501<br>Ind Name:Alps Property Manageme Trn: 0465634447Tc | 44.18 |
| 02/15 | Orig CO Name:Buildium Wells F      Orig ID:Wfmsbudma1 Desc Date:230215 CO Entry<br>Descr:296440    Sec:CCD    Trace#:091000016337078 Eed:230216   Ind ID:Cb230423812901<br>Ind Name:Alps Property Manageme Trn: 0476337078Tc | 208.90 |
| 02/16 | Orig CO Name:Buildium Wells F      Orig ID:Wfmsbudma1 Desc Date:230215 CO Entry<br>Descr:296440    Sec:CCD    Trace#:091000016337082 Eed:230216   Ind ID:Cb230423813101<br>Ind Name:Alps Property Manageme Trn: 0476337082Tc | 105.95 |
| 02/16 | Orig CO Name:Buildium Wells F      Orig ID:Wfmsbudma1 Desc Date:230215 CO Entry<br>Descr:296440    Sec:CCD    Trace#:091000016337083 Eed:230216   Ind ID:Cb230426330901<br>Ind Name:Alps Property Manageme Trn: 0476337083Tc | 105.95 |
| 02/16 | Orig CO Name:Buildium Wells F      Orig ID:Wfmsbudma1 Desc Date:230215 CO Entry<br>Descr:296440    Sec:CCD    Trace#:091000016337081 Eed:230216   Ind ID:Cb230426331001<br>Ind Name:Alps Property Manageme Trn: 0476337081Tc | 64.77 |
| 02/16 | Orig CO Name:Buildium Wells F      Orig ID:Wfmsbudma1 Desc Date:230215 CO Entry<br>Descr:296440    Sec:CCD    Trace#:091000016337079 Eed:230216   Ind ID:Cb230426330801<br>Ind Name:Alps Property Manageme Trn: 0476337079Tc | 54.48 |
| 02/16 | Orig CO Name:Buildium Wells F      Orig ID:Wfmsbudma1 Desc Date:230215 CO Entry<br>Descr:296440    Sec:CCD    Trace#:091000016337080 Eed:230216   Ind ID:Cb230426331101<br>Ind Name:Alps Property Manageme Trn: 0476337080Tc | 54.48 |
| 02/16 | Orig CO Name:Buildium Wells F      Orig ID:Wfmsbudma1 Desc Date:230215 CO Entry<br>Descr:296440    Sec:CCD    Trace#:091000016337084 Eed:230216   Ind ID:Cb230423813001<br>Ind Name:Alps Property Manageme Trn: 0476337084Tc | 54.48 |
| 02/17 | Orig CO Name:Buildium Wells F      Orig ID:Wfmsbudma1 Desc Date:230216 CO Entry<br>Descr:296440    Sec:CCD    Trace#:091000010067898 Eed:230217   Ind ID:Cb230434477101<br>Ind Name:Alps Property Manageme Trn: 0480067898Tc | 44.18 |
| 02/22 | Orig CO Name:Buildium Wells F      Orig ID:Wfmsbudma1 Desc Date:230220 CO Entry<br>Descr:296440    Sec:CCD    Trace#:091000010817429 Eed:230222   Ind ID:Cb230474757601<br>Ind Name:Alps Property Manageme Trn: 0530817429Tc | 311.85 |
| 02/22 | Orig CO Name:Buildium Wells F      Orig ID:Wfmsbudma1 Desc Date:230220 CO Entry<br>Descr:296440    Sec:CCD    Trace#:091000010817430 Eed:230222   Ind ID:Cb230474757501<br>Ind Name:Alps Property Manageme Trn: 0530817430Tc | 208.90 |
| 02/24 | Orig CO Name:Buildium          Orig ID:3201463633 Desc Date:230223 CO Entry<br>Descr:296440    Sec:CCD    Trace#:091000019340142 Eed:230224   Ind ID:ACH-0223-61Cf0<br>Ind Name:Alps Property Manageme Trn: 0559340142Tc | 1,003.00 |
| 02/27 | Orig CO Name:Aqua          Orig ID:1232297407 Desc Date:230224 CO Entry<br>Descr:Online Pmtsec:Web    Trace#:104000012614653 Eed:230227   Ind ID:Aq0G4B2F<br>Ind Name:Alps No 2020                                   Water<br>Utility Trn: 0582614653Tc | 109.72 |
| 02/27 | Orig CO Name:Aqua          Orig ID:1232297407 Desc Date:230224 CO Entry<br>Descr:Online Pmtsec:Web    Trace#:104000012614652 Eed:230227   Ind ID:Aq0G4Eu4<br>Ind Name:Alps No 2020                                   Water<br>Utility Trn: 0582614652Tc | 51.14 |

**Total Electronic Withdrawals**      **$3,403.65**



February 01, 2023 through February 28, 2023
Account Number:    000000828315579

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/01 | Service Charges For The Month of January | $95.00 |
| **Total Fees** | | $95.00 |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 02/01 | $38,104.94 | 02/14 | 41,632.32 | 02/22 | 42,580.82 |
| 02/03 | 40,307.94 | 02/15 | 42,791.76 | 02/24 | 41,577.82 |
| 02/06 | 41,826.86 | 02/16 | 42,142.75 | 02/27 | 41,416.96 |
| 02/08 | 42,347.61 | 02/17 | 42,098.57 | 02/28 | 43,619.96 |
| 02/13 | 42,147.49 | | | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | $95.00  Will be assessed on 3/1/23 |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 1 | Unlimited | 0 | $0.40 | $0.00 |
| Electronic Credits | 6 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 27 | 500 | 0 | $0.40 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 3/1/23)** | | | | | $95.00 |

ACCOUNT 000000828315579

| | |
|---|---|
| **Monthly Service Fee** | |
| Monthly Service Fee | 1 |
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Items Deposited | 1 |
| Electronic Credits | 6 |
| **Credits** | |
| Non-Electronic Transactions | 27 |



February 01, 2023 through February 28, 2023

Account Number:    000000828315579



IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC



February 01, 2023 through February 28, 2023

Account Number:    000000828315579

This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2023 through February 28, 2023

Account Number:  **000000828312196**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00381086 DRE 021 210 06023 NNNNNNNNNNN  1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

## We're changing how we charge fees for ACH Payment Services

On March 1, 2023 we'll remove the $25 ACH Payments Monthly Fee, and you'll only pay when you use the services.

Here's how the fees will change:

**Starting March 1:**
No monthly fee for ACH Payment Services

**For standard ACH Payments** - Transaction fees will change to:
First 10 payments each month: $2.50 each
After that, each payment costs $0.15 each

Transaction fees for Real Time Payments and Same Day ACH will not change.

If you have questions, please call the number on this statement. We appreciate your business.

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,151.53 |
| Deposits and Additions | 1 | 1,000.00 |
| Electronic Withdrawals | 2 | -1,850.00 |
| Ending Balance | 3 | $301.53 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | Online Transfer From Chk ...3230 Transaction#: 16463153585 | $1,000.00 |
| **Total Deposits and Additions** | | **$1,000.00** |



February 01, 2023 through February 28, 2023

Account Number:   **000000828312196**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/23 | 02/23 Online Transfer To Chk ...8789 Transaction#: 18653913171 | $350.00 |
| 02/23 | 02/23 Online Transfer To Chk ...8789 Transaction#: 16654706008 | 1,500.00 |
| | **Total Electronic Withdrawals** | **$1,850.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 02/03 | $2,151.53 |
| 02/23 | 301.53 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Subtotal Other Service Charges** | | | | | **$0.00** |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2023 through March 31, 2023

Account Number: **000000828315579**

---

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



00382590 DRE 021 210 09123 NNNNNNNNNNN  1 000000000 64 0000
ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

---

## Good news — we've eliminated two fees

We're no longer charging the:

- **Deposited Item Returned or Cashed Check Returned Fee —** This was a $12 fee we charged if an item you deposited or cashed was returned unpaid. We stopped charging this fee as of **December 1, 2022.**

- **Savings Withdrawal Limit Fee —** This was a $5 fee we charged for each withdrawal or transfer (over six) out of a Chase savings account in a monthly statement period, maximum of three fees per monthly statement period. We stopped charging this fee as of **March 19, 2023.**

We're also changing the name **Insufficient Funds Fee** to **Overdraft Fee.** There are no changes to how and when we charge this fee or the ways to avoid this fee.

As we update and remove references to these three fees, you may continue to see them listed in the Chase Mobile® app[1], on chase.com and in other materials.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1]**Chase Mobile® app** is available for select mobile devices. Message and data rates may apply.

---

## CHECKING SUMMARY   Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $43,619.96 |
| Deposits and Additions | 5 | 4,343.00 |
| Electronic Withdrawals | 7 | -9,160.22 |
| Fees | 1 | -95.00 |
| Ending Balance | 13 | $38,707.74 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

# CHASE ◯

March 01, 2023 through March 31, 2023

Account Number: **000000828315579**

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/07 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:230306 CO Entry Descr:296440   Sec:CCD  Trace#:091000011041880 Eed:230307  Ind ID:ACH-0306-49BB6          Ind Name:Alps Property Manageme Trn: 0661041880Tc | $953.00 |
| 03/14 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:230313 CO Entry Descr:296440   Sec:CCD  Trace#:091000019390629 Eed:230314  Ind ID:ACH-0313-D6740          Ind Name:Alps Property Manageme Trn: 0739390629Tc | 1,103.00 |
| 03/21 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:230320 CO Entry Descr:296440   Sec:CCD  Trace#:091000010972645 Eed:230321  Ind ID:ACH-0320-6Ed77          Ind Name:Alps Property Manageme Trn: 0800972645Tc | 481.00 |
| 03/22 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:230321 CO Entry Descr:296440   Sec:CCD  Trace#:091000014862961 Eed:230322  Ind ID:ACH-0321-F3460          Ind Name:Alps Property Manageme Trn: 0814862961Tc | 303.00 |
| 03/28 | Orig CO Name:Buildium          Orig ID:7201463633 Desc Date:230327 CO Entry Descr:296440   Sec:CCD  Trace#:091000012906268 Eed:230328  Ind ID:ACH-0327-Fe4A3          Ind Name:Alps Property Manageme Trn: 0872906268Tc | 1,503.00 |

**Total Deposits and Additions** $4,343.00

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | 03/03 Online Transfer To Chk ...8789 Transaction#: 16731578267 | $2,019.00 |
| 03/06 | Orig CO Name:Aqua          Orig ID:1232297407 Desc Date:230303 CO Entry Descr:Online Pmtsec:Web  Trace#:104000010673940 Eed:230306  Ind ID:Aq0G6J3P Ind Name:Alps No 2020                                                 Water Utility Trn: 0650673940Tc | 66.55 |
| 03/17 | 03/17 Online Transfer To Chk ...8789 Transaction#: 16850184302 | 2,400.00 |
| 03/17 | 03/17 Online Transfer To Chk ...8789 Transaction#: 16850187457 | 2,400.00 |
| 03/22 | 03/22 Online Transfer To Chk ...8789 Transaction#: 16890976240 | 625.00 |
| 03/24 | 03/24 Online Transfer To Chk ...8789 Transaction#: 16909696705 | 146.67 |
| 03/30 | Orig CO Name:Buildium          Orig ID:3201463633 Desc Date:230329 CO Entry Descr:296440   Sec:CCD  Trace#:091000013435854 Eed:230330  Ind ID:ACH-0329-3821C Ind Name:Alps Property Manageme Trn: 0893435854Tc | 1,503.00 |

**Total Electronic Withdrawals** $9,160.22

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | Service Charges For The Month of February | $95.00 |

**Total Fees** $95.00

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 03/01 | $43,524.96 | 03/14 | 43,495.41 | 03/24 | 38,707.74 |
| 03/03 | 41,505.96 | 03/17 | 38,695.41 | 03/28 | 40,210.74 |
| 03/06 | 41,439.41 | 03/21 | 39,176.41 | 03/30 | 38,707.74 |
| 03/07 | 42,392.41 | 03/22 | 38,854.41 | | |



March 01, 2023 through March 31, 2023
Account Number:  **000000828315579**



## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00**  Will be assessed on 4/3/23 |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 5 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | 500 | 0 | $0.40 | $0.00 |
| Subtotal Other Service Charges (Will be assessed on 4/3/23) | | | | | $95.00 |

### ACCOUNT 000000828315579

| | |
|---|---|
| **Monthly Service Fee** | |
| Monthly Service Fee | 1 |
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Credits | 5 |
| **Credits** | |
| Non-Electronic Transactions | 2 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC



March 01, 2023 through March 31, 2023
Account Number:   000000828315579

This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2023 through March 31, 2023

Account Number:    **000000828312196**

00382583 DRE 021 210 09123 NNNNNNNNNNNN  1 000000000 64 0000

ALPS PROPERTY MANAGEMENT, INC.
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |



## Good news — we've eliminated two fees

We're no longer charging the:

- **Deposited Item Returned or Cashed Check Returned Fee —** This was a $12 fee we charged if an item you deposited or cashed was returned unpaid. We stopped charging this fee as of **December 1, 2022.**

- **Savings Withdrawal Limit Fee —** This was a $5 fee we charged for each withdrawal or transfer (over six) out of a Chase savings account in a monthly statement period, maximum of three fees per monthly statement period. We stopped charging this fee as of **March 19, 2023.**

We're also changing the name **Insufficient Funds Fee** to **Overdraft Fee**. There are no changes to how and when we charge this fee or the ways to avoid this fee.

As we update and remove references to these three fees, you may continue to see them listed in the Chase Mobile® app[1], on chase.com and in other materials.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1]**Chase Mobile® app** is available for select mobile devices. Message and data rates may apply.

## CHECKING SUMMARY     Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $301.53 |
| Deposits and Additions | 1 | 1,500.00 |
| Electronic Withdrawals | 3 | -1,500.00 |
| Ending Balance | 4 | $301.53 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.



March 01, 2023 through March 31, 2023
Account Number:   **000000828312196**

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/07 | Online Transfer From Chk ...3230 Transaction#: 16764020056 | $1,500.00 |
| **Total Deposits and Additions** | | **$1,500.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/17 | 03/17 Online Transfer To Chk ...8789 Transaction#: 16850218019 | $400.00 |
| 03/17 | 03/17 Online Transfer To Chk ...8789 Transaction#: 16850212695 | 400.00 |
| 03/17 | 03/17 Online Transfer To Chk ...8789 Transaction#: 16850264263 | 700.00 |
| **Total Electronic Withdrawals** | | **$1,500.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 03/07 | $1,801.53 |
| 03/17 | 301.53 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Subtotal Other Service Charges** | | | | | $0.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

PROPERTY BILLS AND UTILITIES

 **ALPSGROUP**

Bill

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| Date | 4/26/2023 | Vendor | ALPS Property Management |
| Bill due date | 5/3/2023 | | |
| Reference no. | 7523C | | 8779 West Laraway Road |
| | | | Frankfort, IL 60423 |

| Memo | Grass service |

| Property - unit | Account | Description | Amount |
| --- | --- | --- | --- |
| Upper Darby - 412 Long Lane | Repair & Maintenance | Grass service | $120.00 |
| Upper Darby - 412 Long Lane | Repair & Maintenance | Grass service | $120.00 |
| **Total** | | | **$240.00** |

 **ALPS**GROUP

Bill

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| Date | 4/26/2023 | Vendor | ALPS Property Management |
|---|---|---|---|
| Bill due date | 5/3/2023 | | 8779 West Laraway Road |
| Reference no. | 4-26-23 | | Frankfort, IL 60423 |

| Memo | Grass service |
|---|---|

| Property - unit | Account | Description | Amount |
|---|---|---|---|
| Upper Darby - 418 Timberlake Road | Repair & Maintenance | Grass service | $120.00 |
| Upper Darby - 418 Timberlake Road | Repair & Maintenance | Grass service | $120.00 |
| **Total** | | | **$240.00** |



# Bill

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | | |
|---|---|---|---|
| Date | 4/26/2023 | Vendor | ALPS Property Management |
| Bill due date | 5/3/2023 | | 8779 West Laraway Road |
| Reference no. | 7523D | | Frankfort, IL 60423 |

| | |
|---|---|
| Memo | Grass service |

| Property - unit | Account | Description | Amount |
|---|---|---|---|
| Upper Darby - 8513 Lansdowne Avenue | Repair & Maintenance | Grass service | $120.00 |
| Upper Darby - 8513 Lansdowne Avenue | Repair & Maintenance | Grass service | $120.00 |
| **Total** | | | **$240.00** |

 **ALPS**GROUP

Bill

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | | |
|---|---|---|---|
| Date | 4/26/2023 | Vendor | ALPS Property Management |
| Bill due date | 5/3/2023 | | |
| Reference no. | 7523F | | 8779 West Laraway Road<br>Frankfort, IL 60423 |

| Memo | Grass service |
|---|---|

| Property - unit | Account | Description | Amount |
|---|---|---|---|
| Upper Darby - 245 Burmont Road | Repair & Maintenance | Grass service | $120.00 |
| Upper Darby - 245 Burmont Road | Repair & Maintenance | Grass service | $120.00 |
| **Total** | | | **$240.00** |



# Bill

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | |
|---|---|---|
| Date | 4/26/2023 | Vendor |
| Bill due date | 5/3/2023 | |
| Reference no. | 7523G | |

Vendor: ALPS Property Management

8779 West Laraway Road
Frankfort, IL 60423

| | |
|---|---|
| Memo | Grass service |

| Property - unit | Account | Description | Amount |
|---|---|---|---|
| Drexel Hill - 4690 State Road | Repair & Maintenance | Grass Service | $120.00 |
| Drexel Hill - 4690 State Road | Repair & Maintenance | Grass service | $120.00 |
| **Total** | | | **$240.00** |



# Bill

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | | |
|---|---|---|---|
| Date | 2/1/2023 | Vendor | ALPS Property Management |
| Bill due date | 2/1/2023 | | |
| Reference no. | 6861 | | 8779 West Laraway Road Frankfort, IL 60423 |

| Memo | Receiver Invoice |
|---|---|

| Property - unit | Account | Description | Amount |
|---|---|---|---|
| Upper Darby - 355 Avon Road | Receiver Fees | Receiver Invoice | $4,937.50 |
| **Total** | | | **$4,937.50** |

 **ALPS**GROUP

Bill

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| Date | 5/2/2023 | Vendor | | ALPS Property Management |
|---|---|---|---|---|
| Bill due date | 5/16/2023 | | | 8779 West Laraway Road |
| Reference no. | 910817 | | | Frankfort, IL 60423 |

| Memo | Lock change |
|---|---|

| Property - unit | Account | Description | Amount |
|---|---|---|---|
| Upper Darby - 8513 Lansdowne Avenue | Repair & Maintenance | Lock change | $325.00 |
| **Total** | | | **$325.00** |



