**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 355 Avon Rd.
PNC

**SHIP TO**
Upper Darby - 355 Avon Rd.
355 Avon Rd.
Upper Darby, PA

**INVOICE 126095**

**DATE** 06/30/2022

**DUE DATE** 07/31/2022

**SHIP DATE**
06/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO | INVOICE 126096 |
|---|---|---|
| Upper Darby - 412 Long Ave - Unit 1 & 2 PNC | Upper Darby - 412 Long Ave - Unit 1 & 2 412 Long Ave. Upper Darby, PA | DATE 06/30/2022 |

**DUE DATE** 07/31/2022

**SHIP DATE**
06/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
|  | Management | Management Fee | 1 | 400.00 | 400.00 |

| TOTAL DUE | **$400.00** |
|---|---|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 419 Glendale Rd.
PNC

**SHIP TO**
Upper Darby - 419 Glendale Rd.
419 Glendale Rd.
Upper Darby, PA

**INVOICE 126097**

**DATE** 06/30/2022

**DUE DATE** 07/31/2022

**SHIP DATE**
06/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 526 Timberlake Rd.
PNC

**SHIP TO**
Upper Darby - 526 Timberlake Rd.
526 Timberlake Rd.
Upper Darby

**INVOICE 126098**

**DATE** 06/30/2022

**DUE DATE** 06/30/2022

**SHIP DATE**
06/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| **TOTAL DUE** | **$200.00** |

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 599 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 599 Timberlake
Rd.
599 Timberlake Rd.
Upper Darby, PA

**INVOICE 126099**

**DATE** 06/30/2022

**DUE DATE** 07/31/2022

**SHIP DATE**
06/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 8513 Lansdowne
Ave.
PNC

**SHIP TO**
Upper Darby - 8513 Lansdowne
Ave.
8513 Lansdowne Ave.
Upper Darby, PA

**INVOICE 126100**

**DATE** 06/30/2022

**DUE DATE** 07/30/2022

**SHIP DATE**
06/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

**TOTAL DUE**              **$200.00**

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Philadelphia - 40 E. Rittenhouse
St.
PNC

**SHIP TO**
Philadelphia - 40 E. Rittenhouse
St.
40 E. Rittenhouse St.
Philadelphia, PA

**INVOICE 126073**

**DATE** 06/30/2022

**DUE DATE** 07/31/2022

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
No. 00225
PNC

**SHIP TO**
No. 00225
PNC

## INVOICE 126143

**DATE** 06/30/2022

**DUE DATE** 07/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 06/01/2022 | Receiver | Reviewed case with maintenance and discuss issues. | 1 | 250.00 | 250.00 |
| 06/08/2022 | Receiver | Met with maintenance department on repairs. | 1 | 250.00 | 250.00 |
| 06/09/2022 | Receiver | Reviewed with Maintenance on property issues and tenant registration. | 1.25 | 200.00 | 250.00 |
| 06/09/2022 | Receiver | Reviewed with Maintenance on property issues and tenant registration. | 0.75 | 250.00 | 187.50 |
| 06/14/2022 | Receiver | Met with Maintenance to go over issues at unit. Developed a plan for repairs. | 1 | 250.00 | 250.00 |
| 06/14/2022 | Construction Services | Back and forth with tenant on issues relating to the home. Communication through email, text, and phone calls. | 1 | 140.00 | 140.00 |
| 06/16/2022 | Construction Services | Back and forth with tenant on phone, text,email as well as contractor. | 1.25 | 140.00 | 175.00 |

**TOTAL DUE**  **$1,502.50**

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Philadelphia - 2131 Brighton St.
PNC

**SHIP TO**
Philadelphia - 2131 Brighton St.
2131 Brighton St.
Philadelphia, PA

**INVOICE 126107**

DATE 06/30/2022

DUE DATE 07/31/2022

**SHIP DATE**
06/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
NO. CV-2020-008284
PNC

**SHIP TO**
NO. CV-2020-008284
PNC

**INVOICE 126188**

**DATE** 07/28/2022

**DUE DATE** 07/28/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Repair/Maintenance | Repairs and maintenance | 1 | 328.78 | 328.78 |

| TOTAL DUE | **$328.78** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



| | | |
|---|---|---|
| **BILL TO** | **SHIP TO** | **INVOICE 126251** |
| Clifton Heights - 37 Walnut St | Clifton Heights - 37 Walnut St | |
| PNC | 37 Walnut St. | **DATE** 07/31/2022 |
| | Clifton Heights, PA | |
| | | **DUE DATE** 08/31/2022 |

**SHIP DATE**
07/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |
| | Leasing | Lease addendum | 1 | 350.00 | 350.00 |

| TOTAL DUE | $550.00 |
|---|---|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Drexel Hill - 4690 State Rd.
PNC

**SHIP TO**
Drexel Hill - 4690 State Rd.
4690 State Rd.
Drexel Hill, PA

**INVOICE 126283**

**DATE** 07/31/2022

**DUE DATE** 08/31/2022

**SHIP DATE**
07/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 245 Burmont Rd
PNC

**SHIP TO**
Upper Darby - 245 Burmont Rd
245 Burmont Rd.
Upper Darby, PA

**INVOICE 126356**

**DATE** 07/31/2022

**DUE DATE** 08/31/2022

**SHIP DATE**
07/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |
|  | Repair/Maintenance | Repairs reimbursement | 1 | 1,600.00 | 1,600.00 |
|  | Repair/Maintenance | Lawn care | 1 | 140.00 | 140.00 |

**TOTAL DUE**       **$1,940.00**

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 347 Avon Rd.
PNC

**SHIP TO**
Upper Darby - 347 Avon Rd.
347 Avon Rd.
Upper Darby, PA

**INVOICE 126357**

**DATE** 07/31/2022

**DUE DATE** 08/31/2022

**SHIP DATE**
07/01/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 355 Avon Rd.
PNC

**SHIP TO**
Upper Darby - 355 Avon Rd.
355 Avon Rd.
Upper Darby, PA

## INVOICE 126358

**DATE** 07/31/2022

**DUE DATE** 08/31/2022

**SHIP DATE**
07/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
PNC

**SHIP TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
412 Long Ave.
Upper Darby, PA

**INVOICE 126359**

**DATE** 07/31/2022

**DUE DATE** 08/31/2022

**SHIP DATE**
07/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 400.00 | 400.00 |

| TOTAL DUE | $400.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 418 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 418 Timberlake
Rd.
418 Timberlake Rd.
Upper Darby, PA

**INVOICE 126360**

**DATE** 07/31/2022

**DUE DATE** 08/31/2022

**SHIP DATE**
07/17/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 419 Glendale Rd.
PNC

**SHIP TO**
Upper Darby - 419 Glendale Rd.
419 Glendale Rd.
Upper Darby, PA

**INVOICE 126361**

**DATE** 07/31/2022

**DUE DATE** 08/31/2022

**SHIP DATE**
07/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

**TOTAL DUE**     **$200.00**

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 526 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 526 Timberlake
Rd.
526 Timberlake Rd.
Upper Darby

**INVOICE 126362**

**DATE** 07/31/2022

**DUE DATE** 07/31/2022

**SHIP DATE**
07/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 599 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 599 Timberlake
Rd.
599 Timberlake Rd.
Upper Darby, PA

**INVOICE 126363**

**DATE** 07/31/2022

**DUE DATE** 08/31/2022

**SHIP DATE**
07/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 8513 Lansdowne
Ave.
PNC

**SHIP TO**
Upper Darby - 8513 Lansdowne
Ave.
8513 Lansdowne Ave.
Upper Darby, PA

**INVOICE 126364**

**DATE** 07/31/2022

**DUE DATE** 08/30/2022

**SHIP DATE**
07/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com





**BILL TO**
NO. CV-2020-008284
PNC

**SHIP TO**
NO. CV-2020-008284
PNC

**INVOICE 126430**

**DATE** 07/31/2022

**DUE DATE** 07/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 07/13/2022 | Receiver | Reviewed case, reports and documentation for discussion. Met with departments for updates on status. | 1 | 250.00 | 250.00 |
| 07/18/2022 | Receiver | Met with Maintenance on mold issue in building and discussed remediation. | 1 | 250.00 | 250.00 |
| 07/20/2022 | Receiver | Reviewed report and correspondence. | 1 | 250.00 | 250.00 |

| TOTAL DUE | $750.00 |
|---|---|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO |
|---------|---------|
| No. 00225 | No. 00225 |
| PNC | PNC |

## INVOICE 126429

**DATE** 07/31/2022

**DUE DATE** 08/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 07/13/2022 | **Receiver** | Reviewed case, reports and documentation for discussion. Met with departments for update status. | 1 | 250.00 | 250.00 |
| 07/21/2022 | **Receiver** | Reviewed report and correspondence. Forwarded to party. | 1 | 250.00 | 250.00 |

| TOTAL DUE | **$500.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Philadelphia - 2131 Brighton St.
PNC

**SHIP TO**
Philadelphia - 2131 Brighton St.
2131 Brighton St.
Philadelphia, PA

**INVOICE 126371**

**DATE** 07/31/2022

**DUE DATE** 08/31/2022

**SHIP DATE**
07/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO |
|---------|---------|
| Philadelphia - 40 E. Rittenhouse St. | Philadelphia - 40 E. Rittenhouse St. |
| PNC | 40 E. Rittenhouse St. |
|  | Philadelphia, PA |

**INVOICE 126334**

**DATE** 07/31/2022

**DUE DATE** 08/31/2022

**SHIP DATE**
07/01/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Philadelphia - 40 E. Rittenhouse
St.
PNC

**SHIP TO**
Philadelphia - 40 E. Rittenhouse
St.
40 E. Rittenhouse St.
Philadelphia, PA

**INVOICE 126198**

**DATE** 07/01/2022

**DUE DATE** 08/01/2022

**SHIP DATE**
07/01/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Repair/Maintenance | Oven repair | 1 | 215.00 | 215.00 |

| TOTAL DUE | $215.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

| BILL TO | SHIP TO | **INVOICE 126702** |
|---|---|---|
| NO. CV-2020-008284 | NO. CV-2020-008284 | |
| PNC | PNC | **DATE** 08/31/2022 |
| | | **DUE DATE** 09/30/2022 |

**SHIP DATE**
09/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/02/2022 | Receiver | Reviewed for doing an evaluation of BPO. Discussed with Tenant Relations on evaluation. Discussed with broker finding. | 1 | 250.00 | 250.00 |
| 08/05/2022 | Receiver | Reviewed repairs on buildings and discussed with departments. | 0.75 | 250.00 | 187.50 |
| 08/08/2022 | Receiver | Reviewed leasing applications and discussed with Tenant Relations to file. Drafted applications. | 1.25 | 250.00 | 312.50 |
| 08/09/2022 | Administration | Copy Charges. | 16 | 0.50 | 8.00 |
| 08/09/2022 | Receiver | Reviewed correspondence and file on case. | 1 | 250.00 | 250.00 |
| 08/10/2022 | Receiver | Interviewing brokers for BPO. | 0.75 | 250.00 | 187.50 |
| 08/15/2022 | Receiver | Coordinate for broker to do a BPO on each property. Arrangement with TR with each tenant to assess properties. | 2.75 | 250.00 | 687.50 |
| 08/17/2022 | Receiver | Research file and data for response to attorney for real estate taxes. | 3.75 | 250.00 | 937.50 |
| 08/18/2022 | Receiver | Drafting response to attorney. Research documentation. | 2 | 250.00 | 500.00 |
| 08/18/2022 | Administration | Research all properties on real estate taxes for all properties. Verify payments. | 3.50 | 60.00 | 210.00 |
| 08/19/2022 | Receiver | Met with departments on data received from departments to respond to attorney letter. Research for data by departments to formulate a response to attorney. Forwarded to receiver attorney. | 3 | 250.00 | 750.00 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 08/22/2022 | Receiver | Reviewed documentation and discussed with legal counsel. Drafted response. | 2 | 250.00 | 500.00 |
| 08/22/2022 | Receiver | Discussed with tenant relations on a possible eviction. Various correspondence to draft a plan. | 1 | 250.00 | 250.00 |
| 08/23/2022 | Receiver | Drafted the second receiver report for the court and all parties. Researched data. | 5.50 | 250.00 | 1,375.00 |
| 08/23/2022 | Receiver | Met with Maintenance to discuss repairs on properties as safety & health. | 1 | 250.00 | 250.00 |
| 08/25/2022 | Receiver | Reviewed safety & health issues on buildings and drafted a repair schedule. Shared with maintenance and requested a cost estimate from maintenance. | 1.75 | 250.00 | 437.50 |
| 08/29/2022 | Receiver | Coordination for site visit by appraiser. | 0.50 | 250.00 | 125.00 |
| 08/30/2022 | Receiver | Reviewed leases and met with department on eviction. | 0.75 | 250.00 | 187.50 |
| 08/31/2022 | Receiver | Search for eviction attorney and moving forward to evict nonpaying tenant. | 1 | 250.00 | 250.00 |
| 08/31/2022 | Receiver | Reviewed cost estimate on work to be done. | 0.50 | 250.00 | 125.00 |
| 08/31/2022 | Accounting | Monthly financial preparations. | 3 | 95.00 | 285.00 |

| TOTAL DUE | $8,065.50 |
|-----------|-----------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Clifton Heights - 37 Walnut St
PNC

**SHIP TO**
Clifton Heights - 37 Walnut St
37 Walnut St.
Clifton Heights, PA

**INVOICE 126440**

**DATE** 08/31/2022

**DUE DATE** 09/30/2022

**SHIP DATE**
08/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Repair/Maintenance | New gas stove | 1 | 1,058.54 | 1,058.54 |

| TOTAL DUE | **$1,058.54** |
|-----------|---------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Clifton Heights - 37 Walnut St
PNC

**SHIP TO**
Clifton Heights - 37 Walnut St
37 Walnut St.
Clifton Heights, PA

**INVOICE 126520**

**DATE** 08/31/2022

**DUE DATE** 10/01/2022

**SHIP DATE**
08/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | August Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO |
|---|---|
| Drexel Hill - 4690 State Rd. | Drexel Hill - 4690 State Rd. |
| PNC | 4690 State Rd. |
|  | Drexel Hill, PA |

## INVOICE 126552

**DATE** 08/31/2022

**DUE DATE** 10/01/2022

**SHIP DATE**
08/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
|  | Management | August Management Fee | 1 | 200.00 | 200.00 |
|  | Repair/Maintenance | Serve five day notice | 1 | 100.00 | 100.00 |

|  |  |
|---|---|
| PAYMENT | 100.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 245 Burmont Rd
PNC

**SHIP TO**
Upper Darby - 245 Burmont Rd
245 Burmont Rd.
Upper Darby, PA

**INVOICE 126625**

**DATE** 08/31/2022

**DUE DATE** 10/01/2022

**SHIP DATE**
08/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | August Management Fee | 1 | 200.00 | 200.00 |
|  | Repair/Maintenance | Lock change | 1 | 265.00 | 265.00 |
|  |  | PAYMENT |  |  | 265.00 |
|  |  | TOTAL DUE |  |  | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO | |
|---|---|---|
| Upper Darby - 347 Avon Rd. | Upper Darby - 347 Avon Rd. | **INVOICE 126626** |
| PNC | 347 Avon Rd. | |
| | Upper Darby, PA | **DATE** 08/31/2022 |
| | | **DUE DATE** 10/01/2022 |

**SHIP DATE**
08/01/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | August Management Fee | 1 | 200.00 | 200.00 |
| | Repair/Maintenance | New door installation, repair wood frame, repair leak. | 1 | 2,265.00 | 2,265.00 |

| | | |
|---|---|---|
| | PAYMENT | 2,265.00 |
| | **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 355 Avon Rd.
PNC

**SHIP TO**
Upper Darby - 355 Avon Rd.
355 Avon Rd.
Upper Darby, PA

**INVOICE 126627**

**DATE** 08/31/2022

**DUE DATE** 10/01/2022

**SHIP DATE**
08/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | August Management Fee | 1 | 200.00 | 200.00 |
| | Leasing | Lease renewal | 1 | 350.00 | 350.00 |

| | | |
|---|---|---|
| PAYMENT | | 350.00 |
| TOTAL DUE | | **$200.00** |

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO | **INVOICE 126628** |
|---|---|---|
| Upper Darby - 412 Long Ave - Unit 1 & 2 PNC | Upper Darby - 412 Long Ave - Unit 1 & 2 412 Long Ave. Upper Darby, PA | **DATE** 08/31/2022 |
| | | **DUE DATE** 10/01/2022 |

**SHIP DATE**
08/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | August Management Fee | 1 | 400.00 | 400.00 |
| | Repair/Maintenance | Lock change | 1 | 265.00 | 265.00 |

| | | |
|---|---|---|
| PAYMENT | | 265.00 |
| **TOTAL DUE** | | **$400.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 418 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 418 Timberlake
Rd.
418 Timberlake Rd.
Upper Darby, PA

**INVOICE 126629**

**DATE** 08/31/2022

**DUE DATE** 09/30/2022

**SHIP DATE**
08/17/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | August Management Fee | 1 | 200.00 | 200.00 |
|      | Repair/Maintenance | Repairs | 1 | 265.00 | 265.00 |

|  | PAYMENT | 265.00 |
|--|---------|--------|
|  | **TOTAL DUE** | **$200.00** |

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 419 Glendale Rd.
PNC

**SHIP TO**
Upper Darby - 419 Glendale Rd.
419 Glendale Rd.
Upper Darby, PA

**INVOICE 126630**

**DATE** 08/31/2022

**DUE DATE** 10/01/2022

**SHIP DATE**
08/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | August Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 526 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 526 Timberlake
Rd.
526 Timberlake Rd.
Upper Darby

## INVOICE 126631

**DATE** 08/31/2022

**DUE DATE** 08/31/2022

**SHIP DATE**
08/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | August Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 599 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 599 Timberlake
Rd.
599 Timberlake Rd.
Upper Darby, PA

**INVOICE 126632**

**DATE** 08/31/2022

**DUE DATE** 10/01/2022

**SHIP DATE**
08/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | August Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com





**BILL TO**
Upper Darby - 8513 Lansdowne
Ave.
PNC

**SHIP TO**
Upper Darby - 8513 Lansdowne
Ave.
8513 Lansdowne Ave.
Upper Darby, PA

**INVOICE 126633**

**DATE** 08/31/2022

**DUE DATE** 09/30/2022

**SHIP DATE**
08/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | August Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Philadelphia - 40 E. Rittenhouse
St.
PNC

**SHIP TO**
Philadelphia - 40 E. Rittenhouse
St.
40 E. Rittenhouse St.
Philadelphia, PA

**INVOICE 126652**

**DATE** 08/31/2022

**DUE DATE** 09/30/2022

**SHIP DATE**
08/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | August Management Fee | 1 | 200.00 | 200.00 |

|  |  |
|--|--|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Philadelphia - 2131 Brighton St.
PNC

**SHIP TO**
Philadelphia - 2131 Brighton St.
2131 Brighton St.
Philadelphia, PA

**INVOICE 126603**

**DATE** 08/31/2022

**DUE DATE** 10/01/2022

**SHIP DATE**
08/01/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | August Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
No. 00225
PNC

**SHIP TO**
No. 00225
PNC

**INVOICE 126700**

**DATE** 08/31/2022

**DUE DATE** 09/30/2022

**SHIP DATE**
09/16/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/02/2022 | Receiver | Reviewed for doing an evaluation of BPO. Discussed with Tenant Relations on evaluation. | 0.75 | 250.00 | 187.50 |
| 08/04/2022 | Receiver | Reviewed repairs on buildings and discussed with departments. | 0.50 | 250.00 | 125.00 |
| 08/08/2022 | Receiver | Reviewed leasing applications and discussed with Tenant Relations to file. Drafted applications. | 0.75 | 250.00 | 187.50 |
| 08/09/2022 | Administration | Copy charges. | 14 | 0.50 | 7.00 |
| 08/09/2022 | Receiver | Reviewed correspondence and file on case. | 0.50 | 250.00 | 125.00 |
| 08/10/2022 | Receiver | Interviewing brokers for BPO. | 0.50 | 250.00 | 125.00 |
| 08/15/2022 | Receiver | Coordinate for broker to do a BPO on each property. Arrangement for BPO with each tenant. | 1.25 | 250.00 | 312.50 |
| 08/17/2022 | Receiver | Research file and data for response to attorney for real estate taxes. | 2.50 | 250.00 | 625.00 |
| 08/18/2022 | Receiver | Drafting response to attorney. Research documentation. | 1 | 250.00 | 250.00 |
| 08/18/2022 | Administration | Research all properties on real estate taxes for all properties. Verify payments. | 1.50 | 60.00 | 90.00 |
| 08/19/2022 | Receiver | Met with departments on data received from departments to respond to attorney letter. Department research for data requested. Forwarded to receiver attorney. | 2.25 | 250.00 | 562.50 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 08/22/2022 | Receiver | Reviewed documentation and draft response. Discussed with department. | 1.25 | 250.00 | 312.50 |
| 08/23/2022 | Receiver | Met with Maintenance to discuss repairs on properties as safety & health. | 0.50 | 250.00 | 125.00 |
| 08/24/2022 | Receiver | Drafted the second receiver report for the court and all parties. Researched data. | 3.75 | 250.00 | 937.50 |
| 08/26/2022 | Receiver | Discussed with maintenance on issue on building. | 0.25 | 250.00 | 62.50 |
| 08/29/2022 | Receiver | Coordination for site visit by appraiser. | 0.50 | 250.00 | 125.00 |
| 08/30/2022 | Receiver | Reviewed leases and met with department on eviction if needed. | 0.50 | 250.00 | 125.00 |
| 08/31/2022 | Accounting | Monthly financial prepartions. | 3 | 95.00 | 285.00 |

| TOTAL DUE | $4,569.50 |
|-----------|-----------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Philadelphia - 2131 Brighton St.
PNC

**SHIP TO**
Philadelphia - 2131 Brighton St.
2131 Brighton St.
Philadelphia, PA

**INVOICE 126439**

**DATE** 08/26/2022

**DUE DATE** 08/26/2022

**SHIP DATE**
08/26/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 08/26/2022 | Repair/Maintenance | Supply and install a new 3 ton a coil and condenser. Supply and install new quick disconnect whip and pad. Supply and install new condensation pump. Supply and install new t4 pro thermostat. Flush and reconnect line sets. Pressure test systems. | 1 | 6,594.00 | 6,594.00 |

| TOTAL DUE | **$6,594.00** |
|-----------|---------------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**ALPSGROUP**

**BILL TO**
Upper Darby - 599 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 599 Timberlake
Rd.
599 Timberlake Rd.
Upper Darby, PA

**INVOICE 126424**

**DATE** 09/26/2022

**DUE DATE** 09/26/2022

**SHIP DATE**
09/26/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 09/01/2022 | **Administration** | Spoke with tenant regarding rental assistance.  Called rental assitance agency. | 0.75 | 60.00 | 45.00 |
| 09/01/2022 | **Administration** | Completed rental assistance application | 1.50 | 60.00 | 90.00 |
| 09/18/2022 | **Repair/Maintenance** | Deck repairs for floors one and two. | 1 | 2,780.00 | 2,780.00 |

| TOTAL DUE | **$2,915.00** |
|-----------|---------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
NO. CV-2020-008284
PNC

**SHIP TO**
NO. CV-2020-008284
PNC

**INVOICE 127245**

DATE 09/30/2022

DUE DATE 10/31/2022

**SHIP DATE**
10/25/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 09/01/2022 | Receiver | Discussed with departments on appraiser viewing properties. Various correspondence regarding arrangement. | 1.25 | 250.00 | 312.50 |
| 09/06/2022 | Receiver | Met to discuss issue with tenant and on eviction. | 0.50 | 250.00 | 125.00 |
| 09/06/2022 | Receiver | Reviewed eviction with attorney submittal and met with tenant relations to discuss. | 1.25 | 250.00 | 312.50 |
| 09/07/2022 | Receiver | Various correspondence on BPO for properties. Reviewed list and discuss with department. | 0.75 | 250.00 | 187.50 |
| 09/07/2022 | Delivery Court Report | Filed the second receiver report to the court and all parties. | 1 | 250.00 | 250.00 |
| 09/08/2022 | Receiver | Met with departments on eviction and scheduling. | 1 | 250.00 | 250.00 |
| 09/09/2022 | Receiver | Various correspondence on building issues and meeting with maintenance to discuss. | 1.25 | 250.00 | 312.50 |
| 09/12/2022 | Receiver | Reviewed attorney correspondence regarding eviction. Met with department to discuss. | 0.75 | 250.00 | 187.50 |
| 09/13/2022 | Receiver | Check with the accountant on the previous year income/expenses. Correspondence with the department. Reviewed the order. | 0.75 | 250.00 | 187.50 |
| 09/13/2022 | Receiver | Research requested accounting documentation for attorney. Correspondence to accounting. | 0.75 | 250.00 | 187.50 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 09/13/2022 | Receiver | Reviewed the documentation for eviction for 4690 State Rd, Drexel Hill, Pa. Discussed with Tenant Relations. | 1 | 250.00 | 250.00 |
| 09/14/2022 | Receiver | Requested the 2021 financials and reviewed. Reclassified the folder name and forwarded to all parties as requested. | 2.75 | 250.00 | 687.50 |
| 09/16/2022 | Receiver | Reviewed court case on eviction and findings. reviewed judgement. | 1 | 250.00 | 250.00 |
| 09/16/2022 | Receiver | Reviewed eviction and correspondence. | 0.50 | 250.00 | 125.00 |
| 09/16/2022 | Receiver | Address a building issue on the property with maintenance and Tenant Relations as the tenant experienced a situation. Met with maintenance and schedule repair of railing system. | 1 | 250.00 | 250.00 |
| 09/20/2022 | Copy Charges | Copy charges. | 25 | 0.50 | 12.50 |
| 09/20/2022 | Receiver | Reviewed attorney's letter and various correspondence. | 1.25 | 250.00 | 312.50 |
| 09/22/2022 | Receiver | Reviewed eviction and correspondence on judgement. Discussed with departments on collection. | 1 | 250.00 | 250.00 |
| 09/23/2022 | Receiver | Reviewed evictions on properties. Discussed with Tenant Relations. | 0.75 | 250.00 | 187.50 |
| 09/26/2022 | Receiver | Drafted third receiver report for the court and all parties. Research data and met with departments on documentation. | 5 | 250.00 | 1,250.00 |
| 09/26/2022 | Delivery Court Report | Filed report to the court and all parties. | 1 | 300.00 | 300.00 |
| 09/28/2022 | Receiver | Reviewed repairs needed on properties. Discussed with departments. | 1.50 | 250.00 | 375.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 6,562.50 |
| TAX | | 0.00 |
| TOTAL | | 6,562.50 |
| **TOTAL DUE** | | **$6,562.50** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Clifton Heights - 37 Walnut St
PNC

**SHIP TO**
Clifton Heights - 37 Walnut St
37 Walnut St.
Clifton Heights, PA

**INVOICE 127069**

**DATE** 09/30/2022

**DUE DATE** 10/31/2022

**SHIP DATE**
09/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | September Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**ALPS**GROUP

