UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | :     Chapter 11 |
| **MBMK PROPERTY HOLDINGS, LLC,** | : |
| | :     Bankruptcy No. 22-13121 (AMC) |
| Debtor | : |

## CERTIFICATE OF SERVICE

I, Stacey Main, Esquire, hereby certify that I served or caused to be served a true and correct copy of Debtor's Motion to Approve Settlement By and Between Debtor, MBMK Property Holdings, LLC and Nationwide Mutual Insurance Company by United States Postal Service mail and electronic mail upon the following persons listed below:

David P. Cañas, Esquire
Gordon Rees Scully Mansukhani, LLP
4031 Aspen Grove Drive, Suite 290
Franklin, TN 37067
dcanas@grsm.com

Leona Mogavero, Esquire
Friedman Shuman
Attorneys at Law
275 Commerce Drive, Suite 210
Fort Washington, PA 19034
LMogavero@fsalaw.com

Kevin P. Callahan, Esquire
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Room 320
Philadelphia, Pennsylvania 19107
Kevin.p.callahan@usdoj.gov

Alan I. Ehrenberg, Esquire
1902 Deercrest Lane
Northbrook, IL 60062
aehrenberg@aielegal.com

William T. Salzar, Esquire
Swartz Campbell, LLC
2001 Market Street
Suite 2815
Philadelphia, PA 19103
wsalzer@swartzcampbell.com

Frank Hosking III, Esquire
Anthony DiUlio, Esquire
Wheeler, Diulio & Barnabei, P.C.
2001 Market Street
Suite 2815
Philadelphia, PA 19103
fhosking@wdblegal.com
adiulio@wdblegal.com

Date: February 7, 2025

By: _____
Stacey Main, Esquire
*Attorney for Debtor*
*MBMK Property Holdings, LLC*