UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MBMK PROPERTY HOLDINGS, LLC, | : | |
| | : | Bankruptcy No. 22-13121 (AMC) |
| Debtor | : | |

## PRAECIPE TO AMEND MOTION TO APPROVE SETTLEMENT
### [DOCUMENT NO. 246]

Please amend Debtor's Motion to Approve Settlement By and Between Debtor, MBMK Property Holdings, LLC and Nationwide Mutual Insurance Company [Document No. 246] by removing the Certificate of Service originally attached to it, and replacing it with the attached Certificate of Service.

Dated: February 7, 2025

BY: _____
Robert B. Eyre, Esquire
Foehl & Eyre, P.C.
432 North Easton Road
Glenside, PA 19038
Telephone: 610.566.5926 x115
Facsimile: 610.552.7241
Email: rob@foehllaw.com
Attorney for Debtor,
MBMK Property Holdings, LLC

1