UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | Chapter 11 |
| **MBMK PROPERTY HOLDINGS, LLC,** | Bankruptcy No. 22-13121 (AMC) |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Robert B. Eyre, Esquire, hereby certify that I served or caused to be served a true and correct copy of Debtor's Motion to Approve Settlement By and Between Debtor, MBMK Property Holdings, LLC and Nationwide Mutual Insurance Company by United States Postal Service mail and electronic mail upon the following persons listed below:

Luke D. Wolf, Esquire
Gordon Rees Scully Mansukhani, LLP
Three Logan Square
1717 Arch Street
Suite 610
Philadelphia, PA 19103
lwolf@grsm.com

Kevin P. Callahan, Esquire
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Room 320
Philadelphia, Pennsylvania 19107
Kevin.p.callahan@usdoj.gov

Leona Mogavero, Esquire
Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy, P.C.
2005 Market Street
Ste 16th Floor
Philadelphia, PA 19103
lmogavero@zarwin.com

Alan I. Ehrenberg, Esquire
1902 Deercrest Lane
Northbrook, IL 60062
aehrenberg@aielegal.com

| | |
|---|---|
| William T. Salzar, Esquire<br>Swartz Campbell, LLC<br>2001 Market Street<br>Suite 2815<br>Philadelphia, PA 19103<br>wsalzer@swartzcampbell.com | Frank Hosking III, Esquire<br>Anthony DiUlio, Esquire<br>Wheeler, Diulio & Barnabei, P.C.<br>2001 Market Street<br>Suite 2815<br>Philadelphia, PA 19103<br>fhosking@wdblegal.com<br>adiulio@wdblegal.com |

Date: February 7, 2025

By: _____
Robert B. Eyre, Esquire
*Attorney for Debtor*
*MBMK Property Holdings, LLC*

2