# Bill

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | Vendor | |
|---|---|---|---|
| Date | 1/1/2023 | | ALPS Property Management |
| Bill due date | 1/1/2023 | | |
| Reference no. | 6860 | | 8779 West Laraway Road |
| | | | Frankfort, IL 60423 |

| Memo | Inv. 6860 Receiver Invoice |
|---|---|

| Property - unit | Account | Description | Amount |
|---|---|---|---|
| Upper Darby - 418 Timberlake Road | Receiver Fees | Inv. 6860 Receiver Invoice | $5,125.00 |
| **Total** | | | **$5,125.00** |

 **ALPSGROUP**

# Bill

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | Vendor | |
|---|---|---|---|
| Date | 6/2/2023 | | ALPS Property Management |
| Bill due date | 6/2/2023 | | |
| Reference no. | 6817 | | 8779 West Laraway Road Frankfort, IL 60423 |

| Memo | Reimbursement of Attorny Payment |
|---|---|

| Property - unit | Account | Description | Amount |
|---|---|---|---|
| Upper Darby - 418 Timberlake Road | Legal and Professional Fees | Reimbursement of Attorny Payment | $3,135.00 |
| **Total** | | | **$3,135.00** |



# Bill

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | Vendor | |
|---|---|---|---|
| Date | 4/6/2023 | | ALPS Property Management |
| Bill due date | 4/6/2023 | | |
| Reference no. | 6080 | | 8779 West Laraway Road Frankfort, IL 60423 |

| Memo | Final walkthrough with pictures and lock change. |
|---|---|

| Property - unit | Account | Description | Amount |
|---|---|---|---|
| Drexel Hill - 4690 State Road | Repair & Maintenance | Final walkthrough with pictures and lock change. | $480.00 |
| **Total** | | | **$480.00** |

 **ALPS**GROUP

Bill

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| Date | 3/20/2023 | Vendor | ALPS Property Management |
|---|---|---|---|
| Bill due date | 3/27/2023 | | 8779 West Laraway Road |
| Reference no. | 32023a | | Frankfort, IL 60423 |

| Memo | Purchase and install new corner kitchen cabinet |
|---|---|

| Property - unit | Account | Description | Amount |
|---|---|---|---|
| Upper Darby - 599 Timberlake Road | Repair & Maintenance | Purchase and install new corner kitchen cabinet | $625.00 |
| **Total** | | | **$625.00** |

 **ALPS**GROUP

Bill

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | | |
|---|---|---|---|
| Date | 5/18/2023 | Vendor | ALPS Property Management |
| Bill due date | 6/1/2023 | | |
| Reference no. | 781 | | 8779 West Laraway Road Frankfort, IL 60423 |

| Memo | Water and sewer line repairs to unit |
|---|---|

| Property - unit | Account | Description | Amount |
|---|---|---|---|
| Upper Darby - 419 Glendale Avenue | Repair & Maintenance | Water and sewer line repairs to unit | $3,380.00 |
| **Total** | | | **$3,380.00** |

 **ALPS**GROUP

Bill

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | Vendor | |
|---|---|---|---|
| Date | 5/22/2023 | | ALPS Property Management |
| Bill due date | 6/5/2023 | | 8779 West Laraway Road |
| Reference no. | 92094 | | Frankfort, IL 60423 |

| Memo | Electrical repairs |
|---|---|

| Property - unit | Account | Description | Amount |
|---|---|---|---|
| Upper Darby - 599 Timberlake Road | Repair & Maintenance | Electrical repairs | $720.00 |
| **Total** | | | **$720.00** |



# Bill

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| Date | 10/31/2022 | Vendor | ALPS Property Management |
|---|---|---|---|
| Bill due date | 11/30/2022 | | |
| Reference no. | 127717 | | 8779 West Laraway Road<br>Frankfort, IL 60423 |

| Memo | Receiver invoice |
|---|---|

| Property - unit | Account | Description | Amount |
|---|---|---|---|
| Upper Darby - 418 Timberlake Road | Receiver Fees | Receiver invoice | $6,625.00 |
| **Total** | | | **$6,625.00** |

**PECO.**
An Exelon Company
Page 1 of 3

| | |
|---|---|
| **Name:** | ALPS PROPERTY MANAGEMENT |
| **Account Number:** | 95896-64049 |
| **Phone Number:** | 815-469-3800 |
| **Service Address:** | 4690 State Rd, Drexel Hill |

**Emergency and Repair**

⚠ **800-841-4141**

This is the number to call to report power outages, gas leaks or odors, and safety hazards related to PECO Equipment.



PECO ELECTRIC DELIVERY

ELECTRIC
$30.73

■ TAXES & FEES

**ELECTRIC SUPPLY**
PECO
2301 Market Street
Philadelphia, PA 19103
800-494-4000



PECO GAS DELIVERY

GAS
$33.09

■ TAXES & FEES

**GAS SUPPLY**
PECO
2301 Market Street
Philadelphia, PA 19103
800-494-4000

**Billing Summary**

| | |
|---|---|
| Bill Date | 05/11/2023 |
| Charges from previous bill | $13.86 |
| Connection charge - standard | $6.00 |
| Late payment charge | $0.21 |
| **Total Other Charges** | **$20.07** |
| **Current Period Charges** | |
| Electric | $30.73 |
| Gas | $33.09 |
| **Total New Charges** | **$63.82** |
| **Total Amount Due on 06/02/2023** | **$83.89** |

**General Information**
Next scheduled meter reading:06/14/2023

**1-800-494-4000**

If you have any questions or concerns, please call 800-494-4000 before the due date. Si tiene alguna pregunta, favor de llamar al numero 1-800-494-4000 antes de la fecha de vencimiento.

**peco.com/service**
Customer Self Service · Manage Your Account 24/7
Start, stop and move your service

 Online: **peco.com**     In Person: **2301 Market St., Philadelphia, PA 19103**     By Phone: **1-800-494-4000**

---

Return only this portion with your check made payable to PECO. Please write your account number on your check.


**PECO.**
An Exelon Company
2301 Market Street
Philadelphia, PA 19103-1380

**Pay Today!**
📧 **peco.com/ebill**
Go paperless: receive and pay your bill online.


RECEIVED
MAY 1 0 RECD
By_____

0012744 01 MB 0.531  **AUTO   T8 0 8792 60423-970479   -C03-B1-P12756-I1 3

ALPS PROPERTY MANAGEMENT
8779 W LARAWAY RD
FRANKFORT, IL 60423-9704

☐ Enroll in Automatic Payment. Complete form on reverse side.
☐ Pledge a donation to MEAF. Complete form on reverse side.

| **Account # 95896-64049** |  **877-432-9384** |
|---|---|
| | Pay by phone, a convenience fee will apply. |

| **Please pay this amount by 06/02/2023** | **$83.89** |
|---|---|

| **Payment Amount** | $ | . | |
|---|---|---|---|


PECO - Payment Processing
PO Box 37629
Philadelphia, PA 19101-0629



9589664049010008389315300083897



**AQUA.** An Essential Utilities Company

Service To:
**ALPS GROUP LLC**
**347 AVON RD**
**UPPER DARBY, PA 19082-3809**

Account Number
**002373796 0235920**
MAIN DIVISION
1101010    PWSID # PA1460073

Aqua Pennsylvania, Inc.        Toll Free: **877.987.2782**
762 W. Lancaster Avenue        Fax: **866.780.8292**
Bryn Mawr, PA 19010-3489       Aquawater.com

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **May 18, 2023** | **$ 54.22** | **June 09, 2023** |

## Meter Data

| | Meter | Size | Billing Period | Days | Read Type | Meter Readings | | Usage | Units |
|---|---|---|---|---|---|---|---|---|---|
| | 19153724 | 5/8 | 05/16/23 | 29 | Actual | 196200 | | 2,500 | Gallons |
| | | | 04/17/23 | | Actual | 193700 | | | |
| Average Daily Usage = 86 Gallons | | | Total Days: | 29 | | | Total Usage: | 2,500 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill ........................................ | $ 61.92 |
| Total Payments Received ........................................... | 61.92 |
| **Remaining Balance** ................................................... | **0.00** |
| Customer Charge........................................................ | 20.51 |
| 2,000 gallons @ $0.01305 per gallon........................ | 26.10 |
| Next 500 gallons @ $0.015451 per gallon............... | 7.73 |
| Total Water Charges.................................................. | 54.34 |
| State Tax Adjustment Surcharge - Water..................... | 0.12 Credit |
| **Amount Due**............................................................. | **$ 54.22** |

## Water Usage History



Read Types:  ■ **Actual**  □ **Estimated**  ▨ **Customer**

PAID
CHECK NO. E-Check
AMOUNT 54.22
DATE 6/9/23
AQOH4XIY

## Message Center (see reverse side for other information)

- Effective January 20, 2023, the allowable water State Tax Adjustment Surcharge (STAS) is -0.22%.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquawater.com.
- We are excited to announce that Aqua has a new and improved website that offers user-friendly enhancements and a new look and navigation. Please visit us at www.AquaWater.com. We hope you enjoy the new site!

---

RETURN THIS PORTION WITH YOUR PAYMENT

**AQUA.** An Essential Utilities Company

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue • Bryn Mawr, PA 19010-3489

Please do not remit payment to the above address

MAKE CHECK PAYABLE TO:
**Aqua PA**


RECEIVED
MAY 3 0 REC'D
By

Account Number
**002373796-0235920**

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **06/09/2023** | **$54.22** |

Amount Enclosed  $ _____ . _____

Cyc=10SD 1up=4402678        Seq=2060

*****AUTO**MIXED AADC 197 C 7 P 1 2060 1 MB 0.528

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704



**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

002373796023592000000000054226

# AQUA. An Essential Utilities Company

Service To:
**ALPS GROUP LLC**
**347 AVON RD**
**UPPER DARBY, PA 19082-3809**

Account Number
**002373796 0235920**
MAIN DIVISION
1101010      PWS ID # PA1460073

Aqua Pennsylvania, Inc.
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: 877.987.2782
Fax: 866.780.8292
Aquawater.com

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **April 19, 2023** | **$ 61.92** | **May 11, 2023** |

## Meter Data

| Meter | Size | Billing Period | Days | Read Type | Meter Readings | Usage | Units |
|---|---|---|---|---|---|---|---|
| 19153724 | 5/8 | 04/17/23 | 34 | Actual | 193700 | 3,000 | Gallons |
|  |  | 03/14/23 |  | Actual | 190700 |  |  |
| Average Daily Usage = 88 Gallons | | Total Days: | 34 | | Total Usage: | 3,000 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill | $ 89.67 |
| Total Payments Received | 89.67 |
| Remaining Balance | 0.00 |
| Customer Charge | 20.51 |
| 2,000 gallons @ $0.01305 per gallon | 26.10 |
| Next 1,000 gallons @ $0.015451 per gallon | 15.45 |
| Total Water Charges | 62.06 |
| State Tax Adjustment Surcharge - Water | 0.14 Credit |
| Amount Due | **$ 61.92** |

## Water Usage History



Read Types:  ■ **Actual**  □ **Estimated**  ▨ **Customer**

PAID
CHECK NO. E. Check
AMOUNT $61.92
DATE 4/25/23

Confirmation
AQOGMRJX

## Message Center (see reverse side for other information)

■ Effective January 20, 2023, the allowable water State Tax Adjustment Surcharge (STAS) is -0.22%.
■ Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquawater.com.
■ We are excited to announce that Aqua has a new and improved website that offers user-friendly enhancements and a new look and navigation. Please visit us at www.AquaWater.com. We hope you enjoy the new site!

---

RETURN THIS PORTION WITH YOUR PAYMENT

# AQUA. An Essential Utilities Company

Aqua Pennsylvania, Inc.
762 W. Lancaster Avenue · Bryn Mawr, PA 19010-3489

Please do not remit payment to the above address

MAKE CHECK PAYABLE TO:
**Aqua PA**

Account Number
**002373796-0235920**


RECEIVED
APR 2 4 RECD
By

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **05/11/2023** | **$61.92** |

Amount Enclosed  $

Cyc=103D 1up=4348892                     Seq=2221

*****AUTO**MIXED AADC 197 C 7 P 1 2221 1 MB 0.528

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

002373796023592000000000061922



| | Service To:<br>**ALPS GROUP LLC**<br>**347 AVON RD**<br>**UPPER DARBY, PA 19082-3809** | Account Number<br>**002373796 0235920**<br>MAIN DIVISION<br>1101010    PWSID # PA1460073 |

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: **877.987.2782**
Fax: **866.780.8292**
**Aquawater.com**

Questions about your water service? Contact us before the due date.

| Bill Date<br>**March 16, 2023** | Total Amount Due<br>**$ 89.67** | Current Charges Due Date<br>**April 07, 2023** |

## Meter Data

| | Meter | Size | Billing Period | Days | Read Type | Meter Readings | | Usage | Units |
|---|---|---|---|---|---|---|---|---|---|
| | 19153724 | 5/8 | 03/14/23<br>02/14/23 | 28 | Actual<br>Actual | 190700<br>185900 | | 4,800 | Gallons |
| Average Daily Usage = 171 Gallons | | | Total Days: | 28 | | | Total Usage: | 4,800 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill ............................... | $ 109.72 |
| Total Payments Received ................................... | 109.72 |
| **Remaining Balance** ........................................ | **0.00** |
| Customer Charge ............................................. | 20.51 |
| 2,000 gallons @ $0.01305 per gallon.................. | 26.10 |
| Next 2,800 gallons @ $0.015451 per gallon........... | 43.26 |
| Total Water Charges.......................................... | 89.87 |
| State Tax Adjustment Surcharge - Water ............ | 0.20 Credit |
| **Amount Due**................................................... | **$ 89.67** |

## Water Usage History



Read Types: ■ **Actual**    ▨ **Estimated**    ▢ **Customer**



PAID
CHECK NO. _____
AMOUNT _____
DATE _____

## Message Center (see reverse side for other information)

- Effective January 20, 2023, the allowable water State Tax Adjustment Surcharge (STAS) is -0.22%.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.
- We are excited to announce that Aqua has a new and improved website that offers user-friendly enhancements and a new look and navigation. Please visit us at www.AquaWater.com. We hope you enjoy the new site!

---

RETURN THIS PORTION WITH YOUR PAYMENT



**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue • Bryn Mawr, PA 19010-3489

MAKE CHECK PAYABLE TO:
**Aqua PA**

Account Number
**002373796-0235920**

Please do not remit payment to the above address

| DUE DATE<br>**04/07/2023** | ▷ | TOTAL AMOUNT DUE<br>**$89.67** |

Cyc=10SD 1up=4285962                     Seq=3010

Amount Enclosed    **$** _____ **.** ____

*****AUTO**MIXED AADC 197 C 9 P 1 3010 1 MB 0.528

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

002373796023592000000000089671

# AQUA. An Essential Utilities Company

**Service To:**
ALPS GROUP LLC
347 AVON RD
UPPER DARBY, PA 19082-3809

**Account Number**
## 002373796 0235920
MAIN DIVISION
1101010   PWSID # PA1480073

| | |
|---|---|
| Aqua Pennsylvania, Inc. | Toll Free: 877.987.2782 |
| 762 W. Lancaster Avenue | Fax: 866.780.8292 |
| Bryn Mawr, PA 19010-3489 | AquaAmerica.com |

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **February 16, 2023** | **$ 109.72** | **March 10, 2023** |

## Meter Data

| Meter | Size | Billing Period | Days | Read Type | Meter Readings | Usage | Units |
|---|---|---|---|---|---|---|---|
| 19153724 | 5/8 | 02/14/23 01/16/23 | 29 | Actual Actual | 185900 179800 | 6,100 | Gallons |
| Average Daily Usage = 210 Gallons | | Total Days: | 29 | | Total Usage: | 6,100 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill | $ 114.59 |
| Total Payments Received | 114.59 |
| Remaining Balance | 0.00 |
| Customer Charge | 20.51 |
| 2,000 gallons @ $0.01305 per gallon | 26.10 |
| Next 4,100 gallons @ $0.015451 per gallon | 63.35 |
| Total Water Charges | 109.96 |
| State Tax Adjustment Surcharge - Water | 0.24 Credit |
| Amount Due | $ 109.72 |

## Water Usage History



Read Types: ■ Actual  □ Estimated  ▨ Customer

**PAID**
CHECK NO. _____
AMOUNT 109.72
DATE 2/24/23
AQDG44B2E



RECEIVED
FEB 2 1 2023
By _____

## Message Center (see reverse side for other information)

- Effective January 20, 2023, the allowable water State Tax Adjustment Surcharge (STAS) is -0.22%.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.
- We are excited to announce that Aqua has a new and improved website that offers user-friendly enhancements and a new look and navigation. Please visit us at www.AquaWater.com. We hope you enjoy the new site!

---

RETURN THIS PORTION WITH YOUR PAYMENT

# AQUA. An Essential Utilities Company

Aqua Pennsylvania, Inc.
762 W. Lancaster Avenue • Bryn Mawr, PA 19010-3489

MAKE CHECK PAYABLE TO:
**Aqua PA**

**Account Number**
## 002373796-0235920

Please do not remit payment to the above address

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **03/10/2023** | **$109.72** |

Cyc=10SD 1up=4233797                    Seq=3040

*****AUTO**MIXED AADC 197 C 8 P 1 3040 1 MB 0.528

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

Amount Enclosed $ _____

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

002373796023592000000000109720

# AQUA. | An _§ Essential Utilities Company

**Service To:**
ALPS GROUP LLC
347 AVON RD
UPPER DARBY, PA 19082-3809

**Account Number**
**002373796 0235920**
MAIN DIVISION
1101010      PWSID # PA1460073

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

**Toll Free: 877.987.2782**
**Fax: 866.780.8292**
**AquaAmerica.com**

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **January 18, 2023** | **$ 114.59** | **February 09, 2023** |

## Meter Data

| | Meter | Size | Billing Period | Days | Read Type | Meter Readings | Usage | Units |
|---|---|---|---|---|---|---|---|---|
| | 19153724 | 5/8 | 01/16/23 | 33 | Actual | 179800 | 6,400 | Gallons |
| | | | 12/14/22 | | Actual | 173400 | | |
| Average Daily Usage = 193 Gallons | | | Total Days: | 33 | | Total Usage: | 6,400 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill ............................ | $ 114.59 |
| Total Payments Received ............................... | 114.59 |
| Remaining Balance ..................................... | 0.00 |
| Customer Charge........................................ | 20.51 |
| 2,000 gallons @ $0.01305 per gallon.................. | 26.10 |
| Next 4,400 gallons @ $0.015451 per gallon .......... | 67.98 |
| Total Water Charges.................................... | 114.59 |
| **Amount Due**........................................ | **$ 114.59** |

## Water Usage History



Read Types:  ■ **Actual**   ☐ **Estimated**   ■ **Customer**

PAID
CHECK NO. _online_
AMOUNT _114.59_
DATE _2/10/23_
confirmation
AQOF26DA

## Message Center (see reverse side for other information)

- Coming soon: We are excited to announce that a new and improved Aqua website will be launching soon! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.
- The due date refers to current charges and any deferred payment amount only. If you do not pay your bill on time, your service could be subject to interruption. To ensure proper credit, please remember to provide your full 16-digit account number when paying your bill.