**BILL TO**
Drexel Hill - 4690 State Rd.
PNC

**SHIP TO**
Drexel Hill - 4690 State Rd.
4690 State Rd.
Drexel Hill, PA

**INVOICE 127101**

**DATE** 09/30/2022

**DUE DATE** 10/31/2022

**SHIP DATE**
09/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 09/19/2022 | Utilities | Folio # 01718-00 | 1 | 577.50 | 577.50 |
| | Management | September Management Fee | 1 | 200.00 | 200.00 |

| | | |
|---|---|---|
| PAYMENT | | 577.50 |
| **TOTAL DUE** | | **$200.00** |

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 245 Burmont Rd
PNC

**SHIP TO**
Upper Darby - 245 Burmont Rd
245 Burmont Rd.
Upper Darby, PA

**INVOICE 127174**

**DATE** 09/30/2022

**DUE DATE** 10/31/2022

**SHIP DATE**
09/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 09/19/2022 | Utilities | Folio # 00193-00 | 1 | 577.50 | 577.50 |
| | Management | September Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| PAYMENT | 577.50 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
altarDomus
C/O John Budyak
John.Budyak@altardomus.com

**SHIP TO**
Upper Darby - 347 Avon Rd.
347 Avon Rd.
Upper Darby, PA

**INVOICE 127175**

**DATE** 09/30/2022

**DUE DATE** 10/31/2022

**SHIP DATE**
08/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 09/19/2022 | Utilities | Folio # 00126-00 | 1 | 577.50 | 577.50 |
| | Management | September Management Fee | 1 | 200.00 | 200.00 |

| | | |
|---|---|---|
| PAYMENT | | 577.50 |
| **TOTAL DUE** | | **$200.00** |

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 355 Avon Rd.
PNC

**SHIP TO**
Upper Darby - 355 Avon Rd.
355 Avon Rd.
Upper Darby, PA

**INVOICE 127176**

**DATE** 09/30/2022

**DUE DATE** 10/31/2022

**SHIP DATE**
09/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 09/19/2022 | Utilities | Folio # 00130-00 | 1 | 577.50 | 577.50 |
| | Management | September Management Fee | 1 | 200.00 | 200.00 |

| | | |
|---|---|---|
| PAYMENT | | 577.50 |
| **TOTAL DUE** | | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
PNC

**SHIP TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
412 Long Ave.
Upper Darby, PA

**INVOICE 127177**

**DATE** 09/30/2022

**DUE DATE** 10/31/2022

**SHIP DATE**
09/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | September Management Fee | 1 | 400.00 | 400.00 |
| | Repair/Maintenance | 9182022 - New lock set with deadbolt | 1 | 175.00 | 175.00 |

| TOTAL DUE | **$575.00** |
|---|---|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO | |
|---|---|---|
| Upper Darby - 418 Timberlake Rd. | Upper Darby - 418 Timberlake Rd. | **INVOICE 127178** |
| PNC | 418 Timberlake Rd. Upper Darby, PA | |

**DATE** 09/30/2022

**DUE DATE** 10/31/2022

**SHIP DATE**
09/17/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 09/19/2022 | Utilities | Folio # 01735-00 | 1 | 577.50 | 577.50 |
| | Management | September Management Fee | 1 | 200.00 | 200.00 |

| | | |
|---|---|---|
| PAYMENT | | 577.50 |
| **TOTAL DUE** | | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 419 Glendale Rd.
PNC

**SHIP TO**
Upper Darby - 419 Glendale Rd.
419 Glendale Rd.
Upper Darby, PA

**INVOICE 127179**

**DATE** 09/30/2022

**DUE DATE** 10/31/2022

**SHIP DATE**
09/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 09/19/2022 | Utilities | Folio # 00445-00 | 1 | 577.50 | 577.50 |
| | Management | September Management Fee | 1 | 200.00 | 200.00 |

| | | |
|---|---|---|
| PAYMENT | | 577.50 |
| **TOTAL DUE** | | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 526 Timberlake Rd.
PNC

**SHIP TO**
Upper Darby - 526 Timberlake Rd.
526 Timberlake Rd.
Upper Darby

**INVOICE 127180**

**DATE** 09/30/2022

**DUE DATE** 09/30/2022

**SHIP DATE**
09/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 09/19/2022 | Utilities | Folio # 01764-00 | 1 | 577.50 | 577.50 |
| | Management | September Management Fee | 1 | 200.00 | 200.00 |

| | | |
|---|---|---|
| | PAYMENT | 577.50 |
| | **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 599 Timberlake Rd.
PNC

**SHIP TO**
Upper Darby - 599 Timberlake Rd.
599 Timberlake Rd.
Upper Darby, PA

**INVOICE 127181**

**DATE** 09/30/2022

**DUE DATE** 10/31/2022

**SHIP DATE**
09/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 09/19/2022 | Utilities | Folio # 01731-00 | 1 | 577.50 | 577.50 |
| | Management | September Management Fee | 1 | 200.00 | 200.00 |

| | | |
|---|---|---|
| PAYMENT | | 577.50 |
| TOTAL DUE | | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

| BILL TO | SHIP TO | |
|---|---|---|
| Upper Darby - 8513 Lansdowne Ave. | Upper Darby - 8513 Lansdowne Ave. | **INVOICE 127182** |
| PNC | 8513 Lansdowne Ave. | |
| | Upper Darby, PA | **DATE** 09/30/2022 |
| | | **DUE DATE** 10/30/2022 |

**SHIP DATE**
09/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 09/19/2022 | Utilities | Folio # 01888-00 | 1 | 577.50 | 577.50 |
| | Management | September Management Fee | 1 | 200.00 | 200.00 |
| | Repair/Maintenance | 9/28/22 - Paid invoice for order of possession | 1 | 43.10 | 43.10 |

| | |
|---|---|
| PAYMENT | 577.50 |
| **TOTAL DUE** | **$243.10** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Philadelphia - 40 E. Rittenhouse
St.
PNC

**SHIP TO**
Philadelphia - 40 E. Rittenhouse
St.
40 E. Rittenhouse St.
Philadelphia, PA

## INVOICE 127152

**DATE** 09/30/2022

**DUE DATE** 10/31/2022

**SHIP DATE**
08/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | September Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Philadelphia - 2131 Brighton St.
PNC

**SHIP TO**
Philadelphia - 2131 Brighton St.
2131 Brighton St.
Philadelphia, PA

**INVOICE 127212**

**DATE** 09/30/2022

**DUE DATE** 10/31/2022

**SHIP DATE**
09/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | September Management Fee | 1 | 200.00 | 200.00 |
| | Utilities | 9-20-22 - Reimbursement for ALPS paying City Water Bill | 1 | 1,208.97 | 1,208.97 |

| TOTAL DUE | **$1,408.97** |
|-----------|---------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



| | | |
|---|---|---|
| **BILL TO** | **SHIP TO** | **INVOICE 126701** |
| No. 00225 | No. 00225 | |
| PNC | PNC | **DATE** 09/30/2022 |
| | | **DUE DATE** 10/31/2022 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 09/06/2022 | Receiver | Building issue on safety & health. Discuss with maintenance. | 0.50 | 250.00 | 125.00 |
| 09/07/2022 | Delivery Court Report | Filed the second receiver report to the court and all parties. | 1 | 300.00 | 300.00 |
| 09/08/2022 | Receiver | Reviewed building issues and discussed them with department. | 0.50 | 250.00 | 125.00 |
| 09/12/2022 | Receiver | Building issues discussed with maintenance. | 0.25 | 250.00 | 62.50 |
| 09/13/2022 | Receiver | Check with the accountant on the previous year income/expenses. Correspondence with the department. | 0.25 | 250.00 | 62.50 |
| 09/13/2022 | Receiver | Research requested accounting documentation for attorney. Correspondence to accounting. | 0.50 | 250.00 | 125.00 |
| 09/14/2022 | Receiver | Requested the 2021 financials and reviewed. Reclassified the folder name and forwarded to all parties as requested. | 1 | 250.00 | 250.00 |
| 09/20/2022 | Receiver | Reviewed properties to respond to attorney letter. | 0.75 | 250.00 | 187.50 |
| 09/26/2022 | Receiver | Drafted third receiver report for the court and all parties. Research data and met with departments on documentation. | 3.25 | 250.00 | 812.50 |
| 09/26/2022 | Delivery Court Report | Filed 3rd report to the court and all parties. | 1 | 300.00 | 300.00 |
| 09/29/2022 | Receiver | Reviewed repairs needed on properties. Discussed with departments. | 0.75 | 250.00 | 187.50 |

| TOTAL DUE | $2,537.50 |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

| BILL TO | SHIP TO | |
|---|---|---|
| Upper Darby - 347 Avon Rd. PNC | Upper Darby - 347 Avon Rd. 347 Avon Rd. Upper Darby, PA | **INVOICE 127224** |

**DATE** 10/13/2022

**DUE DATE** 10/13/2022

**SHIP DATE**
10/13/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/13/2022 | Repair/Maintenance | Repairs | 1 | 4,860.00 | 4,860.00 |

| TOTAL DUE | **$4,860.00** |
|---|---|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Clifton Heights - 37 Walnut St
PNC

**SHIP TO**
Clifton Heights - 37 Walnut St
37 Walnut St.
Clifton Heights, PA

**INVOICE 127301**

**DATE** 10/31/2022

**DUE DATE** 12/01/2022

**SHIP DATE**
10/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Drexel Hill - 4690 State Rd.
PNC

**SHIP TO**
Drexel Hill - 4690 State Rd.
4690 State Rd.
Drexel Hill, PA

**INVOICE 127333**

**DATE** 10/31/2022

**DUE DATE** 12/01/2022

**SHIP DATE**
10/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

| BILL TO | SHIP TO | |
|---|---|---|
| Upper Darby - 245 Burmont Rd | Upper Darby - 245 Burmont Rd | **INVOICE 127407** |
| PNC | 245 Burmont Rd. | |
| | Upper Darby, PA | **DATE** 10/31/2022 |
| | | **DUE DATE** 12/01/2022 |

**SHIP DATE**
10/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |
| | Repair/Maintenance | Grass service x2 | 1 | 140.00 | 140.00 |

| TOTAL DUE | **$340.00** |
|---|---|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
altarDomus
C/O John Budyak
John.Budyak@altardomus.com

**SHIP TO**
Upper Darby - 347 Avon Rd.
347 Avon Rd.
Upper Darby, PA

**INVOICE 127408**

DATE 10/31/2022

DUE DATE 12/01/2022

**SHIP DATE**
10/01/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |
|  | Repair/Maintenance | Purchase washer and deliver | 1 | 495.00 | 495.00 |

| TOTAL DUE | $695.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 355 Avon Rd.
PNC

**SHIP TO**
Upper Darby - 355 Avon Rd.
355 Avon Rd.
Upper Darby, PA

**INVOICE 127409**

**DATE** 10/31/2022

**DUE DATE** 12/01/2022

**SHIP DATE**
10/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
PNC

**SHIP TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
412 Long Ave.
Upper Darby, PA

**INVOICE 127410**

**DATE** 10/31/2022

**DUE DATE** 12/01/2022

**SHIP DATE**
10/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 400.00 | 400.00 |

| TOTAL DUE | $400.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 418 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 418 Timberlake
Rd.
418 Timberlake Rd.
Upper Darby, PA

**INVOICE 127411**

**DATE** 10/31/2022

**DUE DATE** 11/30/2022

**SHIP DATE**
10/17/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

|  |  |
|--|--|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 419 Glendale Rd.
PNC

**SHIP TO**
Upper Darby - 419 Glendale Rd.
419 Glendale Rd.
Upper Darby, PA

**INVOICE 127412**

**DATE** 10/31/2022

**DUE DATE** 12/01/2022

**SHIP DATE**
10/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

| BILL TO | SHIP TO |
|---|---|
| Upper Darby - 526 Timberlake Rd. | Upper Darby - 526 Timberlake Rd. |
| PNC | 526 Timberlake Rd. |
| | Upper Darby |

**INVOICE 127413**

**DATE** 10/31/2022

**DUE DATE** 10/31/2022

**SHIP DATE**
10/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |
| | Repair/Maintenance | Fix clogged sink and S Trap | 1 | 210.00 | 210.00 |

| TOTAL DUE | **$410.00** |
|---|---|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 599 Timberlake Rd.
PNC

**SHIP TO**
Upper Darby - 599 Timberlake Rd.
599 Timberlake Rd.
Upper Darby, PA

**INVOICE 127414**

**DATE** 10/31/2022

**DUE DATE** 12/01/2022

**SHIP DATE**
10/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |
| | Repair/Maintenance | Leak repairs in kitchen and shower | 1 | 360.00 | 360.00 |
| | Repair/Maintenance | Replace door and basement door | 1 | 1,950.00 | 1,950.00 |

| TOTAL DUE | $2,510.00 |
|---|---|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 8513 Lansdowne
Ave.
PNC

**SHIP TO**
Upper Darby - 8513 Lansdowne
Ave.
8513 Lansdowne Ave.
Upper Darby, PA

**INVOICE 127415**

**DATE** 10/31/2022

**DUE DATE** 11/30/2022

**SHIP DATE**
10/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |
| | Repair/Maintenance | Install new door, steel door white, repair wood frame, repair top siding water leak and top. | 1 | 250.00 | 250.00 |
| | Repair/Maintenance | Trash removal from the property. | 1 | 2,430.00 | 2,430.00 |

| TOTAL DUE | **$2,880.00** |
|-----------|---------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
NO. CV-2020-008284
PNC

**SHIP TO**
NO. CV-2020-008284
PNC

## INVOICE 127718

**DATE** 10/31/2022   **TERMS** Net 30

**DUE DATE** 11/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/04/2022 | Receiver | Reviewed repairs on properties and discussed with maintenance. | 1 | 250.00 | 250.00 |
| 10/05/2022 | Receiver | Reviewed eviction and discussed with various parties. | 1.25 | 250.00 | 312.50 |
| 10/06/2022 | Receiver | Reviewed eviction list for properties and discuss with departments. Met with department. | 1 | 250.00 | 250.00 |
| 10/07/2022 | Receiver | Reviewed properties and repairs needed. Discussed with department. | 1.25 | 250.00 | 312.50 |
| 10/11/2022 | Receiver | Reviewed eviction for unit 4690. Various correspondence on payment and eviction. Discussed with departments. | 1.50 | 250.00 | 375.00 |
| 10/11/2022 | Receiver | Review request for BPO;s on the properties. Various correspondence. | 0.50 | 250.00 | 125.00 |
| 10/12/2022 | Receiver | Met with departments on possible BPO's on properties. Reviewed file.. jmp | 2.25 | 250.00 | 562.50 |
| 10/12/2022 | Receiver | Various correspondence on the eviction. | 0.50 | 250.00 | 125.00 |
| 10/13/2022 | Receiver | Reviewed evictions on building. | 1 | 250.00 | 250.00 |
| 10/14/2022 | Receiver | Reviewed BPO's and different correspondence. | 1 | 250.00 | 250.00 |
| 10/14/2022 | Receiver | Reviewed request for repair and pricing. Discussed with maintenance. | 0.75 | 250.00 | 187.50 |
| 10/17/2022 | Receiver | Reviewed property repairs and discussed with Maintenance. | 1 | 250.00 | 250.00 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 10/18/2022 | Receiver | Reviewed eviction and discussed with departments. Directed Tenant Relations to evict. | 1.25 | 250.00 | 312.50 |
| 10/19/2022 | Receiver | Reviewed estimate for property. | 0.50 | 250.00 | 125.00 |
| 10/20/2022 | Receiver | Reviewed eviction and sign affidavit. | 0.75 | 250.00 | 187.50 |
| 10/21/2022 | Receiver | Correspondence on eviction and coordination with departments. | 1 | 250.00 | 250.00 |
| 10/25/2022 | Receiver | Reviewed with the department regarding BPO's. Researched properties. | 1 | 250.00 | 250.00 |
| 10/28/2022 | Receiver | Reviewed statements on the unpaid balance for tenants. Correspondence to tenant relations to and put together a repayment plan. | 0.75 | 250.00 | 187.50 |
| 10/28/2022 | Receiver | Reviewed bids and discussed with maintenance on repairs. | 1.75 | 250.00 | 437.50 |
| 10/31/2022 | Receiver | Reviewed eviction and met with tenant relations to discuss getting balance to zero or pursuing the eviction. | 0.75 | 250.00 | 187.50 |
| 10/31/2022 | Receiver | Drafted the fourth receiver report for the court and all parties. | 5 | 250.00 | 1,250.00 |

|  |  |
|--|--|
| SUBTOTAL | 6,437.50 |
| TAX | 0.00 |
| TOTAL | 6,437.50 |
| TOTAL DUE | $6,437.50 |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

| BILL TO | SHIP TO |
|---|---|
| No. 00225 | No. 00225 |
| PNC | PNC |

## INVOICE 127716

**DATE** 10/31/2022    **TERMS** Net 30

**DUE DATE** 11/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/04/2022 | Receiver | Reviewed repairs needed. jmp | 0:30 | 250.00 | 125.00 |
| 10/05/2022 | Receiver | Reviewed rental income and discussed with tenant relations. jmp | 0:45 | 250.00 | 187.50 |
| 10/06/2022 | Receiver | Reviewed repairs and discussed with Maintenance. jmp | 0:30 | 250.00 | 125.00 |
| 10/06/2022 | Receiver | Discussed repairs on properties needed. jmp | 0:30 | 250.00 | 125.00 |
| 10/13/2022 | Receiver | Reviewed repairs and discussed with department. jmp | 0:30 | 250.00 | 125.00 |
| 10/18/2022 | Receiver | Reviewed repairs. | 0.50 | 250.00 | 125.00 |
| 10/19/2022 | Receiver | Reviewed repairs with maintenance and research cause. | 0.75 | 250.00 | 187.50 |
| 10/21/2022 | Receiver | Reviewed building repairs with department. | 0.50 | 250.00 | 125.00 |
| 10/25/2022 | Receiver | Reviewed with the department regarding BPO's. Researched properties. jmp | 0.50 | 250.00 | 125.00 |
| 10/26/2022 | Receiver | Reviewed bids on repairs. | 0.25 | 250.00 | 62.50 |
| 10/27/2022 | Receiver | Reviewed correspondence regarding repairs and discussed. | 0.50 | 250.00 | 125.00 |
| 10/28/2022 | Receiver | Reviewed repairs. | 0.75 | 250.00 | 187.50 |
| 10/31/2022 | Receiver | Drafted fourth receiver report for the court and all parties. | 4 | 250.00 | 1,000.00 |

| | |
|---|---|
| SUBTOTAL | 2,625.00 |
| TAX | 0.00 |
| TOTAL | 2,625.00 |
| **TOTAL DUE** | **$2,625.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO | **INVOICE 127384** |
|---|---|---|
| Philadelphia - 40 E. Rittenhouse St. | Philadelphia - 40 E. Rittenhouse St. | |
| PNC | 40 E. Rittenhouse St. | **DATE** 10/31/2022 |
| | Philadelphia, PA | |
| | | **DUE DATE** 12/01/2022 |

**SHIP DATE**
10/01/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 245 Burmont Rd
PNC

**SHIP TO**
Upper Darby - 245 Burmont Rd
245 Burmont Rd.
Upper Darby, PA

**INVOICE 127508**

**DATE** 11/30/2022

**DUE DATE** 11/30/2022

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO |
|---------|---------|
| altarDomus | Upper Darby - 347 Avon Rd. |
| C/O John Budyak | 347 Avon Rd. |
| John.Budyak@altardomus.com | Upper Darby, PA |

## INVOICE 127509

**DATE** 11/30/2022

**DUE DATE** 11/30/2022

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 355 Avon Rd.
PNC

**SHIP TO**
Upper Darby - 355 Avon Rd.
355 Avon Rd.
Upper Darby, PA

## INVOICE 127510

**DATE** 11/30/2022

**DUE DATE** 11/30/2022

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
PNC

**SHIP TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
412 Long Ave.
Upper Darby, PA

**INVOICE 127511**

**DATE** 11/30/2022

**DUE DATE** 11/30/2022

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 400.00 | 400.00 |

| TOTAL DUE | **$400.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 419 Glendale Rd.
PNC

**SHIP TO**
Upper Darby - 419 Glendale Rd.
419 Glendale Rd.
Upper Darby, PA

## INVOICE 127512

**DATE** 11/30/2022

**DUE DATE** 11/30/2022

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO | |
|---------|---------|--|
| Upper Darby - 526 Timberlake Rd. | Upper Darby - 526 Timberlake Rd. | **INVOICE 127513** |
| PNC | 526 Timberlake Rd. | **DATE** 11/30/2022 |
| | Upper Darby | **DUE DATE** 11/30/2022 |

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|--|--|
| **TOTAL DUE** | **$200.00** |

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 599 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 599 Timberlake
Rd.
599 Timberlake Rd.
Upper Darby, PA

**INVOICE 127514**

**DATE** 11/30/2022

**DUE DATE** 11/30/2022

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 8513 Lansdowne
Ave.
PNC

**SHIP TO**
Upper Darby - 8513 Lansdowne
Ave.
8513 Lansdowne Ave.
Upper Darby, PA

**INVOICE 127515**

**DATE** 11/30/2022

**DUE DATE** 11/30/2022

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

**ALPS**GROUP

| BILL TO | SHIP TO |
|---|---|
| Upper Darby - 418 Timberlake Rd. | Upper Darby - 418 Timberlake Rd. |
| PNC | 418 Timberlake Rd. |
|  | Upper Darby, PA |

## INVOICE 127521

**DATE** 11/30/2022

**DUE DATE** 12/31/2022

**SHIP DATE**
05/24/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO | **INVOICE 127571** |
|---|---|---|
| Clifton Heights - 37 Walnut St | Clifton Heights - 37 Walnut St | |
| PNC | 37 Walnut St. | **DATE** 11/30/2022 |
| | Clifton Heights, PA | |
| | | **DUE DATE** 11/30/2022 |

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|---|---|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Drexel Hill - 4690 State Rd.
PNC

**SHIP TO**
Drexel Hill - 4690 State Rd.
4690 State Rd.
Drexel Hill, PA

**INVOICE 127601**

**DATE** 11/30/2022

**DUE DATE** 11/30/2022

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

**TOTAL DUE** **$200.00**

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

| | | |
|---|---|---|
| **BILL TO** | **SHIP TO** | **INVOICE 127739** |
| NO. CV-2020-008284 | NO. CV-2020-008284 | |
| PNC | PNC | **DATE** 11/30/2022   **TERMS** Net 30 |
| | | **DUE DATE** 12/31/2022 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/01/2022 | Receiver | Reviewed bids and photos on repairs to be done. | 1 | 250.00 | 250.00 |
| 11/03/2022 | Receiver | Correspondence regarding eviction and lock out. | 0.50 | 250.00 | 125.00 |
| 11/05/2022 | Receiver | Eviction documents reviewed and correspondence with attorney and Tenant Relations. | 1.50 | 250.00 | 375.00 |
| 11/10/2022 | Receiver | Reviewed repairs and bids for work to be done. | 1.25 | 250.00 | 312.50 |
| 11/11/2022 | Receiver | Reviewed bid and discussed with maintenance. | 1 | 250.00 | 250.00 |
| 11/14/2022 | Receiver | Reviewed bids for repairs on various properties and discussed with maintenance on the plan of action. | 1.50 | 250.00 | 375.00 |
| 11/15/2022 | Receiver | Reviewed file regarding evictions. | 1.25 | 250.00 | 312.50 |
| 11/16/2022 | Receiver | Met with Tenant Relations on evictions. | 1 | 250.00 | 250.00 |
| 11/17/2022 | Receiver | Reviewed building issues and bids for properties. | 1.50 | 250.00 | 375.00 |
| 11/18/2022 | Receiver | Discussed with TR on eviction and met with maintenance. | 1 | 250.00 | 250.00 |
| 11/22/2022 | Receiver | Reviewed bids for repairs and met with Maintenance to go over. | 0.50 | 250.00 | 125.00 |
| 11/23/2022 | Receiver | Reviewed eviction and judgment. discussed with the department. | 1.25 | 250.00 | 312.50 |
| 11/28/2022 | Receiver | Maintenance issues on properties to address. | 0.75 | 250.00 | 187.50 |
| 11/29/2022 | Receiver | Reviewed bankruptcy filed by borrower and met with departments on plan. | 1.25 | 250.00 | 312.50 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 11/30/2022 | Accounting | Monthly financial preparations | 2 | 95.00 | 190.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 4,002.50 |
| TAX | | 0.00 |
| TOTAL | | 4,002.50 |
| TOTAL DUE | | $4,002.50 |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 526 Timberlake Rd.
PNC

**SHIP TO**
Upper Darby - 526 Timberlake Rd.
526 Timberlake Rd.
Upper Darby

## INVOICE 6055

**DATE** 11/30/2022    **TERMS** Net 30

**DUE DATE** 12/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 11/14/2022 | Repair/Maintenance | Purchase and install metal door | 1 | 2,150.00 | 2,150.00 |

|  |  |
|---|---|
| SUBTOTAL | 2,150.00 |
| TAX | 0.00 |
| TOTAL | 2,150.00 |
| **TOTAL DUE** | **$2,150.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO | INVOICE 127655 |
|---|---|---|
| Philadelphia - 40 E. Rittenhouse St. | Philadelphia - 40 E. Rittenhouse St. | |
| PNC | 40 E. Rittenhouse St. | **DATE** 11/30/2022 |
| | Philadelphia, PA | **DUE DATE** 11/30/2022 |

SHIP DATE
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

|  |  |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



| | | |
|---|---|---|
| **BILL TO** | **SHIP TO** | **INVOICE 127654** |
| Philadelphia - 2131 Brighton St. | Philadelphia - 2131 Brighton St. | |
| PNC | 2131 Brighton St. | **DATE** 11/30/2022 |
| | Philadelphia, PA | |
| | | **DUE DATE** 11/30/2022 |

**SHIP DATE**
07/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee 10/1/2022 - 11/30/2022 (Flat fee: $200.00 * 1 unit) | 1 | 400.00 | 400.00 |

| | |
|---|---|
| SUBTOTAL | 400.00 |
| TAX | 0.00 |
| TOTAL | 400.00 |
| **TOTAL DUE** | **$400.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Philadelphia - 40 E. Rittenhouse
St.
PNC

**SHIP TO**
Philadelphia - 40 E. Rittenhouse
St.
40 E. Rittenhouse St.
Philadelphia, PA

## INVOICE 127493

**DATE** 11/17/2022    **TERMS** Net 30

**DUE DATE** 12/01/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 11/17/2022 | Repair/Maintenance | Drywall repair | 1 | 975.00 | 975.00 |

| | |
|---|---|
| SUBTOTAL | 975.00 |
| TAX | 0.00 |
| TOTAL | 975.00 |
| **TOTAL DUE** | **$975.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 599 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 599 Timberlake
Rd.
599 Timberlake Rd.
Upper Darby, PA

## INVOICE 127691

**DATE** 12/09/2022   **TERMS** Net 30

**DUE DATE** 12/09/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Repair/Maintenance | 11 17 2.022 - Repair metal door in basement | 1 | 200.00 | 200.00 |

|  |  |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 347 Avon Rd.
PNC

**SHIP TO**
Upper Darby - 347 Avon Rd.
347 Avon Rd.
Upper Darby, PA

**INVOICE 127692**

**DATE** 12/09/2022   **TERMS** Net 30

**DUE DATE** 12/09/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Repair/Maintenance | 11-30.22 - Exterminator for rat issue | 1 | 365.00 | 365.00 |

|  |  |
|--|--|
| SUBTOTAL | 365.00 |
| TAX | 0.00 |
| TOTAL | 365.00 |
| **TOTAL DUE** | **$365.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Clifton Heights - 37 Walnut St
PNC