---

RETURN THIS PORTION WITH YOUR PAYMENT

# AQUA. | An _§ Essential Utilities Company

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue · Bryn Mawr, PA 19010-3489

MAKE CHECK PAYABLE TO:
**Aqua PA**

**Account Number**
**002373796-0235920**

**Please do not remit payment to the above address**

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **02/09/2023** | **$114.59** |

Cyo=10SD  1up=4179813                                    Seq=4184

Amount Enclosed   **$**            .

*****AUTO**MIXED AADC 197 C 13 P 1 4184 1 MB 0.512

ԻՈիԿիրաԿ||ԿԿԿրըԿ|ՄԿ||Ո||||||Իրայա||Ո|

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

ԻւԱԻրա||ԵԱԵ||Ո||Ոկ||ս||Ո|||||||||Ո|||||Ո||Ո

002373796023592000000000114590

D:1-4



| Service To: | Account Number |
|---|---|
| ALPS GROUP LLC | **002373796 0235920** |
| 347 AVON RD | MAIN DIVISION |
| UPPER DARBY, PA 19082-3809 | 1101010    PWSID # PA1460073 |

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: **877.987.2782**
Fax: **866.780.8292**
**AquaAmerica.com**

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **December 16, 2022** | **$ 114.59** | **January 09, 2023** |

## Meter Data

| Meter | Size | Billing Period | Days | Read Type | Meter Readings | Usage | Units |
|---|---|---|---|---|---|---|---|
| 19153724 | 5/8 | 12/14/22 | 29 | Actual | 173400 | 6,400 | Gallons |
| | | 11/15/22 | | Actual | 167000 | | |

| Average Daily Usage = 220 Gallons | Total Days: | 29 | | Total Usage: | 6,400 | Gallons |
|---|---|---|---|---|---|---|

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill ............................... | $ 117.45 |
| Total Payments Received .................................. | 117.45 |
| Remaining Balance ........................................ | 0.00 |
| Customer Charge ......................................... | 20.51 |
| 2,000 gallons @ $0.01305 per gallon.................. | 26.10 |
| Next 4,400 gallons @ $0.015451 per gallon .......... | 67.98 |
| Total Water Charges....................................... | 114.59 |
| Amount Due............................................... | $ 114.59 |

### Water Usage History





Read Types:  ■ **Actual**   ☐ **Estimated**   ▨ **Customer**



## Message Center (see reverse side for other information)

- Coming soon: We are excited to announce that a new and improved Aqua website will be launching soon! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.
- The due date refers to current charges and any deferred payment amount only.  If you do not pay your bill on time, your service could be subject to interruption.  To ensure proper credit, please remember to provide your full 16-digit account number when paying your bill.

---

RETURN THIS PORTION WITH YOUR PAYMENT



**AQUA.** An Essential Utilities Company

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue · Bryn Mawr, PA 19010-3489

Please do not remit payment to the above address

MAKE CHECK PAYABLE TO:
**Aqua PA**

Account Number
**002373796-0235920**

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **01/09/2023** | **$114.59** |

Cyc=10SD  1up=4120145                         Seq=2576

*****AUTO**MIXED AADC 197 C 7 P 1 2576 1 MB 0.512

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

Amount Enclosed    $              .

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

0023737960235920000000114590



| | | Service To: | | | Account Number |
|---|---|---|---|---|---|
| | | ALPS GROUP LLC | | | **002373796 0235920** |
| | | 347 AVON RD | | | MAIN DIVISION |
| | | UPPER DARBY, PA 19082-3809 | | | 1101010    PWSID # PA1460073 |

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: **877.987.2782**
Fax: **866.780.8292**
**AquaAmerica.com**

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **November 18, 2022** | **$ 117.45** | **December 12, 2022** |

## Meter Data

| Meter | Size | Billing Period | Days | Read Type | Meter Readings | Usage | Units |
|---|---|---|---|---|---|---|---|
| 19153724 | 5/8 | 11/15/22 | 32 | Actual | 167000 | 6,000 | Gallons |
| | | 10/14/22 | | Actual | 161000 | | |
| Average Daily Usage = 187 Gallons | | Total Days: | 32 | | Total Usage: | 6,000 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill | $ 85.24 |
| Total Payments Received | 85.24 |
| Remaining Balance | 0.00 |
| Customer Charge | 20.51 |
| 2,000 gallons @ $0.01305 per gallon | 26.10 |
| Next 4,000 gallons @ $0.015451 per gallon | 61.80 |
| Total Water Charges | 108.41 |
| May/June Rate Case Adjustment - Water | 15.77 |
| May/June DSIC Adjustment - Water | 6.73  Credit |
| **Amount Due** | **$ 117.45** |

## Water Usage History



Read Types: ■ **Actual** ☐ **Estimated** ▨ **Customer**

Pd 12/12/22
$117.45
Confirmation
AQ04FBh9



RECEIVED
NOV 2 9 RECD
By

## Message Center (see reverse side for other information)

- Your bill may contain a Rate Case Adjustment and Distribution System Improvement Charge Credit. They reflect an adjustment for the period between when Aqua's new rates were effective on 5.19.2022 and when they were implemented, 6.20.2022. Learn more at https://www.aquaamerica.com/our-states/pennsylvania

- Coming soon: We are excited to announce that a new and improved Aqua website will be launching soon! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.

---

RETURN THIS PORTION WITH YOUR PAYMENT



**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue • Bryn Mawr, PA 19010-3489

MAKE CHECK PAYABLE TO:
**Aqua PA**

Account Number
**002373796-0235920**

Please do not remit payment to the above address

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **12/12/2022** | **$117.45** |

Cyo=10SD 1up=4089489                              Seq=4009

*****AUTO**MIXED AADC 197 C 9 P 1 4009 1 MB 0.512

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

Amount Enclosed  $         .

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖



002373796023592000000000117454



# AQUA. An Essential Utilities Company

Service To:
**ALPS GROUP LLC**
347 AVON RD
UPPER DARBY, PA 19082-3809

Account Number
**002373796 0235920**
MAIN DIVISION
1101010      PWSID # PA1460073

| | |
|---|---|
| **Aqua Pennsylvania, Inc.** | Toll Free: **877.987.2782** |
| 762 W. Lancaster Avenue | Fax: **866.780.8292** |
| Bryn Mawr, PA 19010-3489 | **AquaAmerica.com** |

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **October 19, 2022** | **$ 85.24** | **November 10, 2022** |

## Meter Data

| Meter | Size | Billing Period | Days | Read Type | Meter Readings | Usage | Units |
|---|---|---|---|---|---|---|---|
| 19153724 | 5/8 | 10/14/22 09/15/22 | 29 | Actual Actual | 161000 156500 | 4,500 | Gallons |
| Average Daily Usage = 155 Gallons | | Total Days: | 29 | | Total Usage: | 4,500 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill | $ 97.60 |
| Total Payments Received | 97.60 |
| Remaining Balance | 0.00 |
| Customer Charge | 20.51 |
| 2,000 gallons @ $0.01305 per gallon | 26.10 |
| Next 2,500 gallons @ $0.015451 per gallon | 38.63 |
| Total Water Charges | 85.24 |
| **Amount Due** | **$ 85.24** |

## Water Usage History



Read Types:  ■ **Actual**   □ **Estimated**   ▧ **Customer**



Pd online
$85.24
10/27/22
Confirmation #
AQ0E25XD



RECEIVED
OCT 2 4 REC'D

## Message Center (see reverse side for other information)

- Coming soon: We are excited to announce that a new and improved Aqua website will be launching this summer! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.
- The due date refers to current charges and any deferred payment amount only. If you do not pay your bill on time, your service could be subject to interruption. To ensure proper credit, please remember to provide your full 16-digit account number when paying your bill.

---

RETURN THIS PORTION WITH YOUR PAYMENT

# AQUA. An Essential Utilities Company

MAKE CHECK PAYABLE TO:
**Aqua PA**

Account Number
**002373796-0235920**

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue • Bryn Mawr, PA 19010-3489

**Please do not remit payment to the above address**

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **11/10/2022** | **$85.24** |

Cyc=10SD  1up=4013481                    Seq=2180

Amount Enclosed  $ _____ . ___

\*\*\*\*\*AUTO\*\*MIXED AADC 197 C 7 P 1 2180 1 MB 0.512

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279



0023737960235920000000000085247

D:1-2



| | | | Service To:<br>ALPS GROUP LLC<br>347 AVON RD<br>UPPER DARBY, PA 19082-3809 | | Account Number<br>**002373796 0235920**<br>MAIN DIVISION<br>1101010    PWSID # PA1460073 |
|---|---|---|---|---|---|

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: **877.987.2782**
Fax: **866.780.8292**
**AquaAmerica.com**

Questions about your water service? Contact us before the due date.
Bill Date **Total Amount Due**
**September 19, 2022 $ 97.60**

Current Charges Due Date
**October 11, 2022**

## Meter Data

| Meter | Size | Billing Period | Days | Read Type | Meter Readings | | Usage | Units |
|---|---|---|---|---|---|---|---|---|
| 19153724 | 5/8 | 09/15/22<br>08/15/22 | 31 | Actual<br>Actual | 156500<br>151200 | | 5,300 | Gallons |
| Average Daily Usage = 170 Gallons | | Total Days: | 31 | | | Total Usage: | 5,300 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill ..................................... | $ 92.96 |
| Total Payments Received ........................................ | 92.96 |
| Remaining Balance ................................................. | 0.00 |
| Customer Charge.................................................... | 20.51 |
| 2,000 gallons @ $0.01305 per gallon...................... | 26.10 |
| Next 3,300 gallons @ $0.015451 per gallon............. | 50.99 |
| Total Water Charges............................................... | 97.60 |
| Amount Due........................................................... | **$ 97.60** |

## Water Usage History

Average Daily Usage in Gallons

| Apr 22 | May 22 | Jun 22 | Jul 22 | Aug 22 | Sep 22 |
|---|---|---|---|---|---|

Read Types:  ■ **Actual**   □ **Estimated**   ▨ **Customer**

**PAID**
CHECK NO. _Online_
AMOUNT _97.60_
DATE _10/11/22_
_Confirmation_
_AQ.0E4577_

RECEIVED
SEP 2 3 REC'D
By ___

## Message Center (see reverse side for other information)

■ Coming soon: We are excited to announce that a new and improved Aqua website will be launching this summer! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.

■ Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.

■ The due date refers to current charges and any deferred payment amount only. If you do not pay your bill on time, your service could be subject to interruption. To ensure proper credit, please remember to provide your full 16-digit account number when paying your bill.

---

RETURN THIS PORTION WITH YOUR PAYMENT



**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue • Bryn Mawr, PA 19010-3489

MAKE CHECK PAYABLE TO:
**Aqua PA**

Account Number
**002373796-0235920**

**Please do not remit payment to the above address**

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **10/11/2022** | **$97.60** |

Cyc=10SD  1up=3955348                    Seq=2357

Amount Enclosed   $ _____ . ____

*****AUTO**MIXED AADC 197 C 7 P 1 2357 1 MB 0.512

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

002373796023592000000000097608



AQUA. An Essential Utilities Company

Service To:
**ALPS GROUP LLC**
**347 AVON RD**
**UPPER DARBY, PA 19082-3809**

Account Number
**002373796 0235920**
MAIN DIVISION
1101010    PWSID # PA1460073

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: **877.987.2782**
Fax: **866.780.8292**
**AquaAmerica.com**

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **August 17, 2022** | **$ 92.96** | **September 08, 2022** |

## Meter Data

| | Meter | Size | Billing Period | Days | Read Type | Meter Readings | Usage | Units |
|---|---|---|---|---|---|---|---|---|
| | 19153724 | 5/8 | 08/15/22 07/15/22 | 31 | Actual Actual | 151200 146200 | 5,000 | Gallons |
| Average Daily Usage = 161 Gallons | | | Total Days: | 31 | | Total Usage: | 5,000 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill | $ 88.33 |
| Total Payments Received | 88.33 |
| Remaining Balance | 0.00 |
| Customer Charge | 20.51 |
| 2,000 gallons @ $0.01305 per gallon | 26.10 |
| Next 3,000 gallons @ $0.015451 per gallon | 46.35 |
| Total Water Charges | 92.96 |
| Amount Due | $ 92.96 |

## Water Usage History



Read Types: ■ **Actual**   □ **Estimated**   ▨ **Customer**

*[handwritten:]* Pd online 9/8/22 $92.96 Confirmation AQOEKMCG

*[stamp:]* RECEIVED AUG 2 3 REC'D By

## Message Center (see reverse side for other information)

- Coming soon: We are excited to announce that a new and improved Aqua website will be launching this summer! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.
- The due date refers to current charges and any deferred payment amount only. If you do not pay your bill on time, your service could be subject to interruption. To ensure proper credit, please remember to provide your full 16-digit account number when paying your bill.

---

RETURN THIS PORTION WITH YOUR PAYMENT

AQUA. An Essential Utilities Company

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue • Bryn Mawr, PA 19010-3489

MAKE CHECK PAYABLE TO:
**Aqua PA**

Account Number
**002373796-0235920**

Please do not remit payment to the above address

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **09/08/2022** | **$92.96** |

Cyc=105D 1up=3896424                          Seq=3002

Amount Enclosed  **$** _____ . ____

\*\*\*\*\*AUTO\*\*MIXED AADC 197 C 9 P 1 3002 1 MB 0.512

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

002373796023592000000000092961



Service To:
**ALPS GROUP LLC**
**347 AVON RD**
**UPPER DARBY, PA 19082-3809**

Account Number
**002373796 0235920**
MAIN DIVISION
1101010 PWS ID # PA1460073

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: 877.987.2782
Fax: 866.780.8292
AquaAmerica.com

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **July 19, 2022** | **$ 88.33** | **August 10, 2022** |

## Meter Data

| Meter | Size | Billing Period | Days | Read Type | Meter Readings | Usage | Units |
|---|---|---|---|---|---|---|---|
| 19153724 | 5/8 | 07/15/22 | 31 | Actual | 146200 | 4,700 | Gallons |
| | | 06/14/22 | | Actual | 141500 | | |
| Average Daily Usage = 151 Gallons | | Total Days: | 31 | | Total Usage: | 4,700 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill | $ 337.24 |
| Total Payments Received | 337.24 |
| **Remaining Balance** | **0.00** |
| Customer Charge | 20.51 |
| 2,000 gallons @ $0.01305 per gallon | 26.10 |
| Next 2,700 gallons @ $0.015451 per gallon | 41.72 |
| Total Water Charges | 88.33 |
| Amount Due | $ 88.33 |

## Water Usage History



Read Types: ■ Actual □ Estimated ▨ Customer


RECEIVED JUL 2 6 REC'D By____

PAID
CHECK NO. ___
AMOUNT ___ 88.33
DATE ___ 8/2/22   AQOECMTS

## Message Center (see reverse side for other information)

- Coming soon: We are excited to announce that a new and improved Aqua website will be launching this summer! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.
- The due date refers to current charges and any deferred payment amount only. If you do not pay your bill on time, your service could be subject to interruption. To ensure proper credit, please remember to provide your full 16-digit account number when paying your bill.

RETURN THIS PORTION WITH YOUR PAYMENT



**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue · Bryn Mawr, PA 19010-3489

MAKE CHECK PAYABLE TO:
**Aqua PA**

Account Number
**002373796-0235920**

Please do not remit payment to the above address

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **08/10/2022** | **$88.33** |

Cyc=10SO 1up=3845086                Seq=2334

*****AUTO**MIXED AADC 197 C 7 P 1 2334 1 MB 0.512

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

Amount Enclosed   $ ☐☐☐ . ☐☐

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

002373796023592000000000088333

# AQUA. An Essential Utilities Company

**Service To:**
**ALPS GROUP LLC**
**347 AVON RD**
**UPPER DARBY, PA 19082-3809**

**Account Number**
**002373796 0235920**
MAIN DIVISION
1101010      PWSID # PA1460073

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: **877.987.2782**
Fax: **866.780.8292**
**AquaAmerica.com**

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **June 16, 2022** | **$ 337.24** | **July 08, 2022** |

## Meter Data

| | Meter | Size | Billing Period | Days | Read Type | Meter Readings | | Usage | Units |
|---|---|---|---|---|---|---|---|---|---|
| | 19153724 | 5/8 | 06/14/22 05/13/22 | 32 | Actual Actual | 141500 135500 | | 6,000 | Gallons |
| Average Daily Usage = 187 Gallons | | | Total Days: | 32 | | Total Usage: | | 6,000 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill .................... | $ 237.83 |
| Total Payments Received ........................ | 0.00 |
| **Remaining Balance** ........................ | **237.83** |
| Customer Charge ................................ | 18.00 |
| 2,000 gallons @ $0.010649 per gallon........... | 21.30 |
| Next 4,000 gallons @ $0.012608 per gallon.......... | 50.43 |
| Total Water Charges............................ | 89.73 |
| Late Charge................................... | 2.95 |
| Distribution System Improvement Charge (Water) ........... | 6.73 |
| **Amount Due**................................ | **$ 337.24** |

## Water Usage History



Read Types:  ■ **Actual**  □ **Estimated**  ▨ **Customer**

**PAID**
CHECK NO. Online
AMOUNT 337.24
DATE 6/22/22
Confirmation: IAQODVE18

 RECEIVED JUN 2 2 REC'D By _____

## Message Center (see reverse side for other information)

- Effective January 1, 2022, the allowable water DSIC is 7.50%. The PA Public Utility Commission permits a maximum water DSIC of 7.50%.
- Coming soon: We are excited to announce that a new and improved Aqua website will be launching this summer! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.

---

RETURN THIS PORTION WITH YOUR PAYMENT

# AQUA. An Essential Utilities Company

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue • Bryn Mawr, PA 19010-3489

**Please do not remit payment to the above address**

MAKE CHECK PAYABLE TO:
**Aqua PA**

**Account Number**
**002373796-0235920**

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **07/08/2022** | **$337.24** |

Cyc=10SD 1up=3785154                    Seq=2884

Amount Enclosed  **$**

*****AUTO**MIXED AADC 197 C 8 P 1 2884 1 MB 0.482

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

002373796023592000000000337243

D:1-2



Service To:
**ALPS GROUP LLC**
**419 GLENDALE RD**
**UPPER DARBY, PA 19082-4917**

Account Number
**002373796 0170472**
MAIN DIVISION
1101010    PWSID # PA1460073

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: **877.987.2782**
Fax: **866.780.8292**
**Aquawater.com**

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **May 18, 2023** | **$ 69.64** | **June 09, 2023** |

## Meter Data

| Meter | Size | Billing Period | Days | Read Type | Meter Readings | Usage | Units |
|---|---|---|---|---|---|---|---|
| 21214158 | 5/8 | 05/16/23 | 29 | Actual | 40100 | 3,500 | Gallons |
| | | 04/17/23 | | Actual | 36600 | | |

Average Daily Usage = 120 Gallons  | Total Days: 29 | | Total Usage: | 3,500 | Gallons

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill | $ 68.09 |
| Total Payments Received | 68.09 |
| Remaining Balance | 0.00 |
| Customer Charge | 20.51 |
| 2,000 gallons @ $0.01305 per gallon | 26.10 |
| Next 1,500 gallons @ $0.015451 per gallon | 23.18 |
| Total Water Charges | 69.79 |
| State Tax Adjustment Surcharge - Water | 0.15 Credit |
| Amount Due | $ 69.64 |

## Water Usage History

Average Daily Usage In Gallons

180 160 140 120 100 80 60 40 20 0

May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May

Read Types:  ■ **Actual**   ☐ **Estimated**   ▨ **Customer**

PAID
CHECK NO. E-Check
AMOUNT 69.64
DATE 6/9/23
AQOH41272

## Message Center (see reverse side for other information)

■ Effective January 20, 2023, the allowable water State Tax Adjustment Surcharge (STAS) is -0.22%.

■ Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquawater.com.

■ We are excited to announce that Aqua has a new and improved website that offers user-friendly enhancements and a new look and navigation. Please visit us at www.AquaWater.com. We hope you enjoy the new site!

---

RETURN THIS PORTION WITH YOUR PAYMENT

**AQUA.** An Essential Utilities Company

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue • Bryn Mawr, PA 19010-3489

MAKE CHECK PAYABLE TO:
**Aqua PA**

Account Number
**002373796-0170472**

**Please do not remit payment to the above address**

| DUE DATE | | TOTAL AMOUNT DUE |
|---|---|---|
| **06/09/2023** | ▶ | **$69.64** |

Cyc=10SD  1up=4402878                          Seq=2059

RECEIVED
MAY 3 0 REC'D
By

Amount Enclosed  $ _____ . ___

*****AUTO**MIXED AADC 197 C 7 P 1 2059 1 MB 0.528

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

002373796017047200000000069649



| | | Service To: | | | | |
|---|---|---|---|---|---|---|
| | | ALPS GROUP LLC | | Account Number | | |
| | | 419 GLENDALE RD | | **002373796 0170472** | | |
| | | UPPER DARBY, PA 19082-4917 | | MAIN DIVISION | | |
| | | | | 1101010    PWSID # PA1460073 | | |

Aqua Pennsylvania, Inc    Toll Free: 877.987.2782    Questions about your water service? Contact us before the due date.
762 W. Lancaster Avenue    Fax: 866.780.8292
Bryn Mawr, PA 19010-3489    Aquawater.com

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **April 19, 2023** | **$ 68.09** | **May 11, 2023** |

## Meter Data

| Meter | Size | Billing Period | Days | Read Type | Meter Readings | Usage | Units |
|---|---|---|---|---|---|---|---|
| 21214158 | 5/8 | 04/17/23 | 34 | Actual | 36600 | 3,400 | Gallons |
| | | 03/14/23 | | Actual | 33200 | | |
| Average Daily Usage = 100 Gallons | | Total Days: | 34 | | Total Usage: | 3,400 | Gallons |

## Billing Detail

| | | |
|---|---|---|
| Amount Owed from Last Bill | $ 86.59 | |
| Total Payments Received | 86.59 | |
| Remaining Balance | 0.00 | |
| Customer Charge | 20.51 | |
| 2,000 gallons @ $0.01305 per gallon | 26.10 | |
| Next 1,400 gallons @ $0.015451 per gallon | 21.63 | |
| Total Water Charges | 68.24 | |
| State Tax Adjustment Surcharge - Water | 0.15 | Credit |
| Amount Due | $ 68.09 | |

## Water Usage History



Read Types:  ■ **Actual**   ☐ **Estimated**   ▨ **Customer**

PAID
CHECK NO. E·Check
AMOUNT $68.09
DATE 4/25/23

Confirmation
AQOGMGLIR

## Message Center (see reverse side for other information)

- Effective January 20, 2023, the allowable water State Tax Adjustment Surcharge (STAS) is -0.22%.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquawater.com.
- We are excited to announce that Aqua has a new and improved website that offers user-friendly enhancements and a new look and navigation. Please visit us at www.AquaWater.com. We hope you enjoy the new site!

---

RETURN THIS PORTION WITH YOUR PAYMENT

AQUA. An Essential Utilities Company

Aqua Pennsylvania, Inc.
762 W. Lancaster Avenue · Bryn Mawr, PA 19010-3489

MAKE CHECK PAYABLE TO:
Aqua PA

Account Number
**002373796-0170472**

Please do not remit payment to the above address

DECEIVED
APR 2023 RECD
By

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **05/11/2023** | **$68.09** |

Cyc=10SD  1up=4348892    Seq=2220

Amount Enclosed    $

\*\*\*\*\*AUTO\*\*MIXED AADC 197 C 7 P 1 2220 1 MB 0.528

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

AQUA PENNSYLVANIA
PO BOX 70279
PHILADELPHIA PA 19176-0279

00237379601704720000000068098



**AQUA.** An Essential Utilities Company

Service To:
**ALPS GROUP LLC**
**419 GLENDALE RD**
**UPPER DARBY, PA 19082-4917**

Account Number
**002373796 0170472**
MAIN DIVISION
1101010    PWSID # PA1460073

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: **877.987.2782**
Fax: **866.780.8292**
Aquawater.com

Questions about your water service? Contact us before the due date.

Bill Date
**March 16, 2023**

Total Amount Due
**$ 86.59**

Current Charges Due Date
**April 07, 2023**

## Meter Data

| | Meter | Size | Billing Period | Days | Read Type | Meter Readings | | Usage | Units |
|---|---|---|---|---|---|---|---|---|---|
| | 21214158 | 5/8 | 03/14/23 | 28 | Actual | 33200 | | 4,600 | Gallons |
| | | | 02/14/23 | | Actual | 28600 | | | |
| Average Daily Usage = 164 Gallons | | | Total Days: | 28 | | | Total Usage: | 4,600 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill ................................ | $ 51.14 |
| Total Payments Received ................................ | 51.14 |
| Remaining Balance ................................ | 0.00 |
| Customer Charge ................................ | 20.51 |
| 2,000 gallons @ $0.01305 per gallon ................ | 26.10 |
| Next 2,600 gallons @ $0.015451 per gallon ........ | 40.17 |
| Total Water Charges ................................ | 86.78 |
| State Tax Adjustment Surcharge - Water ................ | 0.19 Credit |
| Amount Due ................................ | $ 86.59 |

## Water Usage History



Read Types: ■ **Actual**  ☐ **Estimated**  ▨ **Customer**

PAID
CHECK NO. _ACH-Online_
AMOUNT _$86.59_
DATE _4/6/23_    _ACCGNGN4_

RECEIVED MAR 3 0 [2023]
By

## Message Center (see reverse side for other information)

▪ Effective January 20, 2023, the allowable water State Tax Adjustment Surcharge (STAS) is -0.22%.
▪ Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.
▪ We are excited to announce that Aqua has a new and improved website that offers user-friendly enhancements and a new look and navigation. Please visit us at www.AquaWater.com. We hope you enjoy the new site!

---

RETURN THIS PORTION WITH YOUR PAYMENT



**AQUA.** An Essential Utilities Company

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue • Bryn Mawr, PA 19010-3489

**Please do not remit payment to the above address**

MAKE CHECK PAYABLE TO:
**Aqua PA**

Account Number
**002373796-0170472**

DUE DATE
**04/07/2023**

TOTAL AMOUNT DUE
**$86.59**

Cyc=10SD  1up=4285982          Seq=3011

*****AUTO**MIXED AADC 197 C 9 P 1 3011 1 MB 0.528

ⅈⅉⅉⅉ

**ALPS GROUP LLC**
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

Amount Enclosed    $

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

0023737960170472000000086595

# AQUA. An Essential Utilities Company

**Service To:**
ALPS GROUP LLC
419 GLENDALE RD
UPPER DARBY, PA 19082-4917

**Account Number**
002373796 0170472
MAIN DIVISION
1101010      PWSID # PA1460073

Aqua Pennsylvania, Inc.
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: 877.987.2782
Fax: 866.780.8292
AquaAmerica.com

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| February 16, 2023 | $ 51.14 | March 10, 2023 |

## Meter Data

| Meter | Size | Billing Period | Days | Read Type | Meter Readings | Usage | Units |
|---|---|---|---|---|---|---|---|
| 21214158 | 5/8 | 02/14/23 01/16/23 | 29 | Actual Actual | 28600 26300 | 2,300 | Gallons |

Average Daily Usage = 79 Gallons      Total Days: 29      Total Usage: 2,300   Gallons

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill | $ 55.88 |
| Total Payments Received | 55.88 |
| Remaining Balance | 0.00 |
| Customer Charge | 20.51 |
| 2,000 gallons @ $0.01305 per gallon | 26.10 |
| Next 300 gallons @ $0.015451 per gallon | 4.64 |
| Total Water Charges | 51.25 |
| State Tax Adjustment Surcharge - Water | 0.11 Credit |
| Amount Due | $ 51.14 |

## Water Usage History



Read Types:  ■ Actual   ☐ Estimated   ☐ Customer

PAID
CHECK NO. _online_
AMOUNT _51.14_
DATE _2/24/23_
HQOG4E44


RECEIVED
FEB 2 1 RECD
By _____

## Message Center (see reverse side for other information)

- Effective January 20, 2023, the allowable water State Tax Adjustment Surcharge (STAS) is -0.22%.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.
- We are excited to announce that Aqua has a new and improved website that offers user-friendly enhancements and a new look and navigation. Please visit us at www.AquaWater.com. We hope you enjoy the new site!

---

RETURN THIS PORTION WITH YOUR PAYMENT

# AQUA. An Essential Utilities Company

Aqua Pennsylvania, Inc.
762 W. Lancaster Avenue · Bryn Mawr, PA 19010-3489

MAKE CHECK PAYABLE TO:
**Aqua PA**

Please do not remit payment to the above address

**Account Number**
002373796-0170472

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| 03/10/2023 | $51.14 |

Cyc=10SD 1up=4233797      Seq=3038

Amount Enclosed $ .

*****AUTO**MIXED AADC 197 C 8 P 1 3038 1 MB 0.528

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

AQUA PENNSYLVANIA
PO BOX 70279
PHILADELPHIA PA 19176-0279

00237379601704720000000051140



# AQUA.  An Essential Utilities Company

Service To:
**ALPS GROUP LLC**
**419 GLENDALE RD**
**UPPER DARBY, PA 19082-4917**

Account Number
**002373796 0170472**
MAIN DIVISION
1101010        PWSID # PA1460073

| Aqua Pennsylvania, Inc. | Toll Free: **877.987.2782** | Questions about your water service? Contact us before the due date. | | |
|---|---|---|---|---|
| 762 W. Lancaster Avenue | Fax: **866.780.8292** | Bill Date | Total Amount Due | Current Charges Due Date |
| Bryn Mawr, PA 19010-3489 | **AquaAmerica.com** | **January 18, 2023** | **$ 55.88** | **February 09, 2023** |

## Meter Data

| | Meter | Size | Billing Period | Days | Read Type | Meter Readings | Usage | Units |
|---|---|---|---|---|---|---|---|---|
| | 21214158 | 5/8 | 01/16/23 | 33 | Actual | 26300 | 2,600 | Gallons |
| | | | 12/14/22 | | Actual | 23700 | | |
| Average Daily Usage = 78 Gallons | | | Total Days: | 33 | | Total Usage: | 2,600 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill .............................................. | $ 83.69 |
| Total Payments Received .................................................. | 83.69 |
| Remaining Balance ........................................................... | 0.00 |
| Customer Charge............................................................... | 20.51 |
| 2,000 gallons @ $0.01305 per gallon............................ | 26.10 |
| Next 600 gallons @ $0.015451 per gallon..................... | 9.27 |
| Total Water Charges.......................................................... | 55.88 |
| **Amount Due**.................................................................... | **$ 55.88** |

## Water Usage History



Read Types: ■ **Actual**    ☐ **Estimated**    ▨ **Customer**

AQOEZ IWW

PAID
CHECK NO. online
AMOUNT  55.88
DATE  2/10/23

RECEIVED

## Message Center (see reverse side for other information)

▪ Coming soon: We are excited to announce that a new and improved Aqua website will be launching soon! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.

▪ Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.

▪ The due date refers to current charges and any deferred payment amount only. If you do not pay your bill on time, your service could be subject to interruption. To ensure proper credit, please remember to provide your full 16-digit account number when paying your bill.

RETURN THIS PORTION WITH YOUR PAYMENT

# AQUA.  An Essential Utilities Company

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue • Bryn Mawr, PA 19010-3489

MAKE CHECK PAYABLE TO:
**Aqua PA**

Account Number
**002373796-0170472**

**Please do not remit payment to the above address**

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **02/09/2023** | **$55.88** |

Cyc=10SD  1up=4179813                    Seq=4183

*****AUTO**MIXED AADC 197 C 13 P 1 4183 1 MB 0.512

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

Amount Enclosed  $            .

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

002373796017047200000000055887

D:1-4



| Service To: | Account Number |
|---|---|
| **ALPS GROUP LLC**<br>**419 GLENDALE RD**<br>**UPPER DARBY, PA 19082-4917** | **002373796 0170472**<br>MAIN DIVISION<br>1101010    PWSID # PA1460073 |

| **Aqua Pennsylvania, Inc.**<br>762 W. Lancaster Avenue<br>Bryn Mawr, PA 19010-3489 | Toll Free: **877.987.2782**<br>Fax: **866.780.8292**<br>AquaAmerica.com | Questions about your water service? Contact us before the due date. |  |  |
|---|---|---|---|---|
|  |  | Bill Date<br>**December 16, 2022** | Total Amount Due<br>**$ 83.69** | Current Charges Due Date<br>**January 09, 2023** |

## Meter Data

| | Meter | Size | Billing Period | Days | Read Type | Meter Readings | | Usage | Units |
|---|---|---|---|---|---|---|---|---|---|
| | 21214158 | 5/8 | 12/14/22<br>11/15/22 | 29 | Actual<br>Actual | 23700<br>19300 | | 4,400 | Gallons |
| Average Daily Usage = 151 Gallons | | | Total Days: | 29 | | | Total Usage: | 4,400 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill ..................................... | $ 81.17 |
| Total Payments Received ......................................... | 81.17 |
| Remaining Balance .................................................. | 0.00 |
| Customer Charge...................................................... | 20.51 |
| 2,000 gallons @ $0.01305 per gallon...................... | 26.10 |
| Next 2,400 gallons @ $0.015451 per gallon............ | 37.08 |
| Total Water Charges................................................. | 83.69 |
| **Amount Due**.......................................................... | **$ 83.69** |

## Water Usage History



Read Types:  ■ Actual   □ Estimated   ▨ Customer



PAID online
CHECK NO.
AMOUNT $ 83.69
DATE 11/01/23
AQUA(PCP)

DEC 3 0 REC'D

## Message Center (see reverse side for other information)

- Coming soon: We are excited to announce that a new and improved Aqua website will be launching soon! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.
- The due date refers to current charges and any deferred payment amount only. If you do not pay your bill on time, your service could be subject to interruption. To ensure proper credit, please remember to provide your full 16-digit account number when paying your bill.

---

RETURN THIS PORTION WITH YOUR PAYMENT



| | | Account Number |
|---|---|---|
| **Aqua Pennsylvania, Inc.**<br>762 W. Lancaster Avenue • Bryn Mawr, PA 19010-3489 | MAKE CHECK PAYABLE TO:<br>**Aqua PA** | **002373796-0170472** |

Please do not remit payment to the above address

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **01/09/2023** | **$83.69** |

Cyc=10SD  1up=4120145                    Seq=2577

*****AUTO**MIXED AADC 197 C 7 P 1 2577 1 MB 0.512

 իլիսիլԱլրոումորկելորերկիրիրերիրերի

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

Amount Enclosed    $          .

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

իլիլիմութիվիլիիիերիկիրերերերերերերերի

0023737960170472000000083696

# AQUA. An Essential Utilities Company

**Service To:**
ALPS GROUP LLC
419 GLENDALE RD
UPPER DARBY, PA 19082-4917

**Account Number**
**002373796 0170472**
MAIN DIVISION
1101010      PWSID # PA1480073

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: **877.987.2782**
Fax: **866.780.8292**
**AquaAmerica.com**

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **November 18, 2022** | **$ 81.17** | **December 12, 2022** |

## Meter Data

| Meter | Size | Billing Period | Days | Read Type | Meter Readings | Usage | Units |
|---|---|---|---|---|---|---|---|
| 21214158 | 5/8 | 11/15/22 | 32 | Actual | 19300 | 4,000 | Gallons |
|  |  | 10/14/22 |  | Actual | 15300 |  |  |
| Average Daily Usage = 125 Gallons | | Total Days: | 32 | | Total Usage: | 4,000 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill | $ 63.61 |
| Total Payments Received | 63.61 |
| **Remaining Balance** | **0.00** |
| Customer Charge | 20.51 |
| 2,000 gallons @ $0.01305 per gallon | 26.10 |
| Next 2,000 gallons @ $0.015451 per gallon | 30.90 |
| Total Water Charges | 77.51 |
| May/June Rate Case Adjustment - Water | 6.89 |
| May/June DSIC Adjustment - Water | 3.23 Credit |
| **Amount Due** | **$ 81.17** |

## Water Usage History



Read Types: ■ Actual   ☐ Estimated   ▨ Customer

Pd 12/12/22
$81.17
Confirmation
AQQ4E1F6

RECEIVED
NOV 2 9 REC'D
By

## Message Center (see reverse side for other information)

- Your bill may contain a Rate Case Adjustment and Distribution System Improvement Charge Credit. They reflect an adjustment for the period between when Aqua's new rates were effective on 5.19.2022 and when they were implemented, 6.20.2022. Learn more at https://www.aquaamerica.com/our-states/pennsylvania
- Coming soon: We are excited to announce that a new and improved Aqua website will be launching soon! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.

---

RETURN THIS PORTION WITH YOUR PAYMENT

# AQUA. An Essential Utilities Company

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue • Bryn Mawr, PA 19010-3489

Please do not remit payment to the above address

MAKE CHECK PAYABLE TO:
**Aqua PA**

**Account Number**
**002373796-0170472**

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **12/12/2022** | **$81.17** |

Cyc=10SD 1up=4069499                Seq=4008

*****AUTO**MIXED AADC 197 C 9 P 1 4008 1 MB 0.512

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

Amount Enclosed   $         .