**SHIP TO**
Clifton Heights - 37 Walnut St
37 Walnut St.
Clifton Heights, PA

**INVOICE 127740**

**DATE** 12/19/2022    **TERMS** Net 30

**DUE DATE** 12/26/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 12/19/2022 | Repair/Maintenance | Roof Repair | 1 | 855.00 | 855.00 |

| | |
|---|---|
| SUBTOTAL | 855.00 |
| TAX | 0.00 |
| TOTAL | 855.00 |
| **TOTAL DUE** | **$855.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Clifton Heights - 37 Walnut St
PNC

**SHIP TO**
Clifton Heights - 37 Walnut St
37 Walnut St.
Clifton Heights, PA

**INVOICE 127897**

**DATE** 12/31/2022    **TERMS** Net 30

**DUE DATE** 01/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

|  |  |
|--|--|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Drexel Hill - 4690 State Rd.
PNC

**SHIP TO**
Drexel Hill - 4690 State Rd.
4690 State Rd.
Drexel Hill, PA

## INVOICE 127898

**DATE** 12/31/2022   **TERMS** Net 30

**DUE DATE** 01/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 245 Burmont Rd
PNC

**SHIP TO**
Upper Darby - 245 Burmont Rd
245 Burmont Rd.
Upper Darby, PA

**INVOICE 127899**

**DATE** 12/31/2022   **TERMS** Net 30

**DUE DATE** 01/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
altarDomus
C/O John Budyak
John.Budyak@altardomus.com

**SHIP TO**
Upper Darby - 347 Avon Rd.
347 Avon Rd.
Upper Darby, PA

**INVOICE 127900**

**DATE** 12/31/2022   **TERMS** Net 30

**DUE DATE** 01/30/2023

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 355 Avon Rd.
PNC

**SHIP TO**
Upper Darby - 355 Avon Rd.
355 Avon Rd.
Upper Darby, PA

**INVOICE 127901**

**DATE** 12/31/2022    **TERMS** Net 30

**DUE DATE** 01/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
PNC

**SHIP TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
412 Long Ave.
Upper Darby, PA

**INVOICE 127902**

**DATE** 12/31/2022    **TERMS** Net 30

**DUE DATE** 01/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 400.00 | 400.00 |

|  |  |
|--|--|
| SUBTOTAL | 400.00 |
| TAX | 0.00 |
| TOTAL | 400.00 |
| **TOTAL DUE** | **$400.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 419 Glendale Rd.
PNC

**SHIP TO**
Upper Darby - 419 Glendale Rd.
419 Glendale Rd.
Upper Darby, PA

## INVOICE 127903

**DATE** 12/31/2022    **TERMS** Net 30

**DUE DATE** 01/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 526 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 526 Timberlake
Rd.
526 Timberlake Rd.
Upper Darby

## INVOICE 127904

**DATE** 12/31/2022   **TERMS** Net 30

**DUE DATE** 01/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 599 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 599 Timberlake
Rd.
599 Timberlake Rd.
Upper Darby, PA

**INVOICE 127905**

**DATE** 12/31/2022    **TERMS** Net 30

**DUE DATE** 01/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 8513 Lansdowne
Ave.
PNC

**SHIP TO**
Upper Darby - 8513 Lansdowne
Ave.
8513 Lansdowne Ave.
Upper Darby, PA

**INVOICE 127906**

**DATE** 12/31/2022   **TERMS** Net 30

**DUE DATE** 01/30/2023

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

|  |  |
|--|--|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 418 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 418 Timberlake
Rd.
418 Timberlake Rd.
Upper Darby, PA

**INVOICE 127909**

**DATE** 12/31/2022   **TERMS** Net 30

**DUE DATE** 01/30/2023

**SHIP DATE**
05/24/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO | |
|---|---|---|
| Philadelphia - 40 E. Rittenhouse St. | Philadelphia - 40 E. Rittenhouse St. | **INVOICE 127908** |
| PNC | 40 E. Rittenhouse St. Philadelphia, PA | **DATE** 12/31/2022    **TERMS** Net 30 |
| | | **DUE DATE** 01/30/2023 |

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Philadelphia - 2131 Brighton St.
PNC

**SHIP TO**
Philadelphia - 2131 Brighton St.
2131 Brighton St.
Philadelphia, PA

**INVOICE 127907**

**DATE** 12/31/2022   **TERMS** Net 30

**DUE DATE** 01/30/2023

**SHIP DATE**
07/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee (Flat fee: $200.00 * 1 unit) | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

| BILL TO | SHIP TO | |
|---|---|---|
| Philadelphia - 2131 Brighton St. | Philadelphia - 2131 Brighton St. | **INVOICE 127722** |
| PNC | 2131 Brighton St. | |
| | Philadelphia, PA | **DATE** 12/16/2022   **TERMS** Net 30 |
| | | **DUE DATE** 01/15/2023 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/08/2022 | Repair/Maintenance | 12-08-22 - Repairs at house | 1 | 3,700.00 | 3,700.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 3,700.00 |
| TAX | | 0.00 |
| TOTAL | | 3,700.00 |
| **TOTAL DUE** | | **$3,700.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 355 Avon Rd.
PNC

**SHIP TO**
Upper Darby - 355 Avon Rd.
355 Avon Rd.
Upper Darby, PA

**INVOICE ALPS202725-430**

**DATE** 01/31/2023    **TERMS** Net 30

**DUE DATE** 02/28/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 245 Burmont Rd
PNC

**SHIP TO**
Upper Darby - 245 Burmont Rd
245 Burmont Rd.
Upper Darby, PA

**INVOICE ALPS202725-429**

**DATE** 01/31/2023   **TERMS** Net 30

**DUE DATE** 02/28/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

|  |  |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Drexel Hill - 4690 State Rd.
PNC

**SHIP TO**
Drexel Hill - 4690 State Rd.
4690 State Rd.
Drexel Hill, PA

**INVOICE ALPS202725-418**

**DATE** 01/31/2023    **TERMS** Net 30

**DUE DATE** 02/28/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
PNC

**SHIP TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
412 Long Ave.
Upper Darby, PA

**INVOICE ALPS202725-416**

**DATE** 01/31/2023    **TERMS** Net 30

**DUE DATE** 02/28/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 400.00 | 400.00 |

| TOTAL DUE | **$400.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 419 Glendale Rd.
PNC

**SHIP TO**
Upper Darby - 419 Glendale Rd.
419 Glendale Rd.
Upper Darby, PA

**INVOICE ALPS202725-414**

**DATE** 01/31/2023    **TERMS** Net 30

**DUE DATE** 02/28/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
altarDomus
C/O John Budyak
John.Budyak@altardomus.com

**SHIP TO**
Upper Darby - 347 Avon Rd.
347 Avon Rd.
Upper Darby, PA

**INVOICE ALPS202725-413**

**DATE** 01/31/2023    **TERMS** Net 30

**DUE DATE** 02/28/2023

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com


ALPSGROUP

| BILL TO | SHIP TO | |
|---|---|---|
| Upper Darby - 418 Timberlake Rd. | Upper Darby - 418 Timberlake Rd. | **INVOICE ALPS202725-405** |
| PNC | 418 Timberlake Rd. | |
| | Upper Darby, PA | **DATE** 01/31/2023   **TERMS** Net 30 |
| | | **DUE DATE** 02/28/2023 |

**SHIP DATE**
05/24/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|---|---|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Clifton Heights - 37 Walnut St
PNC

**SHIP TO**
Clifton Heights - 37 Walnut St
37 Walnut St.
Clifton Heights, PA

**INVOICE ALPS202725-403**

**DATE** 01/31/2023    **TERMS** Net 30

**DUE DATE** 02/28/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 526 Timberlake Rd.
PNC

**SHIP TO**
Upper Darby - 526 Timberlake Rd.
526 Timberlake Rd.
Upper Darby

**INVOICE 127944**

**DATE** 01/31/2023

**DUE DATE** 02/28/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 599 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 599 Timberlake
Rd.
599 Timberlake Rd.
Upper Darby, PA

## INVOICE 127943

**DATE** 01/31/2023

**DUE DATE** 02/28/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 8513 Lansdowne
Ave.
PNC

**SHIP TO**
Upper Darby - 8513 Lansdowne
Ave.
8513 Lansdowne Ave.
Upper Darby, PA

**INVOICE 127945**

**DATE** 01/30/2023

**DUE DATE** 02/28/2023

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 599 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 599 Timberlake
Rd.
599 Timberlake Rd.
Upper Darby, PA

**INVOICE 127938**

**DATE** 01/27/2023

**DUE DATE** 01/27/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Repair/Maintenance | Order and install a new kitchen window | 1 | 870.00 | 870.00 |

| | | |
|---|---|---:|
| | SUBTOTAL | 870.00 |
| | TAX | 0.00 |
| | TOTAL | 870.00 |
| | **TOTAL DUE** | **$870.00** |

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Clifton Heights - 37 Walnut St
PNC

**SHIP TO**
Clifton Heights - 37 Walnut St
37 Walnut St.
Clifton Heights, PA

**INVOICE 127776**

**DATE** 01/01/2023    **TERMS** Net 30

**DUE DATE** 01/31/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Repair/Maintenance | Repair frozen pipes | 1 | 285.00 | 285.00 |

|  |  |
|------|--------|
| SUBTOTAL | 285.00 |
| TAX | 0.00 |
| TOTAL | 285.00 |
| **TOTAL DUE** | **$285.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 419 Glendale Rd.
PNC

**SHIP TO**
Upper Darby - 419 Glendale Rd.
419 Glendale Rd.
Upper Darby, PA

**INVOICE 127775**

**DATE** 01/01/2023   **TERMS** Net 30

**DUE DATE** 01/31/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 01/06/2022 | Repair/Maintenance | Boiler and water heater repairs | 1 | 1,390.00 | 1,390.00 |
| 01/06/2023 | Repair/Maintenance | Reseal Chimney | 1 | 695.00 | 695.00 |
| 01/06/2023 | Repair/Maintenance | Repair gas leak | 1 | 980.00 | 980.00 |

| | |
|---|---|
| SUBTOTAL | 3,065.00 |
| TAX | 0.00 |
| TOTAL | 3,065.00 |
| **TOTAL DUE** | **$3,065.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO | **INVOICE ALPS202725-488** |
|---|---|---|
| Philadelphia - 40 E. Rittenhouse St. | Philadelphia - 40 E. Rittenhouse St. | |
| PNC | 40 E. Rittenhouse St. | **DATE** 01/31/2023    **TERMS** Net 30 |
| | Philadelphia, PA | **DUE DATE** 02/28/2023 |

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|---|---|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Philadelphia - 2131 Brighton St.
PNC

**SHIP TO**
Philadelphia - 2131 Brighton St.
2131 Brighton St.
Philadelphia, PA

## INVOICE ALPS202725-473

**DATE** 01/31/2023    **TERMS** Net 30

**DUE DATE** 02/28/2023

**SHIP DATE**
07/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee (Flat fee: $200.00 * 1 unit) | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Philadelphia - 2131 Brighton St.
PNC

**SHIP TO**
Philadelphia - 2131 Brighton St.
2131 Brighton St.
Philadelphia, PA

**INVOICE 6319**

**DATE** 01/01/2023   **TERMS** Net 30

**DUE DATE** 01/01/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 10/01/2022 | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

| BILL TO | SHIP TO | INVOICE ALPS202725-732 |
|---|---|---|
| Upper Darby - 418 Timberlake Rd.<br>PNC | Upper Darby - 418 Timberlake Rd.<br>418 Timberlake Rd.<br>Upper Darby, PA | **DATE** 02/28/2023   **TERMS** Net 30 |
| | | **DUE DATE** 03/30/2023 |

**SHIP DATE**
05/24/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|---|---|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 355 Avon Rd.
PNC

**SHIP TO**
Upper Darby - 355 Avon Rd.
355 Avon Rd.
Upper Darby, PA

**INVOICE ALPS202725-729**

**DATE** 02/28/2023    **TERMS** Net 30

**DUE DATE** 03/31/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO |
|---------|---------|
| Upper Darby - 245 Burmont Rd | Upper Darby - 245 Burmont Rd |
| PNC | 245 Burmont Rd. |
|  | Upper Darby, PA |

## INVOICE ALPS202725-728

**DATE** 02/28/2023    **TERMS** Net 30

**DUE DATE** 03/31/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Drexel Hill - 4690 State Rd.
PNC

**SHIP TO**
Drexel Hill - 4690 State Rd.
4690 State Rd.
Drexel Hill, PA

**INVOICE ALPS202725-718**

**DATE** 02/28/2023    **TERMS** Net 30

**DUE DATE** 03/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
PNC

**SHIP TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
412 Long Ave.
Upper Darby, PA

## INVOICE ALPS202725-716

**DATE** 02/28/2023     **TERMS** Net 30

**DUE DATE** 03/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 400.00 | 400.00 |

| | |
|---|---:|
| SUBTOTAL | 400.00 |
| TAX | 0.00 |
| TOTAL | 400.00 |
| **TOTAL DUE** | **$400.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 419 Glendale Rd.
PNC

**SHIP TO**
Upper Darby - 419 Glendale Rd.
419 Glendale Rd.
Upper Darby, PA

**INVOICE ALPS202725-715**

**DATE** 02/28/2023   **TERMS** Net 30

**DUE DATE** 03/31/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
altarDomus
C/O John Budyak
John.Budyak@altardomus.com

**SHIP TO**
Upper Darby - 347 Avon Rd.
347 Avon Rd.
Upper Darby, PA

**INVOICE ALPS202725-714**

**DATE** 02/28/2023    **TERMS** Net 30

**DUE DATE** 03/30/2023

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | $200.00 |
|-----------|---------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Clifton Heights - 37 Walnut St
PNC

**SHIP TO**
Clifton Heights - 37 Walnut St
37 Walnut St.
Clifton Heights, PA

**INVOICE ALPS202725-709**

**DATE** 02/28/2023   **TERMS** Net 30

**DUE DATE** 03/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 599 Timberlake Rd.
PNC

**SHIP TO**
Upper Darby - 599 Timberlake Rd.
599 Timberlake Rd.
Upper Darby, PA

**INVOICE ALPS202725-688**

**DATE** 02/28/2023    **TERMS** Net 30

**DUE DATE** 03/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 526 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 526 Timberlake
Rd.
526 Timberlake Rd.
Upper Darby

**INVOICE ALPS202725-672**

**DATE** 02/28/2023

**DUE DATE** 02/28/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 200.00 |
| TAX | | 0.00 |
| TOTAL | | 200.00 |
| **TOTAL DUE** | | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO | |
|---|---|---|
| Upper Darby - 8513 Lansdowne Ave. | Upper Darby - 8513 Lansdowne Ave. | **INVOICE ALPS202725-659** |
| PNC | 8513 Lansdowne Ave. Upper Darby, PA | **DATE** 02/28/2023   **TERMS** Net 30 |
| | | **DUE DATE** 03/30/2023 |

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | | |
|---|---|---|
| | SUBTOTAL | 200.00 |
| | TAX | 0.00 |
| | TOTAL | 200.00 |
| | **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Philadelphia - 40 E. Rittenhouse
St.
PNC

**SHIP TO**
Philadelphia - 40 E. Rittenhouse
St.
40 E. Rittenhouse St.
Philadelphia, PA

**INVOICE ALPS202725-767**

**DATE** 02/28/2023   **TERMS** Net 30

**DUE DATE** 03/31/2023

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Philadelphia - 2131 Brighton St.
PNC

**SHIP TO**
Philadelphia - 2131 Brighton St.
2131 Brighton St.
Philadelphia, PA

**INVOICE ALPS202725-756**

**DATE** 02/28/2023    **TERMS** Net 30

**DUE DATE** 03/31/2023

**SHIP DATE**
07/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee (Flat fee: $200.00 * 1 unit) | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Philadelphia - 2131 Brighton St.
PNC

**SHIP TO**
Philadelphia - 2131 Brighton St.
2131 Brighton St.
Philadelphia, PA

**INVOICE ALPS202725-644**

**DATE** 02/23/2023 **TERMS** Net 30

**DUE DATE** 03/15/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 02/23/2023 | Leasing | Lease Renewal | 1 | 350.00 | 350.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 350.00 |
| TAX | | 0.00 |
| TOTAL | | 350.00 |
| **TOTAL DUE** | | **$350.00** |

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 355 Avon Rd.
PNC

**SHIP TO**
Upper Darby - 355 Avon Rd.
355 Avon Rd.
Upper Darby, PA

## INVOICE 6186

**DATE** 03/31/2023    **TERMS** Net 30

**DUE DATE** 04/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com


**ALPSGROUP**

**BILL TO**
Upper Darby - 245 Burmont Rd
PNC

**SHIP TO**
Upper Darby - 245 Burmont Rd
245 Burmont Rd.
Upper Darby, PA

## INVOICE 6185

**DATE** 03/31/2023    **TERMS** Net 30

**DUE DATE** 04/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Drexel Hill - 4690 State Rd.
PNC

**SHIP TO**
Drexel Hill - 4690 State Rd.
4690 State Rd.
Drexel Hill, PA

## INVOICE 6174

**DATE** 03/31/2023    **TERMS** Net 30

**DUE DATE** 04/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO | |
| --- | --- | --- |
| Upper Darby - 412 Long Ave - Unit 1 & 2 PNC | Upper Darby - 412 Long Ave - Unit 1 & 2 412 Long Ave. Upper Darby, PA | **INVOICE 6172** |

**DATE** 03/31/2023    **TERMS** Net 30

**DUE DATE** 04/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | **Management** | Management Fee | 1 | 400.00 | 400.00 |

| | |
| --- | --- |
| TOTAL DUE | **$400.00** |

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 419 Glendale Rd.
PNC

**SHIP TO**
Upper Darby - 419 Glendale Rd.
419 Glendale Rd.
Upper Darby, PA

**INVOICE 6170**

**DATE** 03/31/2023    **TERMS** Net 30

**DUE DATE** 04/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
altarDomus
C/O John Budyak
John.Budyak@altardomus.com

**SHIP TO**
Upper Darby - 347 Avon Rd.
347 Avon Rd.
Upper Darby, PA

**INVOICE 6169**

**DATE** 03/31/2023    **TERMS** Net 30

**DUE DATE** 04/30/2023

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 418 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 418 Timberlake
Rd.
418 Timberlake Rd.
Upper Darby, PA

**INVOICE 6162**

**DATE** 03/31/2023   **TERMS** Net 30

**DUE DATE** 04/30/2023

**SHIP DATE**
05/24/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Clifton Heights - 37 Walnut St
PNC

**SHIP TO**
Clifton Heights - 37 Walnut St
37 Walnut St.
Clifton Heights, PA

**INVOICE 6160**

**DATE** 03/31/2023    **TERMS** Net 30

**DUE DATE** 04/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 599 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 599 Timberlake
Rd.
599 Timberlake Rd.
Upper Darby, PA

## INVOICE 6140

**DATE** 03/31/2023    **TERMS** Net 30

**DUE DATE** 04/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 8513 Lansdowne
Ave.
PNC

**SHIP TO**
Upper Darby - 8513 Lansdowne
Ave.
8513 Lansdowne Ave.
Upper Darby, PA

**INVOICE 6118**

**DATE** 03/31/2023   **TERMS** Net 30

**DUE DATE** 04/30/2023

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 526 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 526 Timberlake
Rd.
526 Timberlake Rd.
Upper Darby

**INVOICE 6110**

**DATE** 03/31/2023

**DUE DATE** 04/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

| BILL TO | SHIP TO |
|---|---|
| Upper Darby - 599 Timberlake Rd. | Upper Darby - 599 Timberlake Rd. |
| PNC | 599 Timberlake Rd. |
| | Upper Darby, PA |

## INVOICE 6074

**DATE** 03/22/2023    **TERMS** Net 30

**DUE DATE** 04/21/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Repair/Maintenance | Purchase and install new corner kitchen cabinet | 1 | 625.00 | 625.00 |

| | |
|---|---|
| SUBTOTAL | 625.00 |
| TAX | 0.00 |
| TOTAL | 625.00 |
| **TOTAL DUE** | **$625.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Philadelphia - 40 E. Rittenhouse St.
PNC

**SHIP TO**
Philadelphia - 40 E. Rittenhouse St.
40 E. Rittenhouse St.
Philadelphia, PA

## INVOICE 6225

**DATE** 03/31/2023   **TERMS** Net 30

**DUE DATE** 04/30/2023

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Philadelphia - 2131 Brighton St.
PNC

**SHIP TO**
Philadelphia - 2131 Brighton St.
2131 Brighton St.
Philadelphia, PA

## INVOICE 6213

**DATE** 03/31/2023    **TERMS** Net 30

**DUE DATE** 04/30/2023

**SHIP DATE**
07/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee (Flat fee: $200.00 * 1 unit) | 1 | 200.00 | 200.00 |

| TOTAL DUE | **$200.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 599 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 599 Timberlake
Rd.
599 Timberlake Rd.
Upper Darby, PA

**INVOICE 6424**

**DATE** 04/30/2023    **TERMS** Net 30

**DUE DATE** 05/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 8513 Lansdowne
Ave.
PNC

**SHIP TO**
Upper Darby - 8513 Lansdowne
Ave.
8513 Lansdowne Ave.
Upper Darby, PA

**INVOICE 6397**

**DATE** 04/30/2023

**DUE DATE** 04/30/2023

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 200.00 |
| TAX | | 0.00 |
| TOTAL | | 200.00 |
| **TOTAL DUE** | | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO | **INVOICE 6396** |
|---|---|---|
| Upper Darby - 526 Timberlake Rd. | Upper Darby - 526 Timberlake Rd. | |
| PNC | 526 Timberlake Rd. | **DATE** 04/30/2023 |
| | Upper Darby | |
| | | **DUE DATE** 04/30/2023 |

SHIP DATE
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 200.00 |
| TAX | | 0.00 |
| TOTAL | | 200.00 |
| **TOTAL DUE** | | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 599 Timberlake Rd.
PNC

**SHIP TO**
Upper Darby - 599 Timberlake Rd.
599 Timberlake Rd.
Upper Darby, PA

**INVOICE 6395**

**DATE** 04/30/2023

**DUE DATE** 04/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 355 Avon Rd.
PNC

**SHIP TO**
Upper Darby - 355 Avon Rd.
355 Avon Rd.
Upper Darby, PA

**INVOICE 6379**

**DATE** 04/30/2023   **TERMS** Net 30

**DUE DATE** 05/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 245 Burmont Rd
PNC

**SHIP TO**
Upper Darby - 245 Burmont Rd
245 Burmont Rd.
Upper Darby, PA

**INVOICE 6378**

**DATE** 04/30/2023    **TERMS** Net 30

**DUE DATE** 05/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 200.00 |
| TAX | | 0.00 |
| TOTAL | | 200.00 |
| **TOTAL DUE** | | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Drexel Hill - 4690 State Rd.
PNC

**SHIP TO**
Drexel Hill - 4690 State Rd.
4690 State Rd.
Drexel Hill, PA

**INVOICE 6372**

**DATE** 04/30/2023    **TERMS** Net 30

**DUE DATE** 05/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 526 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 526 Timberlake
Rd.
526 Timberlake Rd.
Upper Darby

**INVOICE 6371**

**DATE** 04/30/2023    **TERMS** Net 30

**DUE DATE** 05/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

|  |  |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
PNC

**SHIP TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
412 Long Ave.
Upper Darby, PA

**INVOICE 6370**

**DATE** 04/30/2023    **TERMS** Net 30

**DUE DATE** 05/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 400.00 | 400.00 |

| | |
|---|---|
| SUBTOTAL | 400.00 |
| TAX | 0.00 |
| TOTAL | 400.00 |
| **TOTAL DUE** | **$400.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 419 Glendale Rd.
PNC

**SHIP TO**
Upper Darby - 419 Glendale Rd.
419 Glendale Rd.
Upper Darby, PA

**INVOICE 6369**

**DATE** 04/30/2023   **TERMS** Net 30

**DUE DATE** 05/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
altarDomus
C/O John Budyak
John.Budyak@altardomus.com

**SHIP TO**
Upper Darby - 347 Avon Rd.
347 Avon Rd.
Upper Darby, PA

## INVOICE 6368

**DATE** 04/30/2023    **TERMS** Net 30

**DUE DATE** 05/30/2023

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 8513 Lansdowne
Ave.
PNC

**SHIP TO**
Upper Darby - 8513 Lansdowne
Ave.
8513 Lansdowne Ave.
Upper Darby, PA

## INVOICE 6366

**DATE** 04/30/2023   **TERMS** Net 30

**DUE DATE** 05/30/2023

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|--|--|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 418 Timberlake Rd.
PNC

**SHIP TO**
Upper Darby - 418 Timberlake Rd.
418 Timberlake Rd.
Upper Darby, PA

**INVOICE 6363**

**DATE** 04/30/2023   **TERMS** Net 30

**DUE DATE** 05/30/2023

**SHIP DATE**
05/24/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Clifton Heights - 37 Walnut St
PNC

**SHIP TO**
Clifton Heights - 37 Walnut St
37 Walnut St.
Clifton Heights, PA

**INVOICE 6362**

**DATE** 04/30/2023    **TERMS** Net 30

**DUE DATE** 05/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
NO. CV-2020-008284
PNC

**SHIP TO**
NO. CV-2020-008284
PNC

## INVOICE 6314

DATE 04/30/2023   TERMS Net 30

DUE DATE 05/30/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 09/14/2022 | Receiver | | 0:30 | 200.00 | 100.00 |
| 10/04/2022 | Receiver | Reviewed repairs on properties and discussed with maintenance. jmp | 1:00 | 200.00 | 200.00 |
| 10/05/2022 | Receiver | Reviewed eviction and discussed with various parties. jmp | 1:15 | 200.00 | 250.00 |
| 10/06/2022 | Receiver | Reviewed eviction list for properties and discuss with departments. Met with department. jmp | 1:00 | 200.00 | 200.00 |
| 10/07/2022 | Receiver | Reviewed properties and repairs needed. Discussed with department. jmp | 1:15 | 200.00 | 250.00 |
| 10/11/2022 | Receiver | Reviewed eviction for unit 4690. Various correspondence on payment and eviction. Discussed with departments. jmp | 1:30 | 200.00 | 300.00 |
| 10/11/2022 | Receiver | Review request for BPO;s on the properties. Various correspondence. jmp | 0:30 | 200.00 | 100.00 |
| 10/12/2022 | Receiver | Met with departments on possible BPO's on properties. Reviewed file.. jmp | 2:15 | 200.00 | 450.00 |
| 10/12/2022 | Receiver | Various correspondence on the eviction. jmp | 0:30 | 200.00 | 100.00 |
| 10/13/2022 | Receiver | Reviewed evictions on building. jmp | 1:00 | 200.00 | 200.00 |
| 10/14/2022 | Receiver | Reviewed BPO's and different correspondence. jmp | 1:00 | 200.00 | 200.00 |
| 10/14/2022 | Receiver | Reviewed request for repair and pricing. Discussed with maintenance. jmp | 0:45 | 200.00 | 150.00 |

SUBTOTAL                    2,500.00

| | |
|---|---|
| TAX | 0.00 |
| TOTAL | 2,500.00 |
| **TOTAL DUE** | **$2,500.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 526 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 526 Timberlake
Rd.
526 Timberlake Rd.
Upper Darby