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

002373796017047200000000081171



**AQUA.** An Essential Utilities Company

Service To:
**ALPS GROUP LLC**
**419 GLENDALE RD**
**UPPER DARBY, PA 19082-4917**

Account Number
**002373796 0170472**
MAIN DIVISION
1101010      PWSID # PA1460073

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: 877.987.2782
Fax: 866.780.8292
AquaAmerica.com

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **October 19, 2022** | **$ 63.61** | **November 10, 2022** |

## Meter Data

| Meter | Size | Billing Period | Days | Read Type | Meter Readings | Usage | Units |
|---|---|---|---|---|---|---|---|
| 21214158 | 5/8 | 10/14/22 | 29 | Actual | 15300 | 3,100 | Gallons |
| | | 09/15/22 | | Actual | 12200 | | |
| Average Daily Usage = 106 Gallons | | Total Days: | 29 | | Total Usage: | 3,100 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill ............................... | $ 52.79 |
| Total Payments Received .................................. | 52.79 |
| **Remaining Balance** ..................................... | **0.00** |
| Customer Charge............................................. | 20.51 |
| 2,000 gallons @ $0.01305 per gallon................. | 26.10 |
| Next 1,100 gallons @ $0.015451 per gallon.......... | 17.00 |
| Total Water Charges........................................ | 63.61 |
| **Amount Due**.............................................. | **$ 63.61** |

## Water Usage History



Read Types:   ■ **Actual**   □ **Estimated**   ▨ **Customer**

*[handwritten: Pd online $63.61 10/27/22 Confirmation # IAQQE2CZ7]*

*[stamp: RECEIVED OCT 2 4 REC'D By]*

## Message Center (see reverse side for other information)

- Coming soon: We are excited to announce that a new and improved Aqua website will be launching this summer! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.
- The due date refers to current charges and any deferred payment amount only. If you do not pay your bill on time, your service could be subject to interruption. To ensure proper credit, please remember to provide your full 16-digit account number when paying your bill.

RETURN THIS PORTION WITH YOUR PAYMENT

**AQUA.** An Essential Utilities Company

MAKE CHECK PAYABLE TO:
**Aqua PA**

Account Number
**002373796-0170472**

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue · Bryn Mawr, PA 19010-3489

**Please do not remit payment to the above address**

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **11/10/2022** | **$63.61** |

Cyc=10SD 1up=4013481                    Seq=2179

*****AUTO**MIXED AADC 197 C 7 P 1 2179 1 MB 0.512

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

Amount Enclosed   $ _____ . ____

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

00237379601704720000000063618

D:1-2



AQUA. | An *Essential Utilities Company*

Service To:
**ALPS GROUP LLC**
**419 GLENDALE RD**
**UPPER DARBY, PA 19082-4917**

Account Number
**002373796 0170472**
MAIN DIVISION
1101010    PWSID # PA1460073

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: **877.987.2782**
Fax: **866.780.8292**
**AquaAmerica.com**

Questions about your water service? Contact us before the due date.
Bill Date
**September 19, 2022**

Total Amount Due
**$ 52.79**

Current Charges Due Date
**October 11, 2022**

## Meter Data

| | Meter | Size | Billing Period | Days | Read Type | Meter Readings | | Usage | Units |
|---|---|---|---|---|---|---|---|---|---|
| | 21214158 | 5/8 | 09/15/22 | 31 | Actual | 12200 | | 2,400 | Gallons |
| | | | 08/15/22 | | Actual | 9800 | | | |
| Average Daily Usage = 77 Gallons | | | Total Days: | 31 | | | Total Usage: | 2,400 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill | $ 49.70 |
| Total Payments Received | 49.70 |
| **Remaining Balance** | 0.00 |
| Customer Charge | 20.51 |
| 2,000 gallons @ $0.01305 per gallon | 26.10 |
| Next 400 gallons @ $0.015451 per gallon | 6.18 |
| Total Water Charges | 52.79 |
| **Amount Due** | **$ 52.79** |

## Water Usage History



Read Types: ■ **Actual**  ☐ **Estimated**  ▨ **Customer**

PAID
CHECK NO. Online
AMOUNT 52.79
DATE 10/6/22
Confirmation
AQDEUC4D

RECEIVED
SEP 2 8 REC'D
By

## Message Center (see reverse side for other information)

- Coming soon: We are excited to announce that a new and improved Aqua website will be launching this summer! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.
- The due date refers to current charges and any deferred payment amount only. If you do not pay your bill on time, your service could be subject to interruption. To ensure proper credit, please remember to provide your full 16-digit account number when paying your bill.

### RETURN THIS PORTION WITH YOUR PAYMENT

AQUA. | An *Essential Utilities Company*

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue · Bryn Mawr, PA 19010-3489

MAKE CHECK PAYABLE TO:
**Aqua PA**

Account Number
**002373796-0170472**

**Please do not remit payment to the above address**

DUE DATE
**10/11/2022**

TOTAL AMOUNT DUE
**$52.79**

Cyc=10SD 1up=3955348

Seq=2356

*****AUTO**MIXED AADC 197 C 7 P 1 2356 1 MB 0.512

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

Amount Enclosed  $



**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

0023737960170472000000052791

D:1-2

 **AQUA.** An Essential Utilities Company

Service To:
**ALPS GROUP LLC**
**419 GLENDALE RD**
**UPPER DARBY, PA 19082-4917**

Account Number
**002373796 0170472**
MAIN DIVISION
1101010    PWSID # PA1460073

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: **877.987.2782**
Fax: **866.780.8292**
**AquaAmerica.com**

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **August 17, 2022** | **$ 49.70** | **September 08, 2022** |

## Meter Data

| Meter | Size | Billing Period | Days | Read Type | Meter Readings | Usage | Units |
|---|---|---|---|---|---|---|---|
| 21214158 | 5/8 | 08/15/22 | 31 | Actual | 9800 | 2,200 | Gallons |
| | | 07/15/22 | | Actual | 7600 | | |
| Average Daily Usage = 70 Gallons | | Total Days: | 31 | | Total Usage: | 2,200 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill .......................... | $ 51.25 |
| Total Payments Received .......................... | 51.25 |
| Remaining Balance .......................... | 0.00 |
| Customer Charge.......................... | 20.51 |
| 2,000 gallons @ $0.01305 per gallon.......................... | 26.10 |
| Next 200 gallons @ $0.015451 per gallon.......................... | 3.09 |
| Total Water Charges.......................... | 49.70 |
| **Amount Due**.......................... | **$ 49.70** |

## Water Usage History



Read Types: ■ **Actual** ☐ **Estimated** ▨ **Customer**



*Pd on line*
*9/8/22 $49.70*
*Confirmation*
*AQOEJMFD*

RECEIVED AUG 2 3 REC'D
By

## Message Center (see reverse side for other information)

- Coming soon: We are excited to announce that a new and improved Aqua website will be launching this summer! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.
- The due date refers to current charges and any deferred payment amount only. If you do not pay your bill on time, your service could be subject to interruption. To ensure proper credit, please remember to provide your full 16-digit account number when paying your bill.

RETURN THIS PORTION WITH YOUR PAYMENT

 **AQUA.** An Essential Utilities Company

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue • Bryn Mawr, PA 19010-3489

MAKE CHECK PAYABLE TO:
**Aqua PA**

Account Number
**002373796-0170472**

**Please do not remit payment to the above address**

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **09/08/2022** | **$49.70** |

Cyo=10SD 1up=3898424                    Seq=3001

Amount Enclosed    $ 

*****AUTO**MIXED AADC 197 C 9 P 1 3001 1 MB 0.512

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

002373796017047200000000049706



 An Essential Utilities Company

**Service To:**
ALPS GROUP LLC
419 GLENDALE RD
UPPER DARBY, PA 19082-4917

**Account Number**
**002373796 0170472**
MAIN DIVISION
1101010        PWSID # PA1460073

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: 877.987.2782
Fax: 866.780.8292
AquaAmerica.com

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **July 19, 2022** | **$ 51.25** | **August 10, 2022** |

## Meter Data

| Meter | Size | Billing Period | Days | Read Type | Meter Readings | Usage | Units |
|---|---|---|---|---|---|---|---|
| 21214158 | 5/8 | 07/15/22 | 31 | Actual | 7600 | 2,300 | Gallons |
|  |  | 06/14/22 |  | Actual | 5300 |  |  |

| Average Daily Usage = 74 Gallons | | Total Days: | 31 | | Total Usage: | 2,300 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill | $ 139.43 |
| Total Payments Received | 139.43 |
| **Remaining Balance** | **0.00** |
| Customer Charge | 20.51 |
| 2,000 gallons @ $0.01305 per gallon | 26.10 |
| Next 300 gallons @ $0.015451 per gallon | 4.64 |
| Total Water Charges | 51.25 |
| **Amount Due** | **$ 51.25** |

## Water Usage History



Read Types: ■ Actual  ☐ Estimated  ☐ Customer

 RECEIVED JUL 2 6 REC'D By_____

PAID
CHECK NO. Online
AMOUNT 51.25
DATE 8/12/22

 AQ0EON46

## Message Center (see reverse side for other information)

- Coming soon: We are excited to announce that a new and improved Aqua website will be launching this summer! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.
- The due date refers to current charges and any deferred payment amount only. If you do not pay your bill on time, your service could be subject to interruption. To ensure proper credit, please remember to provide your full 16-digit account number when paying your bill.

RETURN THIS PORTION WITH YOUR PAYMENT

AQUA. An Essential Utilities Company
**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue • Bryn Mawr, PA 19010-3489

MAKE CHECK PAYABLE TO:
**Aqua PA**

**Account Number**
**002373796-0170472**

Please do not remit payment to the above address

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **08/10/2022** | **$51.25** |

Cyc=10SD  1up=3845086            Seq=2332

Amount Enclosed $ _____ . __

*****AUTO**MIXED AADC 197 C 7 P 1 2332 1 MB 0.512

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

002373796017047200000000051257

Pt.2



| | | Service To: | | Account Number |
|---|---|---|---|---|
| | | ALPS GROUP LLC | | **002373796 0170472** |
| | | 419 GLENDALE RD | | MAIN DIVISION |
| | | UPPER DARBY, PA 19082-4917 | | 1101010    PWSID # PA1460073 |

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: **877.987.2782**
Fax: **866.780.8292**
AquaAmerica.com

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **June 16, 2022** | **$ 139.43** | **July 08, 2022** |

## Meter Data

| | Meter | Size | Billing Period | Days | Read Type | Meter Readings | | Usage | Units |
|---|---|---|---|---|---|---|---|---|---|
| | 21214158 | 5/8 | 06/14/22 | 32 | Actual | 5300 | | 2,300 | Gallons |
| | | | 05/13/22 | | Actual | 3000 | | | |
| Average Daily Usage = 71 Gallons | | | Total Days: | 32 | | Total Usage: | | 2,300 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill | $ 91.98 |
| Total Payments Received | 0.00 |
| Remaining Balance | 91.98 |
| Customer Charge | 18.00 |
| 2,000 gallons @ $0.010649 per gallon | 21.30 |
| Next 300 gallons @ $0.012608 per gallon | 3.78 |
| Total Water Charges | 43.08 |
| Late Charge | 1.14 |
| Distribution System Improvement Charge (Water) | 3.23 |
| Amount Due | $ 139.43 |

## Water Usage History



Read Types:  ■ Actual   ☐ Estimated   ▨ Customer

**PAID**
CHECK NO. _____
AMOUNT 139.43
DATE 6/22/22
Confirmation:
HQ0DV91R



JUN 2 2 REC'D

## Message Center (see reverse side for other information)

- Effective January 1, 2022, the allowable water DSIC is 7.50%. The PA Public Utility Commission permits a maximum water DSIC of 7.50%.
- Coming soon: We are excited to announce that a new and improved Aqua website will be launching this summer! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.

---

RETURN THIS PORTION WITH YOUR PAYMENT



**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue · Bryn Mawr, PA 19010-3489

MAKE CHECK PAYABLE TO:
**Aqua PA**

Account Number
**002373796-0170472**

Please do not remit payment to the above address

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **07/08/2022** | **$139.43** |

Cyc=10SD  1up=3785154

Seq=2881

Amount Enclosed    $ _____ . _____

\*\*\*\*\*AUTO\*\*MIXED AADC 197 C 8 P 1 2881 1 MB 0.482

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

0023737960170472000000001 39431



AQUA. An Essential Utilities Company

**Service To:**
ALPS GROUP LLC
8513 LANSDOWNE AVE
UPPER DARBY, PA 19082-5411

**Account Number**
**002373796 0245330**
MAIN DIVISION
1101010    PWSID # PA1460073

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: **877.987.2782**
Fax: **866.780.8292**
**Aquawater.com**

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **May 19, 2023** | **$ 40.00** | **June 12, 2023** |

## Meter Data

| | Meter | Size | Billing Period | Days | Read Type | Meter Readings | | Usage | Units |
|---|---|---|---|---|---|---|---|---|---|
| | 62747246 | 5/8 | 05/17/23 | 29 | Actual | 396900 | | 1,500 | Gallons |
| | | | 04/18/23 | | Actual | 395400 | | | |
| Average Daily Usage = 51 Gallons | | | Total Days: | 29 | | | Total Usage: | 1,500 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill | $ 42.61 |
| Total Payments Received | 42.61 |
| Remaining Balance | 0.00 |
| Customer Charge | 20.51 |
| 1,500 gallons @ $0.01305 per gallon | 19.58 |
| Total Water Charges | 40.09 |
| State Tax Adjustment Surcharge - Water | 0.09 Credit |
| Amount Due | $ 40.00 |

## Water Usage History



Read Types: ■ Actual   □ Estimated   ▨ Customer

PAID
CHECK NO. E-Chelk
AMOUNT $40.00
DATE 6/9/23

AQOH54IDy

RECEIVED
MAY 3 0 RECD
By

## Message Center (see reverse side for other information)

- Effective January 20, 2023, the allowable water State Tax Adjustment Surcharge (STAS) is -0.22%.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquawater.com.
- We are excited to announce that Aqua has a new and improved website that offers user-friendly enhancements and a new look and navigation. Please visit us at www.AquaWater.com. We hope you enjoy the new site!

---

RETURN THIS PORTION WITH YOUR PAYMENT

AQUA. An Essential Utilities Company

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue · Bryn Mawr, PA 19010-3489

MAKE CHECK PAYABLE TO:
**Aqua PA**

**Account Number**
**002373796-0245330**

Please do not remit payment to the above address

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **06/12/2023** | **$40.00** |

Cyc=10SE  1up=4404741                    Seq=4300

Amount Enclosed  $ [ ][ ][ ] . [ ][ ]

*****AUTO**MIXED AADC 197 C 13 P 1 4300 1 MB 0.528

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

002373796024533300000000040002

 An Essential Utilities Company

Service To:
**ALPS GROUP LLC**
**8513 LANSDOWNE AVE**
**UPPER DARBY, PA 19082-5411**

Account Number
**002373796 0245330**
MAIN DIVISION
1101010     PWSID # PA1460073

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: **877.987.2782**
Fax: **866.780.8292**
**Aquawater.com**

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **April 20, 2023** | **$ 42.61** | **May 12, 2023** |

## Meter Data

| | Meter | Size | Billing Period | Days | Read Type | Meter Readings | | Usage | Units |
|---|---|---|---|---|---|---|---|---|---|
| | 62747246 | 5/8 | 04/18/23 03/15/23 | 34 | Actual Actual | 395400 393700 | | 1,700 | Gallons |
| Average Daily Usage = 50 Gallons | | | Total Days: | 34 | | | Total Usage: | 1,700 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill | $ 48.05 |
| Total Payments Received | 48.05 |
| Remaining Balance | 0.00 |
| Customer Charge | 20.51 |
| 1,700 gallons @ $0.01305 per gallon | 22.19 |
| Total Water Charges | 42.70 |
| State Tax Adjustment Surcharge - Water | 0.09 Credit |
| Amount Due | $ 42.61 |

## Water Usage History



Read Types: ■ Actual  ☐ Estimated  ▨ Customer

**PAID**
CHECK NO. *E. Check*
AMOUNT *$42.61*
DATE *4/25/23*
*Confirmation*
*AQOGIO2RE*

## Message Center (see reverse side for other information)

- Effective January 20, 2023, the allowable water State Tax Adjustment Surcharge (STAS) is -0.22%.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquawater.com.
- We are excited to announce that Aqua has a new and improved website that offers user-friendly enhancements and a new look and navigation. Please visit us at www.AquaWater.com. We hope you enjoy the new site!

---

RETURN THIS PORTION WITH YOUR PAYMENT

 An Essential Utilities Company

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue · Bryn Mawr, PA 19010-3489

Please do not remit payment to the above address

MAKE CHECK PAYABLE TO:
**Aqua PA**

Account Number
**002373796-0245330**

RECEIVED
APR 2 4 REC'D
By

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **05/12/2023** | **$42.61** |

Cyc=10SE  1up=4350976                          Seq=34517

***AUTO**ALL FOR AADC 604 C 108 P 3 34517 1 AB 0.504

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

Amount Enclosed  $

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

002373796024533000000000042616



# AQUA. | An Essential Utilities Company

**Service To:**
**ALPS GROUP LLC**
**8513 LANSDOWNE AVE**
**UPPER DARBY, PA 19082-5411**

**Account Number**
**002373796 0245330**
MAIN DIVISION
1101010    PWSID # PA1460073

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

**Toll Free: 877.987.2782**
**Fax: 866.780.8292**
**Aquawater.com**

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **March 17, 2023** | **$ 48.05** | **April 10, 2023** |

## Meter Data

| Meter | Size | Billing Period | Days | Read Type | Meter Readings | Usage | Units |
|---|---|---|---|---|---|---|---|
| 62747246 | 5/8 | 03/15/23 | 28 | Actual | 393700 | | |
| | | 02/15/23 | | Actual | 391600 | 2,100 | Gallons |
| Average Daily Usage = 75 Gallons | | Total Days: | 28 | | Total Usage: | 2,100 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill | $ 66.55 |
| Total Payments Received | 66.55 |
| Remaining Balance | 0.00 |
| Customer Charge | 20.51 |
| 2,000 gallons @ $0.01305 per gallon | 26.10 |
| Next 100 gallons @ $0.015451 per gallon | 1.55 |
| Total Water Charges | 48.16 |
| State Tax Adjustment Surcharge - Water | 0.11 Credit |
| Amount Due | $48.05 |

## Water Usage History

Average Daily Usage In Gallons — Jan 23, Feb 23, Mar 23

Read Types: ■ Actual ☐ Estimated ☐ Customer

PAID
CHECK NO. ___ ACH-online
AMOUNT ___ $48.05
DATE ___ 4/6/23    AQ061904

## Message Center (see reverse side for other information)

- Effective January 20, 2023, the allowable water State Tax Adjustment Surcharge (STAS) is -0.22%.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.
- We are excited to announce that Aqua has a new and improved website that offers user-friendly enhancements and a new look and navigation. Please visit us at www.AquaWater.com. We hope you enjoy the new site!