## INVOICE 6173

**DATE** 04/30/2023    **TERMS** Net 30

**DUE DATE** 05/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

|  |  |
|--|--|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 419 Glendale Rd.
PNC

**SHIP TO**
Upper Darby - 419 Glendale Rd.
419 Glendale Rd.
Upper Darby, PA

**INVOICE 6623**

**DATE** 04/24/2023   **TERMS** Net 30

**DUE DATE** 05/24/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Repair/Maintenance | Water and sewer line repairs to unit | 1 | 3,380.00 | 3,380.00 |

| | |
|---|---|
| SUBTOTAL | 3,380.00 |
| TAX | 0.00 |
| TOTAL | 3,380.00 |
| **TOTAL DUE** | **$3,380.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 419 Glendale Rd.
PNC

**SHIP TO**
Upper Darby - 419 Glendale Rd.
419 Glendale Rd.
Upper Darby, PA

**INVOICE 6313**

**DATE** 04/19/2023    **TERMS** Net 30

**DUE DATE** 05/19/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 12/27/2022 | Construction Services | Gas leak and boiler issue` | 0:30 | 160.00 | 80.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 80.00 |
| TAX | | 0.00 |
| TOTAL | | 80.00 |
| **TOTAL DUE** | | **$80.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO |
|---------|---------|
| Upper Darby - 526 Timberlake Rd. | Upper Darby - 526 Timberlake Rd. |
| PNC | 526 Timberlake Rd. |
| | Upper Darby |

## INVOICE 6306

**DATE** 04/18/2023    **TERMS** Net 30

**DUE DATE** 05/18/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 03/08/2023 | Construction Services | Working on getting shower issue taken care of | 0:30 | 160.00 | 80.00 |
| 03/09/2023 | Construction Services | Details with bid for shower and toilet repair | 0:30 | 160.00 | 80.00 |

|  |  |
|---|---|
| SUBTOTAL | 160.00 |
| TAX | 0.00 |
| TOTAL | 160.00 |
| **TOTAL DUE** | **$160.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Drexel Hill - 4690 State Rd.
PNC

**SHIP TO**
Drexel Hill - 4690 State Rd.
4690 State Rd.
Drexel Hill, PA

## INVOICE 6240

**DATE** 04/06/2023    **TERMS** Net 30

**DUE DATE** 05/06/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Repair/Maintenance | Repairs at property | 0 | 1,480.00 | 1,480.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 1,480.00 |
| TAX | | 0.00 |
| TOTAL | | 1,480.00 |
| **TOTAL DUE** | | **$1,480.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Drexel Hill - 4690 State Rd.
PNC

**SHIP TO**
Drexel Hill - 4690 State Rd.
4690 State Rd.
Drexel Hill, PA

## INVOICE 6239

**DATE** 04/06/2023   **TERMS** Net 30

**DUE DATE** 05/06/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Repair/Maintenance | Final walkthrough and lock change | 1 | 480.00 | 480.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 480.00 |
| TAX | | 0.00 |
| TOTAL | | 480.00 |
| **TOTAL DUE** | | **$480.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Philadelphia - 40 E. Rittenhouse St.
PNC

**SHIP TO**
Philadelphia - 40 E. Rittenhouse St.
40 E. Rittenhouse St.
Philadelphia, PA

## INVOICE 6432

**DATE** 04/30/2023    **TERMS** Net 30

**DUE DATE** 05/30/2023

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |
| | Repair/Maintenance | Repairs | 1 | 240.00 | 240.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 440.00 |
| TAX | | 0.00 |
| TOTAL | | 440.00 |
| **TOTAL DUE** | | **$440.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Philadelphia - 2131 Brighton St.
PNC

**SHIP TO**
Philadelphia - 2131 Brighton St.
2131 Brighton St.
Philadelphia, PA

## INVOICE 6426

**DATE** 04/30/2023    **TERMS** Net 30

**DUE DATE** 05/30/2023

**SHIP DATE**
07/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee (Flat fee: $200.00 * 1 unit) | 1 | 200.00 | 200.00 |
|  | Repair/Maintenance | Hire plumber to take care of work. | 1 | 650.00 | 650.00 |

| TOTAL DUE | **$850.00** |
|-----------|-------------|

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO | |
|---|---|---|
| Upper Darby - 599 Timberlake Rd. PNC | Upper Darby - 599 Timberlake Rd. 599 Timberlake Rd. Upper Darby, PA | **INVOICE 6763** |

**DATE** 05/31/2023    **TERMS** Net 30

**DUE DATE** 06/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 355 Avon Rd.
PNC

**SHIP TO**
Upper Darby - 355 Avon Rd.
355 Avon Rd.
Upper Darby, PA

**INVOICE 6727**

**DATE** 05/31/2023    **TERMS** Net 30

**DUE DATE** 06/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 200.00 |
| TAX | | 0.00 |
| TOTAL | | 200.00 |
| **TOTAL DUE** | | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 245 Burmont Rd
PNC

**SHIP TO**
Upper Darby - 245 Burmont Rd
245 Burmont Rd.
Upper Darby, PA

**INVOICE 6726**

**DATE** 05/31/2023   **TERMS** Net 30

**DUE DATE** 06/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Drexel Hill - 4690 State Rd.
PNC

**SHIP TO**
Drexel Hill - 4690 State Rd.
4690 State Rd.
Drexel Hill, PA

**INVOICE 6717**

**DATE** 05/31/2023    **TERMS** Net 30

**DUE DATE** 06/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

|  |  |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 526 Timberlake Rd.
PNC

**SHIP TO**
Upper Darby - 526 Timberlake Rd.
526 Timberlake Rd.
Upper Darby

**INVOICE 6716**

**DATE** 05/31/2023    **TERMS** Net 30

**DUE DATE** 06/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
PNC

**SHIP TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
412 Long Ave.
Upper Darby, PA

**INVOICE 6715**

**DATE** 05/31/2023    **TERMS** Net 30

**DUE DATE** 06/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 400.00 | 400.00 |

| | |
|---|---|
| SUBTOTAL | 400.00 |
| TAX | 0.00 |
| TOTAL | 400.00 |
| **TOTAL DUE** | **$400.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 419 Glendale Rd.
PNC

**SHIP TO**
Upper Darby - 419 Glendale Rd.
419 Glendale Rd.
Upper Darby, PA

## INVOICE 6714

**DATE** 05/31/2023    **TERMS** Net 30

**DUE DATE** 06/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

|  |  |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
altarDomus
C/O John Budyak
John.Budyak@altardomus.com

**SHIP TO**
Upper Darby - 347 Avon Rd.
347 Avon Rd.
Upper Darby, PA

**INVOICE 6713**

**DATE** 05/31/2023  **TERMS** Net 30

**DUE DATE** 06/30/2023

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

|  |  |
|--|--|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 8513 Lansdowne
Ave.
PNC

**SHIP TO**
Upper Darby - 8513 Lansdowne
Ave.
8513 Lansdowne Ave.
Upper Darby, PA

**INVOICE 6711**

**DATE** 05/31/2023   **TERMS** Net 30

**DUE DATE** 06/30/2023

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

|  |  |
|--|--|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 418 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 418 Timberlake
Rd.
418 Timberlake Rd.
Upper Darby, PA

**INVOICE 6708**

**DATE** 05/31/2023    **TERMS** Net 30

**DUE DATE** 06/30/2023

**SHIP DATE**
05/24/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

|  |  |
|--|--|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Clifton Heights - 37 Walnut St
PNC

**SHIP TO**
Clifton Heights - 37 Walnut St
37 Walnut St.
Clifton Heights, PA

**INVOICE 6707**

**DATE** 05/31/2023    **TERMS** Net 30

**DUE DATE** 06/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 8513 Lansdowne
Ave.
PNC

**SHIP TO**
Upper Darby - 8513 Lansdowne
Ave.
8513 Lansdowne Ave.
Upper Darby, PA

**INVOICE 6694**

**DATE** 05/30/2023

**DUE DATE** 05/30/2023

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 526 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 526 Timberlake
Rd.
526 Timberlake Rd.
Upper Darby

**INVOICE 6693**

**DATE** 05/30/2023

**DUE DATE** 05/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

|  |  |
|--|--|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com


ALPSGROUP

**BILL TO**
Upper Darby - 599 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 599 Timberlake
Rd.
599 Timberlake Rd.
Upper Darby, PA

**INVOICE 6692**

**DATE** 05/30/2023

**DUE DATE** 05/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

|  |  |
|--|--|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 599 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 599 Timberlake
Rd.
599 Timberlake Rd.
Upper Darby, PA

**INVOICE 6653**

**DATE** 05/22/2023   **TERMS** Net 30

**DUE DATE** 06/21/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 05/22/2023 | Repair/Maintenance | Electrical repairs. | 1 | 720.00 | 720.00 |

| | |
|---|---|
| SUBTOTAL | 720.00 |
| TAX | 0.00 |
| TOTAL | 720.00 |
| **TOTAL DUE** | **$720.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Drexel Hill - 4690 State Rd.
PNC

**SHIP TO**
Drexel Hill - 4690 State Rd.
4690 State Rd.
Drexel Hill, PA

**INVOICE 6652**

**DATE** 05/22/2023   **TERMS** Net 30

**DUE DATE** 06/21/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 05/03/2023 | Repair/Maintenance | Lawn care | 1 | 240.00 | 240.00 |

| | |
|---|---|
| SUBTOTAL | 240.00 |
| TAX | 0.00 |
| TOTAL | 240.00 |
| **TOTAL DUE** | **$240.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 245 Burmont Rd
PNC

**SHIP TO**
Upper Darby - 245 Burmont Rd
245 Burmont Rd.
Upper Darby, PA

## INVOICE 6651

**DATE** 05/22/2023   **TERMS** Net 30

**DUE DATE** 06/21/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 05/03/2023 | Repair/Maintenance | Grass service | 1 | 240.00 | 240.00 |
| 05/03/2023 | Repair/Maintenance | Clean up trash in front yard. | 1 | 525.00 | 525.00 |

|  |  |
|--|--|
| SUBTOTAL | 765.00 |
| TAX | 0.00 |
| TOTAL | 765.00 |
| **TOTAL DUE** | **$765.00** |

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 8513 Lansdowne
Ave.
PNC

**SHIP TO**
Upper Darby - 8513 Lansdowne
Ave.
8513 Lansdowne Ave.
Upper Darby, PA

## INVOICE 6650

**DATE** 05/22/2023    **TERMS** Net 30

**DUE DATE** 06/21/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 05/03/2023 | Repair/Maintenance | Lawn care | 1 | 240.00 | 240.00 |
| 05/03/2023 | Repair/Maintenance | Lock change | 1 | 325.00 | 325.00 |

| | |
|---|---|
| SUBTOTAL | 565.00 |
| TAX | 0.00 |
| TOTAL | 565.00 |
| **TOTAL DUE** | **$565.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com


**ALPSGROUP**

**BILL TO**
Upper Darby - 418 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 418 Timberlake
Rd.
418 Timberlake Rd.
Upper Darby, PA

**INVOICE 6637**

**DATE** 05/22/2023   **TERMS** Net 30

**DUE DATE** 06/21/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 05/03/2023 | Repair/Maintenance | Lawn care | 1 | 240.00 | 240.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 240.00 |
| TAX | | 0.00 |
| TOTAL | | 240.00 |
| **TOTAL DUE** | | **$240.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
PNC

**SHIP TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
412 Long Ave.
Upper Darby, PA

**INVOICE 6636**

**DATE** 05/22/2023    **TERMS** Net 30

**DUE DATE** 06/21/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 05/03/2023 | Repair/Maintenance | Lawn care | 1 | 240.00 | 240.00 |

| | |
|---|---|
| SUBTOTAL | 240.00 |
| TAX | 0.00 |
| TOTAL | 240.00 |
| **TOTAL DUE** | **$240.00** |

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
No. 00225
PNC

**SHIP TO**
No. 00225
PNC

## INVOICE 6935

**DATE** 05/31/2023    **TERMS** Due on receipt

**DUE DATE** 06/30/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 04/19/2023 | **Receiver** | Research and drafted fifth receiver report for all parties. | 6:00 | 250.00 | 1,500.00 |

| | | |
|---|---|---:|
| SUBTOTAL | | 1,500.00 |
| TAX | | 0.00 |
| TOTAL | | 1,500.00 |
| **TOTAL DUE** | | **$1,500.00** |

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
No. 00225
PNC

**SHIP TO**
No. 00225
PNC

## INVOICE 6934

**DATE** 05/31/2023    **TERMS** Due on receipt

**DUE DATE** 06/30/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 05/04/2022 | Administration | Emailed tenants regarding online payments for Buildium. | 0:30 | 65.00 | 32.50 |
| 05/20/2022 | Administration | Emailing regarding lease renewal/price increase. | 0:45 | 65.00 | 48.75 |
| 05/08/2023 | Construction Services | after hours call from Bill Frusco Plumbing to handle issue from weekend | 1:15 | 160.00 | 200.00 |
| 05/26/2023 | Receiver | Reviewed bankruptcy and research. Discussed with attorney. Met with department to discuss | 2:00 | 250.00 | 500.00 |

|  |  |
|--|--|
| SUBTOTAL | 781.25 |
| TAX | 0.00 |
| TOTAL | 781.25 |
| **TOTAL DUE** | **$781.25** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
No. 00225
PNC

**SHIP TO**
No. 00225
PNC

**INVOICE 6933**

**DATE** 05/31/2023    **TERMS** Due on receipt

**DUE DATE** 06/30/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 03/08/2023 | | Delaware Country Bond | | | 300.00 |
| 03/08/2023 | Receiver | Reviewed work on the repair needed. Discussed with maintenance on the scope of work. | 0:45 | 250.00 | 187.50 |
| 03/08/2023 | Services | Bond for 2131 Brighton and 40 E Rittenhouse | | 150.00 | 150.00 |
| 03/16/2023 | Receiver | Reviewed scope of repairs as safety & health. | 1:15 | 250.00 | 312.50 |

| | |
|---|---|
| SUBTOTAL | 950.00 |
| TAX | 0.00 |
| TOTAL | 950.00 |
| **TOTAL DUE** | **$950.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
No. 00225
PNC

**SHIP TO**
No. 00225
PNC

## INVOICE 6932

**DATE** 05/31/2023   **TERMS** Due on receipt

**DUE DATE** 06/30/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 01/03/2023 | Receiver | Reviewed bankruptcy and the issues with maintaining sites. Met with Maintenance and Tenant Relations to discuss. Discussed with the receiver attorney on the stay. | 2:15 | 250.00 | 562.50 |
| 01/04/2023 | Receiver | Evaluate the value of each property and assess the "As-Is" value. | 1:30 | 250.00 | 375.00 |
| 01/13/2023 | Receiver | Reviewed all financials and revised documents. | 1:15 | 250.00 | 312.50 |
| 01/16/2023 | Receiver | Reviewed the insurance and requested an updated copy from the party. | 1:30 | 250.00 | 375.00 |
| 01/24/2023 | Receiver | Reviewed the real estate taxes and discussed with the attorney for the receiver. Discussed with accounting. Various communication. | 1:15 | 250.00 | 312.50 |

| | | |
|---|---|---|
| SUBTOTAL | | 1,937.50 |
| TAX | | 0.00 |
| TOTAL | | 1,937.50 |
| **TOTAL DUE** | | **$1,937.50** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
No. 00225
PNC

**SHIP TO**
No. 00225
PNC

**INVOICE 6931**

**DATE** 05/31/2023    **TERMS** Due on receipt

**DUE DATE** 06/30/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/05/2022 | Receiver | Reviewed file and assessment of the property. | 2:00 | 250.00 | 500.00 |
| 12/14/2022 | Construction Services | Working on getting vendor paid for work done at the house | 0:30 | 160.00 | 80.00 |
| 12/20/2022 | Administration | Sent email communication out to all PA Court ordered properties informing tenants the Court has ordered ALPS to stop collecting rent at this time. | 1:30 | 65.00 | 97.50 |
| 12/28/2022 | Receiver | Handle repair issues and met with departments on this. Coordinate with department. | 1:00 | 250.00 | 250.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 927.50 |
| TAX | | 0.00 |
| TOTAL | | 927.50 |
| **TOTAL DUE** | | **$927.50** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO |
|---|---|
| No. 00225 | No. 00225 |
| PNC | PNC |

## INVOICE 6930

**DATE** 05/31/2023   **TERMS** Due on receipt

**DUE DATE** 06/30/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Services | 7 Months of Management fees for properties in case No. 00225. $200 per unit x 2 units per month. | 7 | 400.00 | 2,800.00 |

| | |
|---|---|
| SUBTOTAL | 2,800.00 |
| TAX | 0.00 |
| TOTAL | 2,800.00 |
| **TOTAL DUE** | **$2,800.00** |

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

| BILL TO | SHIP TO |
|---------|---------|
| No. 00225 | No. 00225 |
| PNC | PNC |

## INVOICE 6857

**DATE** 05/31/2023     **TERMS** Due on receipt

**DUE DATE** 06/30/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | PNC:No. 00225:Philadelphia - 2131 Brighton St. | | | | |
| 02/09/2023 | Receiver | Reviewed case and documents to be provided to parties. | 3:00 | 250.00 | 750.00 |
| 02/21/2023 | Construction Services | Coordinating contractor to do work at property and talked to tenant about ongoing maintenance issues | 0:45 | 160.00 | 120.00 |
| 02/23/2023 | Receiver | Reviewed files and financials for the court. Research file on history and coordinated accounting on data. | 2:30 | 250.00 | 625.00 |
| 02/24/2023 | Accounting | Reviewed documentation with multiple departments and communicated the same with attorney. | 2:00 | 120.00 | 240.00 |
| | SUBTOTAL - PNC:No. 00225:Philadelphia - 2131 Brighton St. | | | | 1,735.00 |

| | | |
|--|--|--|
| SUBTOTAL | | 1,735.00 |
| TAX | | 0.00 |
| TOTAL | | 1,735.00 |
| TOTAL DUE | | **$1,735.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Philadelphia - 40 E. Rittenhouse
St.
PNC

**SHIP TO**
Philadelphia - 40 E. Rittenhouse
St.
40 E. Rittenhouse St.
Philadelphia, PA

**INVOICE 6774**

**DATE** 05/31/2023   **TERMS** Net 30

**DUE DATE** 06/30/2023

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

|  |  |
|--|--|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Philadelphia - 2131 Brighton St.
PNC

**SHIP TO**
Philadelphia - 2131 Brighton St.
2131 Brighton St.
Philadelphia, PA

**INVOICE 6765**

**DATE** 05/31/2023    **TERMS** Net 30

**DUE DATE** 06/30/2023

**SHIP DATE**
07/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee (Flat fee: $200.00 * 1 unit) | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

**ALPS**GROUP

**BILL TO**
Upper Darby - 599 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 599 Timberlake
Rd.
599 Timberlake Rd.
Upper Darby, PA

**INVOICE 7052**

**DATE** 06/30/2023   **TERMS** Net 30

**DUE DATE** 07/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 8513 Lansdowne
Ave.
PNC

**SHIP TO**
Upper Darby - 8513 Lansdowne
Ave.
8513 Lansdowne Ave.
Upper Darby, PA

**INVOICE 7017**

**DATE** 06/30/2023

**DUE DATE** 06/30/2023

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 200.00 |
| TAX | | 0.00 |
| TOTAL | | 200.00 |
| **TOTAL DUE** | | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

**ALPS**GROUP

**BILL TO**
Upper Darby - 526 Timberlake Rd.
PNC

**SHIP TO**
Upper Darby - 526 Timberlake Rd.
526 Timberlake Rd.
Upper Darby

**INVOICE 7016**

**DATE** 06/30/2023

**DUE DATE** 06/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|      | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

**ALPSGROUP**

**BILL TO**
Upper Darby - 599 Timberlake
Rd.
PNC

**SHIP TO**
Upper Darby - 599 Timberlake
Rd.
599 Timberlake Rd.
Upper Darby, PA

**INVOICE 7015**

**DATE** 06/30/2023

**DUE DATE** 06/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 200.00 |
| TAX | | 0.00 |
| TOTAL | | 200.00 |
| TOTAL DUE | | **$200.00** |

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 355 Avon Rd.
PNC

**SHIP TO**
Upper Darby - 355 Avon Rd.
355 Avon Rd.
Upper Darby, PA

**INVOICE 6998**

**DATE** 06/30/2023    **TERMS** Net 30

**DUE DATE** 07/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 ALPSGROUP

**BILL TO**
Upper Darby - 245 Burmont Rd
PNC

**SHIP TO**
Upper Darby - 245 Burmont Rd
245 Burmont Rd.
Upper Darby, PA

**INVOICE 6997**

**DATE** 06/30/2023    **TERMS** Net 30

**DUE DATE** 07/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO |
|---------|---------|
| Drexel Hill - 4690 State Rd. | Drexel Hill - 4690 State Rd. |
| PNC | 4690 State Rd. |
|  | Drexel Hill, PA |

**INVOICE 6985**

**DATE** 06/30/2023    **TERMS** Net 30

**DUE DATE** 07/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

|  |  |
|--|--|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



| | | |
|---|---|---|
| **BILL TO** | **SHIP TO** | **INVOICE 6984** |
| Upper Darby - 526 Timberlake Rd. | Upper Darby - 526 Timberlake Rd. | |
| PNC | 526 Timberlake Rd. | **DATE** 06/30/2023    **TERMS** Net 30 |
| | Upper Darby | **DUE DATE** 07/30/2023 |

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
PNC

**SHIP TO**
Upper Darby - 412 Long Ave -
Unit 1 & 2
412 Long Ave.
Upper Darby, PA

## INVOICE 6983

**DATE** 06/30/2023    **TERMS** Net 30

**DUE DATE** 07/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  | Management | Management Fee | 1 | 400.00 | 400.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 400.00 |
| TAX | | 0.00 |
| TOTAL | | 400.00 |
| **TOTAL DUE** | | **$400.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO |
| --- | --- |
| Upper Darby - 419 Glendale Rd. | Upper Darby - 419 Glendale Rd. |
| PNC | 419 Glendale Rd. |
| | Upper Darby, PA |

## INVOICE 6982

**DATE** 06/30/2023   **TERMS** Net 30

**DUE DATE** 07/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
| --- | --- |
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO |
|---|---|
| altarDomus | Upper Darby - 347 Avon Rd. |
| C/O John Budyak | 347 Avon Rd. |
| John.Budyak@altardomus.com | Upper Darby, PA |

## INVOICE 6981

**DATE** 06/30/2023    **TERMS** Net 30

**DUE DATE** 07/30/2023

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
Upper Darby - 8513 Lansdowne
Ave.
PNC

**SHIP TO**
Upper Darby - 8513 Lansdowne
Ave.
8513 Lansdowne Ave.
Upper Darby, PA

## INVOICE 6979

**DATE** 06/30/2023    **TERMS** Net 30

**DUE DATE** 07/30/2023

**SHIP DATE**
05/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO |
|---|---|
| Upper Darby - 418 Timberlake Rd. | Upper Darby - 418 Timberlake Rd. |
| PNC | 418 Timberlake Rd. |
|  | Upper Darby, PA |

## INVOICE 6974

**DATE** 06/30/2023   **TERMS** Net 30

**DUE DATE** 07/30/2023

**SHIP DATE**
05/24/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
|  | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO |
|---|---|
| Clifton Heights - 37 Walnut St<br>PNC | Clifton Heights - 37 Walnut St<br>37 Walnut St.<br>Clifton Heights, PA |

## INVOICE 6973

**DATE** 06/30/2023    **TERMS** Net 30

**DUE DATE** 07/30/2023

**SHIP DATE**
04/30/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO |
|---|---|
| Upper Darby - 418 Timberlake Rd. | Upper Darby - 418 Timberlake Rd. |
| PNC | 418 Timberlake Rd. |
| | Upper Darby, PA |

## INVOICE 6821

**DATE** 06/02/2023   **TERMS** Net 30

**DUE DATE** 07/02/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/01/2023 | Repair/Maintenance | Grass cutting | 1 | 240.00 | 240.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 240.00 |
| TAX | | 0.00 |
| TOTAL | | 240.00 |
| **TOTAL DUE** | | **$240.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Upper Darby - 8513 Lansdowne
Ave.
PNC

**SHIP TO**
Upper Darby - 8513 Lansdowne
Ave.
8513 Lansdowne Ave.
Upper Darby, PA

**INVOICE 6820**

**DATE** 06/02/2023    **TERMS** Net 30

**DUE DATE** 07/02/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 06/01/2023 | Repair/Maintenance | Grass cutting | 1 | 240.00 | 240.00 |

|  |  |
|--|--|
| SUBTOTAL | 240.00 |
| TAX | 0.00 |
| TOTAL | 240.00 |
| **TOTAL DUE** | **$240.00** |

ALPS Property Management
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPS**GROUP

**BILL TO**
Upper Darby - 245 Burmont Rd
PNC

**SHIP TO**
Upper Darby - 245 Burmont Rd
245 Burmont Rd.
Upper Darby, PA

**INVOICE 6819**

**DATE** 06/02/2023    **TERMS** Net 30

**DUE DATE** 07/02/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 06/01/2023 | Repair/Maintenance | Grass cutting | 1 | 240.00 | 240.00 |

|  |  |
|--|--|
| SUBTOTAL | 240.00 |
| TAX | 0.00 |
| TOTAL | 240.00 |
| **TOTAL DUE** | **$240.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
Drexel Hill - 4690 State Rd.
PNC

**SHIP TO**
Drexel Hill - 4690 State Rd.
4690 State Rd.
Drexel Hill, PA

**INVOICE 6818**

**DATE** 06/02/2023    **TERMS** Net 30

**DUE DATE** 07/02/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 06/01/2023 | Repair/Maintenance | Grass cutting | 1 | 240.00 | 240.00 |

| | | |
|---|---|---:|
| SUBTOTAL | | 240.00 |
| TAX | | 0.00 |
| TOTAL | | 240.00 |
| **TOTAL DUE** | | **$240.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



**BILL TO**
NO. CV-2020-008284
PNC

**SHIP TO**
NO. CV-2020-008284
PNC

## INVOICE 6817

**DATE** 06/02/2023    **TERMS** Net 30

**DUE DATE** 07/02/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 02/28/2023 | | Matter ID: 22-107797 | | | 3,135.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 3,135.00 |
| TAX | | 0.00 |
| TOTAL | | 3,135.00 |
| **TOTAL DUE** | | **$3,135.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com

 **ALPSGROUP**

**BILL TO**
No. 00225
PNC

**SHIP TO**
No. 00225
PNC

## INVOICE 7209

**DATE** 06/30/2023    **TERMS** Net 30

**DUE DATE** 07/30/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | PNC:No. 00225:Philadelphia - 2131 Brighton St. | | | | |
| 06/01/2023 | Receiver | Reviewed bankruptcy and research. Discussed with attorney. Met with department to discuss | 2:00 | 250.00 | 500.00 |
| 06/05/2023 | Receiver | Reviewed case and turnover for bankruptcy. Communicate to departments. | 1:30 | 250.00 | 375.00 |
| 06/20/2023 | Receiver | Reviewed documentation for transfer. | 1:00 | 250.00 | 250.00 |
| | SUBTOTAL - PNC:No. 00225:Philadelphia - 2131 Brighton St. | | | | 1,125.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 1,125.00 |
| TAX | | 0.00 |
| TOTAL | | 1,125.00 |
| **TOTAL DUE** | | **$1,125.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO | |
|---|---|---|
| Philadelphia - 40 E. Rittenhouse St. | Philadelphia - 40 E. Rittenhouse St. | **INVOICE 7064** |
| PNC | 40 E. Rittenhouse St. Philadelphia, PA | **DATE** 06/30/2023   **TERMS** Net 30 |
| | | **DUE DATE** 07/30/2023 |