RETURN THIS PORTION WITH YOUR PAYMENT

# AQUA. | An Essential Utilities Company

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue · Bryn Mawr, PA 19010-3489

Please do not remit payment to the above address

Cyc=10SE  1up=4288122    Seq=2157

*****AUTO**MIXED AADC 197 C 7 P 1 2157 1 MB 0.528

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

MAKE CHECK PAYABLE TO:
**Aqua PA**

RECEIVED
MAR 2 7 REC'D
By

**Account Number**
**002373796-0245330**

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **04/10/2023** | **$48.05** |

Amount Enclosed  $

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279



002373796024533000000000048059

 An Essential Utilities Company

**Service To:**
ALPS GROUP LLC
8513 LANSDOWNE AVE
UPPER DARBY, PA 19082-5411

**Account Number**
**002373796 0245330**
MAIN DIVISION
1101010        PWSID # PA1460073

Aqua Pennsylvania, Inc.
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: **877.987.2782**
Fax: **866.780.8292**
**AquaAmerica.com**

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **December 19, 2022** | **$ 20.51** | **January 10, 2023** |

## Meter Data

| | Meter | Size | Billing Period | Days | Read Type | Meter Readings | | Usage | Units |
|---|---|---|---|---|---|---|---|---|---|
| | 62747246 | 5/8 | 12/15/22 | 29 | Actual | 387600 | | 0 | Gallons |
| | | | 11/16/22 | | Actual | 387600 | | | |
| | | | Total Days: | 29 | | | Total Usage: | 0 | Gallons |

## Billing Detail

| | | |
|---|---|---|
| Amount Owed from Last Bill ............................................ | $ 26.09 | |
| Total Payments Received ............................................... | 26.09 | |
| Remaining Balance ........................................................ | 0.00 | |
| Customer Charge............................................ | 20.51 | |
| Total Water Charges....................................... | 20.51 | |
| Amount Due...................................................... | **$ 20.51** | |

RECEIVED
DEC 2 7 REC'D
By _____

PAID
CHECK NO. _____
AMOUNT _____
DATE _____

## Message Center (see reverse side for other information)

- Coming soon: We are excited to announce that a new and improved Aqua website will be launching soon! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.
- The due date refers to current charges and any deferred payment amount only. If you do not pay your bill on time, your service could be subject to interruption. To ensure proper credit, please remember to provide your full 16-digit account number when paying your bill.

RETURN THIS PORTION WITH YOUR PAYMENT

 An Essential Utilities Company

Aqua Pennsylvania, Inc.
762 W. Lancaster Avenue • Bryn Mawr, PA 19010-3489

MAKE CHECK PAYABLE TO:
**Aqua PA**

**Account Number**
**002373796-0245330**

Please do not remit payment to the above address

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **01/10/2023** | **$20.51** |

Cyc=10SE  1up=4122248                              Seq=1914

Amount Enclosed  $ ☐☐☐.☐☐

*****AUTO**MIXED AADC 197 C 6 P 1 1914 1 MB 0.512

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279



002373796024533000000000020514



**Service To:**
ALPS GROUP LLC
8513 LANSDOWNE AVE
UPPER DARBY, PA 19082-5411

**Account Number**
**002373796 0245330**
MAIN DIVISION
1101010   PWSID # PA1460073

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: 877.987.2782
Fax: 866.780.8292
AquaAmerica.com

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **February 17, 2023** | **$ 66.55** | **March 13, 2023** |

## Meter Data

| Meter | Size | Billing Period | Days | Read Type | Meter Readings | Usage | Units |
|---|---|---|---|---|---|---|---|
| 62747246 | 5/8 | 02/15/23 01/17/23 | 29 | Actual Actual | 391600 388300 | 3,300 | Gallons |
| Average Daily Usage = 113 Gallons | | Total Days: | 29 | | Total Usage: | 3,300 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill ............................ | $ 29.65 |
| Total Payments Received ............................... | 29.65 |
| Remaining Balance ...................................... | 0.00 |
| Customer Charge ........................................ | 20.51 |
| 2,000 gallons @ $0.01305 per gallon.............. | 26.10 |
| Next 1,300 gallons @ $0.015451 per gallon...... | 20.09 |
| Total Water Charges..................................... | 66.70 |
| State Tax Adjustment Surcharge - Water ............ | 0.15 Credit |
| Amount Due............................................... | $ 66.55 |

## Water Usage History



Read Types: ■ **Actual**  □ **Estimated**  ■ **Customer**

PAID
CHECK NO. _____
AMOUNT 66.55
DATE 3/3/23

ADDGGJ3P

RECEIVED
FEB 27 RECD
By

## Message Center (see reverse side for other information)

- Effective January 20, 2023, the allowable water State Tax Adjustment Surcharge (STAS) is -0.22%.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.
- We are excited to announce that Aqua has a new and improved website that offers user-friendly enhancements and a new look and navigation. Please visit us at www.AquaWater.com. We hope you enjoy the new site!

---

RETURN THIS PORTION WITH YOUR PAYMENT



**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue · Bryn Mawr, PA 19010-3489

MAKE CHECK PAYABLE TO:
**Aqua PA**

**Account Number**
**002373796-0245330**

**Please do not remit payment to the above address**

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **03/13/2023** | **$66.55** |

Cyc=10SE  1up=4235902                    Seq=1673

Amount Enclosed  **$** ☐☐☐.☐☐

*****AUTO**MIXED AADC 197 C 5 P 1 1673 1 MB 0.528

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

00237379602453300000000066555



**Service To:**
ALPS GROUP LLC
8513 LANSDOWNE AVE
UPPER DARBY, PA 19082-5411

**Account Number**
002373796 0245330

MAIN DIVISION
1101010   PWSID # PA1460073

Aqua Pennsylvania, Inc.
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: 877.987.2782
Fax: 866.780.8292
AquaAmerica.com

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| January 19, 2023 | $ 29.65 | February 10, 2023 |

## Meter Data

| Meter | Size | Billing Period | Days | Read Type | Meter Readings | Usage | Units |
|---|---|---|---|---|---|---|---|
| 62747246 | 5/8 | 01/17/23 | 33 | Actual | 388300 | | |
| | | 12/15/22 | | Actual | 387600 | 700 | Gallons |
| Average Daily Usage = 21 Gallons | | Total Days: | 33 | | Total Usage: | 700 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill | $ 20.51 |
| Total Payments Received | 20.51 |
| Remaining Balance | 0.00 |
| Customer Charge | 20.51 |
| 700 gallons @ $0.01305 per gallon | 9.14 |
| Total Water Charges | 29.65 |
| Amount Due | $ 29.65 |

## Water Usage History



Read Types:  ■ Actual  □ Estimated  ▨ Customer

PAID
CHECK NO. _____
AMOUNT _29.65_
DATE _2/10/23_

AQ042HG6

## Message Center (see reverse side for other information)

- Coming soon: We are excited to announce that a new and improved Aqua website will be launching soon! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.
- The due date refers to current charges and any deferred payment amount only. If you do not pay your bill on time, your service could be subject to interruption. To ensure proper credit, please remember to provide your full 16-digit account number when paying your bill.

RETURN THIS PORTION WITH YOUR PAYMENT



AQUA. *An Essential Utilities Company*

Aqua Pennsylvania, Inc.
762 W. Lancaster Avenue • Bryn Mawr, PA 19010-3489

**MAKE CHECK PAYABLE TO:**
Aqua PA

**Account Number**
002373796-0245330

Please do not remit payment to the above address

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| 02/10/2023 | $29.65 |

Cyc=10SE  1up=4181912                    Seq=4322

*****AUTO**MIXED AADC 197 C 13 P 1 4322 1 MB 0.512

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

Amount Enclosed  $ _____.___

AQUA PENNSYLVANIA
PO BOX 70279
PHILADELPHIA PA 19176-0279

002373796024533000000000029659

D:1-4

# AQUA. An Essential Utilities Company

Service To:
**ALPS GROUP LLC**
**8513 LANSDOWNE AVE**
**UPPER DARBY, PA 19082-5411**

Account Number
**002373796 0245330**
MAIN DIVISION
1101010    PWSID # PA1460073

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: **877.987.2782**
Fax: **866.780.8292**
**AquaAmerica.com**

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **November 18, 2022** | **$ 26.09** | **December 12, 2022** |

## Meter Data

| Meter | Size | Billing Period | Days | Read Type | Meter Readings | Usage | Units |
|---|---|---|---|---|---|---|---|
| 62747246 | 5/8 | 11/16/22 | 30 | Actual | 387600 | 0 | Gallons |
| | | 10/17/22 | | Actual | 387600 | | |
| | | Total Days: | 30 | | Total Usage: | 0 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill ................................................. | $ 58.97 |
| Total Payments Received ...................................................... | 58.97 |
| Remaining Balance................................................................ | 0.00 |
| Customer Charge..................................................................... | 20.51 |
| Total Water Charges............................................................... | 20.51 |
| May/June Rate Case Adjustment - Water ........................... | 9.47 |
| May/June DSIC Adjustment - Water ..................................... | 3.89  Credit |
| Amount Due.............................................................................. | $ 26.09 |



Pd 12/12/22
$26.09
Confirmation
AQ0ff44m

RECEIVED
NOV 2 9 REC'D
by _____

## Message Center (see reverse side for other information)

- Your bill may contain a Rate Case Adjustment and Distribution System Improvement Charge Credit. They reflect an adjustment for the period between when Aqua's new rates were effective on 5.19.2022 and when they were implemented, 6.20.2022. Learn more at https://www.aquaamerica.com/our-states/pennsylvania
- Coming soon: We are excited to announce that a new and improved Aqua website will be launching soon! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.

---

RETURN THIS PORTION WITH YOUR PAYMENT

## AQUA. An Essential Utilities Company

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue • Bryn Mawr, PA 19010-3489

**Please do not remit payment to the above address**

MAKE CHECK PAYABLE TO:
**Aqua PA**

Account Number
**002373796-0245330**

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **12/12/2022** | **$26.09** |

Cyc=10SE  1up=4089499                                    Seq=4007

*****AUTO**MIXED AADC 197 C 9 P 1 4007 1 MB 0.512

ɪlᴧɪɪlɪˡɪɪɪʳʳᴧɪɪlᴧˡˡᵐᵐˡᴧɪ|ɪɪlɪˡᴧlɪɪɪˡɪˡʳˡᴧɪlᴧˡᴧˡ

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

Amount Enclosed   $

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

ɪᴧlɪlᴧ|ɪɪɪʳˡ|ᴧˡʳˡᴧˡᴧˡ|ɪᴧlʳˡᴧlɪᴧlɪᴧɪɪ||ˡʳᴧˡᴧɪ|ᴧ||ɪˡᴧlᴧ

002373796024533000000000026091



**AQUA.** An Essential Utilities Company

**Service To:**
ALPS GROUP LLC
8513 LANSDOWNE AVE
UPPER DARBY, PA 19082-5411

**Account Number**
**002373796 0245330**
MAIN DIVISION
1101010      PWSID # PA1460073

Aqua Pennsylvania, Inc.
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: **877.987.2782**
Fax: **866.780.8292**
**AquaAmerica.com**

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **October 19, 2022** | **$ 58.97** | **November 10, 2022** |

## Meter Data

| | Meter | Size | Billing Period | Days | Read Type | Meter Readings | | Usage | Units |
|---|---|---|---|---|---|---|---|---|---|
| | 62747246 | 5/8 | 10/17/22 | 31 | Actual | 387600 | | 2,800 | Gallons |
| | | | 09/16/22 | | Actual | 384800 | | | |
| Average Daily Usage = 90 Gallons | | | Total Days: | 31 | | | Total Usage: | 2,800 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill ......................... | $ 62.06 |
| Total Payments Received ............................ | 62.06 |
| Remaining Balance .................................. | 0.00 |
| Customer Charge.................................... | 20.51 |
| 2,000 gallons @ $0.01305 per gallon.............. | 26.10 |
| Next 800 gallons @ $0.015451 per gallon.......... | 12.36 |
| Total Water Charges................................ | 58.97 |
| Amount Due........................................ | $ 58.97 |

## Water Usage History



Read Types: ■ **Actual**   □ **Estimated**   ▨ **Customer**



Pd online
$58.97
10/27/22
Confirmation #
IAQ0EZ6R2

## Message Center (see reverse side for other information)

- Coming soon: We are excited to announce that a new and improved Aqua website will be launching this summer! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.
- The due date refers to current charges and any deferred payment amount only. If you do not pay your bill on time, your service could be subject to interruption. To ensure proper credit, please remember to provide your full 16-digit account number when paying your bill.

---

RETURN THIS PORTION WITH YOUR PAYMENT

**AQUA.** An Essential Utilities Company

Aqua Pennsylvania, Inc.
762 W. Lancaster Avenue • Bryn Mawr, PA 19010-3489

MAKE CHECK PAYABLE TO:
**Aqua PA**

**Account Number**
**002373796-0245330**

Please do not remit payment to the above address

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **11/10/2022** | **$58.97** |

Cyc=10SE 1up=4013481                Seq=2182

Amount Enclosed  $ 

*****AUTO**MIXED AADC 197 C 7 P 1 2182 1 MB 0.512

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

1 of 1

231200

002373796024533000000000058975



**AQUA.** An Essential Utilities Company

Service To:
**ALPS GROUP LLC**
**8513 LANSDOWNE AVE**
**UPPER DARBY, PA 19082-5411**

Account Number
**002373796 0245330**
MAIN DIVISION
1101010       PWSID # PA1460073

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: **877.987.2782**
Fax: **866.780.8292**
**AquaAmerica.com**

Questions about your water service? Contact us before the due date.
Bill Date | Total Amount Due | Current Charges Due Date
**September 20, 2022 $ 62.06** | **October 12, 2022**

### Meter Data

| Meter | Size | Billing Period | Days | Read Type | Meter Readings | Usage | Units |
|---|---|---|---|---|---|---|---|
| 62747246 | 5/8 | 09/16/22 | 31 | Actual | 384800 | 3,000 | Gallons |
| | | 08/16/22 | | Actual | 381800 | | |

Average Daily Usage = 96 Gallons  Total Days:  31   Total Usage:  3,000  Gallons

### Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill | $ 45.31 |
| Total Payments Received | 45.31 |
| Remaining Balance | 0.00 |
| Customer Charge | 20.51 |
| 2,000 gallons @ $0.01305 per gallon | 26.10 |
| Next 1,000 gallons @ $0.015451 per gallon | 15.45 |
| Total Water Charges | 62.06 |
| Amount Due | $ 62.06 |

### Water Usage History



Read Types:  ■ **Actual**   □ **Estimated**   ▨ **Customer**

CHECK NO. __PAID__ online
AMOUNT __101.17.22__
DATE __Confirmation__ __AQDEU2YP__

RECEIVED SEP 30 REC'D By

**Message Center** (see reverse side for other information)
- Coming soon: We are excited to announce that a new and improved Aqua website will be launching this summer! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.
- The due date refers to current charges and any deferred payment amount only. If you do not pay your bill on time, your service could be subject to interruption. To ensure proper credit, please remember to provide your full 16-digit account number when paying your bill.

RETURN THIS PORTION WITH YOUR PAYMENT

**AQUA.** An Essential Utilities Company

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue · Bryn Mawr, PA 19010-3489

MAKE CHECK PAYABLE TO:
**Aqua PA**

Account Number
**002373796-0245330**

Please do not remit payment to the above address

Cyc=10SE  1up=3959790               Seq=4242

DUE DATE
**10/12/2022**


TOTAL AMOUNT DUE
**$62.06**

Amount Enclosed $ ☐☐☐.☐☐

*****AUTO**MIXED AADC 197 C 13 P 1 4242 1 MB 0.512

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

00237379602453300000000062069



**Service To:**
ALPS GROUP LLC
8513 LANSDOWNE AVE
UPPER DARBY, PA 19082-5411

**Account Number**
## 002373796 0245330
MAIN DIVISION
1101010    PWSID # PA1460073

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: 877.987.2782
Fax: 866.780.8292
AquaAmerica.com

Questions about your water service? Contact us before the due date.

| Bill Date | Total Amount Due | Current Charges Due Date |
|---|---|---|
| **August 18, 2022** | **$ 45.31** | **September 09, 2022** |

### Meter Data

| Meter | Size | Billing Period | Days | Read Type | Meter Readings | Usage | Units |
|---|---|---|---|---|---|---|---|
| 62747246 | 5/8 | 08/16/22 | 29 | Actual | 381800 | 1,900 | Gallons |
| | | 07/18/22 | | Actual | 379900 | | |

| Average Daily Usage = 65 Gallons | Total Days: | 29 | | Total Usage: | 1,900 | Gallons |
|---|---|---|---|---|---|---|

### Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill ............................ | $ 64.32 |
| Total Payments Received ............................... | 64.32 |
| **Remaining Balance** .................................... | **0.00** |
| Customer Charge............................................ | 20.51 |
| 1,900 gallons @ $0.01305 per gallon.............. | 24.80 |
| Total Water Charges....................................... | 45.31 |
| **Amount Due**................................................... | **$ 45.31** |

### Water Usage History



Read Types:  ■ **Actual**   □ **Estimated**   ■ **Customer**

*[Handwritten: Pd online 9/8/22 $45.31 Confirmation HQDEJKG7]*

*[Stamp: RECEIVED AUG 2 3 REC'D By]*

### Message Center (see reverse side for other information)

- Coming soon: We are excited to announce that a new and improved Aqua website will be launching this summer! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.
- The due date refers to current charges and any deferred payment amount only. If you do not pay your bill on time, your service could be subject to interruption. To ensure proper credit, please remember to provide your full 16-digit account number when paying your bill.

---

RETURN THIS PORTION WITH YOUR PAYMENT



**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue • Bryn Mawr, PA 19010-3489

MAKE CHECK PAYABLE TO:
**Aqua PA**

**Account Number**
## 002373796-0245330

Please do not remit payment to the above address

Cyc=10SE  1up=3900447                    Seq=1116

| DUE DATE | TOTAL AMOUNT DUE |
|---|---|
| **09/09/2022** ▸ | **$45.31** |

Amount Enclosed   $ [    ] . [    ]

*****AUTO**MIXED AADC 197 C 4 P 1 1118 1 MB 0.512

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

0023737960245330000000000045310

D:1-2



| | Service To:<br>**ALPS GROUP LLC**<br>**8513 LANSDOWNE AVE**<br>**UPPER DARBY, PA 19082-5411** | Account Number<br>**002373796 0245330**<br>MAIN DIVISION<br>1101010    PWSID # PA1460073 |

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Toll Free: **877.987.2782**
Fax: **866.780.8292**
**AquaAmerica.com**

Questions about your water service? Contact us before the due date.

| Bill Date<br>**June 16, 2022** | Total Amount Due<br>**$ 163.30** | Current Charges Due Date<br>**July 08, 2022** |

## Meter Data

| | Meter | Size | Billing Period | Days | Read Type | Meter Readings | | Usage | Units |
|---|---|---|---|---|---|---|---|---|---|
| | 62747246 | 5/8 | 06/15/22<br>05/16/22 | 30 | Actual<br>Actual | 376800<br>373800 | | 3,000 | Gallons |
| Average Daily Usage = 100 Gallons | | | Total Days: | 30 | | | Total Usage: | 3,000 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill | $ 106.18 |
| Total Payments Received | 0.00 |
| Remaining Balance | 106.18 |
| Customer Charge | 18.00 |
| 2,000 gallons @ $0.010649 per gallon | 21.30 |
| Next 1,000 gallons @ $0.012608 per gallon | 12.61 |
| Total Water Charges | 51.91 |
| Late Charge | 1.32 |
| Distribution System Improvement Charge (Water) | 3.89 |
| Amount Due | $ 163.30 |

## Water Usage History



Read Types: ■ **Actual**  ☐ **Estimated**  ▨ **Customer**



PAID
CHECK NO. _Online_
AMOUNT _163.30_
DATE _6/22/22_
Confirmation:
AQ0DVC9Q

RECEIVED
JUN 2 2 REC'D
By _____

## Message Center (see reverse side for other information)

- Effective January 1, 2022, the allowable water DSIC is 7.50%. The PA Public Utility Commission permits a maximum water DSIC of 7.50%.
- Coming soon: We are excited to announce that a new and improved Aqua website will be launching this summer! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.