**SHIP DATE**
03/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee | 1 | 200.00 | 200.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 200.00 |
| TAX | | 0.00 |
| TOTAL | | 200.00 |
| **TOTAL DUE** | | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL 60423
815-469-3800
www.thealpsgroup.com



| BILL TO | SHIP TO | **INVOICE 7054** |
|---|---|---|
| Philadelphia - 2131 Brighton St.<br>PNC | Philadelphia - 2131 Brighton St.<br>2131 Brighton St.<br>Philadelphia, PA | |

**DATE** 06/30/2023   **TERMS** Net 30

**DUE DATE** 07/30/2023

**SHIP DATE**
07/31/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Management | Management Fee (Flat fee: $200.00 * 1 unit) | 1 | 200.00 | 200.00 |

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX | 0.00 |
| TOTAL | 200.00 |
| **TOTAL DUE** | **$200.00** |

**ALPS Property Management**
8779 W. LARAWAY RD.
FRANKFORT, IL  60423
815-469-3800
www.thealpsgroup.com



| | |
|---|---|
| **BILL TO** | **SHIP TO** |
| Philadelphia - 40 E. Rittenhouse St. | Philadelphia - 40 E. Rittenhouse St. |
| PNC | 40 E. Rittenhouse St. |
| | Philadelphia, PA |

## INVOICE 6822

**DATE** 06/02/2023    **TERMS** Net 30

**DUE DATE** 07/02/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/01/2023 | Repair/Maintenance | Grass cutting | 1 | 240.00 | 240.00 |

| | |
|---|---|
| SUBTOTAL | 240.00 |
| TAX | 0.00 |
| TOTAL | 240.00 |
| **TOTAL DUE** | **$240.00** |

TENANT INFORMATION

40 East Rittenhouse Street Philadelphia

Tenants Vacated 3/31/2023

Final Walk-Thru was completed on 4/4/23

**ALPSGROUP**

# Rent Roll

As of 11/7/2023, Philadelphia - 40 E. Rittenhouse Street, Expired leases, All units

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| Unit | Tenants | Lease Start | Lease End | Bed/Bath | Rent Cycle | Rent Start | Rent | Charges | Credits | Total | Deposits Held | Prepayments | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Recurring | | | | |
| **Philadelphia - 40 E. Rittenhouse Street** | | | | | | | | | | | | | |
| 1 | Michael Warfield, Amanda Hinant | 3/2/2022 | 3/31/2023 | -/1 Bath | Monthly | 3/2/2022 | 1,300.00 | 1,300.00 | 0.00 | 1,300.00 | 0.00 | 0.00 | 6,932.65 |
| **Total for Philadelphia - 40 E. Rittenhouse Street** | | | | | | | $1,300.00 | $1,300.00 | $0.00 | $1,300.00 | $0.00 | $0.00 | $6,932.65 |

Generated 01/31/2024 11:18:16

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# ALPSGROUP

## Rent Roll

As of 11/7/2023, Philadelphia - 40 E. Rittenhouse Street, Expired leases, All units

### Grand totals

| | Amount |
|---|---|
| Market rent | $0.00 |
| Rent | $1,300.00 |
| Recurring charges | $1,300.00 |
| Recurring credits | $0.00 |
| Deposits held | $0.00 |
| Balance due | $6,932.65 |

### Summary by bed/bath

| Bed/Bath | No. of Units | Occupancy Vacant | Occupied | % Occupied | Square Feet Total | Average | Market Rent Total | Average | Avg./Sq.Ft. |
|---|---|---|---|---|---|---|---|---|---|
| - /1 Bath | 1 | 0 | 1 | 100.00% | | | | | |
| **Totals and averages** | **1** | **0** | **1** | **100.00%** | | | | | |

### Summary by property

| Property | No. of Units | Occupancy Vacant | Occupied | % Occupied | Square Feet Total | Average | Market Rent Total | Average | Avg./Sq.Ft. |
|---|---|---|---|---|---|---|---|---|---|
| Philadelphia - 40 E. Rittenhouse Street | 1 | 0 | 1 | 100.00% | | | | | |
| **Totals and averages** | **1** | **0** | **1** | **100.00%** | | | | | |

Generated 01/31/2024 11:18:16

Prepared By: The ALPS
Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Tenant Statement

3/25/2022 - 4/1/2023

**ALPSGROUP**

Michael Warfield, Amanda Hinant
Philadelphia - 40 E. Rittenhouse Street
Philadelphia, PA 19144

Lease # 2004015

Philadelphia - 40 E. Rittenhouse Street - 1

| Date | Description | Amount | Balance |
|---|---|---|---|
| 3/25/2022 | Previous balance | | 0.00 |
| 3/25/2022 | Balance from previous PM | 12.50 | 12.50 |
| 4/1/2022 | Rent | 1,300.00 | 1,312.50 |
| 4/7/2022 | Payment | -200.00 | 1,112.50 |
| 4/15/2022 | April Pmt | -1,056.00 | 56.50 |
| 4/27/2022 | Sec Dep from previous PM | -2,600.00 | -2,543.50 |
| 4/27/2022 | Sec Dep from previous PM | 2,600.00 | 56.50 |
| 5/1/2022 | Rent | 1,300.00 | 1,356.50 |
| 5/16/2022 | Partial rent May on account | -650.00 | 706.50 |
| 5/28/2022 | June 2022 partial Rent payment | -649.00 | 57.50 |
| 6/1/2022 | Rent | 1,300.00 | 1,357.50 |
| 6/6/2022 | Late fee | 130.00 | 1,487.50 |
| 6/25/2022 | Partial July Rent | -700.00 | 787.50 |
| 6/25/2022 | Partial July rent | -50.00 | 737.50 |
| 7/1/2022 | Rent | 1,300.00 | 2,037.50 |
| 7/5/2022 | Partial July 2022 Rent Payment | -400.00 | 1,637.50 |
| 7/6/2022 | Late Fee | 130.00 | 1,767.50 |
| 8/1/2022 | Rent | 1,300.00 | 3,067.50 |
| 8/6/2022 | Late fee | 130.00 | 3,197.50 |
| 8/8/2022 | Rent Partial Payment 2022 | -801.00 | 2,396.50 |
| 9/1/2022 | Rent | 1,300.00 | 3,696.50 |
| 9/6/2022 | Late fee | 130.00 | 3,826.50 |
| 9/7/2022 | Rent on Account Payment | -475.00 | 3,351.50 |
| 9/21/2022 | Rent Payment on Account | -500.00 | 2,851.50 |
| 10/1/2022 | Rent | 1,300.00 | 4,151.50 |
| 10/6/2022 | Late fee | 130.00 | 4,281.50 |
| 10/10/2022 | Water Utility Bills-March - September | 454.92 | 4,736.42 |

Generated 01/31/2024 11:15:51

Prepared By: The ALPS
Group
8779 W. Laraway Rd.
Frankfort, IL 60423

## Tenant Statement

3/25/2022 - 4/1/2023



| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 10/20/2022 | Rent on Account Payment | -436.00 | 4,300.42 |
| 11/1/2022 | Rent | 1,300.00 | 5,600.42 |
| 11/6/2022 | Late fee | 130.00 | 5,730.42 |
| 11/14/2022 | Rent on Account Payment | -2,000.00 | 3,730.42 |
| 11/28/2022 | October Water Utility Bill | 82.23 | 3,812.65 |
| 12/1/2022 | Rent | 1,300.00 | 5,112.65 |
| 12/6/2022 | Late fee | 130.00 | 5,242.65 |
| 1/1/2023 | Rent | 1,300.00 | 6,542.65 |
| 1/6/2023 | Late fee | 130.00 | 6,672.65 |
| 2/1/2023 | Rent | 1,300.00 | 7,972.65 |
| 2/6/2023 | Late fee | 130.00 | 8,102.65 |
| 3/1/2023 | Rent | 1,300.00 | 9,402.65 |
| 3/6/2023 | Late fee | 130.00 | 9,532.65 |
| 4/1/2023 | Deposit applied to balances | -2,600.00 | 6,932.65 |

**Balance due**                                                                      **$6,932.65**

2131 Brighton St. – Tenanted



# Rent Roll

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

As of 12/12/2023, Philadelphia - 2131 Brighton Street,
Expired leases, All units

| Unit | Tenants | Lease Start | Lease End | Bed/Bath | Rent Cycle | Rent Start | Rent | Recurring Charges | Credits | Total | Deposits Held | Prepayments | Balance Due |
|------|---------|-------------|-----------|----------|------------|------------|------|---------|---------|-------|---------------|-------------|-------------|
| **Philadelphia - 2131 Brighton Street** | | | | | | | | | | | | | |
| 1 | Danielle Balestier | 3/1/2018 | 6/21/2023 | - /1 Bath | Monthly | 3/1/2023 | 1,500.00 | 1,500.00 | 0.00 | 1,500.00 | 2,700.00 | 0.00 | 1,508.97 |
| | **Total for Philadelphia - 2131 Brighton Street** | | | | | | **$1,500.00** | **$1,500.00** | **$0.00** | **$1,500.00** | **$2,700.00** | **$0.00** | **$1,508.97** |

**ALPS**GROUP

# Rent Roll

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

As of 12/12/2023, Philadelphia - 2131 Brighton Street,
Expired leases, All units

## Grand totals

|  | Amount |
|---|---|
| Market rent | $0.00 |
| Rent | $1,500.00 |
| Recurring charges | $1,500.00 |
| Recurring credits | $0.00 |
| Deposits held | $2,700.00 |
| Balance due | $1,508.97 |

### Summary by bed/bath

| Bed/Bath | No. of Units | Occupancy | | | Square Feet | | Market Rent | | |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Vacant | Occupied | % Occupied | Total | Average | Total | Average | Avg./Sq.Ft. |
| - /1 Bath | 1 | 0 | 1 | 100.00% |  |  |  |  |  |
| **Totals and averages** | **1** | **0** | **1** | **100.00%** |  |  |  |  |  |

### Summary by property

| Property | No. of Units | Occupancy | | | Square Feet | | Market Rent | | |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Vacant | Occupied | % Occupied | Total | Average | Total | Average | Avg./Sq.Ft. |
| Philadelphia - 2131 Brighton Street | 1 | 0 | 1 | 100.00% |  |  |  |  |  |
| **Totals and averages** | **1** | **0** | **1** | **100.00%** |  |  |  |  |  |

Prepared By: The ALPS
Group
8779 W. Laraway Rd.
Frankfort, IL 60423

**ALPSGROUP**

## Tenant Statement

4/1/2022 - 6/1/2023

Danielle Balestier
Philadelphia, PA - 2131 Brighton Street
Philadelphia, PA 19149

Lease # 2004002

Philadelphia - 2131 Brighton Street - 1

| Date | Description | Amount | Balance |
|---|---|---|---|
| 4/1/2022 | Previous balance | | 0.00 |
| 4/1/2022 | Rent | 1,325.00 | 1,325.00 |
| 4/4/2022 | April Partial Payment | -1,000.00 | 325.00 |
| 4/4/2022 | April Rent remainder | -325.00 | 0.00 |
| 4/27/2022 | Sec Dep from previous PM | 2,700.00 | 2,700.00 |
| 4/27/2022 | Sec Dep from previous PM | -2,700.00 | 0.00 |
| 5/1/2022 | Rent | 1,325.00 | 1,325.00 |
| 5/2/2022 | May rent Partial | -650.00 | 675.00 |
| 5/4/2022 | May rent remainder | -675.00 | 0.00 |
| 5/31/2022 | June 2022 payment | -650.00 | -650.00 |
| 6/1/2022 | Rent | 1,325.00 | 675.00 |
| 6/3/2022 | June 2022 Rent Payment | -675.00 | 0.00 |
| 6/29/2022 | July 2022 Partial Rent Payment | -750.00 | -750.00 |
| 6/30/2022 | July 2022 Rent Payment | -700.00 | -1,450.00 |
| 7/1/2022 | Rent | 1,325.00 | -125.00 |
| 8/1/2022 | Rent | 1,325.00 | 1,200.00 |
| 8/4/2022 | Rent Payment | -550.00 | 650.00 |
| 8/5/2022 | August 2022 Rent Paymnet | -875.00 | -225.00 |
| 9/1/2022 | Rent | 1,325.00 | 1,100.00 |
| 9/1/2022 | September 2022 Rent Payment | -450.00 | 650.00 |
| 9/2/2022 | September 2022 Rent Payment | -650.00 | 0.00 |
| 9/20/2022 | Water Bill Past Due | 1,208.97 | 1,208.97 |
| 10/1/2022 | Rent | 1,325.00 | 2,533.97 |
| 10/3/2022 | Rent on Account Payment | -900.00 | 1,633.97 |
| 10/4/2022 | October 2022 Partial Rent Payment | -450.00 | 1,183.97 |
| 10/29/2022 | Utility Payment | -1,000.00 | 183.97 |
| 10/30/2022 | Rent on Account Payment | -325.00 | -141.03 |



Prepared By: The ALPS
Group
8779 W. Laraway Rd.
Frankfort, IL 60423

## Tenant Statement

4/1/2022 - 6/1/2023

| Date | Description | Amount | Balance |
|---|---|---|---|
| 11/1/2022 | Rent | 1,325.00 | 1,183.97 |
| 11/30/2022 | Rent on Account Payment | -800.00 | 383.97 |
| 12/1/2022 | Rent | 1,325.00 | 1,708.97 |
| 12/9/2022 | Zelle Pmt | -525.00 | 1,183.97 |
| 1/1/2023 | Rent | 1,325.00 | 2,508.97 |
| 1/7/2023 | Payment | -1,325.00 | 1,183.97 |
| 2/1/2023 | Rent | 1,325.00 | 2,508.97 |
| 2/3/2023 | Pmt toward balance | -1,000.00 | 1,508.97 |
| 3/6/2023 | March 2023 Rent Payment | -1,500.00 | 8.97 |
| 4/1/2023 | Rent | 1,500.00 | 1,508.97 |
| 4/4/2023 | April Pmt | -1,500.00 | 8.97 |
| 5/1/2023 | Rent | 1,500.00 | 1,508.97 |
| 5/4/2023 | May 2023 | -1,500.00 | 8.97 |
| 6/1/2023 | Rent | 1,500.00 | 1,508.97 |

**Balance due** **$1,508.97**

37 Walnut St Clifton Heights, PA

Tenant was still residing 6/2023

Tenant applied for rental assistance through DELCO ERA and approved
and funds received 6/2022. Once funds ran out tenant became behind
on rent again.  Tenant applied a second time for rental assistance which
ALPS was waiting on status and working with tenant on an installment
plan.

 **ALPSGROUP**

# Rent Roll

As of 12/12/2023, Clifton Heights - 37 Walnut Street, Current leases, All units

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| Unit | Tenants | Lease Start | Lease End | Bed/Bath | Rent Cycle | Rent Start | Rent | Recurring Charges | Recurring Credits | Recurring Total | Deposits Held | Prepayments | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Clifton Heights - 37 Walnut Street** | | | | | | | | | | | | | |
| 1 | VACANT | | | - /1 Bath | | | -- | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total for Clifton Heights - 37 Walnut Street** | | | | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |



# Rent Roll

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

As of 12/12/2023, Clifton Heights - 37 Walnut Street, Current leases, All units

## Grand totals

|  | Amount |
|---|---|
| Market rent | $0.00 |
| Rent | $0.00 |
| Recurring charges | $0.00 |
| Recurring credits | $0.00 |
| Deposits held | $0.00 |
| Balance due | $0.00 |

### Summary by bed/bath

| Bed/Bath | No. of Units | Occupancy Vacant | Occupied | % Occupied | Square Feet Total | Average | Market Rent Total | Average | Avg./Sq.Ft. |
|---|---|---|---|---|---|---|---|---|---|
| - /1 Bath | 1 | 1 | 0 | | | | | | |
| **Totals and averages** | **1** | **1** | **0** | | | | | | |

### Summary by property

| Property | No. of Units | Occupancy Vacant | Occupied | % Occupied | Square Feet Total | Average | Market Rent Total | Average | Avg./Sq.Ft. |
|---|---|---|---|---|---|---|---|---|---|
| Clifton Heights - 37 Walnut Street | 1 | 1 | 0 | | | | | | |
| **Totals and averages** | **1** | **1** | **0** | | | | | | |



# Tenant Statement

3/25/2022 - 6/6/2023

Prepared By: The ALPS
Group
8779 W. Laraway Rd.
Frankfort, IL 60423

Carla Dupriest
Clifton Heights - 37 Walnut Street
Clifton Heights, PA 19018

Lease # 2008551

Clifton Heights - 37 Walnut Street - 1

| Date | Description | Amount | Balance |
|---|---|---|---|
| 3/25/2022 | Previous balance | | 0.00 |
| 3/25/2022 | Balance from previous PM | 6,468.00 | 6,468.00 |
| 4/1/2022 | Rent | 1,470.00 | 7,938.00 |
| 4/27/2022 | Sec Dep from previous PM | 2,940.00 | 10,878.00 |
| 4/27/2022 | Payment | -2,940.00 | 7,938.00 |
| 5/1/2022 | Rent | 1,470.00 | 9,408.00 |
| 6/1/2022 | Rent | 1,470.00 | 10,878.00 |
| 6/14/2022 | DELCO ERA for 12/21, 1/22, 2/22, 3/22,4/22,5/22,6/22,7/22,8/22 (Check #30401) | -13,230.00 | -2,352.00 |
| 7/1/2022 | Rent | 1,470.00 | -882.00 |
| 8/1/2022 | Rent | 1,514.00 | 632.00 |
| 9/1/2022 | Rent | 1,514.00 | 2,146.00 |
| 9/30/2022 | CC convenience fee | 11.85 | 2,157.85 |
| 9/30/2022 | by Carla Dupriest | -311.85 | 1,846.00 |
| 10/1/2022 | Rent | 1,514.00 | 3,360.00 |
| 10/13/2022 | CC convenience fee | 12.74 | 3,372.74 |
| 10/13/2022 | by Carla Dupriest | -342.74 | 3,030.00 |
| 10/13/2022 | CC convenience fee | 8.02 | 3,038.02 |
| 10/13/2022 | by Carla Dupriest | -178.02 | 2,860.00 |
| 11/1/2022 | Rent | 1,514.00 | 4,374.00 |
| 11/4/2022 | CC convenience fee | 11.85 | 4,385.85 |
| 11/4/2022 | by Carla Dupriest | -311.85 | 4,074.00 |
| 11/10/2022 | CC convenience fee | 6.54 | 4,080.54 |
| 11/10/2022 | by Carla Dupriest | -126.54 | 3,954.00 |
| 11/10/2022 | CC convenience fee | 14.21 | 3,968.21 |
| 11/10/2022 | by Carla Dupriest | -394.21 | 3,574.00 |
| 12/1/2022 | Rent | 1,514.00 | 5,088.00 |
| 12/6/2022 | Late fee | 147.00 | 5,235.00 |



Prepared By: The ALPS
Group
8779 W. Laraway Rd.
Frankfort, IL 60423

## Tenant Statement

3/25/2022 - 6/6/2023

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 1/1/2023 | Rent | 1,514.00 | 6,749.00 |
| 1/6/2023 | Late fee | 147.00 | 6,896.00 |
| 2/1/2023 | Rent | 1,514.00 | 8,410.00 |
| 2/6/2023 | Late fee | 147.00 | 8,557.00 |
| 3/1/2023 | Rent | 1,514.00 | 10,071.00 |
| 3/6/2023 | Late fee | 147.00 | 10,218.00 |
| 3/17/2023 | EFT convenience fee | 3.00 | 10,221.00 |
| 3/17/2023 | by Carla Dupriest | -303.00 | 9,918.00 |
| 4/1/2023 | Rent | 1,514.00 | 11,432.00 |
| 4/6/2023 | Late fee | 147.00 | 11,579.00 |
| 4/7/2023 | EFT convenience fee | 3.00 | 11,582.00 |
| 4/7/2023 | by Carla Dupriest | -203.00 | 11,379.00 |
| 4/14/2023 | CC convenience fee | 14.80 | 11,393.80 |
| 4/14/2023 | by Carla Dupriest | -414.80 | 10,979.00 |
| 4/14/2023 | CC convenience fee | 5.95 | 10,984.95 |
| 4/14/2023 | by Carla Dupriest | -105.95 | 10,879.00 |
| 5/1/2023 | Rent | 1,514.00 | 12,393.00 |
| 5/4/2023 | EFT convenience fee | 3.00 | 12,396.00 |
| 5/4/2023 | by Carla Dupriest | -1,203.00 | 11,193.00 |
| 5/6/2023 | Late fee | 147.00 | 11,340.00 |
| 6/1/2023 | Rent | 1,514.00 | 12,854.00 |
| 6/6/2023 | Late fee | 147.00 | 13,001.00 |

**Balance due**                                                    **$13,001.00**

245 Burmont Rd Upper Darby

Vacant Property

## ALPSGROUP

## Rent Roll

As of 11/7/2023, Upper Darby - 245 Burmont Road, Current leases, All units

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| Unit | Tenants | Lease Start | Lease End | Bed/Bath | Rent Cycle | Rent Start | Rent | Recurring Charges | Credits | Total | Deposits Held | Prepayments | Balance Due |
|------|---------|-------------|-----------|----------|------------|------------|------|---------|---------|-------|---------------|-------------|-------------|
| **Upper Darby - 245 Burmont Road** | | | | | | | | | | | | | |
| 1 | VACANT | | | -/1 Bath | | – | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total for Upper Darby - 245 Burmont Road** | | | | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

# ALPSGROUP

## Rent Roll

As of 11/7/2023, Upper Darby - 245 Burmont Road, Current leases, All units

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

## Grand totals

| | Amount |
|---|---|
| Market rent | $0.00 |
| Rent | $0.00 |
| Recurring charges | $0.00 |
| Recurring credits | $0.00 |
| Deposits held | $0.00 |
| Balance due | $0.00 |

### Summary by bed/bath

| Bed/Bath | No. of Units | Occupancy | | | Square Feet | | Market Rent | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Vacant | Occupied | % Occupied | Total | Average | Total | Average | Avg./Sq.Ft. |
| - /1 Bath | 1 | 1 | 0 | 0 | | | | | |
| **Totals and averages** | **1** | **1** | **0** | **0** | | | | | |

### Summary by property

| Property | No. of Units | Occupancy | | | Square Feet | | Market Rent | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Vacant | Occupied | % Occupied | Total | Average | Total | Average | Avg./Sq.Ft. |
| Upper Darby - 245 Burmont Road | 1 | 1 | 0 | 0 | | | | | |
| **Totals and averages** | **1** | **1** | **0** | **0** | | | | | |

347 Avon Rd Upper Darby

Tenant was still residing at property 6/2023

Tenant applied for rental assistance with DELCO ERA and approved.
Payment received 6/2022.  Once funds ran out tenant became behind
on rent again.

Tenant was refusing to pay rent due to maintenance issues ongoing.

Ceiling Issues reported on 10/2022.  New Roof needed.  Tenant stated
10/2022 roof had been leaking for 1/5 years. (10/2022 emails from
Maintenance)

Tenant reporting health risks and mold in basement

10 Day Notice was issued -ALPS Accepted partial payment and working
on installment plan with tenant.

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Tenant Statement

### 3/25/2022 - 6/8/2023

**ALPSGROUP**

Alexis Nazario
Upper Darby - 347 Avon Road
Upper Darby, PA 19082

Lease # 2007457

Upper Darby - 347 Avon Road - 1

| Date | Description | Amount | Balance |
|---|---|---|---|
| 3/25/2022 | Previous balance | | 0.00 |
| 3/25/2022 | Balance from previous PM | 189.71 | 189.71 |
| 4/1/2022 | Rent | 1,500.00 | 1,689.71 |
| 4/6/2022 | April Rent | -1,400.00 | 289.71 |
| 4/27/2022 | Sec Dep from previous PM | 3,000.00 | 3,289.71 |
| 4/27/2022 | Sec Dep from previous PM | -3,000.00 | 289.71 |
| 5/1/2022 | Rent | 1,500.00 | 1,789.71 |
| 6/1/2022 | Rent | 1,500.00 | 3,289.71 |
| 6/2/2022 | DELCO ERA Rental Assistance (Check #30389) | -6,611.00 | -3,321.29 |
| 7/1/2022 | Rent | 1,500.00 | -1,821.29 |
| 8/1/2022 | Rent | 1,500.00 | -321.29 |
| 9/1/2022 | Rent | 1,500.00 | 1,178.71 |
| 9/6/2022 | Late fee | 150.00 | 1,328.71 |
| 10/1/2022 | Rent | 1,500.00 | 2,828.71 |
| 10/6/2022 | Late fee | 150.00 | 2,978.71 |
| 10/31/2022 | EFT convenience fee | 3.00 | 2,981.71 |
| 10/31/2022 | by Alexis Nazario | -1,003.00 | 1,978.71 |
| 10/31/2022 | EFT convenience fee | 3.00 | 1,981.71 |
| 10/31/2022 | by Alexis Nazario | -2,003.00 | -21.29 |
| 11/1/2022 | Rent | 1,500.00 | 1,478.71 |
| 11/2/2022 | REVERSED - (R29) Corporate receiver has notified RDFI that Corp entry is not authorized.: by Alexis Nazario | 2,003.00 | 3,481.71 |
| 11/6/2022 | Late fee | 150.00 | 3,631.71 |
| 11/6/2022 | EFT convenience fee | 3.00 | 3,634.71 |
| 11/6/2022 | by Alexis Nazario | -1,003.00 | 2,631.71 |
| 11/18/2022 | EFT convenience fee | 3.00 | 2,634.71 |
| 11/18/2022 | by Alexis Nazario | -1,003.00 | 1,631.71 |