---

RETURN THIS PORTION WITH YOUR PAYMENT



MAKE CHECK PAYABLE TO:
**Aqua PA**

Account Number
**002373796-0245330**

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue · Bryn Mawr, PA 19010-3489

**Please do not remit payment to the above address**

| DUE DATE<br>**07/08/2022** | TOTAL AMOUNT DUE<br>**$163.30** |

Cyc=10SE  1up=3785154                    Seq=2883

Amount Enclosed  **$** ☐☐☐☐ . ☐☐

*****AUTO**MIXED AADC 197 C 8 P 1 2883 1 MB 0.482

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279



002373796024533000000000163307



| Service To: | Account Number |
|---|---|
| ALPS GROUP LLC<br>8513 LANSDOWNE AVE<br>UPPER DARBY, PA 19082-5411 | **002373796 0245330**<br>MAIN DIVISION<br>1101010      PWSID # PA1460073 |

| Aqua Pennsylvania, Inc.<br>762 W. Lancaster Avenue<br>Bryn Mawr, PA 19010-3489 | Toll Free: 877.987.2782<br>Fax: 866.780.8292<br>AquaAmerica.com | Questions about your water service? Contact us before the due date. |  |  |
|---|---|---|---|---|
|  |  | **Bill Date**<br>July 20, 2022 | **Total Amount Due**<br>$ 64.32 | **Current Charges Due Date**<br>August 11, 2022 |

## Meter Data

| | Meter | Size | Billing Period | Days | Read Type | Meter Readings | | Usage | Units |
|---|---|---|---|---|---|---|---|---|---|
| | 62747246 | 5/8 | 07/18/22<br>06/15/22 | 33 | Actual<br>Actual | 379900<br>376800 | | 3,100 | Gallons |
| Average Daily Usage = 93 Gallons | | | Total Days: | 33 | | | Total Usage: | 3,100 | Gallons |

## Billing Detail

| | |
|---|---|
| Amount Owed from Last Bill .................... | $ 163.30 |
| Total Payments Received ........................ | 163.30 |
| Remaining Balance ................................. | 0.00 |
| Customer Charge..................................... | 20.51 |
| 2,000 gallons @ $0.01305 per gallon............ | 26.10 |
| Next 1,100 gallons @ $0.015451 per gallon........... | 17.00 |
| Total Water Charges................................ | 63.61 |
| Late Charge............................................ | 0.71 |
| Amount Due............................................ | $ 64.32 |

### Water Usage History



Read Types: ■ **Actual**   ☐ **Estimated**   ▨ **Customer**

PAID
Online
CHECK NO.
AMOUNT  64.32
DATE  8/12/22
ACDEC642

## Message Center (see reverse side for other information)

- Coming soon: We are excited to announce that a new and improved Aqua website will be launching this summer! The new site will offer user-friendly enhancements and a new look. More details will be shared soon.
- Would you like to quickly and easily learn important information about your water? Please let us know how you want to be contacted via our new automated notification system by clicking on the WaterSmart Alerts button at www.aquaamerica.com.
- The due date refers to current charges and any deferred payment amount only. If you do not pay your bill on time, your service could be subject to interruption. To ensure proper credit, please remember to provide your full 16-digit account number when paying your bill.

RETURN THIS PORTION WITH YOUR PAYMENT

AQUA. An Essential Utilities Company
Aqua Pennsylvania, Inc.
762 W. Lancaster Avenue • Bryn Mawr, PA 19010-3489

MAKE CHECK PAYABLE TO:
**Aqua PA**

Account Number
**002373796-0245330**

Please do not remit payment to the above address

| DUE DATE<br>**08/11/2022** | ▶ | TOTAL AMOUNT DUE<br>**$64.32** |
|---|---|---|

Cyc=10SE 1up=3847127                          Seq=1601

*****AUTO**MIXED AADC 197 C 6 P 1 1601 1 MB 0.512

ԿՈւԿՈւԿԿԿԿԿՈւ||ԿԿԿԿԿԿԿԿ||

ALPS GROUP LLC
8779 W LARAWAY RD
FRANKFORT IL 60423-9704

Amount Enclosed  $ [ ][ ].[ ][ ]

**AQUA PENNSYLVANIA**
PO BOX 70279
PHILADELPHIA PA 19176-0279

ԿՈւԿԿՈւ||ԿՈւԿՈւ||ԿԿՈւ||ԿԿ||Կ

002373796024533000000000064325

WORK ORDERS



8779 W Laraway Rd
Frankfort, IL 60423
(815) 469-3800

## CUSTOMER
599 Timberlake Road
Upper Darby, PA

Invoice #  6066

Invoice Date  03/20/23

Due Date

| Item | Description | Unit Price | Quantity | Amount |
|------|-------------|------------|----------|--------|
| Service | Purchase and install a new corner kitchen cabinet. Labor and materials are included | | | $625.00 |

**NOTES:**

| | |
|---|---|
| Total Amount Deposit | $.00 |
| Balance Due Upon Completion | $625 .00 |



8779 W Laraway Rd
Frankfort, IL 60423
(815) 469-3800

## CUSTOMER
8513 Lansdowne Ave
Upper Darby, PA

Invoice #   910817

Invoice Date   05/02/23

Due Date

| Item | Description | Unit Price | Quantity | Amount |
|------|-------------|------------|----------|--------|
| Service : | Change locks. Including prep work, purchase new lock and installation and labor | | | $325.00 |

**NOTES:**

| | |
|---|---|
| **Total Amount Deposit** | $ |
| **Balance Due Upon Completion** | $325.00 |



8779 W Laraway Rd
Frankfort, IL 60423
(815) 469-3800

**CUSTOMER**
245 Burmont Road
Upper Darby, PA

Invoice #   800739

Invoice Date   05/02/23

Due Date

| Item | Description | Unit Price | Quantity | Amount |
|------|-------------|------------|----------|--------|
| Service : | Clean up trash that was dumped in front and back yard at property. Includes labor and haul away of bricks and construction material that was dumped at property | | | $525.00 |

| NOTES: | | Total Amount | $ |
|--------|--|--------------|---|
| | | Deposit | |
| | | Balance Due Upon Completion | $525.00 |



**ALPS**GROUP

8779 W Laraway Rd
Frankfort, IL 60423
(815) 469-3800

### CUSTOMER
419 Glendale Road
Upper Darby, PA

Invoice #   781

Invoice Date   05/18/23

Due Date

| Item | Description | Unit Price | Quantity | Amount |
|------|-------------|-----------|----------|--------|
| Service : | Repair hot water line leak | | | $3,380.00 |
| | Repair cold water line leak | | | |
| | Repair sewer line the feeds shower | | | |
| | Repair sewer line leak | | | |
| | Total includes materials, labor, and prep work | | | |

| NOTES: | | | |
|--------|--|--|--|
| | Total Amount Deposit | | $000.00 |
| | Balance Due Upon Completion | | $3,380.00 |



**ALPSGROUP**

8779 W Laraway Rd
Frankfort, IL 60423
(815) 469-3800

### CUSTOMER
599 Glendale Road
Upper Darby, PA

Invoice #   92094

Invoice Date   05/22/23

Due Date

| Item | Description | Unit Price | Quantity | Amount |
|------|-------------|------------|----------|--------|
| Service : | Install new breaker | | | $720.00 |
| | Install new switch | | | |
| | Install new GFCI's | | | |
| | Install new white bathroom light fixture | | | |
| | Replace outdated wiring to light | | | |

| NOTES: | | |
|--------|--|--|
| | Total Amount Deposit | $000.00 |
| | Balance Due Upon Completion | $720.00 |



8779 W Laraway Rd
Frankfort, IL 60423
(815) 469-3800

## CUSTOMER
2131 Brighton Street
Philadelphia, PA

Invoice #        6222

Invoice Date     5/10/23

Due Date

| Item | Description | Unit Price | Quantity | Amount |
|------|-------------|-----------|----------|--------|
| | Hire plumber to handle water leaking issue at property. | | | $650.00 |

**NOTES:**

| Total Amount | $.00 |
|--------------|------|
| Balance Due | $650.00 |



8779 W Laraway Rd
Frankfort, IL 60423
(815) 469-3800

## CUSTOMER
2131 Brighton St
Philadelphia, PA

| | |
|---|---|
| Invoice # | 6118 |
| Invoice Date | 12/07/22 |
| Due Date | 12/14/22 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | Install new garbage disposal. Install new door in basement. Install new window on second floor. Install new toilet. Repair dor. Install new sink cabinet. Install new panels in bathtub walls. Repair bathtub floor. | | | $3,700.00 |

**NOTES:**

| | |
|---|---|
| Total Amount | $3,700.00 |
| Balance Due | $3,700.00 |

RECEIVER INVOICES

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
NO. CV-2020-008284
PNC

**SHIP TO**
NO. CV-2020-008284
PNC

**INVOICE 125560**

**DATE** 03/31/2022

**DUE DATE** 04/30/2022

**SHIP DATE**
04/18/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/01/2022 | Management | Setup Fee | 1 | 1,275.00 | 1,275.00 |
| 03/21/2022 | Receiver | Reviewed file and documentation being received by PM. | 2.25 | 250.00 | 562.50 |
| 03/21/2022 | Copy Charges | Copy charge. | 53 | 0.50 | 26.50 |
| 03/21/2022 | Postage | 11 reg mail, 11 cert mail. (286) | 1 | 135.50 | 135.50 |
| 03/21/2022 | Administration | 1.5 hours (2 people) for mailing. | 1.50 | 55.00 | 82.50 |
| 03/22/2022 | Receiver | Printed up orders and went to bank to setup account for receivership. | 0.75 | 250.00 | 187.50 |
| 03/22/2022 | Copy Charges | Copy charge. | 11 | 0.50 | 5.50 |
| 03/22/2022 | Receiver | Reviewed notice regarding shutoff on water for tenant.  Discuss with council. | 0.75 | 250.00 | 187.50 |
| 03/23/2022 | Receiver | Reviewed documentation on shutoff on water and correspondence.. Drafted email to all parties on information request. | 1.25 | 250.00 | 312.50 |
| 03/25/2022 | Receiver | Acquired documents with review from previous PM. | 2 | 250.00 | 500.00 |
| 03/28/2022 | Receiver | Requested documentation and funds to review. | 0.50 | 250.00 | 125.00 |
| 03/30/2022 | Receiver | Reviewed status on properties and document. Discussed with departments. | 0.75 | 250.00 | 187.50 |
| 03/31/2022 | Accounting | Finalize account setup at Chase Bank | 1 | 110.00 | 110.00 |

| TOTAL DUE | $3,697.50 |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Clifton Heights - 37 Walnut St
PNC

**SHIP TO**
Clifton Heights - 37 Walnut St
37 Walnut St.
Clifton Heights, PA

**INVOICE 125739**

**DATE** 03/31/2022

**DUE DATE** 04/30/2022

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Drexel Hill - 4690 State Rd.
PNC

**SHIP TO**
Drexel Hill - 4690 State Rd.
4690 State Rd.
Drexel Hill, PA

**INVOICE 125741**

**DATE** 03/31/2022

**DUE DATE** 04/30/2022

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 245 Burmont Rd
PNC

**SHIP TO**
Upper Darby - 245 Burmont Rd
245 Burmont Rd.
Upper Darby, PA

**INVOICE 125743**

**DATE** 03/31/2022

**DUE DATE** 04/30/2022

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 347 Avon Rd.
PNC

**SHIP TO**
Upper Darby - 347 Avon Rd.
347 Avon Rd.
Upper Darby, PA

**INVOICE 125745**

**DATE** 03/31/2022

**DUE DATE** 04/30/2022

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 355 Avon Rd.
PNC

**SHIP TO**
Upper Darby - 355 Avon Rd.
355 Avon Rd.
Upper Darby, PA

**INVOICE 125747**

**DATE** 03/31/2022

**DUE DATE** 04/30/2022

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO | |
|---------|---------|---|
| Upper Darby - 412 Long Ave - Unit 1 & 2 PNC | Upper Darby - 412 Long Ave - Unit 1 & 2 412 Long Ave. Upper Darby, PA | |

**INVOICE 125750**

**DATE** 03/31/2022

**DUE DATE** 04/30/2022

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 400.00 | 400.00 |

| TOTAL DUE | $400.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 418 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 418 Timberlake
Rd.
418 Timberlake Rd.
Upper Darby, PA

**INVOICE 125752**

**DATE** 03/31/2022

**DUE DATE** 04/30/2022

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 419 Glendale Rd.
PNC

**SHIP TO**
Upper Darby - 419 Glendale Rd.
419 Glendale Rd.
Upper Darby, PA

**INVOICE 125754**

**DATE** 03/31/2022

**DUE DATE** 04/30/2022

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 526 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 526 Timberlake
Rd.
526 Timberlake Rd.
Upper Darby

**INVOICE 125756**

**DATE** 03/31/2022

**DUE DATE** 04/30/2022

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 599 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 599 Timberlake
Rd.
599 Timberlake Rd.
Upper Darby, PA

**INVOICE 125758**

**DATE** 03/31/2022

**DUE DATE** 04/30/2022

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 8513 Lansdowne Ave.
PNC

**SHIP TO**
Upper Darby - 8513 Lansdowne Ave.
8513 Lansdowne Ave.
Upper Darby, PA

**INVOICE 125761**

**DATE** 03/31/2022

**DUE DATE** 04/30/2022

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Philadelphia - 40 E. Rittenhouse
St.
PNC

**SHIP TO**
Philadelphia - 40 E. Rittenhouse
St.
40 E. Rittenhouse St.
Philadelphia, PA

**INVOICE 125736**

**DATE** 03/31/2022

**DUE DATE** 04/30/2022

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Philadelphia - 2131 Brighton St.
PNC

**SHIP TO**
Philadelphia - 2131 Brighton St.
2131 Brighton St.
Philadelphia, PA

**INVOICE 125735**

**DATE** 03/31/2022

**DUE DATE** 04/30/2022

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

| BILL TO | SHIP TO | INVOICE 125559 |
|---------|---------|----------------|
| No. 00225 | No. 00225 | |
| PNC | PNC | **DATE** 03/31/2022 |
| | | **DUE DATE** 04/30/2022 |

**SHIP DATE**
04/18/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 03/01/2022 | Management | Setup Fee | 1 | 225.00 | 225.00 |
| 03/11/2022 | Receiver | Reviewed case on appointment of receivership. | 1.25 | 250.00 | 312.50 |
| 03/11/2022 | Receiver | Contacted previous PM to discuss transferring of properties. Requested documentation. | 1 | 250.00 | 250.00 |
| 03/12/2022 | Receiver | Review file and received documents for case. Various correspondence sent. | 2.50 | 250.00 | 625.00 |
| 03/14/2022 | Receiver | Preparation for Op meeting to discuss turnover. | 1.50 | 250.00 | 375.00 |
| 03/14/2022 | Receiver | Meeting with different departments to go over all details on the receivership. conduct meeting with team. | 1.50 | 250.00 | 375.00 |
| 03/15/2022 | Administration | Prepare letters for mailing | 0.50 | 55.00 | 27.50 |
| 03/15/2022 | Postage | 2 reg mail, 2 cert mail (52) | 1 | 167.20 | 167.20 |
| 03/16/2022 | Receiver | Coordination on notification to tenants and PM. | 1.25 | 250.00 | 312.50 |
| 03/16/2022 | Receiver | Request for bond and process documentation for bond. Various correspondence. | 1 | 250.00 | 250.00 |
| 03/16/2022 | Copy Charges | Copy charge. | 23 | 0.50 | 11.50 |
| 03/17/2022 | Receiver | Bond request with documentation. forwarded to be filed with the court. | 0.75 | 250.00 | 187.50 |
| 03/18/2022 | Receiver | Correspondence for service list to attorney and research file for notices. | 0.75 | 250.00 | 187.50 |
| 03/18/2022 | Receiver | Reviewed court documents. | 0.75 | 250.00 | 187.50 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/18/2022 | Copy Charges | Copy charge. | 38 | 0.50 | 19.00 |
| 03/21/2022 | Receiver | Reviewed status on receivership and properties. | 0.75 | 250.00 | 187.50 |
| 03/21/2022 | Receiver | Reviewed water shut off order and discussed. | 1 | 250.00 | 250.00 |
| 03/22/2022 | Receiver | Printed up orders and went to bank to setup account for receivership. | 0.75 | 250.00 | 187.50 |
| 03/22/2022 | Copy Charges | Copy charge. | 8 | 0.50 | 4.00 |
| 03/24/2022 | Receiver | Setup receiver account at bank to finalize documentation. | 0.50 | 250.00 | 125.00 |
| 03/24/2022 | Receiver | Reviewed tenant issues on buildings. Correspondence with previous PM. | 1.50 | 250.00 | 375.00 |
| 03/28/2022 | Receiver | Requested funds from accounts and correspondence. | 0.50 | 250.00 | 125.00 |
| 03/30/2022 | Receiver | Reviewed status on properties to discuss with departments. | 0.50 | 250.00 | 125.00 |
| 03/31/2022 | Accounting | Finalize account setup at Chase Bank. | 1 | 110.00 | 110.00 |

| TOTAL DUE | $5,001.70 |
|---|---|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com