Prepared By: The ALPS
Group
8779 W. Laraway Rd.
Frankfort, IL 60423

## Tenant Statement

3/25/2022 - 6/8/2023

ALPSGROUP

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 12/1/2022 | Rent | 1,500.00 | 3,131.71 |
| 12/6/2022 | Late fee | 150.00 | 3,281.71 |
| 12/6/2022 | EFT convenience fee | 3.00 | 3,284.71 |
| 12/6/2022 | by Alexis Nazario | -1,003.00 | 2,281.71 |
| 1/1/2023 | Rent | 1,500.00 | 3,781.71 |
| 1/6/2023 | Late fee | 150.00 | 3,931.71 |
| 2/1/2023 | Rent | 1,500.00 | 5,431.71 |
| 2/3/2023 | CC convenience fee | 4.18 | 5,435.89 |
| 2/3/2023 | by Alexis Nazario | -44.18 | 5,391.71 |
| 2/3/2023 | CC convenience fee | 5.95 | 5,397.66 |
| 2/3/2023 | by Alexis Nazario | -105.95 | 5,291.71 |
| 2/3/2023 | CC convenience fee | 5.95 | 5,297.66 |
| 2/3/2023 | by Alexis Nazario | -105.95 | 5,191.71 |
| 2/3/2023 | CC convenience fee | 4.18 | 5,195.89 |
| 2/3/2023 | by Alexis Nazario | -44.18 | 5,151.71 |
| 2/4/2023 | CC convenience fee | 5.95 | 5,157.66 |
| 2/4/2023 | by Alexis Nazario | -105.95 | 5,051.71 |
| 2/4/2023 | CC convenience fee | 4.18 | 5,055.89 |
| 2/4/2023 | by Alexis Nazario | -44.18 | 5,011.71 |
| 2/4/2023 | CC convenience fee | 4.18 | 5,015.89 |
| 2/4/2023 | by Alexis Nazario | -44.18 | 4,971.71 |
| 2/4/2023 | CC convenience fee | 4.48 | 4,976.19 |
| 2/4/2023 | by Alexis Nazario | -54.48 | 4,921.71 |
| 2/4/2023 | CC convenience fee | 4.48 | 4,926.19 |
| 2/4/2023 | by Alexis Nazario | -54.48 | 4,871.71 |
| 2/4/2023 | CC convenience fee | 4.77 | 4,876.48 |
| 2/4/2023 | by Alexis Nazario | -64.77 | 4,811.71 |
| 2/4/2023 | CC convenience fee | 5.95 | 4,817.66 |
| 2/4/2023 | by Alexis Nazario | -105.95 | 4,711.71 |
| 2/4/2023 | CC convenience fee | 4.48 | 4,716.19 |
| 2/4/2023 | by Alexis Nazario | -54.48 | 4,661.71 |
| 2/4/2023 | CC convenience fee | 4.48 | 4,666.19 |
| 2/4/2023 | by Alexis Nazario | -54.48 | 4,611.71 |
| 2/4/2023 | CC convenience fee | 5.95 | 4,617.66 |

**ALPSGROUP**

Prepared By: The ALPS
Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Tenant Statement

3/25/2022 - 6/8/2023

| Date | Description | Amount | Balance |
|------|-------------|-------:|--------:|
| 2/4/2023 | by Alexis Nazario | -105.95 | 4,511.71 |
| 2/4/2023 | CC convenience fee | 5.95 | 4,517.66 |
| 2/4/2023 | by Alexis Nazario | -105.95 | 4,411.71 |
| 2/4/2023 | CC convenience fee | 4.48 | 4,416.19 |
| 2/4/2023 | by Alexis Nazario | -54.48 | 4,361.71 |
| 2/4/2023 | CC convenience fee | 4.48 | 4,366.19 |
| 2/4/2023 | by Alexis Nazario | -54.48 | 4,311.71 |
| 2/4/2023 | CC convenience fee | 5.95 | 4,317.66 |
| 2/4/2023 | by Alexis Nazario | -105.95 | 4,211.71 |
| 2/4/2023 | CC convenience fee | 8.90 | 4,220.61 |
| 2/4/2023 | by Alexis Nazario | -208.90 | 4,011.71 |
| 2/6/2023 | Late fee | 150.00 | 4,161.71 |
| 2/6/2023 | CC convenience fee | 8.90 | 4,170.61 |
| 2/6/2023 | by Alexis Nazario | -208.90 | 3,961.71 |
| 2/6/2023 | CC convenience fee | 11.85 | 3,973.56 |
| 2/6/2023 | by Alexis Nazario | -311.85 | 3,661.71 |
| 2/24/2023 | EFT convenience fee | 3.00 | 3,664.71 |
| 2/24/2023 | by Alexis Nazario | -2,203.00 | 1,461.71 |
| 3/1/2023 | Rent | 1,500.00 | 2,961.71 |
| 4/1/2023 | Rent | 1,550.00 | 4,511.71 |
| 4/6/2023 | Late fee | 150.00 | 4,661.71 |
| 4/10/2023 | Rent on Account | -400.00 | 4,261.71 |
| 5/1/2023 | Rent | 1,550.00 | 5,811.71 |
| 5/1/2023 | Rent Payment | -1,000.00 | 4,811.71 |
| 5/6/2023 | Late fee | 150.00 | 4,961.71 |
| 5/18/2023 | Rent Payment | -500.00 | 4,461.71 |
| 6/1/2023 | Rent | 1,550.00 | 6,011.71 |
| 6/4/2023 | Rent on Account Payment | -500.00 | 5,511.71 |
| 6/6/2023 | Late fee | 150.00 | 5,661.71 |
| 6/8/2023 | Rent on Account Payment | -450.00 | 5,211.71 |

**Balance due**                                                        **$5,211.71**

**ALPSGROUP**

# Rent Roll

As of 11/7/2023, Upper Darby - 347 Avon Road, Expired leases, All units

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| Unit | Tenants | Lease Start | Lease End | Bed/Bath | Rent Cycle | Rent Start | Rent | Charges | Credits | Total | Deposits Held | Prepayments | Balance Due |
|------|---------|-------------|-----------|----------|------------|------------|------|---------|---------|-------|---------------|-------------|-------------|
|      |         |             |           |          |            |            |      | Recurring |       |       |               |             |             |
| **Upper Darby - 347 Avon Road** | | | | | | | | | | | | | |
| 1 | Alexis Nazario | 12/28/2020 | 6/20/2023 | - /1 Bath | Monthly | 4/1/2023 | 1,550.00 | 1,550.00 | 0.00 | 1,550.00 | 3,000.00 | 0.00 | 5,211.71 |
| **Total for Upper Darby - 347 Avon Road** | | | | | | | **$1,550.00** | **$1,550.00** | **$0.00** | **$1,550.00** | **$3,000.00** | **$0.00** | **$5,211.71** |

# ALPSGROUP

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

## Rent Roll

As of 11/7/2023, Upper Darby - 347 Avon Road, Expired leases, All units

### Grand totals

| | Amount |
|---|---|
| Market rent | $0.00 |
| Rent | $1,550.00 |
| Recurring charges | $1,550.00 |
| Recurring credits | $0.00 |
| Deposits held | $3,000.00 |
| Balance due | $5,211.71 |

### Summary by bed/bath

| Bed/Bath | No. of Units | Occupancy Vacant | Occupied | % Occupied | Square Feet Total | Average | Market Rent Total | Average | Avg./Sq.Ft. |
|---|---|---|---|---|---|---|---|---|---|
| - /1 Bath | 1 | 0 | 1 | 100.00% | | | | | |
| **Totals and averages** | **1** | **0** | **1** | **100.00%** | | | | | |

### Summary by property

| Property | No. of Units | Occupancy Vacant | Occupied | % Occupied | Square Feet Total | Average | Market Rent Total | Average | Avg./Sq.Ft. |
|---|---|---|---|---|---|---|---|---|---|
| Upper Darby - 347 Avon Road | 1 | 0 | 1 | 100.00% | | | | | |
| **Totals and averages** | **1** | **0** | **1** | **100.00%** | | | | | |

Generated 01/31/2024 11:26:57

355 Avon Rd – Tenanted.  Could not pursue eviction due to the Stay.  Tenant had been out of work and proposed installments $1000 every other Friday with 4/14 being the first payment per email 3/21/23.

 **ALPSGROUP**

# Rent Roll

As of 12/12/2023, Upper Darby - 355 Avon Road, Current
leases, All units

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| Unit | Tenants | Lease Start | Lease End | Bed/Bath | Rent Cycle | Rent Start | Rent | Charges | Credits | Total | Deposits Held | Prepayments | Balance Due |
|------|---------|-------------|-----------|----------|------------|------------|------|---------|---------|-------|---------------|-------------|-------------|
| | | | | | | | | | Recurring | | | | |
| **Upper Darby - 355 Avon Road** | | | | | | | | | | | | | |
| 1 | VACANT | | | - /1 Bath | | | – | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total for Upper Darby - 355 Avon Road** | | | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

 **ALPS**GROUP

# Rent Roll

As of 12/12/2023, Upper Darby - 355 Avon Road, Current
leases, All units

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

## Grand totals

|  | Amount |
|---|---|
| Market rent | $0.00 |
| Rent | $0.00 |
| Recurring charges | $0.00 |
| Recurring credits | $0.00 |
| Deposits held | $0.00 |
| Balance due | $0.00 |

### Summary by bed/bath

| Bed/Bath | No. of Units | Occupancy | | | Square Feet | | Market Rent | | |
| | | Vacant | Occupied | % Occupied | Total | Average | Total | Average | Avg./Sq.Ft. |
|---|---|---|---|---|---|---|---|---|---|
| - /1 Bath | 1 | 1 | 0 | | | | | | |
| **Totals and averages** | **1** | **1** | **0** | | | | | | |

### Summary by property

| Property | No. of Units | Occupancy | | | Square Feet | | Market Rent | | |
| | | Vacant | Occupied | % Occupied | Total | Average | Total | Average | Avg./Sq.Ft. |
|---|---|---|---|---|---|---|---|---|---|
| Upper Darby - 355 Avon Road | 1 | 1 | 0 | | | | | | |
| **Totals and averages** | **1** | **1** | **0** | | | | | | |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

**ALPSGROUP**

## Tenant Statement

3/25/2022 - 6/6/2023

Shante Madison
Upper Darby - 355 Avon Road
Upper Darby, PA 19082

Lease # 2008535

Upper Darby - 355 Avon Road - 1

| Date | Description | Amount | Balance |
|---|---|---|---|
| 3/25/2022 | Previous balance | | 0.00 |
| 3/25/2022 | Balance from previous PM | 1,699.00 | 1,699.00 |
| 4/1/2022 | Rent | 1,540.00 | 3,239.00 |
| 4/27/2022 | Sec Dep from previous PM | 3,000.00 | 6,239.00 |
| 4/27/2022 | Sec Dep from previous PM | -3,000.00 | 3,239.00 |
| 5/1/2022 | Rent | 1,540.00 | 4,779.00 |
| 5/28/2022 | CC convenience fee | 11.26 | 4,790.26 |
| 5/28/2022 | by Shante Madison | -291.26 | 4,499.00 |
| 5/31/2022 | CC convenience fee | 23.65 | 4,522.65 |
| 5/31/2022 | by Shante Madison | -723.65 | 3,799.00 |
| 6/1/2022 | Rent | 1,540.00 | 5,339.00 |
| 6/15/2022 | CC convenience fee | 32.50 | 5,371.50 |
| 6/15/2022 | by Shante Madison | -1,032.50 | 4,339.00 |
| 7/1/2022 | Rent | 1,540.00 | 5,879.00 |
| 7/18/2022 | CC convenience fee | 32.50 | 5,911.50 |
| 7/18/2022 | by Shante Madison | -1,032.50 | 4,879.00 |
| 8/1/2022 | Rent | 1,540.00 | 6,419.00 |
| 8/1/2022 | CC convenience fee | 15.54 | 6,434.54 |
| 8/1/2022 | by Shante Madison | -440.54 | 5,994.00 |
| 8/2/2022 | CC convenience fee | 16.28 | 6,010.28 |
| 8/2/2022 | by Shante Madison | -466.28 | 5,544.00 |
| 8/3/2022 | CC convenience fee | 6.69 | 5,550.69 |
| 8/3/2022 | by Shante Madison | -131.69 | 5,419.00 |
| 8/13/2022 | CC convenience fee | 32.50 | 5,451.50 |
| 8/13/2022 | by Shante Madison | -1,032.50 | 4,419.00 |
| 8/30/2022 | CC convenience fee | 32.50 | 4,451.50 |
| 8/30/2022 | by Shante Madison | -1,032.50 | 3,419.00 |

Prepared By: The ALPS
Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Tenant Statement

3/25/2022 - 6/6/2023

**ALPSGROUP**

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 9/1/2022 | Rent | 1,586.00 | 5,005.00 |
| 9/16/2022 | CC convenience fee | 16.28 | 5,021.28 |
| 9/16/2022 | by Shante Madison | -466.28 | 4,555.00 |
| 9/16/2022 | CC convenience fee | 16.28 | 4,571.28 |
| 9/16/2022 | by Shante Madison | -466.28 | 4,105.00 |
| 9/16/2022 | CC convenience fee | 4.98 | 4,109.98 |
| 9/16/2022 | by Shante Madison | -71.98 | 4,038.00 |
| 9/30/2022 | CC convenience fee | 32.50 | 4,070.50 |
| 9/30/2022 | by Shante Madison | -1,032.50 | 3,038.00 |
| 10/1/2022 | Rent | 1,586.00 | 4,624.00 |
| 10/16/2022 | CC convenience fee | 21.88 | 4,645.88 |
| 10/16/2022 | by Shante Madison | -661.88 | 3,984.00 |
| 10/27/2022 | CC convenience fee | 23.36 | 4,007.36 |
| 10/27/2022 | by Shante Madison | -713.36 | 3,294.00 |
| 11/1/2022 | Rent | 1,586.00 | 4,880.00 |
| 12/1/2022 | Rent | 1,586.00 | 6,466.00 |
| 12/6/2022 | Late fee | 154.00 | 6,620.00 |
| 1/1/2023 | Rent | 1,586.00 | 8,206.00 |
| 1/6/2023 | Late fee | 154.00 | 8,360.00 |
| 2/1/2023 | Rent | 1,586.00 | 9,946.00 |
| 2/6/2023 | Late fee | 154.00 | 10,100.00 |
| 3/1/2023 | Rent | 1,586.00 | 11,686.00 |
| 3/6/2023 | Late fee | 154.00 | 11,840.00 |
| 4/1/2023 | Rent | 1,586.00 | 13,426.00 |
| 4/6/2023 | Late fee | 154.00 | 13,580.00 |
| 4/13/2023 | EFT convenience fee | 3.00 | 13,583.00 |
| 4/13/2023 | by Shante Madison | -1,003.00 | 12,580.00 |
| 4/17/2023 | EFT convenience fee | 3.00 | 12,583.00 |
| 4/17/2023 | by Shante Madison | -846.00 | 11,737.00 |
| 4/17/2023 | EFT convenience fee | 3.00 | 11,740.00 |
| 4/17/2023 | by Shante Madison | -131.77 | 11,608.23 |
| 4/18/2023 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Shante Madison | 1,003.00 | 12,611.23 |
| 5/1/2023 | Rent | 1,586.00 | 14,197.23 |
| 5/6/2023 | Late fee | 154.00 | 14,351.23 |

Prepared By: The ALPS
Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Tenant Statement

3/25/2022 - 6/6/2023

 **ALPSGROUP**

| Date | Description | Amount | Balance |
|---|---|---|---|
| 6/1/2023 | Rent | 1,586.00 | 15,937.23 |
| 6/6/2023 | Late fee | 154.00 | 16,091.23 |

**Balance due** **$16,091.23**

412 Long Lane #1

Tenant vacated 8/27/22.  Tenant decided to not renew lease



## ALPSGROUP

# Rent Roll

As of 11/7/2023, Upper Darby - 412 Long Lane, Expired leases, All units

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| Unit | Tenants | Lease Start | Lease End | Bed/Bath | Rent Cycle | Rent Start | Rent | Charges | Recurring Credits | Total | Deposits Held | Prepayments | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Upper Darby - 412 Long Lane** | | | | | | | | | | | | | |
| 1 | Britney Danforth | 8/14/2021 | 8/27/2022 | - /1 Bath | Monthly | 8/14/2021 | 875.00 | 875.00 | 0.00 | 875.00 | 0.00 | 0.00 | (1,340.00) |
| | | | | | | Rent Income | | 875.00 | | | | | |
| 2 | Rachel Ruane | 11/1/2021 | 6/4/2022 | - /1 Bath | Monthly | 11/1/2021 | 875.00 | 875.00 | 0.00 | 875.00 | 0.00 | 0.00 | (805.00) |
| | | | | | | Rent Income | | 875.00 | | | | | |
| **Total for Upper Darby - 412 Long Lane** | | | | | | | $1,750.00 | $1,750.00 | $0.00 | $1,750.00 | $0.00 | $0.00 | ($2,145.00) |



## ALPSGROUP

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rent Roll

As of 11/7/2023, Upper Darby - 412 Long Lane, Expired leases, All units

## Grand totals

| | Amount |
|---|---|
| Market rent | $0.00 |
| Rent | $1,750.00 |
| Recurring charges | $1,750.00 |
| Recurring credits | $0.00 |
| Deposits held | $0.00 |
| Balance due | ($2,145.00) |

## Summary by bed/bath

| Bed/Bath | No. of Units | Occupancy | | | Square Feet | | Market Rent | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Vacant | Occupied | % Occupied | Total | Average | Total | Average | Avg./Sq.Ft. |
| - /1 Bath | 2 | 0 | 2 | 100.00% | | | | | |
| **Totals and averages** | **2** | **0** | **2** | **100.00%** | | | | | |

## Summary by property

| Property | No. of Units | Occupancy | | | Square Feet | | Market Rent | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Vacant | Occupied | % Occupied | Total | Average | Total | Average | Avg./Sq.Ft. |
| Upper Darby - 412 Long Lane | 2 | 0 | 2 | 100.00% | | | | | |
| **Totals and averages** | **2** | **0** | **2** | **100.00%** | | | | | |

Generated 01/31/2024 11:30:01

Prepared By: The ALPS
Group
8779 W. Laraway Rd.
Frankfort, IL 60423

## Tenant Statement

### 4/1/2022 - 4/1/2023

**ALPSGROUP**

Britney Danforth
Upper Darby - 412 Long Lane - 1
Upper Darby, PA 19082

Lease # 2008512

Upper Darby - 412 Long Lane - 1

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 4/1/2022 | Previous balance | | 0.00 |
| 4/1/2022 | Rent | 875.00 | 875.00 |
| 4/5/2022 | April rent | -905.00 | -30.00 |
| 4/27/2022 | Sec Dep from previous PM | 1,750.00 | 1,720.00 |
| 4/27/2022 | Sec Dep from previous PM-Sec $875 plus Last month's rent $875 | -1,750.00 | -30.00 |
| 5/1/2022 | Rent | 875.00 | 845.00 |
| 5/6/2022 | Late fee | 87.50 | 932.50 |
| 5/31/2022 | May 2022 Rent Payment | -905.00 | 27.50 |
| 6/1/2022 | Rent | 875.00 | 902.50 |
| 6/6/2022 | Late fee | 87.50 | 990.00 |
| 6/28/2022 | June 2022 Rent Paymnet | -905.00 | 85.00 |
| 7/1/2022 | Rent | 875.00 | 960.00 |
| 7/6/2022 | Late fee | 87.50 | 1,047.50 |
| 8/1/2022 | Rent | 875.00 | 1,922.50 |
| 8/6/2022 | Late fee | 87.50 | 2,010.00 |
| 8/9/2022 | Charge for water utility $30x5 (April-August) | 150.00 | 2,160.00 |
| 8/22/2022 | Credit Last Month Rent was part of Security Deposit | -875.00 | 1,285.00 |
| 4/1/2023 | Deposit applied to balances | -2,625.00 | -1,340.00 |

**Balance due** **($1,340.00)**

Generated 01/31/2024 11:31:26

Page 1 of 1

412 Long Lane #2

Tenant Vacated 6/4/22: Tenant called and informed ALPS she had moved out as rental was full of mice and roaches and could no longer live there. Broke lease early.



## ALPSGROUP

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rent Roll

As of 11/7/2023, Upper Darby - 412 Long Lane, Expired leases, All units

| Unit | Tenants | Lease Start | Lease End | Bed/Bath | Rent Cycle | Rent Start | Rent | Recurring Charges | Recurring Credits | Total | Deposits Held | Prepayments | Balance Due |
|------|---------|-------------|-----------|----------|------------|------------|------|---------|---------|-------|----------------|-------------|-------------|
| **Upper Darby - 412 Long Lane** | | | | | | | | | | | | | |
| 1 | Britney Danforth | 8/14/2021 | 8/27/2022 | - /1 Bath | Monthly | 8/14/2021 | 875.00 | 875.00 | 0.00 | 875.00 | 0.00 | 0.00 | (1,340.00) |
| | | | | | | Rent Income | | 875.00 | | | | | |
| 2 | Rachel Ruane | 11/1/2021 | 6/4/2022 | - /1 Bath | Monthly | 11/1/2021 | 875.00 | 875.00 | 0.00 | 875.00 | 0.00 | 0.00 | (805.00) |
| | | | | | | Rent Income | | 875.00 | | | | | |
| **Total for Upper Darby - 412 Long Lane** | | | | | | | $1,750.00 | $1,750.00 | $0.00 | $1,750.00 | $0.00 | $0.00 | ($2,145.00) |

**ALPSGROUP**

# Rent Roll

As of 11/7/2023, Upper Darby - 412 Long Lane, Expired leases, All units

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

## Grand totals

| | Amount |
|---|---|
| Market rent | $0.00 |
| Rent | $1,750.00 |
| Recurring charges | $1,750.00 |
| Recurring credits | $0.00 |
| Deposits held | $0.00 |
| Balance due | ($2,145.00) |

## Summary by bed/bath

| Bed/Bath | No. of Units | Occupancy | | | Square Feet | | Market Rent | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Vacant | Occupied | % Occupied | Total | Average | Total | Average | Avg./Sq.Ft. |
| - /1 Bath | 2 | 0 | 2 | 100.00% | | | | | |
| **Totals and averages** | **2** | **0** | **2** | **100.00%** | | | | | |

## Summary by property

| Property | No. of Units | Occupancy | | | Square Feet | | Market Rent | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Vacant | Occupied | % Occupied | Total | Average | Total | Average | Avg./Sq.Ft. |
| Upper Darby - 412 Long Lane | 2 | 0 | 2 | 100.00% | | | | | |
| **Totals and averages** | **2** | **0** | **2** | **100.00%** | | | | | |

Prepared By: The ALPS
Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Tenant Statement

### 4/1/2022 - 4/1/2023

**ALPSGROUP**

Rachel Ruane
Upper Darby - 412 Long Lane
Upper Darby, PA 19082

Lease # 2008503

Upper Darby - 412 Long Lane - 2

| Date | Description | Amount | Balance |
|---|---|---|---|
| 4/1/2022 | Previous balance | | 0.00 |
| 4/1/2022 | Rent | 875.00 | 875.00 |
| 4/4/2022 | April rent | -875.00 | 0.00 |
| 4/27/2022 | Sec Dep from previous PM | 1,750.00 | 1,750.00 |
| 4/27/2022 | Sec Dep from previous PM | -1,750.00 | 0.00 |
| 5/1/2022 | Rent | 875.00 | 875.00 |
| 5/6/2022 | Late fee | 35.00 | 910.00 |
| 5/6/2022 | EFT convenience fee | 3.00 | 913.00 |
| 5/6/2022 | by Rachel Ruane | -878.00 | 35.00 |
| 6/1/2022 | Rent | 875.00 | 910.00 |
| 6/6/2022 | Late fee | 35.00 | 945.00 |
| 4/1/2023 | Deposit applied to balances | -1,750.00 | -805.00 |

**Balance due**          **($805.00)**

419 Glendale Rd. - Tenanted



# Rent Roll

As of 12/12/2023, Upper Darby - 419 Glendale Avenue,
Current leases, All units

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| Unit | Tenants | Lease Start | Lease End | Bed/Bath | Rent Cycle | Rent Start | Rent | Recurring Charges | Recurring Credits | Recurring Total | Deposits Held | Prepayments | Balance Due |
|------|---------|-------------|-----------|----------|------------|------------|------|---------|---------|-------|---------------|-------------|-------------|
| **Upper Darby - 419 Glendale Avenue** | | | | | | | | | | | | | |
| 1 | VACANT | | | - /1 Bath | | | -- | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total for Upper Darby - 419 Glendale Avenue** | | | | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

 **ALPSGROUP**

# Rent Roll

As of 12/12/2023, Upper Darby - 419 Glendale Avenue,
Current leases, All units

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

## Grand totals

| | Amount |
|---|---|
| Market rent | $0.00 |
| Rent | $0.00 |
| Recurring charges | $0.00 |
| Recurring credits | $0.00 |
| Deposits held | $0.00 |
| Balance due | $0.00 |

Summary by bed/bath

| Bed/Bath | No. of Units | Occupancy | | | Square Feet | | Market Rent | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Vacant | Occupied | % Occupied | Total | Average | Total | Average | Avg./Sq.Ft. |
| - /1 Bath | 1 | 1 | 0 | | | | | | |
| **Totals and averages** | **1** | **1** | **0** | | | | | | |

Summary by property

| Property | No. of Units | Occupancy | | | Square Feet | | Market Rent | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Vacant | Occupied | % Occupied | Total | Average | Total | Average | Avg./Sq.Ft. |
| Upper Darby - 419 Glendale Avenue | 1 | 1 | 0 | | | | | | |
| **Totals and averages** | **1** | **1** | **0** | | | | | | |

**ALPSGROUP**

Prepared By: The ALPS
Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Tenant Statement

4/1/2022 - 7/1/2023

Paul Roodchil
Upper Darby - 419 Glendale Avenue
Upper Darby, PA 19082

Lease # 2008403

Upper Darby - 419 Glendale Avenue - 1

| Date | Description | Amount | Balance |
|------|-------------|-------:|--------:|
| 4/1/2022 | Previous balance | | 0.00 |
| 4/1/2022 | Rent | 900.00 | 900.00 |
| 4/8/2022 | Payment | -900.00 | 0.00 |
| 4/27/2022 | Sec Dep from previous PM | 1,800.00 | 1,800.00 |
| 4/27/2022 | Sec Dep from previous PM | -1,800.00 | 0.00 |
| 5/1/2022 | Rent | 900.00 | 900.00 |
| 5/6/2022 | May rent | -900.00 | 0.00 |
| 6/1/2022 | Rent | 900.00 | 900.00 |
| 6/24/2022 | CC convenience fee | 29.55 | 929.55 |
| 6/24/2022 | by Paul Roodchil | -929.55 | 0.00 |
| 7/1/2022 | Rent | 900.00 | 900.00 |
| 7/15/2022 | CC convenience fee | 29.55 | 929.55 |
| 7/15/2022 | by Paul Roodchil | -929.55 | 0.00 |
| 8/1/2022 | Rent | 900.00 | 900.00 |
| 8/26/2022 | CC convenience fee | 29.55 | 929.55 |
| 8/26/2022 | by Paul Roodchil | -929.55 | 0.00 |
| 9/1/2022 | Rent | 900.00 | 900.00 |
| 10/1/2022 | Rent | 900.00 | 1,800.00 |
| 10/8/2022 | EFT convenience fee | 3.00 | 1,803.00 |
| 10/8/2022 | by Paul Roodchil | -903.00 | 900.00 |
| 11/1/2022 | Rent | 900.00 | 1,800.00 |
| 11/16/2022 | EFT convenience fee | 3.00 | 1,803.00 |
| 11/16/2022 | by Paul Roodchil | -903.00 | 900.00 |
| 12/1/2022 | Rent | 900.00 | 1,800.00 |
| 12/6/2022 | Late fee | 90.00 | 1,890.00 |
| 1/1/2023 | Rent | 900.00 | 2,790.00 |
| 1/6/2023 | Late fee | 90.00 | 2,880.00 |



Prepared By: The ALPS
Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Tenant Statement