ALPSGROUP

**BILL TO**
NO. CV-2020-008284
PNC

**SHIP TO**
NO. CV-2020-008284
PNC

**INVOICE 125734**

**DATE** 04/30/2022

**DUE DATE** 05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 04/05/2022 | Receiver | Discussed with departments on site visit to assess properties. | 0.75 | 250.00 | 187.50 |
| 04/06/2022 | Receiver | Discussed with Maintenance Department roof on unit that is leaking. Implement a repair plan. | 0.75 | 250.00 | 187.50 |
| 04/13/2022 | Copy Charges | Copy charge. | 11 | 0.50 | 5.50 |
| 04/13/2022 | Receiver | Reviewed order and various correspondence on filing. | 1.50 | 250.00 | 375.00 |
| 04/18/2022 | Receiver | Reviewed case and repair issues. | 0.50 | 250.00 | 125.00 |
| 04/19/2022 | Administration | Prepare notice, find process server, send documents to process server for unresponsive unit. 245 Burmont Rd, Upper Darby. | 0.25 | 55.00 | 13.75 |
| 04/19/2022 | Receiver | Coordination and meetings regarding site visit. | 2.25 | 250.00 | 562.50 |
| 04/20/2022 | Administration | Prepare notice, find process server, send documents to process server for unresponsive unit. 245 Burmont Rd, Upper Darby. | 0.75 | 55.00 | 41.25 |
| 04/20/2022 | Receiver | Reviewed utility bills with Maintenance. | 0.75 | 250.00 | 187.50 |
| 04/21/2022 | Administration | Prepare notice, find process server, send documents to process server for unresponsive unit. 245 Burmont Rd, Upper Darby. | 0.25 | 55.00 | 13.75 |
| 04/21/2022 | Administration | Prepare and email notice of inspections. | 1.50 | 55.00 | 82.50 |
| 04/21/2022 | Receiver | Met with maintenance to go over securing each property. Arrange for lock change on properties where needed. Coordinated for job out. | 1.75 | 250.00 | 437.50 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 04/22/2022 | Receiver | Discussed with tenant relations on notifying all tenants. Drafted correspondence for evaluation of properties. Contacted tenants on property visit. Communicated with each tenant and arrange site visit. | 6 | 250.00 | 1,500.00 |
| 04/25/2022 | Construction Services | Visited various properties to do an assessment of them as requested for the court. Acquired data, pics and documents on the condition. Cost estimation. | 8.50 | 135.00 | 1,147.50 |
| 04/26/2022 | Construction Services | Visited various properties to do an assessment of them as requested for the court. Acquired data, pics and documents on the condition. Cost estimation. | 10 | 135.00 | 1,350.00 |
| 04/26/2022 | Receiver | Coordinating with field on properties for assessment and reviewing data acquired. | 5 | 250.00 | 1,250.00 |

| TOTAL DUE | $7,466.75 |
|-----------|-----------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Clifton Heights - 37 Walnut St
PNC

**SHIP TO**
Clifton Heights - 37 Walnut St
37 Walnut St.
Clifton Heights, PA

**INVOICE 125740**

**DATE** 04/30/2022

**DUE DATE** 05/31/2022

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Drexel Hill - 4690 State Rd.
PNC

**SHIP TO**
Drexel Hill - 4690 State Rd.
4690 State Rd.
Drexel Hill, PA

## INVOICE 125742

**DATE** 04/30/2022

**DUE DATE** 05/31/2022

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 245 Burmont Rd
PNC

**SHIP TO**
Upper Darby - 245 Burmont Rd
245 Burmont Rd.
Upper Darby, PA

**INVOICE 125744**

**DATE** 04/30/2022

**DUE DATE** 05/31/2022

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 347 Avon Rd.
PNC

**SHIP TO**
Upper Darby - 347 Avon Rd.
347 Avon Rd.
Upper Darby, PA

**INVOICE 125746**

**DATE** 04/30/2022

**DUE DATE** 05/31/2022

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 355 Avon Rd.
PNC

**SHIP TO**
Upper Darby - 355 Avon Rd.
355 Avon Rd.
Upper Darby, PA

**INVOICE 125748**

**DATE** 04/30/2022

**DUE DATE** 05/31/2022

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|---|---|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
PNC

**SHIP TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
412 Long Ave.
Upper Darby, PA

**INVOICE 125751**

**DATE** 04/30/2022

**DUE DATE** 05/31/2022

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 400.00 | 400.00 |

| TOTAL DUE | **$400.00** |
|-----------|-------------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 418 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 418 Timberlake
Rd.
418 Timberlake Rd.
Upper Darby, PA

**INVOICE 125753**

**DATE** 04/30/2022

**DUE DATE** 05/31/2022

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 419 Glendale Rd.
PNC

**SHIP TO**
Upper Darby - 419 Glendale Rd.
419 Glendale Rd.
Upper Darby, PA

**INVOICE 125755**

**DATE** 04/30/2022

**DUE DATE** 05/31/2022

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 526 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 526 Timberlake
Rd.
526 Timberlake Rd.
Upper Darby

**INVOICE 125757**

**DATE** 04/30/2022

**DUE DATE** 04/30/2022

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 599 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 599 Timberlake
Rd.
599 Timberlake Rd.
Upper Darby, PA

**INVOICE 125759**

**DATE** 04/30/2022

**DUE DATE** 05/31/2022

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 8513 Lansdowne
Ave.
PNC

**SHIP TO**
Upper Darby - 8513 Lansdowne
Ave.
8513 Lansdowne Ave.
Upper Darby, PA

**INVOICE 125762**

**DATE** 04/30/2022

**DUE DATE** 05/31/2022

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| TOTAL DUE | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO | **INVOICE 125738** |
|---|---|---|
| Philadelphia - 2131 Brighton St.<br>PNC | Philadelphia - 2131 Brighton St.<br>2131 Brighton St.<br>Philadelphia, PA | DATE 04/30/2022 |
| | | DUE DATE 05/31/2022 |

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|---|---|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Philadelphia - 40 E. Rittenhouse
St.
PNC

**SHIP TO**
Philadelphia - 40 E. Rittenhouse
St.
40 E. Rittenhouse St.
Philadelphia, PA

**INVOICE 125737**

**DATE** 04/30/2022

**DUE DATE** 05/31/2022

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
No. 00225
PNC

**SHIP TO**
No. 00225
PNC

**INVOICE 125733**

**DATE** 04/30/2022

**DUE DATE** 05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/05/2022 | Receiver | Discussed with departments on site visit to assess properties. | 0.50 | 250.00 | 125.00 |
| 04/13/2022 | Copy Charges | Copy charge. | 8 | 0.50 | 4.00 |
| 04/13/2022 | Receiver | Reviewed order and various correspondence on filing. | 1 | 250.00 | 250.00 |
| 04/19/2022 | Receiver | Coordination and meetings regarding site visit. | 1.50 | 250.00 | 375.00 |
| 04/20/2022 | Receiver | Reviewed utility issues and repairs with Maintenance. | 0.50 | 250.00 | 125.00 |
| 04/20/2022 | Receiver | Met with maintenance to go over securing each property. Arrange for lock change on properties where needed. Coordinated for job out. | 2.50 | 250.00 | 625.00 |
| 04/21/2022 | Administration | Prepare and email notice of inspection. | 0.50 | 55.00 | 27.50 |
| 04/21/2022 | Receiver | Discussed with tenant relations on notifying all tenants. Drafted correspondence for evaluation of properties. Contacted tenants on property visit. Communicated with each tenant on site visit. | 2 | 250.00 | 500.00 |
| 04/27/2022 | Construction Services | Visited various properties to do an assessment of them as requested for the court. Acquired data, pics and documents on the condition. Developing budgetary cost. | 9 | 135.00 | 1,215.00 |
| 04/27/2022 | Receiver | Coordinating with field on properties for assessment and reviewing data acquired. | 3 | 250.00 | 750.00 |

| TOTAL DUE | $3,996.50 |
| --- | --- |

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
NO. CV-2020-008284
PNC

**SHIP TO**
NO. CV-2020-008284
PNC

**INVOICE 125932**

**DATE** 05/31/2022

**DUE DATE** 06/30/2022

**SHIP DATE**
06/17/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 05/09/2022 | Receiver | Reviewed case file and discussed with departments on report. | 1.25 | 250.00 | 312.50 |
| 05/12/2022 | Receiver | Reviewed vacancies and discuss with departments. | 1.50 | 250.00 | 375.00 |
| 05/13/2022 | Receiver | Reviewed vacancies and discussed with various departments. | 0.75 | 250.00 | 187.50 |
| 05/13/2022 | Receiver | Reviewed accounting for report. | 1 | 250.00 | 250.00 |
| 05/13/2022 | Receiver | Reviewed and discussed with accountant on report. Reviewed accounting report to compare. | 0.75 | 250.00 | 187.50 |
| 05/16/2022 | Receiver | Reviewed maintenance and report status. | 0.75 | 250.00 | 187.50 |
| 05/18/2022 | Receiver | Reviewed insurance on properties and contacted insurance company for bids. | 0.75 | 250.00 | 187.50 |
| 05/18/2022 | Receiver | Reviewed order and needed documentation. | 1 | 250.00 | 250.00 |
| 05/19/2022 | Receiver | Tenant registration with Delaware County. Reviewed documentation and filed online. | 1.50 | 250.00 | 375.00 |
| 05/20/2022 | Receiver | Reviewed order and all items for the report. Researching real estate taxes. | 2 | 250.00 | 500.00 |
| 05/20/2022 | Receiver | Reviewed order and all items for the report. Researching real estate taxes. Discussed with departments. | 3.50 | 250.00 | 875.00 |
| 05/23/2022 | Receiver | Reviewed with departments on report, tenants and taxes. | 1.25 | 250.00 | 312.50 |
| 05/24/2022 | Receiver | Reviewed data for receiver report and discussed with department. | 1.50 | 250.00 | 375.00 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/25/2022 | Administration | Complete receiver report | 0.75 | 55.00 | 41.25 |
| 05/25/2022 | Receiver | Reviewed data for receiver report and discussed with department. | 4.50 | 250.00 | 1,125.00 |
| 05/25/2022 | Receiver | Drafted registration for county online for tenant. | 1 | 250.00 | 250.00 |
| 05/25/2022 | Receiver | Reviewed with department on various repairs and what to have in report. | 0.75 | 250.00 | 187.50 |
| 05/25/2022 | Receiver | Reviewed coverage and limits on Force Placed policies. | 1 | 250.00 | 250.00 |
| 05/27/2022 | Receiver | Reviewed all data and drafted receiver report for the court and all parties. | 5.50 | 250.00 | 1,375.00 |

| TOTAL DUE | $7,603.75 |
|---|---|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 418 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 418 Timberlake
Rd.
418 Timberlake Rd.
Upper Darby, PA

**INVOICE 125763**

**DATE** 05/31/2022

**DUE DATE** 06/30/2022

**SHIP DATE**
05/24/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Clifton Heights - 37 Walnut St
PNC

**SHIP TO**
Clifton Heights - 37 Walnut St
37 Walnut St.
Clifton Heights, PA

**INVOICE 125818**

**DATE** 05/31/2022

**DUE DATE** 07/01/2022

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Drexel Hill - 4690 State Rd.
PNC

**SHIP TO**
Drexel Hill - 4690 State Rd.
4690 State Rd.
Drexel Hill, PA

**INVOICE 125848**

**DATE** 05/31/2022

**DUE DATE** 07/01/2022

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO | |
|---|---|---|
| Upper Darby - 245 Burmont Rd | Upper Darby - 245 Burmont Rd | **INVOICE 125917** |
| PNC | 245 Burmont Rd. | |
| | Upper Darby, PA | **DATE** 05/31/2022 |
| | | **DUE DATE** 07/01/2022 |

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| TOTAL DUE | **$200.00** |

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 347 Avon Rd.
PNC

**SHIP TO**
Upper Darby - 347 Avon Rd.
347 Avon Rd.
Upper Darby, PA

**INVOICE 125918**

**DATE** 05/31/2022

**DUE DATE** 07/01/2022

**SHIP DATE**
05/01/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 355 Avon Rd.
PNC

**SHIP TO**
Upper Darby - 355 Avon Rd.
355 Avon Rd.
Upper Darby, PA

**INVOICE 125919**

**DATE** 05/31/2022

**DUE DATE** 07/01/2022

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
PNC

**SHIP TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
412 Long Ave.
Upper Darby, PA

**INVOICE 125920**

**DATE** 05/31/2022

**DUE DATE** 07/01/2022

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 400.00 | 400.00 |

| TOTAL DUE | **$400.00** |
|-----------|-------------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 419 Glendale Rd.
PNC

**SHIP TO**
Upper Darby - 419 Glendale Rd.
419 Glendale Rd.
Upper Darby, PA

**INVOICE 125921**

**DATE** 05/31/2022

**DUE DATE** 07/01/2022

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 526 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 526 Timberlake
Rd.
526 Timberlake Rd.
Upper Darby

**INVOICE 125922**

**DATE** 05/31/2022

**DUE DATE** 05/31/2022

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 599 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 599 Timberlake
Rd.
599 Timberlake Rd.
Upper Darby, PA

**INVOICE 125923**

**DATE** 05/31/2022

**DUE DATE** 07/01/2022

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 8513 Lansdowne
Ave.
PNC

**SHIP TO**
Upper Darby - 8513 Lansdowne
Ave.
8513 Lansdowne Ave.
Upper Darby, PA

**INVOICE 125930**

**DATE** 05/31/2022

**DUE DATE** 06/30/2022

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Philadelphia - 2131 Brighton St.
PNC

**SHIP TO**
Philadelphia - 2131 Brighton St.
2131 Brighton St.
Philadelphia, PA

**INVOICE 125931**

**DATE** 05/31/2022

**DUE DATE** 06/30/2022

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



| | | |
|---|---|---|
| **BILL TO** | **SHIP TO** | **INVOICE 125896** |
| Philadelphia - 40 E. Rittenhouse St. | Philadelphia - 40 E. Rittenhouse St. | |
| PNC | 40 E. Rittenhouse St. | **DATE** 05/31/2022 |
| | Philadelphia, PA | |
| | | **DUE DATE** 07/01/2022 |

**SHIP DATE**
05/01/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|---|---|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com


ALPSGROUP

**BILL TO**
No. 00225
PNC

**SHIP TO**
No. 00225
PNC

**INVOICE 126140**

**DATE** 05/31/2022

**DUE DATE** 06/30/2022

**SHIP DATE**
06/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/25/2020 | Management Professional Fees | Prepared construction services and maintenance aspect the receiver report. | 1 | 140.00 | 140.00 |
| 05/10/2022 | Receiver | Reviewed case file and reviewed with department. | 1 | 250.00 | 250.00 |
| 05/12/2022 | Receiver | Reviewed vacancies and discussed with departments. | 0.75 | 250.00 | 187.50 |
| 05/13/2022 | Receiver | Reviewed vacancies and discussed with various departments. | 0.50 | 250.00 | 125.00 |
| 05/13/2022 | Receiver | Reviewed account and discussed with accountant. | 0.50 | 250.00 | 125.00 |
| 05/13/2022 | Receiver | Reviewed and discussed with accountant on report. | 1 | 250.00 | 250.00 |
| 05/16/2022 | Receiver | Reviewed maintenance and report status. | 0.50 | 250.00 | 125.00 |
| 05/18/2022 | Receiver | Reviewed insurance on properties and discussed with department. | 0.50 | 250.00 | 125.00 |
| 05/18/2022 | Receiver | Reviewed order and needed documentation. | 0.50 | 250.00 | 125.00 |
| 05/23/2022 | Receiver | Reviewed with department on properties regarding report. | 1 | 250.00 | 250.00 |
| 05/24/2022 | Receiver | Received data for receiver report. Reviewed and discussed with department. | 1 | 250.00 | 250.00 |
| 05/25/2022 | Receiver | Reviewed with department on receiver report and documentation on repairs. | 0.50 | 250.00 | 125.00 |
| 05/25/2022 | Receiver | Reviewed coverage and limits on Force Placed policies. | 1 | 250.00 | 250.00 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 05/25/2022 | Receiver | Reviewed scope of items for repairs and do cost estimation with budgetary numbers for report. | 2 | 250.00 | 500.00 |
| 05/26/2022 | Receiver | Reviewed data and drafted receiver report for the court and all parties. | 3 | 250.00 | 750.00 |
| 05/31/2022 | Receiver | Reviewed departments on tenants and payments. | 0.50 | 250.00 | 125.00 |

| TOTAL DUE | $3,702.50 |
|-----------|-----------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
NO. CV-2020-008284
PNC

**SHIP TO**
NO. CV-2020-008284
PNC

**INVOICE 126137**

**DATE** 06/30/2022

**DUE DATE** 07/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/01/2022 | Receiver | Reviewed court order for eviction and atty for multiple properties affiliated with case. | 1 | 250.00 | 250.00 |
| 06/01/2022 | Receiver | Reviewed assessment of roof leaking on Darby and discussed with Maintenance to give cost. | 0.75 | 250.00 | 187.50 |
| 06/03/2022 | Receiver | Reviewed case with maintenance and discuss issues. | 1 | 250.00 | 250.00 |
| 06/06/2022 | Receiver | Filed with registration office on tenant and met with Tenant Relations on properties. | 0.75 | 250.00 | 187.50 |
| 06/09/2022 | Receiver | Reviewed case and discussed with paralegal. Met with maintenance department on repairs. | 1.50 | 250.00 | 375.00 |
| 06/09/2022 | Receiver | Correspondence and call from housing on funds. Discussed with Tenant Relations. | 0.75 | 250.00 | 187.50 |
| 06/10/2022 | Receiver | Reviewed with Maintenance on property issues. | 0.75 | 250.00 | 187.50 |
| 06/13/2022 | Receiver | Met with Maintenance to go over issues at unit. Developed a plan for repairs. | 1.25 | 250.00 | 312.50 |
| 06/22/2022 | Receiver | Reviewed and bid with Maintenance regarding possible code violations. on property. | 0.75 | 250.00 | 187.50 |
| 06/24/2022 | Receiver | Reviewed scope of building issues on various properties and discussed with Maintenance. Reviewed bids. | 1.25 | 250.00 | 312.50 |
| 06/27/2022 | Receiver | Reviewed building issues and implemented a plan to secure. Met with Maintenance. | 1 | 250.00 | 250.00 |

| TOTAL DUE | $2,687.50 |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
PNC

**SHIP TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
412 Long Ave.
Upper Darby, PA

**INVOICE 126150**

**DATE** 06/30/2022

**DUE DATE** 06/30/2022

**SHIP DATE**
06/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Repair/Maintenance | Exterminator | 1 | 351.10 | 351.10 |

| TOTAL DUE | $351.10 |
|---|---|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 418 Timberlake Rd.
PNC

**SHIP TO**
Upper Darby - 418 Timberlake Rd.
418 Timberlake Rd.
Upper Darby, PA

**INVOICE 125943**

**DATE** 06/30/2022

**DUE DATE** 07/24/2022

**SHIP DATE**
06/17/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Clifton Heights - 37 Walnut St
PNC

**SHIP TO**
Clifton Heights - 37 Walnut St
37 Walnut St.
Clifton Heights, PA

**INVOICE 125995**

**DATE** 06/30/2022

**DUE DATE** 07/31/2022

**SHIP DATE**
06/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Drexel Hill - 4690 State Rd.
PNC

**SHIP TO**
Drexel Hill - 4690 State Rd.
4690 State Rd.
Drexel Hill, PA

**INVOICE 126023**

**DATE** 06/30/2022

**DUE DATE** 07/31/2022

**SHIP DATE**
06/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

| BILL TO | SHIP TO | **INVOICE 126093** |
| --- | --- | --- |
| Upper Darby - 245 Burmont Rd | Upper Darby - 245 Burmont Rd | |
| PNC | 245 Burmont Rd. | **DATE** 06/30/2022 |
| | Upper Darby, PA | |
| | | **DUE DATE** 07/31/2022 |

**SHIP DATE**
06/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
| --- | --- |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 347 Avon Rd.
PNC

**SHIP TO**
Upper Darby - 347 Avon Rd.
347 Avon Rd.
Upper Darby, PA

**INVOICE 126094**

**DATE** 06/30/2022

**DUE DATE** 07/31/2022

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|