4/1/2022 - 7/1/2023

| Date | Description | Amount | Balance |
|---|---|---|---|
| 1/13/2023 | EFT convenience fee | 3.00 | 2,883.00 |
| 1/13/2023 | by Paul Roodchil | -903.00 | 1,980.00 |
| 2/1/2023 | Rent | 900.00 | 2,880.00 |
| 2/6/2023 | Late fee | 90.00 | 2,970.00 |
| 2/17/2023 | EFT convenience fee | 3.00 | 2,973.00 |
| 2/17/2023 | by Paul Roodchil | -1,003.00 | 1,970.00 |
| 2/23/2023 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Paul Roodchil | 1,003.00 | 2,973.00 |
| 3/1/2023 | Rent | 900.00 | 3,873.00 |
| 3/6/2023 | Late fee | 90.00 | 3,963.00 |
| 3/24/2023 | EFT convenience fee | 3.00 | 3,966.00 |
| 3/24/2023 | by Paul Roodchil | -1,503.00 | 2,463.00 |
| 3/29/2023 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Paul Roodchil | 1,503.00 | 3,966.00 |
| 4/1/2023 | Rent | 900.00 | 4,866.00 |
| 4/6/2023 | Late fee | 90.00 | 4,956.00 |
| 4/7/2023 | EFT convenience fee | 3.00 | 4,959.00 |
| 4/7/2023 | by Paul Roodchil | -1,503.00 | 3,456.00 |
| 4/12/2023 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Paul Roodchil | 1,503.00 | 4,959.00 |
| 4/21/2023 | EFT convenience fee | 3.00 | 4,962.00 |
| 4/21/2023 | by Paul Roodchil | -1,003.00 | 3,959.00 |
| 5/1/2023 | Rent | 900.00 | 4,859.00 |
| 5/6/2023 | Late fee | 90.00 | 4,949.00 |
| 5/26/2023 | EFT convenience fee | 3.00 | 4,952.00 |
| 5/26/2023 | by Paul Roodchil | -1,503.00 | 3,449.00 |
| 5/31/2023 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Paul Roodchil | 1,503.00 | 4,952.00 |
| 6/1/2023 | Rent | 900.00 | 5,852.00 |
| 6/6/2023 | Late fee | 90.00 | 5,942.00 |
| 6/10/2023 | EFT convenience fee | 3.00 | 5,945.00 |
| 6/10/2023 | by Paul Roodchil | -503.00 | 5,442.00 |
| 7/1/2023 | Rent | 900.00 | 6,342.00 |

**Balance due**                                    **$6,342.00**

526 Timberlake Rd – Tenanted.  ALPS was going  to pursue eviction but could not as the case was on hold.

 **ALPSGROUP**

# Rent Roll

As of 12/12/2023, Upper Darby - 526 Timberlake Road,
Current leases, All units

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| Unit | Tenants | Lease Start | Lease End | Bed/Bath | Rent Cycle | Rent Start | Rent | Recurring Charges | Recurring Credits | Recurring Total | Deposits Held | Prepayments | Balance Due |
|------|---------|-------------|-----------|----------|-----------|-----------|------|---------|---------|-------|---------------|-------------|-------------|
| **Upper Darby - 526 Timberlake Road** | | | | | | | | | | | | | |
| 1 | VACANT | | | - /1 Bath | | | -- | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total for Upper Darby - 526 Timberlake Road** | | | | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

 **ALPSGROUP**

# Rent Roll

As of 12/12/2023, Upper Darby - 526 Timberlake Road,
Current leases, All units

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

## Grand totals

|  | Amount |
|---|---|
| Market rent | $0.00 |
| Rent | $0.00 |
| Recurring charges | $0.00 |
| Recurring credits | $0.00 |
| Deposits held | $0.00 |
| Balance due | $0.00 |

## Summary by bed/bath

| Bed/Bath | No. of Units | Occupancy | | | | Square Feet | | Market Rent | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Vacant | Occupied | % Occupied | | Total | Average | Total | Average | Avg./Sq.Ft. |
| - /1 Bath | 1 | 1 | 0 | | | | | | | |
| **Totals and averages** | **1** | **1** | **0** | | | | | | | |

## Summary by property

| Property | No. of Units | Occupancy | | | | Square Feet | | Market Rent | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Vacant | Occupied | % Occupied | | Total | Average | Total | Average | Avg./Sq.Ft. |
| Upper Darby - 526 Timberlake Road | 1 | 1 | 0 | | | | | | | |
| **Totals and averages** | **1** | **1** | **0** | | | | | | | |

**ALPSGROUP**

Prepared By: The ALPS
Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Tenant Statement

3/25/2022 - 7/1/2023

Krystal Fairy
Upper Darby - 526 Timberlake Road
Upper Darby, PA 19082

Lease # 2014988

Upper Darby - 526 Timberlake Road - 1

| Date | Description | Amount | Balance |
|---|---|---|---|
| 3/25/2022 | Previous balance | | 0.00 |
| 3/25/2022 | Past due balance from previous PM | 6,770.00 | 6,770.00 |
| 4/1/2022 | Rent | 1,100.00 | 7,870.00 |
| 4/11/2022 | April Pmt (Check #27940879304) | -1,000.00 | 6,870.00 |
| 4/11/2022 | April Pmt (Check #27940879315) | -100.00 | 6,770.00 |
| 4/27/2022 | Sec Dep from previous PM | 2,200.00 | 8,970.00 |
| 4/27/2022 | Sec Dep from Previous PM | -2,200.00 | 6,770.00 |
| 5/1/2022 | Rent | 1,100.00 | 7,870.00 |
| 5/6/2022 | EFT convenience fee | 3.00 | 7,873.00 |
| 5/6/2022 | by Krystal Fairy | -503.00 | 7,370.00 |
| 5/20/2022 | EFT convenience fee | 3.00 | 7,373.00 |
| 5/20/2022 | by Krystal Fairy | -503.00 | 6,870.00 |
| 6/1/2022 | Rent | 1,100.00 | 7,970.00 |
| 6/17/2022 | EFT convenience fee | 3.00 | 7,973.00 |
| 6/17/2022 | by Krystal Fairy | -503.00 | 7,470.00 |
| 7/1/2022 | Rent | 1,100.00 | 8,570.00 |
| 7/14/2022 | EFT convenience fee | 3.00 | 8,573.00 |
| 7/14/2022 | by Krystal Fairy | -1,103.00 | 7,470.00 |
| 8/1/2022 | Rent | 1,100.00 | 8,570.00 |
| 8/12/2022 | EFT convenience fee | 3.00 | 8,573.00 |
| 8/12/2022 | by Krystal Fairy | -1,103.00 | 7,470.00 |
| 9/1/2022 | Rent | 1,100.00 | 8,570.00 |
| 9/9/2022 | EFT convenience fee | 3.00 | 8,573.00 |
| 9/9/2022 | by Krystal Fairy | -1,103.00 | 7,470.00 |
| 10/1/2022 | Rent | 1,100.00 | 8,570.00 |
| 10/7/2022 | EFT convenience fee | 3.00 | 8,573.00 |
| 10/7/2022 | by Krystal Fairy | -1,103.00 | 7,470.00 |

Prepared By: The ALPS
Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Tenant Statement

3/25/2022 - 7/1/2023



| Date | Description | Amount | Balance |
|---|---|---|---|
| 11/1/2022 | Rent | 1,100.00 | 8,570.00 |
| 11/17/2022 | EFT convenience fee | 3.00 | 8,573.00 |
| 11/17/2022 | by Krystal Fairy | -1,103.00 | 7,470.00 |
| 11/21/2022 | EFT convenience fee | 3.00 | 7,473.00 |
| 11/21/2022 | by Krystal Fairy | -553.00 | 6,920.00 |
| 11/21/2022 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Krystal Fairy | 1,103.00 | 8,023.00 |
| 12/1/2022 | Rent | 1,100.00 | 9,123.00 |
| 12/1/2022 | EFT convenience fee | 3.00 | 9,126.00 |
| 12/1/2022 | by Krystal Fairy | -1,003.00 | 8,123.00 |
| 12/2/2022 | CC convenience fee | 26.60 | 8,149.60 |
| 12/2/2022 | by Krystal Fairy | -826.60 | 7,323.00 |
| 12/5/2022 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Krystal Fairy | 1,003.00 | 8,326.00 |
| 1/1/2023 | Rent | 1,100.00 | 9,426.00 |
| 1/14/2023 | EFT convenience fee | 3.00 | 9,429.00 |
| 1/14/2023 | by Krystal Fairy | -503.00 | 8,926.00 |
| 1/18/2023 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Krystal Fairy | 503.00 | 9,429.00 |
| 2/1/2023 | Rent | 1,100.00 | 10,529.00 |
| 2/1/2023 | EFT convenience fee | 3.00 | 10,532.00 |
| 2/1/2023 | by Krystal Fairy | -2,203.00 | 8,329.00 |
| 3/1/2023 | Rent | 1,100.00 | 9,429.00 |
| 3/10/2023 | EFT convenience fee | 3.00 | 9,432.00 |
| 3/10/2023 | by Krystal Fairy | -1,103.00 | 8,329.00 |
| 4/1/2023 | Rent | 1,100.00 | 9,429.00 |
| 4/21/2023 | EFT convenience fee | 3.00 | 9,432.00 |
| 4/21/2023 | by Krystal Fairy | -503.00 | 8,929.00 |
| 5/1/2023 | Rent | 1,100.00 | 10,029.00 |
| 5/22/2023 | EFT convenience fee | 3.00 | 10,032.00 |
| 5/22/2023 | by Krystal Fairy | -532.00 | 9,500.00 |
| 5/24/2023 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Krystal Fairy | 532.00 | 10,032.00 |
| 6/1/2023 | Rent | 1,100.00 | 11,132.00 |
| 7/1/2023 | Rent | 1,100.00 | 12,232.00 |

Prepared By: The ALPS
Group
8779 W. Laraway Rd.
Frankfort, IL 60423

## Tenant Statement

3/25/2022 - 7/1/2023

 ALPSGROUP

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|

**Balance due** $12,232.00

599 Timberlake Road Upper Darby

Tenant still residing at property 6/2023

Tenant was approved for rental assistance was approved 8/2022. Fell behind on rent once rental assistance funds ran out.

9/2022 Tenant said she fell through rotten deck and hurt her arm and was going to doctor.

**ALPSGROUP**

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rent Roll

As of 11/7/2023, Upper Darby - 599 Timberlake Road, Expired leases, All units

| Unit | Tenants | Lease Start | Lease End | Bed/Bath | Rent Cycle | Rent Start | Rent | Recurring | | | | | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Charges | Credits | Total | Deposits Held | Prepayments | |
| **Upper Darby - 599 Timberlake Road** | | | | | | | | | | | | | |
| 1 | Nateshia Noble | 4/1/2022 | 6/1/2023 | - /1 Bath | Monthly | 4/1/2022 | 950.00 | 950.00 | 0.00 | 950.00 | 0.00 | 0.00 | 4,275.00 |
| **Total for Upper Darby - 599 Timberlake Road** | | | | | | | **$950.00** | **$950.00** | **$0.00** | **$950.00** | **$0.00** | **$0.00** | **$4,275.00** |

**ALPSGROUP**

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Rent Roll

As of 11/7/2023, Upper Darby - 599 Timberlake Road, Expired leases, All units

## Grand totals

| | Amount |
|---|---|
| Market rent | $0.00 |
| Rent | $950.00 |
| Recurring charges | $950.00 |
| Recurring credits | $0.00 |
| Deposits held | $0.00 |
| Balance due | $4,275.00 |

## Summary by bed/bath

| Bed/Bath | No. of Units | Occupancy | | | Square Feet | | Market Rent | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Vacant | Occupied | % Occupied | Total | Average | Total | Average | Avg./Sq.Ft. |
| - /1 Bath | 1 | 0 | 1 | 100.00% | | | | | |
| **Totals and averages** | **1** | **0** | **1** | **100.00%** | | | | | |

## Summary by property

| Property | No. of Units | Occupancy | | | Square Feet | | Market Rent | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Vacant | Occupied | % Occupied | Total | Average | Total | Average | Avg./Sq.Ft. |
| Upper Darby - 599 Timberlake Road | 1 | 0 | 1 | 100.00% | | | | | |
| **Totals and averages** | **1** | **0** | **1** | **100.00%** | | | | | |

Generated 01/31/2024 11:36:09

Prepared By: The ALPS
Group
8779 W. Laraway Rd.
Frankfort, IL 60423

## Tenant Statement

4/1/2022 - 7/1/2023

**ALPS**GROUP

Nateshia Noble
Upper Darby - 599 Timberlake Road
Upper Darby, PA 19082

Lease # 2008395

Upper Darby - 599 Timberlake Road - 1

| Date | Description | Amount | Balance |
|---|---|---|---|
| 4/1/2022 | Previous balance | | 0.00 |
| 4/1/2022 | Rent | 950.00 | 950.00 |
| 5/1/2022 | Rent | 950.00 | 1,900.00 |
| 6/1/2022 | Rent | 950.00 | 2,850.00 |
| 7/1/2022 | Rent | 950.00 | 3,800.00 |
| 8/1/2022 | Rent | 950.00 | 4,750.00 |
| 8/24/2022 | Rental Assistance Payment (Check #54240) | -2,850.00 | 1,900.00 |
| 8/24/2022 | Rental Assistance Payment (Check #36894) | -4,750.00 | -2,850.00 |
| 9/1/2022 | Rent | 950.00 | -1,900.00 |
| 10/1/2022 | Rent | 950.00 | -950.00 |
| 11/1/2022 | Rent | 950.00 | 0.00 |
| 11/6/2022 | EFT convenience fee | 3.00 | 3.00 |
| 11/6/2022 | by Nateshia Noble | -953.00 | -950.00 |
| 12/1/2022 | Rent | 950.00 | 0.00 |
| 12/8/2022 | CC convenience fee | 31.03 | 31.03 |
| 12/8/2022 | by Nateshia Noble | -981.03 | -950.00 |
| 1/1/2023 | Rent | 950.00 | 0.00 |
| 2/1/2023 | Rent | 950.00 | 950.00 |
| 3/1/2023 | Rent | 950.00 | 1,900.00 |
| 3/3/2023 | EFT convenience fee | 3.00 | 1,903.00 |
| 3/3/2023 | by Nateshia Noble | -953.00 | 950.00 |
| 3/17/2023 | EFT convenience fee | 3.00 | 953.00 |
| 3/17/2023 | by Nateshia Noble | -428.00 | 525.00 |
| 3/17/2023 | EFT convenience fee | 3.00 | 528.00 |
| 3/17/2023 | by Nateshia Noble | -53.00 | 475.00 |
| 4/1/2023 | Rent | 950.00 | 1,425.00 |
| 5/1/2023 | Rent | 950.00 | 2,375.00 |

Prepared By: The ALPS
Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Tenant Statement

4/1/2022 - 7/1/2023

**ALPSGROUP**

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 6/1/2023 | Rent | 950.00 | 3,325.00 |
| 7/1/2023 | Rent | 950.00 | 4,275.00 |

**Balance due** **$4,275.00**

4690 State Rd – Tenanted.  Tenant vacated per email 3/31/23.



# Rent Roll

As of 12/12/2023, Drexel Hill - 4690 State Road, Current
leases, All units

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| Unit | Tenants | Lease Start | Lease End | Bed/Bath | Rent Cycle | Rent Start | Rent | Recurring Charges | Recurring Credits | Recurring Total | Deposits Held | Prepayments | Balance Due |
|------|---------|-------------|-----------|----------|------------|------------|------|---------|---------|-------|----------|-------------|-------------|
| **Drexel Hill - 4690 State Road** | | | | | | | | | | | | | |
| 1 | VACANT | | | - /1 Bath | | | — | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total for Drexel Hill - 4690 State Road** | | | | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

 **ALPSGROUP**

# Rent Roll

As of 12/12/2023, Drexel Hill - 4690 State Road, Current
leases, All units

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

## Grand totals

|  | Amount |
|---|---|
| Market rent | $0.00 |
| Rent | $0.00 |
| Recurring charges | $0.00 |
| Recurring credits | $0.00 |
| Deposits held | $0.00 |
| Balance due | $0.00 |

## Summary by bed/bath

| Bed/Bath | No. of Units | Occupancy | | | Square Feet | | Market Rent | | |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Vacant | Occupied | % Occupied | Total | Average | Total | Average | Avg./Sq.Ft. |
| - /1 Bath | 1 | 1 | 0 | | | | | | |
| **Totals and averages** | **1** | **1** | **0** | | | | | | |

## Summary by property

| Property | No. of Units | Occupancy | | | Square Feet | | Market Rent | | |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Vacant | Occupied | % Occupied | Total | Average | Total | Average | Avg./Sq.Ft. |
| Drexel Hill - 4690 State Road | 1 | 1 | 0 | | | | | | |
| **Totals and averages** | **1** | **1** | **0** | | | | | | |

Prepared By: The ALPS
Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Tenant Statement

4/1/2022 - 5/1/2023

**ALPSGROUP**

Antonia Perez
Drexel Hill - 4690 State Road
Drexel Hill, PA 19026

Lease # 2008338

Drexel Hill - 4690 State Road - 1

| Date | Description | Amount | Balance |
|---|---|---|---|
| 4/1/2022 | Previous balance | | 0.00 |
| 4/1/2022 | Rent | 1,470.00 | 1,470.00 |
| 4/27/2022 | Sec Deposit from previous PM | -1,400.00 | 70.00 |
| 5/1/2022 | Rent | 1,470.00 | 1,540.00 |
| 5/3/2022 | Sec Dep from previous PM | 1,400.00 | 2,940.00 |
| 5/6/2022 | Late fee | 147.00 | 3,087.00 |
| 6/1/2022 | Rent | 1,470.00 | 4,557.00 |
| 6/6/2022 | Late fee | 147.00 | 4,704.00 |
| 7/1/2022 | Rent | 1,470.00 | 6,174.00 |
| 7/6/2022 | Late fee | 147.00 | 6,321.00 |
| 8/1/2022 | Rent | 1,470.00 | 7,791.00 |
| 8/6/2022 | Late fee | 147.00 | 7,938.00 |
| 9/1/2022 | Rent | 1,470.00 | 9,408.00 |
| 9/6/2022 | Late fee | 147.00 | 9,555.00 |
| 10/1/2022 | Rent | 1,470.00 | 11,025.00 |
| 10/6/2022 | Late fee | 147.00 | 11,172.00 |
| 11/1/2022 | Rent | 1,470.00 | 12,642.00 |
| 11/4/2022 | Rent on Account Payment (Check #61633183-4) | -12,024.85 | 617.15 |
| 12/1/2022 | Rent | 1,470.00 | 2,087.15 |
| 12/6/2022 | Late fee | 147.00 | 2,234.15 |
| 1/1/2023 | Rent | 1,470.00 | 3,704.15 |
| 1/17/2023 | Rent on Account payment (Check #614) | -2,940.00 | 764.15 |
| 2/1/2023 | Rent | 1,470.00 | 2,234.15 |
| 2/6/2023 | Late fee | 147.00 | 2,381.15 |
| 2/10/2023 | Rent on Account Payment (Check #631) | -1,470.00 | 911.15 |
| 3/1/2023 | Rent | 1,470.00 | 2,381.15 |
| 3/6/2023 | Late fee | 147.00 | 2,528.15 |

Prepared By: The ALPS
Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Tenant Statement

4/1/2022 - 5/1/2023

**ALPS**GROUP

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 5/1/2023 | Deposit applied to balances | -1,400.00 | 1,128.15 |

**Balance due**          **$1,128.15**

8513 Landsdowne – Tenant vacated 10/15/2022.  Possible squatter.  Maintenance changed the locks, squatter changed the locks and installed cameras per email 5/3/23.

 **ALPSGROUP**

# Rent Roll

As of 12/12/2023, Upper Darby - 8513 Lansdowne Avenue,
Current leases, All units

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | | | | | | | | Recurring | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit | Tenants | Lease Start | Lease End | Bed/Bath | Rent Cycle | Rent Start | Rent | | Charges | Credits | Total | Deposits Held | Prepayments | Balance Due |

**Upper Darby - 8513 Lansdowne Avenue**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VACANT | | | - /1 Bath | | | -- | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total for Upper Darby - 8513 Lansdowne Avenue** | | | | | | | **$0.00** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |



# Rent Roll

As of 12/12/2023, Upper Darby - 8513 Lansdowne Avenue,
Current leases, All units

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

## Grand totals

|  | Amount |
|---|---|
| Market rent | $0.00 |
| Rent | $0.00 |
| Recurring charges | $0.00 |
| Recurring credits | $0.00 |
| Deposits held | $0.00 |
| Balance due | $0.00 |

## Summary by bed/bath

| Bed/Bath | No. of Units | Vacant | Occupied | % Occupied | Total | Average | Total | Average | Avg./Sq.Ft. |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Occupancy | | | Square Feet | | Market Rent | | |
| - /1 Bath | 1 | 1 | 0 | | | | | | |
| **Totals and averages** | **1** | **1** | **0** | | | | | | |

## Summary by property

| Property | No. of Units | Vacant | Occupied | % Occupied | Total | Average | Total | Average | Avg./Sq.Ft. |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Occupancy | | | Square Feet | | Market Rent | | |
| Upper Darby - 8513 Lansdowne Avenue | 1 | 1 | 0 | | | | | | |
| **Totals and averages** | **1** | **1** | **0** | | | | | | |

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

**Tenant Statement**

4/1/2022 - 4/1/2023

**ALPSGROUP**

Courtney Cannady
Upper Darby - 8513 Lansdowne Avenue
Upper Darby, PA 19082

Lease # 2007360

Upper Darby - 8513 Lansdowne Avenue - 1

| Date | Description | Amount | Balance |
|---|---|---|---|
| 4/1/2022 | Previous balance | | 0.00 |
| 4/1/2022 | Rent | 1,200.00 | 1,200.00 |
| 4/12/2022 | Water Bill (Aqua America) | 371.47 | 1,571.47 |
| 4/27/2022 | Sec Dep from previous PM | 3,600.00 | 5,171.47 |
| 4/27/2022 | Sec Dep from previous PM | -3,600.00 | 1,571.47 |
| 4/28/2022 | Utility Bill - Aqua Pennsylvania April charges | 57.16 | 1,628.63 |
| 5/1/2022 | Rent | 1,236.00 | 2,864.63 |
| 5/6/2022 | Late fee | 35.00 | 2,899.63 |
| 5/11/2022 | CC convenience fee | 29.55 | 2,929.18 |
| 5/11/2022 | by Courtney Cannady | -929.55 | 1,999.63 |
| 6/1/2022 | Rent | 1,236.00 | 3,235.63 |
| 6/4/2022 | CC convenience fee | 23.65 | 3,259.28 |
| 6/4/2022 | by Courtney Cannady | -723.65 | 2,535.63 |
| 6/6/2022 | Late fee | 35.00 | 2,570.63 |
| 6/9/2022 | CC convenience fee | 23.65 | 2,594.28 |
| 6/9/2022 | by Courtney Cannady | -723.65 | 1,870.63 |
| 7/1/2022 | Rent | 1,236.00 | 3,106.63 |
| 7/6/2022 | Late fee | 35.00 | 3,141.63 |
| 7/8/2022 | CC convenience fee | 7.43 | 3,149.06 |
| 7/8/2022 | by Courtney Cannady | -157.43 | 2,991.63 |
| 8/1/2022 | Rent | 1,236.00 | 4,227.63 |
| 8/6/2022 | Late fee | 35.00 | 4,262.63 |
| 9/1/2022 | Rent | 1,236.00 | 5,498.63 |
| 9/6/2022 | Late fee | 35.00 | 5,533.63 |
| 10/1/2022 | Rent | 1,236.00 | 6,769.63 |
| 10/6/2022 | Late fee | 35.00 | 6,804.63 |
| 4/1/2023 | Deposit applied to balances | -3,600.00 | 3,204.63 |

Prepared By: The ALPS
Group
8779 W. Laraway Rd.
Frankfort, IL 60423

# Tenant Statement

4/1/2022 - 4/1/2023

**ALPS**GROUP

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|

**Balance due**                                                                    **$3,204.63**

MISC. TENANT REQUESTS DURING RECEIVERSHIP



## Task 7525099

As of 1/31/2024

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | | |
|---|---|---|---|
| Status | In Progress | Property - Unit | **Philadelphia - 2131 Brighton Street - 1** |
| Priority | Normal | | |
| Category | Maintenance Request | Assigned to | Ben Martinez |
| Active for | 268 days 14 hours | Requested by | Danielle Balestier |
| Opened | 5/7/2023 4:52 PM | | Danielle@metroneph.com |
| Due date | 1/1/0001 | | Mobile: (215) 459-4993 |

| | |
|---|---|
| Description | **Prior issues** |
| | These prior issues have never been resolved. The last contractor who was sent never showed up on multiple occasions. The floor in my dining room is now peaking. |

## Status History for Item 7525099

**6/8/2023 7:56 AM by Ben Martinez**
*Comment hidden from resident*
The vendor sent txt stating the tenant did not reach out anymore after they set the time on the 7th. At first the tenant said she'll meet up in the afternoon then after that when vendor reached out again she did not respond anymore.

**6/7/2023 12:25 PM by Ben Martinez**
*Comment hidden from resident*
Vendor sent a text message stating tenant confirmed to meet up with him at the property this afternoon.

**6/1/2023 10:24 AM by Ben Martinez**
*Comment hidden from resident*
The vendor and tenant were able to agree on an appointment time. The tenant sent SMS to confirm this, appointment is set for the 7th (Wed) at 7:45 AM.

**5/31/2023 1:57 PM by Ben Martinez**
*Comment hidden from resident*
the vendor also did not get a response from the tenant, sent via SMS on office@hand

**5/31/2023 10:17 AM by Ben Martinez**
*Comment hidden from resident*
confirmed schedule with vendor ricky, waiting for tenant to confirm availability either at 1pm or 3:45

**5/24/2023 9:03 AM by Ben Martinez**
*Comment hidden from resident*

**5/24/2023 8:48 AM by Ben Martinez**
*Comment hidden from resident*
Set a due date of "5/22/2023"
Magic Hands Handyman
Ricky (215) 917-6226
1magichandshandyman@gmail.com

Will be able to schedule the assessment next week (tenant confrimed availability) and will send us the estimate.

**5/17/2023 11:09 AM by Ben Martinez**
*Comment hidden from resident*
Set a due date of "5/22/2023"
Rescheduling to Tuesday the 23rd between 8-10AM

**5/16/2023 10:28 AM by Ben Martinez**
*Comment hidden from resident*

Set a due date of "5/16/2023"

Premier Contracting Services LLC
POC: Robin 2679908315
scheduled between 8-10am on the 17th (Wed)
gave email details to send estimate to and tenant phone #
Tenant also confirmed availability on said time window and date.

### 5/16/2023 9:55 AM by Ben Martinez

*Comment hidden from resident*
Assigned to Ben Martinez
Set a due date of "5/16/2023"
sourcing for gencons or a handyman to assess and provide estimate.

### 5/15/2023 2:20 PM by Nate Burrs

*Comment hidden from resident*
We will get someone out to look at these issues. Not the same contractor as before.

### 5/15/2023 2:12 PM by Danielle Balestier

Here we go. Over a week.

### 5/8/2023 10:51 AM by Danielle Balestier

I'd really appreciate it.

This has been an ongoing issue since the wannabe contractor was sent March. Who destroyed my bathroom 4 months later and installed a door that doesn't work (causing a safety and fire hazard) toward the end of last year. There's been a window in my basement since last summer from the same guy.

This has been nothing short of hellish and I cannot continue to have my child with cystic fibrosis living in those conditions knowingly.

I can be reached by phone and I look forward to hearing from someone shortly.

### 5/8/2023 10:45 AM by Kim Cahalan

In Progress | Assigned to Nate Burrs
Good morning, we will look into this matter. Our maintenance coordinator is out of the office today and will return tomorrow. Can you let me know when the contractor was suppose to show up? Thank you.

### 5/7/2023 4:52 PM by Danielle Balestier

New
Set a priority of "Normal"
These prior issues have never been resolved. The last contractor who was sent never showed up on multiple occasions. The floor in my dining room is now peaking.

**ALPSGROUP**

## Task 7213597

As of 1/31/2024

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | | |
|---|---|---|---|
| Status | **Completed** | **Property - Unit** | **Philadelphia - 2131 Brighton Street - 1** |
| Priority | Normal | | |
| Category | Maintenance Request | Assigned to | Phil Murray |
| Active for | 5 hours | Requested by | Danielle Balestier |
| Opened | 2/15/2023 12:29 PM | | Danielle@metroneph.com |
| Due date | 1/1/0001 | | Mobile: (215) 459-4993 |

| | |
|---|---|
| Description | **Update requested** |
| | Following up on the few issues in my home that have yet to be addressed. The previous contractor isn't working for me. I am looking forward to renewing my lease when these things are done. Additionally, the back door that was replaced is unable to be opened or closed. There are more shims than I can count. Lastly, when the bathroom was wrecked in June of 2022, it was never fixed. There's peeling paint on the walls and in the tub that is now excessive. I'd like to speak with someone about getting these resolved before renewing my lease. I can be reached by email or phone 215-459-4993. |

### Status History for Item 7213597

**2/16/2023 10:22 AM by Phil Murray**
*Comment hidden from resident*
Completed

**2/16/2023 10:22 AM by Phil Murray**
*Comment hidden from resident*
handyman going out Friday morning to complete job.

**2/16/2023 10:03 AM by Phil Murray**
*Comment hidden from resident*
called bizzy b handyman service. and gave them tenant info. setting up appointment.

**2/15/2023 12:33 PM by Phil Murray**
*Comment hidden from resident*
Assigned to Phil Murray
emailing Jim about getting work done for maintenance request by tenant.

**2/15/2023 12:32 PM by Phil Murray**
*Comment hidden from resident*
In Progress

**2/15/2023 12:29 PM by Danielle Balestier**
New
Set a priority of "Normal"
Following up on the few issues in my home that have yet to be addressed. The previous contractor isn't working for me. I am looking forward to renewing my lease when these things are done. Additionally, the back door that was replaced is unable to be opened or closed. There are more shims than I can count. Lastly, when the bathroom was wrecked in June of 2022, it was never fixed. There's peeling paint on the walls and in the tub that is now excessive. I'd like to speak with someone about getting these resolved before renewing my lease. I can be reached by email or phone 215-459-4993.

 **ALPSGROUP**

# Task 7620376

As of 1/31/2024

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | | |
|---|---|---|---|
| Status | **Closed** | **Property - Unit** | **Philadelphia - 2131 Brighton Street - 1** |
| Priority | Normal | Assigned to | Laura S |
| Category | General Inquiry | Requested by | Danielle Balestier |
| Active for | 33 days 8 hours | | |
| Opened | 6/1/2023 10:00 AM | | Danielle@metroneph.com |
| Due date | 1/1/0001 | | Mobile: (215) 459-4993 |

| | |
|---|---|
| Description | **June Rent** |
| | I will be holding the rent for this month (June 2023) until all necessary repairs are completed in my home. 3 weeks with mold from a collapsed ceiling, a back door that does not open or close (huge fire hazard), and the only window in my daughter's room does not stay open. This has been more than 2 years with the same issues. Please confirm receipt of this notice. |

### Status History for Item 7620376

**7/5/2023 8:21 AM by Laura S**
*Comment hidden from resident*
Closed

**6/2/2023 8:57 AM by Danielle Balestier**
Good morning.

Let's begin with the insane request of giving a 2 hour time frame for them to arrive. I would be fine with that had this not been an ongoing issue for the past 2 years. Countless times of not showing up (after I've already missed work) all the while collecting rent on a home with multiple fire hazards that have yet to be addressed. Additionally, the living floor does not need to be replaced. There's things that need to be done prior to that. As stated in previous correspondence.

**6/2/2023 8:40 AM by Laura S**
*Comment hidden from resident*
In Progress

**6/2/2023 8:40 AM by Laura S**
Good Morning,

Can you give more specifics regarding the "insane requests" you mentioned in your last communication so I can review with our Maintenance department and the contractor assigned.
Thank you

**6/2/2023 8:36 AM by Laura S**
*Comment hidden from resident*
New

**6/2/2023 8:35 AM by Laura S**
*Comment hidden from resident*
Completed

**6/1/2023 3:10 PM by Danielle Balestier**
New
An inconvenience? There is 2 major fire hazards and I'm pretty sure there's mold that has taken my chronically ill child to the doctor's on one occasion already.

Inconvenience is an understatement. The rent will be held in escrow. They reached out to me with insane requests. I will not be missing any more time from work to be stood up. Someone will have to work around my schedule at this point. 2 years of an uphill battle to get nothing done. I stand by what I said. I will send proof of the escrow.

**6/1/2023 2:55 PM by Laura S**

Completed

**6/1/2023 2:55 PM by Laura S**

Assigned to Laura S

Good Afternoon,

We understand this situation may have caused inconvenience for you, and we are committed to working with you to resolve. We have reviewed your concerns with our maintenance department and I believe they have reached out to you earlier today to discuss next steps.

Regarding the unpaid rent, rent payment is due on the 1st of every month and it is essential that you fulfill this financial obligation in a timely manner. Failure to pay rent violates the terms of the lease and its crucial to note that your obligation to pay rent is separate from any maintenance concerns.

We must emphasize the importance of meeting your financial obligations by paying rent in a timely manner.

Regards,
ALPS

**6/1/2023 10:00 AM by Danielle Balestier**

New

Set a priority of "Normal"

I will be holding the rent for this month (June 2023) until all necessary repairs are completed in my home. 3 weeks with mold from a collapsed ceiling, a back door that does not open or close (huge fire hazard), and the only window in my daughter's room does not stay open. This has been more than 2 years with the same issues. Please confirm receipt of this notice.



# Task 7501004

As of 1/31/2024

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| Status | **In Progress** | | Property - Unit | **Clifton Heights - 37 Walnut Street - 1** |
|---|---|---|---|---|
| Priority | Normal | | Assigned to | Nate Burrs |
| Category | Maintenance Request | | Requested by | Carla Dupriest |
| Active for | 274 days 16 hours | | | carladupriest@yahoo.com |
| Opened | 5/1/2023 3:14 PM | | | Work: (215) 662-9352 |
| Due date | 1/1/0001 | | | Mobile: (215) 876-7517 |

| Description | **Faucet** |
|---|---|
| | Outdoor water faucet not dispensing water. This is needed for outdoor cleaning and lawn care, which I am responsible for. |

## Status History for Item 7501004

**5/1/2023 3:18 PM by Nate Burrs**
*Comment hidden from resident*
we will get someone out to take care of this

**5/1/2023 3:17 PM by Nate Burrs**
*Comment hidden from resident*
In Progress

**5/1/2023 3:17 PM by Nate Burrs**
*Comment hidden from resident*
Assigned to Nate Burrs

**5/1/2023 3:14 PM by Carla Dupriest**
New
Set a priority of "Normal"
Outdoor water faucet not dispensing water. This is needed for outdoor cleaning and lawn care, which I am responsible for.

 **ALPS**GROUP

## Task 6546847

As of 1/31/2024

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | | |
|---|---|---|---|
| Status | **Completed** | **Property - Unit** | **Clifton Heights - 37 Walnut Street - 1** |
| Priority | Normal | Assigned to | Nate Burrs |
| Category | Maintenance Request | Requested by | Carla Dupriest |
| Active for | 7 days 2 hours | | carladupriest@yahoo.com |
| Opened | 8/23/2022 4:28 PM | | Work: (215) 662-9352 |
| Due date | 1/1/0001 | | Mobile: (215) 876-7517 |

| | |
|---|---|
| Description | **Shattered oven glass!! Outside oven glass completely shattered. First the oven door handle right-side came loose .** |
| | After cooking, right-side door handle came loose as I was opening the oven door. Outer glass oven door completely shattered. Don't know why!!! |

### Status History for Item 6546847

**8/31/2022 8:02 AM by Nate Burrs**
*Comment hidden from resident*
Completed

**8/31/2022 8:02 AM by Nate Burrs**
*Comment hidden from resident*
ordered new stove

**8/25/2022 1:16 PM by Nate Burrs**
*Comment hidden from resident*
Contacted tenant to find out more information

**8/25/2022 1:15 PM by Nate Burrs**
*Comment hidden from resident*
In Progress

**8/25/2022 1:15 PM by Nate Burrs**
*Comment hidden from resident*
Assigned to Nate Burrs

**8/23/2022 4:28 PM by Carla Dupriest**
New
Set a priority of "Normal"
After cooking, right-side door handle came loose as I was opening the oven door. Outer glass oven door completely shattered. Don't know why!!!

 **ALPS**GROUP

# Task 6986079

As of 1/31/2024

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | | |
|---|---|---|---|
| Status | **Completed** | **Property - Unit** | **Clifton Heights - 37 Walnut Street - 1** |
| Priority | Normal | Assigned to | Nate Burrs |
| Category | Maintenance Request | Requested by | Carla Dupriest |
| Active for | 10 days 23 hours | | carladupriest@yahoo.com |
| Opened | 12/15/2022 6:19 PM | | Work: (215) 662-9352 |
| Due date | 1/1/0001 | | Mobile: (215) 876-7517 |

| | |
|---|---|
| Description | **Water leak** |
| | Water is leaking from one of the recess lightl in laundry room downstairs stairs in back of kitchen. |



# Task 7018775

As of 1/31/2024

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | | |
|---|---|---|---|
| Status | **In Progress** | Property - Unit | **Clifton Heights - 37 Walnut Street - 1** |
| Priority | Normal | Assigned to | Nate Burrs |
| Category | Maintenance Request | Requested by | Carla Dupriest |
| Active for | 400 days 22 hours | | carladupriest@yahoo.com |
| Opened | 12/26/2022 8:00 AM | | Work: (215) 662-9352 |
| Due date | 1/1/0001 | | Mobile: (215) 876-7517 |

| | |
|---|---|
| Description | **Frozen water pipes** |
| | Since the deep freeze Saturday, the downstairs toilet, sink and washing machine return water isn't running due to water pipes freezing.I and my children aren't able to use them. I attempted to run the heaters near the pipes to thaw but have been unsuccessful! I checked the water pipes in the basement as far as I could see they haven't burst. |

### Status History for Item 7018775

**12/26/2022 9:16 AM by Nate Burrs**
*Comment hidden from resident*
In Progress

**12/26/2022 9:15 AM by Nate Burrs**
*Comment hidden from resident*
Assigned to Nate Burrs
Contacted contractor In Philadelphia, gave him your number, should be calling you

**12/26/2022 8:00 AM by Carla Dupriest**
New

Set a priority of "Normal"

Since the deep freeze Saturday, the downstairs toilet, sink and washing machine return water isn't running due to water pipes freezing.I and my children aren't able to use them. I attempted to run the heaters near the pipes to thaw but have been unsuccessful! I checked the water pipes in the basement as far as I could see they haven't burst.

 **ALPSGROUP**

# Task 7019702

As of 1/31/2024

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | | |
|---|---|---|---|
| Status | **In Progress** | Property - Unit | **Clifton Heights - 37 Walnut Street - 1** |
| Priority | Normal | Assigned to | Nate Burrs |
| Category | Maintenance Request | Requested by | Carla Dupriest |
| Active for | 400 days 18 hours | | carladupriest@yahoo.com |
| Opened | 12/26/2022 11:50 AM | | Work: (215) 662-9352 |
| Due date | 1/1/0001 | | Mobile: (215) 876-7517 |

| | |
|---|---|
| Description | **Cold draft non insulation of pipes.** |
| | Cold draft flows thru doorways. Daylight is shown through doorways. Doors are not the right fit. Pipes not insulated and exposed to extreme conditions. This a closet door, not an secure outside door to house. |

### Status History for Item 7019702

**12/27/2022 8:03 AM by Nate Burrs**
*Comment hidden from resident*
In Progress

**12/27/2022 8:03 AM by Nate Burrs**
*Comment hidden from resident*
Assigned to Nate Burrs

**12/26/2022 11:50 AM by Carla Dupriest**
New
Set a priority of "Normal"
Cold draft flows thru doorways. Daylight is shown through doorways. Doors are not the right fit. Pipes not insulated and exposed to extreme conditions. This a closet door, not an secure outside door to house.

 **ALPSGROUP**

# Task 7080838

As of 1/31/2024

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | |
|---|---|
| Status | **Completed** |
| Priority | Normal |
| Category | General Inquiry |
| Active for | < 1 hour |
| Opened | 1/10/2023 2:24 PM |
| Due date | 1/1/0001 |

| | |
|---|---|
| Property - Unit | **Upper Darby - 347 Avon Road - 1** |
| Assigned to | Laura S |
| Requested by | Alexis Nazario |
| | anazario17@gmail.com |
| | Mobile: (610) 931-7109 |

| | |
|---|---|
| Description | **Rent** |
| | I would like to speak to someone about my rent |

## Status History for Item 7080838

**1/10/2023 3:36 PM by Laura S**
*Comment hidden from resident*
Completed

**1/10/2023 3:35 PM by Laura S**
Good Afternoon,

We just left you a voicemail message regarding your request to speak to someone about your rent. Please call us at your earliest convenience.

Thank you,
ALPS

**1/10/2023 3:32 PM by Laura S**
*Comment hidden from resident*
Assigned to Laura S

**1/10/2023 2:24 PM by Alexis Nazario**
New
Set a priority of "Normal"
I would like to speak to someone about my rent

 **ALPS**GROUP

## Task 7052043

As of 1/31/2024

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | | |
|---|---|---|---|
| Status | **In Progress** | Property - Unit | **Upper Darby - 419 Glendale Avenue - 1** |
| Priority | Normal | Assigned to | Nate Burrs |
| Category | Maintenance Request | Requested by | Paul Roodchil |
| Active for | 392 days 16 hours | | roodchilpaul@gmail.com |
| Opened | 1/3/2023 2:05 PM | | Mobile: (484) 836-8760 |
| Due date | 1/1/0001 | | Home: (484) 836-8760 |

| | |
|---|---|
| Description | **No heat or hot water for the month of DECEMBER** |
| | I've been living with my girlfriend in west Philadelphia. My address is 419 Glendale rd. Someone came out and fixed the gas leaks but boiler is still not working and no hot water at the property |

### Status History for Item 7052043

**1/3/2023 2:42 PM by Nate Burrs**
*Comment hidden from resident*
just spoke to boiler company and they said that they confirmed with tenant via text that they will be there on Wednesday 1/4

**1/3/2023 2:37 PM by Nate Burrs**
*Comment hidden from resident*
will contact boiler company again to find out status of repairs

**1/3/2023 2:37 PM by Nate Burrs**
*Comment hidden from resident*
In Progress

**1/3/2023 2:36 PM by Nate Burrs**
*Comment hidden from resident*
Assigned to Nate Burrs

**1/3/2023 2:05 PM by Paul Roodchil**
New
Set a priority of "Normal"
I've been living with my girlfriend in west Philadelphia. My address is 419 Glendale rd. Someone came out and fixed the gas leaks but boiler is still not working and no hot water at the property

 **ALPSGROUP**

# Task 6214789

As of 1/31/2024

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | | |
|---|---|---|---|
| Status | **In Progress** | Property - Unit | **Upper Darby - 419 Glendale Avenue - 1** |
| Priority | Normal | Assigned to | |
| Category | Maintenance Request | Requested by | Paul Roodchil |
| Active for | 608 days 20 hours | | roodchilpaul@gmail.com |
| Opened | 6/1/2022 11:31 AM | | Mobile: (484) 836-8760 |
| Due date | 1/1/0001 | | Home: (484) 836-8760 |

| | |
|---|---|
| Description | **Exterminator** |
| | Some time ago members from the alps group came to check out the property. I told them about the bugs/mice infestation. Theirs a lot of roaches and bugs here. I rarely cook here because the stove does not work correctly. I always go to my girlfriend house to cook. |

## Status History for Item 6214789

**7/1/2022 2:31 PM by Jordan Lupo**
*Comment hidden from resident*
In Progress

**6/1/2022 11:31 AM by Paul Roodchil**
New

Set a priority of "Normal"

Some time ago members from the alps group came to check out the property. I told them about the bugs/mice infestation. Theirs a lot of roaches and bugs here. I rarely cook here because the stove does not work correctly. I always go to my girlfriend house to cook.

 **ALPSGROUP**

# Task 6214765

As of 1/31/2024

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | | |
|---|---|---|---|
| Status | **In Progress** | Property - Unit | **Upper Darby - 419 Glendale Avenue - 1** |
| Priority | Normal | Assigned to | Jordan Lupo |
| Category | Maintenance Request | Requested by | Paul Roodchil |
| Active for | 608 days 20 hours | | roodchilpaul@gmail.com |
| Opened | 6/1/2022 11:27 AM | | Mobile: (484) 836-8760 |
| Due date | 1/1/0001 | | Home: (484) 836-8760 |

| Description | **Leaking ceiling** |
|---|---|
| | I told the previous managers about the leak but they did nothing about. I have a whole in the living room ceiling I moved into the apartment like that. They told me not to worry about it doesn't leak or anything that was a lie. Now the whole area feels wet and looks like it will collapse anyway now. My couches are wrapped and I haven't been able to get settled because I fear they will get ruined. Can you please send someone to fix the leak and possibly replace the wet Sheetrock on the ceiling. |

## Status History for Item 6214765

**6/24/2022 10:03 AM by Paul Roodchil**
Okay

**6/2/2022 3:55 PM by Jordan Lupo**
Assigned to Jordan Lupo
Luis is going to be contacting you for access to the roof as well as inside your unit to provide a bid for repair.

**6/2/2022 3:54 PM by Jordan Lupo**
In Progress

**6/1/2022 11:27 AM by Paul Roodchil**
New

Set a priority of "Normal"
I told the previous managers about the leak but they did nothing about. I have a whole in the living room ceiling I moved into the apartment like that. They told me not to worry about it doesn't leak or anything that was a lie. Now the whole area feels wet and looks like it will collapse anyway now. My couches are wrapped and I haven't been able to get settled because I fear they will get ruined. Can you please send someone to fix the leak and possibly replace the wet Sheetrock on the ceiling.

 **ALPS**GROUP

# Task 7587065

As of 1/31/2024

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | | |
|---|---|---|---|
| Status | **Completed** | Property - Unit | **Upper Darby - 526 Timberlake Road - 1** |
| Priority | Normal | Assigned to | Nate Burrs |
| Category | Maintenance Request | Requested by | Krystal Fairy |
| Active for | < 1 hour | | kfairy0620@yahoo.com |
| Opened | 5/23/2023 3:40 PM | | Mobile: (215) 520-7065 |
| Due date | 1/1/0001 | | Home: (215) 829-3000 6770 |

| | |
|---|---|
| Description | **The water is off** |
| | Not sure why but the water is turned off at the house could someone call me please |

### Status History for Item 7587065

**5/23/2023 3:49 PM by Nate Burrs**
*Comment hidden from resident*
tenant said it was an issue with a payment

**5/23/2023 3:49 PM by Nate Burrs**
*Comment hidden from resident*
Completed

**5/23/2023 3:46 PM by Nate Burrs**
*Comment hidden from resident*
working to find out what is going on

**5/23/2023 3:46 PM by Nate Burrs**
*Comment hidden from resident*
In Progress

**5/23/2023 3:46 PM by Nate Burrs**
*Comment hidden from resident*
Assigned to Nate Burrs

**5/23/2023 3:40 PM by Krystal Fairy**
New
Set a priority of "Normal"
Not sure why but the water is turned off at the house could someone call me please



# Task 6757647

As of 1/31/2024

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | | |
|---|---|---|---|
| Status | **In Progress** | Property - Unit | **Upper Darby - 599 Timberlake Road - 1** |
| Priority | Normal | | |
| Category | Maintenance Request | Assigned to | Nate Burrs |
| Active for | 473 days 19 hours | Requested by | Nateshia Noble |
| Opened | 10/14/2022 12:39 PM | | |
| Due date | 1/1/0001 | | nateshianoble10@gmail.com Mobile: (215) 888-7382 |

| | |
|---|---|
| Description | **Leak in basement ceiling** |
| | Water is coming out of the hole from the ceiling in the basement |

### Status History for Item 6757647

**10/14/2022 1:14 PM by Nate Burrs**
*Comment hidden from resident*
getting more information from tenant

**10/14/2022 1:13 PM by Nate Burrs**
*Comment hidden from resident*
In Progress

**10/14/2022 1:13 PM by Nate Burrs**
*Comment hidden from resident*
Assigned to Nate Burrs

**10/14/2022 12:39 PM by Nateshia Noble**
New
Set a priority of "Normal"
Water is coming out of the hole from the ceiling in the basement

 **ALPS**GROUP

# Task 7304064

As of 1/31/2024

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | |
|---|---|
| Status | **In Progress** |
| Priority | Normal |
| Category | Maintenance Request |
| Active for | 326 days 16 hours |
| Opened | 3/10/2023 2:03 PM |
| Due date | 1/1/0001 |

| | |
|---|---|
| Property - Unit | **Upper Darby - 599 Timberlake Road - 1** |
| Assigned to | Nate Burrs |
| Requested by | Nateshia Noble |
| | nateshianoble10@gmail.com |
| | Mobile: (215) 888-7382 |

| | |
|---|---|
| Description | **Cabinet fell** |
| | The cabinet fell off |

### Status History for Item 7304064

**3/10/2023 5:30 PM by Nateshia Noble**

**3/10/2023 2:05 PM by Nate Burrs**
*Comment hidden from resident*
we will have someone take a look and get that fixed

**3/10/2023 2:05 PM by Nate Burrs**
*Comment hidden from resident*
In Progress

**3/10/2023 2:05 PM by Nate Burrs**
*Comment hidden from resident*
Assigned to Nate Burrs

**3/10/2023 2:03 PM by Nateshia Noble**
New
Set a priority of "Normal"
The cabinet fell off

 **ALPSGROUP**

# Task 7572230

As of 1/31/2024

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | | |
|---|---|---|---|
| Status | **In Progress** | Property - Unit | **Upper Darby - 599 Timberlake Road - 1** |
| Priority | Normal | Assigned to | Nate Burrs |
| Category | Maintenance Request | Requested by | Nateshia Noble |
| Active for | 257 days 2 hours | | nateshianoble10@gmail.com |
| Opened | 5/19/2023 5:27 AM | | Mobile: (215) 888-7382 |
| Due date | 1/1/0001 | | |

| | |
|---|---|
| Description | **Electrical issues** |
| | The power doesn't work in some rooms. The circuit breaker pops when flipping the switch. Peco came out and told me that it's a circuit breaker issue and to contact my landlord |

## Status History for Item 7572230

**5/19/2023 7:39 AM by Nate Burrs**
*Comment hidden from resident*
will contact our contractor in the area to get this taken care of.

**5/19/2023 7:38 AM by Nate Burrs**
*Comment hidden from resident*
In Progress

**5/19/2023 7:38 AM by Nate Burrs**
*Comment hidden from resident*
Assigned to Nate Burrs

**5/19/2023 5:27 AM by Nateshia Noble**
New
Set a priority of "Normal"
The power doesn't work in some rooms. The circuit breaker pops when flipping the switch. Peco came out and told me that it's a
circuit breaker issue and to contact my landlord

 **ALPSGROUP**

# Task 6646132

As of 1/31/2024

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | | | |
|---|---|---|---|
| Status | **In Progress** | **Property - Unit** | **Upper Darby - 599 Timberlake Road - 1** |
| Priority | Normal | | |
| Category | General Inquiry | Assigned to | Nate Burrs |
| Active for | 501 days 16 hours | Requested by | Nateshia Noble |
| Opened | 9/16/2022 2:55 PM | | |
| Due date | 1/1/0001 | | nateshianoble10@gmail.com<br>Mobile: (215) 888-7382 |

| | |
|---|---|
| Description | **Hazardous issues** |
| | The back deck broke and I fell |

### Status History for Item 6646132

**9/20/2022 2:53 PM by Nate Burrs**
*Comment hidden from resident*
received bid from contractor, waiting for accounting to send money for repairs

**9/16/2022 3:01 PM by Nate Burrs**
*Comment hidden from resident*
contacted Luis in Philly about getting it to be safe

**9/16/2022 3:01 PM by Nate Burrs**
*Comment hidden from resident*
In Progress

**9/16/2022 3:00 PM by Nate Burrs**
*Comment hidden from resident*
Assigned to Nate Burrs

**9/16/2022 2:55 PM by Nateshia Noble**
New
Set a priority of "Normal"
The back deck broke and I fell

 **ALPSGROUP**

# Task 6757632

As of 1/31/2024

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | |
|---|---|
| Status | **In Progress** |
| Priority | Normal |
| Category | Maintenance Request |
| Active for | 473 days 19 hours |
| Opened | 10/14/2022 12:37 PM |
| Due date | 1/1/0001 |

| | |
|---|---|
| Property - Unit | **Upper Darby - 599 Timberlake Road - 1** |
| Assigned to | Nate Burrs |
| Requested by | Nateshia Noble |
| | nateshianoble10@gmail.com |
| | Mobile: (215) 888-7382 |

| | |
|---|---|
| Description | **Leaky sink** |
| | The sink is leaking to the basement |

### Status History for Item 6757632

**10/14/2022 1:14 PM by Nate Burrs**
*Comment hidden from resident*
getting more information from tenant

**10/14/2022 1:14 PM by Nate Burrs**
*Comment hidden from resident*
In Progress

**10/14/2022 1:14 PM by Nate Burrs**
*Comment hidden from resident*
Assigned to Nate Burrs

**10/14/2022 12:37 PM by Nateshia Noble**
New
Set a priority of "Normal"
The sink is leaking to the basement

# ALPSGROUP

## Task 6757638

As of 1/31/2024

Prepared By: The ALPS Group
8779 W. Laraway Rd.
Frankfort, IL 60423

| | |
|---|---|
| Status | **In Progress** |
| Priority | Normal |
| Category | Maintenance Request |
| Active for | 473 days 19 hours |
| Opened | 10/14/2022 12:38 PM |
| Due date | 1/1/0001 |

| | |
|---|---|
| Property - Unit | **Upper Darby - 599 Timberlake Road - 1** |
| Assigned to | Nate Burrs |
| Requested by | Nateshia Noble |
| | nateshianoble10@gmail.com |
| | Mobile: (215) 888-7382 |

| | |
|---|---|
| Description | **Shower broke** |
| | Shower head on the shower is broken |

### Status History for Item 6757638

**10/14/2022 1:12 PM by Nate Burrs**
*Comment hidden from resident*
getting more information from tenant

**10/14/2022 1:11 PM by Nate Burrs**
*Comment hidden from resident*
In Progress

**10/14/2022 1:11 PM by Nate Burrs**
*Comment hidden from resident*
Assigned to Nate Burrs

**10/14/2022 12:38 PM by Nateshia Noble**
New
Set a priority of "Normal"
Shower head on the shower is broken

## CERTIFICATION OF SERVICE

The undersigned, hereby certifies that a true and correct copy of the _AncinCell_ Section 543(b)(2) Accounting Report, together with narrative and all applicable Exhibits hereto, have been furnished by U.S. mail or email transmission as requested on _June 6_, 2024.

_____

James Paul, as Receiver
ALPS Property Management (ALPS Group)